**FOX ROTHSCHILD LLP**
Paul A. Rosenthal (State Bar No. 338994)
49 Market Street
Morristown, NJ 07960
Telephone: (973) 548-3388
prosenthal@foxrothschild.com

Attorneys for Petitioner, Hi.Q, Inc. d/b/a Health IQ

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HI.Q, INC. D/B/A HEALTH IQ,<br><br>Petitioner,<br><br>v.<br><br>ZEETOGROUP, LLC,<br><br>Respondent. | MISC. ACTION NO.: '22CV1440 WQHWVG<br><br>**(RELATED ACTION CIV. NO. 4:21-CV-04875-TLT (N.D. CAL.))**<br><br>**PETITIONER HI.Q, INC. D/B/A HEALTH IQ'S CERTIFICATE OF SERVICE OF MOTION TO COMPEL AND RELATED DOCUMENTS TO RESPONDENT ZEETOGROUP, LLC** |

**TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD**:

I certify that on September 23, 2022, I electronically filed the following documents:

1. PETITIONER HI.Q, INC. D/B/A HEALTH IQ'S MOTION TO COMPEL COMPLIANCE WITH OUT-OF-DISTRICT SUBPOENA TO NON-PARTY ZEETOGROUP, LLC;
2. PETITIONER HI.Q, INC. D/B/A HEALTH IQ'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO COMPEL COMPLIANCE WITH OUT-OF-DISTRICT SUBPOENA TO NON-PARTY ZEETOGROUP, LLC;
3. NOTICE OF APPEARANCE OF COUNSEL PAUL A. ROSENTHAL FOR HI.Q, INC. D/B/A HEALTH IQ;
4. [PROPOSED] ORDER GRANTING PETITIONER'S MOTION TO COMPEL; AND
5. CIVIL COVER SHEET.

and that they are available for viewing and downloading from the Court's CM/ECF system, and that the participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system.

I further certify that a copy of the above-stated documents were sent by email and by overnight mail to the person(s) listed below:

***Counsel for Respondent:***
Jacob A. Gillick, Esq.
jgillick@morrislawfirmapc.com
MORRIS LAW FIRM, APC
501 West Broadway, Suite 1480
San Diego, CA 92101
Telephone:   (619) 826-8060
Facsimile:   (619) 826-8065

***Counsel for Plaintiff Toby Hoy:***
Beth E. Terrell
bterrell@terrellmarshall.com
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603

Anthony I. Paronich
anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone:   (617) 485-0018

Dated:  September 23, 2022         **FOX ROTHSCHILD LLP**

                              By:   /s/*Paul A. Rosenthal*
                                    Paul A. Rosenthal
                                    Attorneys for Petitioner
                                    Hi.Q, Inc. d/b/a Health IQ