1 **FOX ROTHSCHILD LLP**
Paul A. Rosenthal (State Bar No. 338994)
49 Market Street
Morristown, NJ 07960
Telephone: (973) 548-3388
prosenthal@foxrothschild.com

Attorneys for Petitioner Hi.Q, Inc. d/b/a Health IQ

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HI.Q, INC. D/B/A HEALTH IQ,<br><br>Petitioner,<br><br>v.<br><br>ZEETOGROUP, LLC,<br><br>Respondent. | MISC. ACTION NO.: '22CV1440 WQHWVG<br><br>**(RELATED ACTION CIV. NO. 4:21-CV-04875-TLT (N.D. CAL.))**<br><br>**NOTICE OF APPEARANCE OF COUNSEL PAUL A. ROSENTHAL FOR HI.Q, INC. D/B/A HEALTH IQ** |

**TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that Paul A. Rosenthal of the law firm of Fox Rothschild LLP hereby enters his appearance as counsel of record for Petitioner Hi.Q, Inc. d/b/a Health IQ in this matter. All further papers, pleadings, filings, and electronic filings, except original process should also be directed to:

> Paul A. Rosenthal
> 49 Market Street
> Morristown, NJ 07960
> Telephone: (973) 548-3388
> prosenthal@foxrothschild.com
> Attorneys for Hi.Q, Inc. d/b/a Health IQ

Dated: September 23, 2022　　　　**FOX ROTHSCHILD LLP**

　　　　　　　　　　　　　　　　By:　/s/*Paul A. Rosenthal*
　　　　　　　　　　　　　　　　　　Paul A. Rosenthal
　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　Hi.Q, Inc. d/b/a Health IQ