# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Hi, Inc.

    Plaintiff,

V.

Zeetogroup, LLC

    Defendant.

Case No. 22-cv-1440-WQH-WVG

**REPORT OF CLERK AND ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE**

## REPORT OF CLERK PURSUANT TO LOW NUMBER RULE

Re: "Low-Numbered Case No.: 22-cv-00151-LL-MDD

Title: Hoy v. ZeetoGroup, LLC

Nature of Case: 190 Contract: Other

The above "low-numbered" case and the present case appear:

- ☐ (1) to arise from the same or substantially identical transactions, happenings or events; or
- ☐ (2) involve the same or substantially the same parties or property; or
- ☐ (3) involve the same patent or trademark or different patents or trademarks covering the same or substantially identical things; or
- ☒ (4) call for determination of the same or substantially identical questions of law; or
- ☐ (5) where a case is refiled within one year of having previously been terminated by the Court; or
- ☒ (6) for other reasons would entail unnecessary duplication of labor if heard by different judges.

**New Case #:** 22-cv-01440-LL-MDD

This case was transferred pursuant to the Low-Number Rule. The related cases have been assigned to the same judge and magistrate judge but they are NOT CONSOLIDATED at this point; all pleadings must still be filed separately in each case.

**John Morrill**, Clerk of Court,

Dated: 9/28/22      By: s/ A. Hazard

A. Hazard, Deputy

## ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE

I hereby consent to transfer of the above-entitled case to my calendar pursuant to Local Rule 40.1, Transfer of Civil Cases under "Low-Number" Rule.

Dated: 9/28/2022

Linda Lopez
United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of the Low-Number Rule, IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge Linda Lopez and Magistrate Judge Mitchell D. Dembin for all further proceedings.

Dated: 9/29/2022

William Q. Hayes
United States District Judge