UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HI, INC.,<br><br>Petitioner,<br><br>v.<br><br>ZEETOGROUP, LLC,<br><br>Respondent. | Case No.: 22cv1440-LL-MDD<br><br>**ORDER SETTING BRIEFING SCHEDULE RE: MOTION TO ENFORCE OUT OF DISTRICT SUBPOENA**<br><br>[ECF No. 1] |

On September 23, 2022, Petitioner Hi, Inc. filed a motion to enforce an out-of-district subpoena. (ECF No. 1). Respondent Zeetogroup, LLC has not yet appeared. (*See* Docket). Accordingly, the Court **SETS** the following briefing schedule:

1. On or before **October 11, 2022**, Petitioner must serve this order and the motion to compel on Zeetogroup, LLC.
2. A response in opposition, if any, must be filed on or before **October 25, 2022**.
3. A reply brief, if any, must be filed on or before **November 1, 2022**.

Upon completion of the briefing, the Court will issue a written ruling in due course. *See* Civ. L.R. 7.1.d.1; *see also* Fed. R. Civ. P. 78(b).

**IT IS SO ORDERED.**

Dated: October 4, 2022

Hon. Mitchell D. Dembin
United States Magistrate Judge

1

22cv1440-LL-MDD