| | |
|---|---|
| 1  **FOX ROTHSCHILD LLP**<br>Paul A. Rosenthal (State Bar No. 338994)<br>2  49 Market Street<br>3  Morristown, NJ 07960<br>Telephone: (973) 548-3388<br>4  prosenthal@foxrothschild.com<br>5<br>6  Attorneys for Hi.Q, Inc. d/b/a Health IQ | |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HI.Q, INC. D/B/A HEALTH IQ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ZEETOGROUP, LLC,<br><br>　　　　　Defendant. | MISC. ACTION NO.: 3:22-CV-01440-MDD<br><br>**(RELATED ACTION CIV. NO. 4:21-CV-04875-TLT (N.D. CAL.))**<br><br>**HI.Q, INC. D/B/A HEALTH IQ'S CERTIFICATE OF SERVICE OF MOTION TO COMPEL AND RELATED DOCUMENTS TO DEFENDANT ZEETOGROUP, LLC** |

**TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD**:

I certify that on September 23, 2022, I electronically filed the following documents:

(1) PETITIONER HI.Q, INC. D/B/A HEALTH IQ'S MOTION TO COMPEL COMPLIANCE WITH OUT-OF-DISTRICT SUBPOENA TO NON-PARTY ZEETOGROUP, LLC; (2) PETITIONER HI.Q, INC. D/B/A HEALTH IQ'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO COMPEL COMPLIANCE WITH OUT-OF-DISTRICT SUBPOENA TO NON-PARTY ZEETOGROUP, LLC; (3) NOTICE OF APPEARANCE OF COUNSEL PAUL A. ROSENTHAL FOR HI.Q, INC. D/B/A HEALTH IQ; (4) [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL; AND (5) CIVIL COVER SHEET.

and that they are available for viewing and downloading from the Court's CM/ECF system. I further certify that a copy of the above-stated documents were sent by email and by Federal Express to the person(s) listed below:

> Jacob A. Gillick, Esq.
> jgillick@morrislawfirmapc.com
> MORRIS LAW FIRM, APC
> 501 West Broadway, Suite 1480
> San Diego, CA 92101
> Telephone: (619) 826-8060
> Facsimile: (619) 826-8065

I further certify that on October 4, 2022, I served via email a copy of the Court's October 4, 2022 ORDER SETTING BRIEFING SCHEDULE RE: MOTION TO ENFORCE OUT OF DISTRICT SUBPOENA on Jacob A. Gillick, Esq., jgillick@phglawgroup.com, of PHG Law Group, and received confirmation of receipt from PHG Law Group.

1 | A courtesy copy of the electronically filed documents and Court's Order have also
2 | been served on counsel for Toby Hoy, plaintiff in the underlying action.

Dated: October 10, 2022            **FOX ROTHSCHILD LLP**

                                   By:   /s/*Paul A. Rosenthal*
                                         Paul A. Rosenthal
                                         Attorneys for Plaintiff
                                         Hi.Q, Inc. d/b/a Health IQ