1  Jacob A. Gillick, Esq. 312336
2  jgillick@PHGLawGroup.com
   PHG Law Group
3  501 West Broadway, Suite 1480
4  San Diego, CA 92101
   Telephone:  (619) 826-8060
5  Facsimile:  (619) 826-8065
6
   Attorneys for Respondent Zeetogroup, LLC,
7

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10  HI.Q. INC D/B/A HEALTH IQ,          Case No. 22-cv-1440-WQH-WVG

11                    Petitioner,

12                                      **DECLARATION OF JACOB A.
                                        GILLICK IN SUPPORT OF**
13       v.                             **OPPOSITION TO HI.Q, INC. D/B/A
                                        HEALTH IQ'S MOTION TO COMPEL**
14  ZEETOGROUP, LLC,                    **COMPLIANCE WITH OUT-OF-
                                        DISTRICT SUBPOENA TO NON-**
15                                      **PARTY ZEETOGROUP, LLC**
                      Respondent.
16

17

18

19

20

21

22

23

24

25

26

27

28
                                   1

1    I, Jacob A. Gillick, declare as follows:

2    I am a partner with PHG Law Group and represent Respondent ZeetoGroup,

3    LLC, ("Zeeto") I have personal knowledge of the facts contained in this declaration

4    and, if called as a witness, could and would testify as such.

5    1.    A true and correct copy of the July 1, 2022, Declaration of Shayne

6    Cardwell is attached hereto as Exhibit A.

7    2.    A true and correct copy of the declarations filed in support of

8    ZeetoGroup, LLC's Opposition to Toby Hoy's Motion to Compel is attached hereto

9    as Exhibit B.

10    I declare under penalty of perjury, under the laws of the United States and

11    California that the foregoing is true and correct. Executed this 25th day of October,

12    2022, in San Diego, California.

13

14    s/ Jacob A. Gillick
      Jacob A. Gillick

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEC - OPPOSITION TO MOTION TO COMPEL          22-cv-1440-WQH-WVG

# EXHIBIT A



1

2

3

4

5

6          UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF CALIFORNIA
7                  OAKLAND DIVISION

8   TOBY HOY, individually and on behalf all
    others similarly situated,
9                                              Case No. 4:21-cv-04875-YGR
                   Plaintiff,
                                               **DECLARATION OF SHAYNE CARDWELL**
10
         v.
11   HI Q., INC. d/b/a HEALTH IQ,

12                 Defendant.

13

14
         I, Shayne Cardwell, declare the following:
15
         1.      My name is Shayne Cardwell. I am the Chief Revenue Officer at ZeetoGroup, LLC
16   ("Zeeto"). I am over 18 years old and competent to make this declaration.

17       2.      This declaration is based on personal knowledge or upon my review of records

18   over which I have care, custody or control. If called to testify as to the contents of this
     declaration, I could do so competently.
19
         3.      ZeetoGroup, LLC and its sister company Tibrio, LLC, collectively referred to
20   herein as Zeeto ("Zeeto"), is in the business of building data discovery technology, using

21   questions to discover data about users, and showing ads against that data.  When a consumer

22   visits one of Zeeto's advertisements for a specific sample, they are taken to a "survey path"

23

     DECLARATION OF SHAYNE CARDWELL - 1
     Case No. 4:21-cv-04875-YGR

1   where the consumer answers a survey, provides contact information for the free sample, and
2   consents to disclosure of their information.

3      4.      Among other things, Zeeto asks consumers to consent to be contacted by certain
4   affiliates or marketing partners listed on the webform or included in an "affiliates" hyperlink.

5      5.      The list of marketing partners disclosed in the affiliates link is the same across
    each of Zeeto's paths. Zeeto's computer programmers maintain the list. When a marketing
6   partner is to be added or removed from the list, a Zeeto programmer makes a change to the
7   computer code and the change appears on all of the websites that Zeeto operates.

8      6.      On or about January of 2022 a Zeeto employee received a slack message from
9   Caleb Krambule with Cege Media (aka Enfuego and PolicyScout) requesting that HealthIQ be
    added to Zeeto's Marketing Partner's list. Zeeto confirmed and added HealthIQ to its marketing
10  partners list by adding a line to the pages' code. This added Health IQ to the list of disclosed
11  marketing partners or affiliates on all of Zeeto's websites.

12     7.      In the regular course of business, Zeeto maintains coding logs that identify,
13  among other things, when each marketing partner was added to or removed from the list of
    companies disclosed as affiliates. Zeeto retains coding logs for its websites for at least three
14  years. Attached as Exhibit 1 is a true and correct screenshot of Zeeto's coding logs, reflecting
15  the addition of Health IQ to the list of marketing partners on or around January of 2022.

16     8.      Attached as Exhibit 2 is a true and correct screenshot of the list of marketing
17  partners as it appeared on Zeeto's websites on or around January 24, 2022, showing Health IQ
    listed as an affiliate. This screenshot was taken when amending the list of marketing partners.
18
       9.      I have reviewed Zeeto's coding logs and have verified that Health IQ did not
19  appear on the marketing partner list or otherwise on Zeeto's websites between June 24, 2017,
20  and December of 2021.

21     10.     Attached as Exhibit 3 is a true and correct screenshot of the list of marketing
22  partners as it appeared on Zeeto's websites on or around September 23, 2021, showing that
    Health IQ was not listed as an affiliate. This screenshot was taken after making amendments to
23

DECLARATION OF SHAYNE CARDWELL - 2
Case No. 4:21-cv-04875-YGR

DocuSign Envelope ID: 6352FFB4-4895-486C-907...   75A89E266

1    the path.

2         11.    I submitted a declaration in *Hoy v. ZeetoGroup, LLC*, 22-cv-00151-LL-MDD, Dkt.

3    No. 8-1 (Filed March, 14 2022). I hereby withdraw that declaration on the basis of newly

4    discovered information (the coding logs) and a further understanding of what the parties'

     dispute was.
5

6         I, Shayne Cardwell, declare under penalty of perjury under the laws of the United States

7    that I have read the foregoing declaration and know the contents thereof, and that the matters

8    contained in the declaration are true to my own knowledge.

9
                                      1            July
          Executed on this _____ day of _____, 2022.
10

11                                          DocuSigned by:
                                       By: [ Shayne Cardwell
12                                            ABE96B4BEA344F6...

13

14

15

16

17

18

19

20

21

22

23

     DECLARATION OF SHAYNE CARDWELL - 3
     Case No. 4:21-cv-04875-YGR

# EXHIBIT 1



# **EXHIBIT 2**



# Related Advertisers

- ADT
- ADT Solar
- Cege
- CallBlade
- Crisp Marketing
- Crisp Connections
- Digital Media Solutions
- GrabYourItems
- Salt Media Group
- What If Media Group
- Calltrader.com
- Madera Media, LLC
- What If Holdings, LLC
- Boost Health Insurance
- Ford Direct
- Happy Money
- Hello Fresh.
- HealthIQ
- Insurealife
- The Savvy Sampler
- Sunpro
- OkWow
- Policy Scout
- The Smart Saver
- Ok Hooray

# **EXHIBIT 3**



# Related Advertisers

- Cege
- Enfuego Holdings, LLC
- CallBlade
- Crisp Marketing
- Crisp Connections
- Digital Media Solutions, Inc
- GrabYourItems
- Salt Media Group
- What If Media Group
- Calltrader.com
- Madera Media, LLC
- What If Holdings, LLC
- Boost Health Insurance
- Ford Direct
- Happy Money
- Hello Fresh.

*Come back daily for new freebies!*

EXHIBIT B

Christopher S. Morris, Esq., SBN 163188
cmorris@morrislawfirmapc.com
Jacob A. Gillick, Esq. 312336
jgillick@morrislawfirmapc.com
MORRIS LAW FIRM, APC
501 West Broadway, Suite 1480
San Diego, CA 92101
Telephone: (619) 826-8060
Facsimile: (619) 826-8065

Attorneys for Respondent Zeetogroup, LLC,

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

TOBY HOY,

                       Petitioner,

     v.

ZEETOGROUP, LLC,

                   Respondent.

Case No. 22cv151-LL-MDD

**DECLARATION OF JACOB A. GILLICK IN SUPPORT OF OPPOSITION TO MOTION TO COMPEL COMPLIANCE WITH OUT-OF-DISTRICT SUBPOENA TO NON-PARTY ZEETOGROUP, LLC**

1

I, Jacob A. Gillick, declare as follows:

I am an Associate Attorney with Morris Law Firm, APC and represent Respondent ZeetoGroup, LLC, ("Zeeto") I have personal knowledge of the facts contained in this declaration and, if called as a witness, could and would testify as such.

1.     A true and correct copy of the September 7, 2021, subpoena is attached hereto as "Exhibit 1." A true and correct copy of ZeetoGroup, LLC's ("Zeeto") objections is attached hereto as "Exhibit 2."

2.     A true and correct copy of Petitioner's counsel's request that Zeeto accept service of a subpoena in October and November, is attached hereto as "Exhibit 3." A true and correct copy of Zeeto's response is attached hereto as "Exhibit 4."

3.     A true and correct copy of the "Schedule A" propounded on Zeeto \ is attached hereto as "Exhibit 5."

4.     A true and correct copy of the December 9, 2021, subpoena is attached hereto as "Exhibit 6." A true and correct copy of Zeeto's objections are attached hereto as "Exhibit 7."

5.     A true and correct copy of the January 24, 2022, subpoena is attached hereto as "Exhibit 8."

6.     Attached hereto as "Exhibit 9" is a true and correct copy of the e-mail where Petitioner discloses the contact information Zeeto had been requesting and is at issue.

7.     Attached hereto as "Exhibit 10" is the correspondence between Petitioner's counsel and Zeeto's counsel exchanging information. This includes Petitioner's refusal to further meet and confer.

/ / /

/ / /

/ / /

DEC IN OPPOSITION TO MOTION TO COMPEL                    22cv151 LL MDD

8.    A true and correct copy of Zeeto's production to Petitioner is attached hereto as "Exhibit 11."

I declare under penalty of perjury, under the laws of the United States and California that the foregoing is true and correct. Executed this 14th day of March, 2022, in San Diego, California.

s/ Jacob A. Gillick
Jacob A. Gillick

# **<u>EXHIBIT 1</u>**

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of California

|  |  |  |
|---|---|---|
| TOBY HOY | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   4:21-cv-04875-YGR |
| | ) | |
| HI.Q, INC. d/b/a HEALTH IQ | ) | |
| *Defendant* | ) | |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                                   Get it Free

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See the attached Schedule A.

| Place: DIRECTLY TO THE UNDERSIGNED COUNSEL ELECTRONICALLY or to Rockstar Process Serving San Diego, CA | Date and Time: 09/24/2021 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   09/07/2021

*CLERK OF COURT*

OR

_____                    /s/ Anthony I. Paronich
*Signature of Clerk or Deputy Clerk*              *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Plaintiff _____ , who issues or requests this subpoena, are:

Paronich Law, P.C., 350 Lincoln St., Suite 2400, Hingham, MA 02043, anthony@paronichlaw.com, (508) 221-1510

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c)  Place of Compliance.**

 **(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
  **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
  **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
    **(i)** is a party or a party's officer; or
    **(ii)** is commanded to attend a trial and would not incur substantial expense.

 **(2)** *For Other Discovery.* A subpoena may command:
  **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
  **(B)** inspection of premises at the premises to be inspected.

**(d)  Protecting a Person Subject to a Subpoena; Enforcement.**

 **(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

 **(2)** *Command to Produce Materials or Permit Inspection.*
  **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
  **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
    **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
    **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

 **(3)** *Quashing or Modifying a Subpoena.*
  **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
    **(i)** fails to allow a reasonable time to comply;
    **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
    **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
    **(iv)** subjects a person to undue burden.
  **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
    **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

    **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
  **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
    **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
    **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e)  Duties in Responding to a Subpoena.**

 **(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
  **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
  **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
  **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
  **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

 **(2)** *Claiming Privilege or Protection.*
  **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
    **(i)** expressly make the claim; and
    **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
  **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g)  Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

## SCHEDULE A

### INSTRUCTIONS

1.   You are required to search not only for hard copy documents, but for electronically generated, maintained or stored information, including data that exist on your computers' hard drives, on computer servers to which you have access, in email accounts, in text messaging accounts, and all other places in which responsive electronic data may be stored.

2.   Where possible, all electronically generated, maintained or stored information should be produced in its native format and in a format compatible to litigation-support databases and review systems. Where possible, such documents should contain searchable text and searchable metadata in a load file format. File fidelity and resolution should not be downgraded; for instance, electronic files should not be printed and then scanned.

### DEFINITIONS

1.      When used in these Requests, "Defendant" means HI.Q, Inc. d/b/a Health IQ, including any subsidiaries or affiliated enterprises, and its officers, directors and employees.

2.      When used in these Requests, "you" or "your" (or synonyms thereof) means Get it Free, including any subsidiaries or affiliated enterprises, and its officers, directors and employees. This includes, but is not limited to, https://getitfree.us/.

3.      Unless otherwise instructed, the requests are seeking documents from January 1, 2018 to the present.

### REQUESTS

**Request No. 1:** To the extent you claim that your company obtained permission for automated calls or text messages concerning Defendant to the Plaintiff produce all documents that identify:

336354

A.    Any signed writings evidencing that permission;

B.    As it relates to any website visits that you assert are being used in place of signed writings:

       i.    All documents that evidence a clear and conspicuous statement that informed consumers of their right to withdraw their consent to receive telemarketing calls;

      ii.    All documents that evidence a clear and conspicuous statement that informed consumers of the procedures they must use to withdraw consent, and the procedures they may use to update their contact information that was used as a basis for any alleged consent to make telemarketing calls to them.

**Request No. 2:** To the extent you claim that your company obtained permission for automated calls or text messages to the Plaintiff concerning Defendant via websites:

A.    Produce documents that identify those website(s) and the specific page(s) on those website(s) that you claim constitute consent or permission.

B.    For any website identified in response to the prior request, produce all access, server and error logs and security and fraud alerts during the period you claim visits to that website constituted consent or permission to contact any putative class member with telemarketing calls.

C.    For any website identified in response to the prior request, produce all architectural diagrams, wireframes and application mockups.

D.      Produce all documents that identify the affiliate(s) compensated directly or indirectly by you for each purportedly consenting consumer.

E.      Produce all documents that identify the referring URL from which each purportedly consenting consumer came to your website.

F.      If any documents responsive to the requests in this Schedule A are in the hands of third parties, produce documents that identify those third parties

**Request No. 3:** All documents relating to the plaintiff or the phone number (515) 808-0280.

**Request No. 4:** Communications with any third party concerning the litigation captioned on the subpoena.

# EXHIBIT 2

### NON-PARTY GET IT FREE'S OBJECTIONS AND RESPONSE TO PLAINTIFF'S SUBPOENA *DUCES TECUM*

Pursuant to Fed. R. Civ. P. 45(d), non-party Get it Free, by and through its undersigned counsel, hereby objects to the subpoena *duces tecum* (the "Subpoena") issued by plaintiff Toby Hoy ("Plaintiff") in the action styled *Toby Hoy v. Hi. Q, Inc. d/b/a Health IQ,* Civil Action No. 4:21-cv-04875-YGR pending in the United States District Court for the Northern District of California ("the Underlying Action").

### FACTUAL BACKGROUND

Get it Free is an Internet marketing website containing information regarding free samples, coupons, and similar deals and is a non-party to the Underlying Action – an action between Plaintiff and Hi. Q, Inc. d/b/a Health IQ ("Health IQ") for alleged violations of the federal Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA"). Given the nature of Plaintiff's claims against Health IQ, as set forth in Plaintiff's Complaint, it appears that Get it Free's business records and information have no relevance to the Underlying Action.

Specifically, Plaintiff's Complaint alleges that Plaintiff received at least three automated text messaging calls from Health IQ on May 24, 26, and June 1, 2021, despite Plaintiff's telephone number beginning with "(515) 808" being registered on the National Do Not Call Registry. Complaint ¶¶ 24-26.   Plaintiff's Complaint contends that the calls received from Health IQ were made in violation of the TCPA, and Plaintiff seeks to represent himself and a putative class of individuals that allegedly received similar autodialed calls from Health IQ.

Get it Free did not call Plaintiff or attempt to call Plaintiff at all, let alone on behalf of Health IQ. Nor did Get it Free call putative class members on behalf of Health IQ.   Plaintiff's Subpoena to Get it Free requests the production of broad categories of documents.  These documents, to the extent they exist in Get it Free's records, are irrelevant to the core issue in Plaintiff's case *against Health IQ*, which is whether *Health IQ* had Plaintiff's and putative class members' prior express

consent to receive the alleged calls. Get it Free's affiliates, wireframes, architectural diagrams, and application mockups are completely unrelated to the Underlying Action.

Moreover, the requested documents necessarily exist in the files of Health IQ, the defendant in the Underlying Action alleged to have made the calls. Health IQ undoubtedly has records showing any prior express consent to receive those calls. Fed. R. Civ. P. 45 and 26(b)(2)(C)(1) requires Plaintiff to seek the requested documents from Health IQ instead of imposing significant undue burden and cost on non-party Get it Free.

## **GENERAL OBJECTIONS**

Plaintiff has failed to comply with Fed. R. Civ. P. 45(d)(1), which requires that the party issuing a subpoena "take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena." FED. R. CIV. P. 45(d)(1). "'[A]n evaluation of undue burden requires the court to weigh the burden to the subpoenaed party against the value of the information to the serving party.'" *Moon v. SCP Pool Corp.,* 232 F.R.D. 633, 637 (C.D. Cal 2005) (quoting *Travelers Indem. Co. v. Metropolitan Life Insur. Co.,* 228 F.R.D. 111, 113 (D. Conn. 2005)). In particular, in evaluating undue burden, courts consider

> 'such factors as relevance, the need of the party for the documents, the breadth of the document request, the time period covered by it, the particularity with which the documents are described and the burden imposed.'

*Id.* (quoting *Travelers Indem.,* 228 F.R.D. at 113). Looking to all of these factors, Plaintiff's Subpoena imposes an undue burden.

First, to the extent that Plaintiff needs the requested documents, it must seek them from Defendant Health IQ, the party to the case that is alleged to have been called. Specifically, among other documents, Plaintiff's Subpoena seeks information regarding "permission" to make automated calls or text messages concerning Health IQ. This information is within the files of Health IQ, not non-party Get it Free. Courts routinely quash subpoenas like Plaintiff's where the information

sought is available from another source, including the opposing party in the underlying litigation. *See Moon,* 232 F.R.D. at 638 ("Moreover, these requests all pertain to defendant, who is a party, and, thus, plaintiffs can more easily and inexpensively obtain the documents from defendant, rather than from [the subpoenaed] nonparty); *In re Motion to Compel Compliance With Subpoena Directed to Dept. of Veteran Affairs,* 257 F.R.D. 12, (D.D.C. April 28, 2009) (granting motion to quash where information sought from non-party was available from party defendant in underlying suit and holding that "even modifying the subpoena to seek [] limited information [would be] unduly burdensome because of the absence of any showing that the information sought is not available from other sources.").

Plaintiff's Subpoena also improperly seeks internal documents, which are not only irrelevant but also maintained as confidential by Get it Free, including, but not limited to, Get it Free's access, server, and error logs; security fraud and fraud alerts; architectural diagrams, wireframes, and application mockups; affiliate identities; vendors for visitor traffic reporting; and website host identities. *See Allen v. Howmedica Leibinger, GmhH*, 190 F.R.D. 518, 526 (W.D. Tenn. 1999) ("Dr. Allen has failed to demonstrate that the information it seeks from Danek, a nonparty, is relevant and necessary to the pending Delaware action, discovery would impose an undue burden on Danek, and there is a substantial risk of harm from disclosure of confidential information."); *Moon,* 232 F.R.D. at 638 (quashing subpoena requesting production of commercial information). To the extent that Get it Free agrees to produce any information that it maintains as confidential information, it will only do so after entry of an appropriate protective order in the United States District Court Northern District of California, the place of compliance designated in the Subpoena. *See* FED. R. CIV. P. 45(d).

Courts are required to balance the need for discovery against the burden imposed on the person ordered to produce documents, and the status of a person as a non-party is a factor that weighs against disclosure. *See Moon*, 232 F.R.D. at 637. Further, "the burden is on the party seeking information to establish a need for the breadth of the information sought in response to a nonparty's

*prima facie* showing that the discovery would be burdensome." *Musarra v. Digital Dish, Inc.,* Civ. No. 2:05-cv-545, 2008 WL 4758699, at *1 (S.D. Ohio Oct. 30, 2008). If the requests are "overwhelming," a court need not balance the equities of the respective parties and may simply quash the subpoena. 9 James Wm. Moore, *Moore's Federal Practice*, § 45.32 (3d ed. 2009). A subpoena is overwhelming if (1) it requests information of limited relevance to the underlying action, or (2) the requested information covers an unreasonable period of time. *Id*. Plaintiff's Subpoena is objectionable for all of the above reasons.

## SPECIFIC OBJECTIONS TO DOCUMENT REQUESTS

The foregoing General Objections are incorporated by reference herein with respect to the Specific Objections to each request.

**REQUEST NO. 1:** To the extent you claim that your company obtained permission for automated calls concerning Defendant to the Plaintiff produce all documents that identify:

(A) Any signed writings evidencing that permission;

(B) As it relates to any website visits that you assert are being used in place of signed writings:

(i) All documents that evidence a clear and conspicuous statement that informed consumers of their right to withdraw their consent to receive telemarketing calls.

(ii) All documents that evidence a clear and conspicuous statement that informed consumers of the procedures they must use to withdraw consent, and the procedures they may use to update their contact information that was used as a basis for any alleged consent to make telemarketing calls to them.

**OBJECTIONS TO REQUEST NO. 1:**

Get it Free objects to this request on the grounds that it is overbroad, unduly burdensome, vague, ambiguous, and not reasonably calculated to lead to the discovery of admissible evidence.

This request attempts to impose legal obligations that do not exist for Get it Free. Get it Free did not call the Plaintiff on behalf of Health IQ. It is not Get it Free's obligation to prove it obtained "permission for automated calls". Get it Free's documents relating to its communications with Get it Free's own consumers is irrelevant to the Underlying Action.

To the extent these documents are relevant to Plaintiff's claims against Health IQ, Plaintiff is required to seek production of them from Health IQ instead of attempting to subject non-party Get it Free to significant undue burden, cost, and business disruption.

Notwithstanding the foregoing objections, and without waiving them, Get it Free does not have any responsive documents relating to this request as Get it Free does not claim to have obtained permission for automated calls or text messages from Plaintiff concerning the Defendant and thus does not have any signed writings from Plaintiff concerning Defendant.

**REQUEST NO. 2:** To the extent that you claim that your company obtained permission for automated calls or text messages to the Plaintiff concerning Defendant via websites:

(A) Produce documents that identify those website(s) and the specific page(s) on those website(s) that you claim constitute consent or permission.

(B) For any website identified in response to the prior request, produce all access, server, and error logs and security and fraud alerts during the period you claim visits to that website constituted consent or permission to contact any putative class member with telemarketing calls.

(C) For any website identified in response to the prior request, produce all architectural diagrams, wireframes, and application mockups.

(D) Produce all documents that identify the affiliate(s) compensated directly or indirectly by you for each purportedly consenting consumer.

(E) Produce all documents that identify the referring URL from which each purportedly consenting consumer came to your website.

(F) If any documents responsive to the request in this Schedule A are in the hands of third parties, produce documents that identify those third parties.

**OBJECTIONS TO REQUEST NO. 2:**

Get it Free objects to this request on the grounds that it is overbroad, unduly burdensome, vague, ambiguous, and not reasonably calculated to lead to the discovery of admissible evidence. Again, this request attempts to impose legal obligations that do not exist for Get it Free. Get it Free did not call the Plaintiff on behalf of Health IQ. It is not Get it Free's obligation to prove it obtained "permission for automated calls".

Get it Free further objects to the request to the extent it seeks disclosure of proprietary and/or confidential information of Get it Free. There is no connection between Plaintiff being called by Health IQ and Get it Free's architectural diagrams, vendors for visitor traffic, error logs, website host, or bandwidth usage. The request does not appear to seek any document that would be relevant to any fact in issue with Plaintiff's claims against Health IQ.

To the extent these documents are relevant to Plaintiff's claims against Health IQ, Plaintiff is required to seek production of them from Health IQ instead of attempting to subject non-party Get it Free to significant undue burden, cost, and business disruption.

Notwithstanding the foregoing objections, and without waiving them, Get it Free does not have any responsive documents relating to this request as Get it Free does not claim to have obtained permission for automated calls or text messages from Plaintiff concerning the Defendant and thus does not have any signed writings from Plaintiff concerning Defendant.

**REQUEST NO. 3:** All documents relating to the plaintiff or the phone number (515) 808-0280.

**OBJECTIONS TO REQUEST FOR PRODUCTION NO. 3:**

Get it Free objects to this request on the grounds that it is overbroad, unduly burdensome, vague, ambiguous, and not reasonably calculated to lead to the discovery of admissible evidence.

The request does not appear to seek any document that would be relevant to any fact in issue with Plaintiff's claims against Health IQ. Get it Free further objects to this request as seeking production of information that Get it Free maintains in the ordinary course of its business as confidential information.

Get it Free further objects to the request to the extent it seeks disclosure of proprietary and/or confidential information of Get it Free. There is no connection between Plaintiff being called by Health IQ and Get it Free's documents relating to the Plaintiff or the phone number (515) 808-0280. The request does not appear to seek any document that would be relevant to any fact in issue with Plaintiff's claims against Health IQ.

**REQUEST NO. 4:** Communications with any third party concerning the litigation captioned on the subpoena.

**OBJECTIONS TO REQUEST NO. 4:**

Get it Free objects to this request on the grounds that it is overbroad, unduly burdensome, vague, ambiguous, and not reasonably calculated to lead to the discovery of admissible evidence. Notwithstanding the foregoing objections, and without waiving them, Get it Free does not have any responsive documents relating to this request.


Date: September 20, 2021                               Respectfully submitted,

                                                        */s/ Elizabeth Cole*
                                                        Elizabeth Cole
                                                        Counsel for Get it Free
                                                        Telephone: (619) 496-6476
                                                        E-mail: legal@getitfree.us

                                                        *Attorney for Non-Party*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 20, 2021, I caused a true and correct copy of the foregoing

**NON-PARTY GET IT FREE'S OBJECTIONS AND RESPONSES TO PLAINTIFFS'**

**SUBPOENA *DUCES TECUM*** to be served on the following counsel for the subpoenaing party by

electronic mail:

> Paronich Law, P.C.
> 350 Lincoln Street, Suite 2400
> Hingham, MA 02043
> Phone: (508) 221-1510
> E-mail: anthony@paronichlaw.com


> */s/ Elizabeth Cole*

# EXHIBIT 3

**Subject:** Fwd: Get it Free
**Date:** Friday, November 26, 2021 at 11:27:52 AM Pacific Standard Time
**From:** Anthony Paronich
**To:** Jacob Gillick

Mr. Gillick:

I wanted to confirm that you're able to accept the subpoena mentioned below. If so, can you please provide availability for you and your client in December?


Regards,

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.


---------- Forwarded message ---------
From: **Legal Department GetItFree** <legal@getitfree.us>
Date: Wed, Oct 27, 2021 at 12:43 AM
Subject: Re: Get it Free
To: Anthony Paronich <anthony@paronichlaw.com>
Cc: Rosenthal, Paul A. (NJ) <PaulRosenthal@kelleydrye.com>


Hello Mr. Paronich

Unfortunately I am unable to accept service for this type of subpoena, but Get it Free has other outside counsel that is able to accept service.  Please send the subpoena to Jacob Gillick at jgillick@morrislawfirmapc.com.

Thank you,
Elizabeth Cole
On Wed, Oct 20, 2021 at 8:54 AM Anthony Paronich <anthony@paronichlaw.com> wrote:

> Ms. Cole:
>
>
> I hope all is well. We intend to issue a deposition for a subpoena to Get it Free. Can you please advise if you can accept service via e-mail?

We'd also be happy to coordinate dates. Can you let us know your availability in early December. We intend to take the deposition remotely.

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400

Hingham, MA 02043
[o] (617) 485-0018

[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

# EXHIBIT 4

| | |
|---|---|
| **Subject:** | Re: Get it Free |
| **Date:** | Monday, November 29, 2021 at 8:15:29 PM Pacific Standard Time |
| **From:** | Anthony Paronich |
| **To:** | Jacob Gillick |
| **Attachments:** | Deposition Schedule A to Get it Free.docx |

Thank you, and the same to you. A Schedule A is attached. With this information, I assume you will be able to figure out the deponent(s) and provide some December availability. If that's not the case, please let me know.

Regards,

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.


On Sun, Nov 28, 2021 at 2:54 PM Jacob Gillick <jgillick@morrislawfirmapc.com> wrote:

> Mr. Paronich,
>
>
> Hope you had a happy Thanksgiving. I will accept service. Let me review the subpoena to determine the correct employee to produce. I am just coming into this matter.
>
>
> Best,
>
>
> Jacob A. Gillick, Esq.
>
> **MORRIS LAW FIRM, APC**
>
> 501 West Broadway, Suite 1480
>
> San Diego, CA 92101
>
> Tel. (619) 826-8060
>
> Fax. (619) 826-8065

# EXHIBIT 5

## EXHIBIT A

Unless otherwise indicated, the RELEVANT TIME PERIOD for the purposes of this Notice of Deposition is from four years prior to the filing of the Complaint in this matter to the present.

As used throughout this Notice of Deposition, the following terms have the following indicated meanings:

1.      The term "DOCUMENT" or "DOCUMENTS" as used herein shall refer to all writings as defined in Fed. R. Civ. P. 34(a)(1)(A), however produced or reproduced or archived or stored, within YOUR possession or subject to YOUR control, of which YOU have knowledge or to which YOU now have or previously had access, including all ELECTRONICALLY STORED INFORMATION.

2.      "ELECTRONICALLY STORED INFORMATION" ("ESI") as used herein means any electronic DOCUMENT or WRITTEN COMMUNICATION and includes, without limitation, the following:

a.      Activity listings of electronic mail receipts and/or transmittals;

b.      Output resulting from the use of any software program, including without limitation word processing DOCUMENTS, spreadsheets, DATABASE files, charts, graphs and outlines, electronic mail, text messages, AOL Instant Messenger (or similar program) or bulletin board programs, operating systems, source code, PRF files, PRC files, batch files, ASCII files, and all miscellaneous media on which they reside and regardless of whether such electronic data exist in an active file, deleted file, or file fragment; and

c.      Any and all items stored on computer memories, hard disks, network servers, individual computer workstations or clients, thumb drives, jump drives, CDs, DVDs, cloud servers, floppy disks, CD-ROM, magnetic tape, microfiche, or on any other vehicle for digital

data storage and/or transmittal, including without limitation a personal digital assistant, smartphone and/or tablet, e.g., iPhone, Droid, Blackberry, Galaxy, HTC, iPad, iPod, Kindle, Nook or other device. PLAINTIFF requests that ESI be processed and produced in a manner that preserves all metadata and that the parties confer regarding the production of metadata and the form or any electronic production prior to the gathering or processing of ESI.

       3.     "DATABASE" or "DATABASES" includes any collection of data defined so that it can be reorganized and accessed in a number of different ways; any collection of data for one or more purposes, usually in digital form; a comprehensive collection of related data organized for convenient access, generally in a computer; a collection of information that is organized so that it can easily be accessed, managed, and updated; or a structured set of data held in a computer

       4.     "POLICY" or "POLICIES" means any instruction(s), practice, procedure, directive, routine, guideline, rule, course of conduct or code of conduct, written or unwritten, formal or informal, recorded or unrecorded, which were or have been recognized, adopted, issued or followed by YOU.

       5.     "HEALTH IQ" means defendant HI.Q, INC. d/b/a HEALTH IQ, as well as any of its divisions, affiliates, subsidiaries, successors, predecessors, present or former partners, officers, directors, employees, agents, attorneys or representatives.

       6.     "GET IT FREE" means Get it Free Media, as well as any of its divisions, affiliates, subsidiaries, successors, predecessors, present or former partners, officers, directors, employees, agents, attorneys or representatives.

       7.     "PLAINTIFF" means the Plaintiff in this action.

       8.     "PERSON" or "PERSONS" means any individual, partnership, association, corporation, joint venture, governmental or administrative body, or other business or legal entities.

       9.     "THIRD PARTY" or "THIRD PARTIES" or "OTHER PARTY" means any individual, partnership, association, corporation, joint venture, or other business or legal entity

not owned or controlled by YOU, or any PERSON that does not receive an annual salary from YOU, including but not limited to affiliates, agents, and subsidiaries of YOU.

10.     "VENDOR" or "VENDORS" is a subset of THIRD PARTY and when used in this deposition notice means any THIRD PARTY under contract with, hired by, employed by, paid by, or working for YOU for purposes of telemarketing activities or services, including, but not limited to, generating leads, warm transfers, hot transfers, any other call transfers, making outbound calls, and the tracking or aggregation of data related to same. VENDORS specifically includes, but is not limited to, the entity that provided the PLAINTIFF's lead or called the PLAINTIFF.

11.     Topics that include the creation (including any sources of information or ESI), modification, use, ARCHITECTURE, and FUNCTIONALITY of any and all DATABASES include, but are not limited to, the following subtopics:

a.     The name of the system, its version, and platform on which it runs;

b.     Whether the systems store information on premises or on the cloud or a hybrid;

c.     The custodian of the data (GET IT FREE, or any VENDOR or THIRD PARTY);

d.     The data used with each system;

e.     How stored data is accessed;

f.     Whether the systems archive information;

g.     Where the archives are stored;

h.     How data is archived;

i.     What reporting or analytics features do the systems have;

j.     What export features do the products have;

k.     What data fields do the products maintain; and

l.     Who is responsible for maintaining the systems.

12.     All other words shall have their ordinary definition as defined by Merriam-Webster's online dictionary, located at http://www.merriam-webster.com/ (last visited June 2, 2021).

## <u>TOPICS</u>

GET IT FREE is hereby directed to designate one or more officers, directors, managing agents, or other PERSONS to testify regarding the following topics:

**GET IT FREE'S Business Structure**

1.      The general nature and scope of GET IT FREE'S business and/or services.  This subject includes, but is not limited to, GET IT FREE'S business activities, daily operations, portfolio of services offered, and business model.

**LEAD GENERATION**

2.      GET IT FREE'S process for obtaining telephone numbers that were sold to HEALTH IQ or CEGE MEDIA, including where such telephone numbers came from, who acquired them, how they were delivered and any audits or vetting done on them before they were delivered.

3.      GET IT FREE's knowledge of and participation in the process of receiving and obtaining telephone numbers by the THIRD PARTIES it works with, including, but not limited to, any entities involved in the getitfree.us website.

**RELATIONSHIP WITH CEGE MEDIA**

4.      GET IT FREE'S relationship or involvement with CEGE MEDIA, including, but not limited to:

a.      The nature and scope of services provided by GET IT FREE to CEGE MEDIA and vice versa;

b.      The negotiation, drafting, implementation, and all other aspects of any agreement or scope of work between GET IT FREE and CEGE MEDIA;

c.      The day-to-day relationship between GET IT FREE and CEGE MEDIA, including, but not limited to, the identities of any GET IT FREE employees who communicate with CEGE MEDIA regarding lead generation, the identities of employees of CEGE MEDIA with whom GET IT FREE communicates regarding lead generation, the frequency of any meetings with CEGE MEDIA regarding lead generation, and the typical content and form of any communications between GET IT FREE and CEGE MEDIA;

d.      Any training CEGE MEDIA provided to GET IT FREE related to lead generation;

e.      GET IT FREE'S disclosure to CEGE MEDIA regarding the method, manner, and means by which GET IT FREE promoted CEGE MEDIA through lead generation;

f.      The scope of any access that CEGE MEDIA has to any GET IT FREE computer systems, equipment, or DATABASES used for purposes of lead generation; the type of such computer systems, equipment, or DATABASES to which CEGE MEDIA has access; and the method, manner, and means by which CEGE MEDIA accesses such computer systems, equipment, or DATABASES; and

g.      Any financial incentives provided by or payments made by GET IT FREE to CEGE MEDIA.

5.      All audits, investigations, inquiries, or studies (collectively "audits") performed by CEGE MEDIA related to lead generation, including, but not limited to, when each audit was performed, who performed each audit, why each audit was performed, which PERSONS were audited (YOU, THIRD PARTIES, or VENDORS), why each PERSON was audited, and the results of each audit.

5

6. DATABASES to which GET IT FREE has access; and the method, manner, and means by which GET IT FREE accesses such computer systems, equipment, or DATABASES.

**POLICIES**

7. GET IT FREE'S POLICIES relating to lead generation, including any POLICIES regulating actions by THIRD PARTIES that conduct lead generation for GET IT FREE.

8. GET IT FREE'S POLICIES, practices, and procedures relating to the Telephone Consumer Protection Act, 47 U.S.C. § 227, including, but not limited to, the rules, regulations, opinions, advisories, comments, or filings of the Federal Communications Commission that relate to 47 U.S.C. § 227 and 47 C.F.R. § 64.1200(c)(2) & (d).

9. GET IT FREE'S efforts to ensure TCPA compliance by THIRD PARTIES and VENDORS that conduct lead generation for GET IT FREE, and its own employees (*e.g.*, requiring compliance training, audits, procedures to ensure appropriate consent).

**COMPLAINTS & DO NOT CALL REQUESTS**

10. Any complaints, grievances, investigations, or actual or threatened litigation from private individuals, business bureaus (such as the BBB), and government entities regarding lead generation relating to GET IT FREE, and any corresponding response or investigation.

11. GET IT FREE'S POLICIES for responding to complaints, including GET IT FREE'S intake, investigation, and tracking of complaints, and its development and implementation of those POLICIES. All DATABASES or computer software programs GET IT FREE uses to track complaints.

**THIS LITIGATION**

12. GET IT FREE'S response to the subpoena it has received.

13. GET IT FREE'S investigation into the calls placed to PLAINTIFF.

6

14.     GET IT FREE's investigation and any communications regarding this litigation with the VENDOR or THIRD PARTY that contacted the PLAINTIFF.

# EXHIBIT 6

AO 88A  (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| TOBY HOY | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No.   4:21-cv-04875-YGR |
| | ) | |
| HI.Q, INC. d/b/a HEALTH IQ | ) | |
| _Defendant_ | ) | |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:                                    GETITFREE.US

_(Name of person to whom this subpoena is directed)_

☑ _Testimony:_ **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action.  If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:
See the attached Schedule A.

| Place: Magna Legal Services via remote means | Date and Time: |
|---|---|
| | 12/23/2021 9:00 AM MST |

The deposition will be recorded by this method:     Videographer and/or Stenographer

☑ _Production:_  You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:
          All documents responsive to the previoulsy served subpoenas.

          The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:      12/09/2021

|  CLERK OF COURT | OR | |
|---|---|---|
| | | /s/ Anthony I. Paronich |
| _Signature of Clerk or Deputy Clerk_ | | _Attorney's signature_ |

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_
Plaintiffs
                                                                    , who issues or requests this subpoena, are:
Paronich Law, P.C., 350 Lincoln Street, Suite 2400, Hingham, MA 02043, anthony@paronichlaw.com, (617) 485-0018

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1) For a Trial, Hearing, or Deposition.** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
  **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
  **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
    **(i)** is a party or a party's officer; or
    **(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2) For Other Discovery.** A subpoena may command:
  **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
  **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1) Avoiding Undue Burden or Expense; Sanctions.** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2) Command to Produce Materials or Permit Inspection.**
  **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
  **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
    **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
    **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3) Quashing or Modifying a Subpoena.**

  **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:

    **(i)** fails to allow a reasonable time to comply;
    **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
    **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
    **(iv)** subjects a person to undue burden.
  **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:

    **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or
    **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
  **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
    **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
    **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1) Producing Documents or Electronically Stored Information.** These procedures apply to producing documents or electronically stored information:
  **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
  **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
  **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
  **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2) Claiming Privilege or Protection.**
  **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
    **(i)** expressly make the claim; and
    **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
  **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

---

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

## EXHIBIT A

Unless otherwise indicated, the RELEVANT TIME PERIOD for the purposes of this Notice of Deposition is from four years prior to the filing of the Complaint in this matter to the present.

As used throughout this Notice of Deposition, the following terms have the following indicated meanings:

1.      The term "DOCUMENT" or "DOCUMENTS" as used herein shall refer to all writings as defined in Fed. R. Civ. P. 34(a)(1)(A), however produced or reproduced or archived or stored, within YOUR possession or subject to YOUR control, of which YOU have knowledge or to which YOU now have or previously had access, including all ELECTRONICALLY STORED INFORMATION.

2.      "ELECTRONICALLY STORED INFORMATION" ("ESI") as used herein means any electronic DOCUMENT or WRITTEN COMMUNICATION and includes, without limitation, the following:

    a.      Activity listings of electronic mail receipts and/or transmittals;

    b.      Output resulting from the use of any software program, including without limitation word processing DOCUMENTS, spreadsheets, DATABASE files, charts, graphs and outlines, electronic mail, text messages, AOL Instant Messenger (or similar program) or bulletin board programs, operating systems, source code, PRF files, PRC files, batch files, ASCII files, and all miscellaneous media on which they reside and regardless of whether such electronic data exist in an active file, deleted file, or file fragment; and

    c.      Any and all items stored on computer memories, hard disks, network servers, individual computer workstations or clients, thumb drives, jump drives, CDs, DVDs, cloud servers, floppy disks, CD-ROM, magnetic tape, microfiche, or on any other vehicle for digital

data storage and/or transmittal, including without limitation a personal digital assistant, smartphone and/or tablet, e.g., iPhone, Droid, Blackberry, Galaxy, HTC, iPad, iPod, Kindle, Nook or other device.  PLAINTIFF requests that ESI be processed and produced in a manner that preserves all metadata and that the parties confer regarding the production of metadata and the form or any electronic production prior to the gathering or processing of ESI.

3.      "DATABASE" or "DATABASES" includes any collection of data defined so that it can be reorganized and accessed in a number of different ways; any collection of data for one or more purposes, usually in digital form; a comprehensive collection of related data organized for convenient access, generally in a computer; a collection of information that is organized so that it can easily be accessed, managed, and updated; or a structured set of data held in a computer

4.      "POLICY" or "POLICIES" means any instruction(s), practice, procedure, directive, routine, guideline, rule, course of conduct or code of conduct, written or unwritten, formal or informal, recorded or unrecorded, which were or have been recognized, adopted, issued or followed by YOU.

5.      "HEALTH IQ" means defendant HI.Q, INC. d/b/a HEALTH IQ, as well as any of its divisions, affiliates, subsidiaries, successors, predecessors, present or former partners, officers, directors, employees, agents, attorneys or representatives.

6.      "CEGE MEDIA" means the company you interact with regarding www.GET IT FREE.us, as well as any of its divisions, affiliates, subsidiaries, successors, predecessors, present or former partners, officers, directors, employees, agents, attorneys or representatives.

7.      "PLAINTIFF" means the Plaintiff in this action.

8.      "PERSON" or "PERSONS" means any individual, partnership, association, corporation, joint venture, governmental or administrative body, or other business or legal entities.

9.      "THIRD PARTY" or "THIRD PARTIES" or "OTHER PARTY" means any individual, partnership, association, corporation, joint venture, or other business or legal entity

not owned or controlled by YOU, or any PERSON that does not receive an annual salary from YOU, including but not limited to affiliates, agents, and subsidiaries of YOU.

10.     "VENDOR" or "VENDORS" is a subset of THIRD PARTY and when used in this deposition notice means any THIRD PARTY under contract with, hired by, employed by, paid by, or working for YOU for purposes of telemarketing activities or services, including, but not limited to, generating leads, warm transfers, hot transfers, any other call transfers, making outbound calls, and the tracking or aggregation of data related to same. VENDORS specifically includes, but is not limited to, the entity that provided the PLAINTIFF's lead or called the PLAINTIFF.

11.     Topics that include the creation (including any sources of information or ESI), modification, use, ARCHITECTURE, and FUNCTIONALITY of any and all DATABASES include, but are not limited to, the following subtopics:

a.     The name of the system, its version, and platform on which it runs;

b.     Whether the systems store information on premises or on the cloud or a hybrid;

c.     The custodian of the data (CEGE, or any VENDOR or THIRD PARTY);

d.     The data used with each system;

e.     How stored data is accessed;

f.     Whether the systems archive information;

g.     Where the archives are stored;

h.     How data is archived;

i.     What reporting or analytics features do the systems have;

j.     What export features do the products have;

k.     What data fields do the products maintain; and

l.     Who is responsible for maintaining the systems.

12.     All other words shall have their ordinary definition as defined by Merriam-Webster's online dictionary, located at http://www.merriam-webster.com/.

# TOPICS

GET IT FREE.US is hereby directed to designate one or more officers, directors, managing agents, or other PERSONS to testify regarding the following topics:

**GET IT FREE Business Structure**

1.    The general nature and scope of GET IT FREE'S business and/or services.  This subject includes, but is not limited to, GET IT FREE'S business activities, daily operations, portfolio of services offered, and business model.

**LEAD GENERATION**

2.    GET IT FREE'S process for obtaining telephone numbers that were sold to CEGE MEDIA or HEALTH IQ, including where such telephone numbers came from, who acquired them, how they were delivered and any audits or vetting done on them before they were delivered.

3.    GET IT FREE's knowledge of and participation in the process of receiving and obtaining telephone numbers made by THIRD PARTIES it works with, including, but not limited to, CEGE MEDIA or HEALTH IQ.

**RELATIONSHIP WITH CEGE MEDIA**

4.    GET IT FREE's relationship or involvement with CEGE MEDIA, including, but not limited to:

      a.    The nature and scope of services provided by GET IT FREE to CEGE MEDIA and vice versa;

      b.    The negotiation, drafting, implementation, and all other aspects of any agreement or scope of work between GET IT FREE and CEGE MEDIA;

c. The day-to-day relationship between GET IT FREE and CEGE MEDIA, including, but not limited to, the identities of any GET IT FREE employees who communicate with CEGE MEDIA regarding lead generation, the identities of employees of CEGE MEDIA with whom GET IT FREE communicates regarding lead generation, the frequency of any meetings with GET IT FREE regarding lead generation, and the typical content and form of any communications between GET IT FREE and CEGE MEDIA;

d. Any training CEGE MEDIA provided to GET IT FREE related to lead generation;

e. GET IT FREE'S disclosure to CEGE MEDIA regarding the method, manner, and means by which GET IT FREE promoted HEALTH IQ through lead generation;

f. The scope of any access that CEGE MEDIA has to any GET IT FREE computer systems, equipment, or DATABASES used for purposes of lead generation; the type of such computer systems, equipment, or DATABASES to which CEGE MEDIA has access; and the method, manner, and means by which CEGE MEDIA accesses such computer systems, equipment, or DATABASES; and

g. Any financial incentives provided by or payments made by CEGE MEDIA to GET IT FREE.

5. All audits, investigations, inquiries, or studies (collectively "audits") performed by CEGE MEDIA related to lead generation, including, but not limited to, when each audit was performed, who performed each audit, why each audit was performed, which PERSONS were audited (YOU, THIRD PARTIES, or VENDORS), why each PERSON was audited, and the results of each audit.

**RELATIONSHIP WITH HEALTH IQ**

6.      All aspects of HEALTH IQ'S relationship or involvement with GET IT FREE, including, but not limited to:

　　　　a.      The nature and scope of services provided by GET IT FREE to HEALTH IQ;

　　　　b.      The negotiation, drafting, implementation, and all other aspects of any agreement or scope of work between HEALTH IQ and Get it Free;

　　　　c.      The day-to-day relationship between HEALTH IQ and GET IT FREE, including, but not limited to, the identities of any HEALTH IQ employees who communicate with Get it Free regarding lead generation, the identities of employees of GET IT FREE with whom HEALTH IQ communicates regarding lead generation, the frequency of any meetings with GET IT FREE regarding lead generation, and the typical content and form of any communications between HEALTH IQ and GET IT FREE;

　　　　d.      Any training HEALTH IQ provided to Get it Free related to lead generation;

　　　　e.      HEALTH IQ'S knowledge of the other third parties that GET IT FREE contracted with for purposes of marketing HEALTH IQ'S products or services;

　　　　f.      HEALTH IQ'S knowledge of the method, manner, and means by which GET IT FREE acquired leads or prospective customers for HEALTH IQ;

　　　　g.      The scope of HEALTH IQ'S knowledge or participation in providing leads to GET IT FREE for purposes of lead generation;

　　　　h.      The scope of any access that GET IT FREE has to any HEALTH IQ computer systems, equipment, or DATABASES used for purposes of lead generation; the type of such computer systems, equipment, or DATABASES to which GET IT FREE has access; and the method, manner, and means by which GET IT FREE accesses such computer systems, equipment, or DATABASES; and

        i.     Any financial incentives provided by or payments made by HEALTH IQ to GET IT FREE.

    7.     All audits, investigations, inquiries, or studies (collectively "audits") performed by YOU or for YOU related to lead generation, including, but not limited to, when each audit was performed, who performed each audit, why each audit was performed, which PERSONS were audited (YOU, THIRD PARTIES, or VENDORS), why each PERSON was audited, and the results of each audit.

**POLICIES**

    8.     GET IT FREE'S POLICIES relating to lead generation, including any POLICIES regulating actions by THIRD PARTIES that conduct lead generation for GET IT FREE.

    9.     GET IT FREE'S POLICIES, practices, and procedures relating to the Telephone Consumer Protection Act, 47 U.S.C. § 227, including, but not limited to, the rules, regulations, opinions, advisories, comments, or filings of the Federal Communications Commission that relate to 47 U.S.C. § 227 and 47 C.F.R. § 64.1200(c)(2) & (d).

    10.    GET IT FREE'S efforts to ensure TCPA compliance by THIRD PARTIES and VENDORS that conduct lead generation for GET IT FREE, and its own employees (*e.g.*, requiring compliance training, audits, procedures to ensure appropriate consent).

**COMPLAINTS & DO NOT CALL REQUESTS**

    11.    Any complaints, grievances, investigations, or actual or threatened litigation from private individuals, business bureaus (such as the BBB), and government entities regarding lead generation relating to GET IT FREE, and any corresponding response or investigation.

    12.    GET IT FREE'S POLICIES for responding to complaints, including GET IT FREE'S intake, investigation, and tracking of complaints, and its development and

implementation of those POLICIES.  All DATABASES or computer software programs GET IT FREE uses to track complaints.

**THIS LITIGATION**

13.     GET IT FREE'S response to the two subpoenas it has received.

14.     GET IT FREE'S investigation into the lead(s) it provided related to the PLAINTIFF.

15.     GET IT FREE's investigation and any communications regarding this litigation with the VENDOR or THIRD PARTY that contacted the PLAINTIFF.

# EXHIBIT 7

Christopher S. Morris, Esq., SBN 163188
cmorris@morrislawfirmapc.com
Jacob A. Gillick, Esq. 312336
jgillick@morrislawfirmapc.com
MORRIS LAW FIRM, APC
501 West Broadway, Suite 1480
San Diego, CA 92101
Telephone: (619) 826-8060
Facsimile: (619) 826-8065

Attorneys for Deponent GETITFREE.US

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOBY HOY, | Case No. 4:21-cv-04875-YGR |
| Plaintiff, | **OBJECTIONS TO SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL MATTER TO GETITFREE.US** |
| v. | |
| HI.Q, INC. d/b/a HEALTH IQ, | |
| Defendants. | |

1

Please take notice that given the objections below, Responding Party will not be attending the deposition as scheduled. Responding Party further objects to this subpoena on the following grounds:

**DOCUMENT REQUEST:**

All documents responsive to the previously [sic] served subpoenas.

**RESPONSE TO DOCUMENT REQUEST:**

Responding Party objects that this request is vague, ambiguous, and overbroad as to content, scope, and time and constitutes unwarranted annoyance, embarrassment, and oppression. To comply with the request would be an undue burden and expense on Responding Party. Furthermore, the request is calculated to annoy and harass Responding Party. Each request should be made with specificity.

Responding Party objects that this request seeks disclosure of confidential and proprietary business records/information, including but not limited to financial information and information containing a third party's private information, disclosure of which would violate Article I, Sec. I of the California Constitution.

Responding Party further objects that the request is irrelevant to the subject matter, beyond the scope of permissible discovery, and not reasonably calculated to lead to the discovery of admissible evidence.

Responding Party also objects that these documents are available from a party Defendant and it is improper to be subpoenaing these documents from a third party.

## TOPICS

**GET IT FREE Business Structure**

1.      The general nature and scope of GET IT FREE'S business and/or services. This subject includes, but is not limited to, GET IT FREE'S business activities, daily operations, portfolio of services offered, and business model.

/ / /

/ / /

2

**OBJECTION/RESPONSE:**

Responding Party objects that this request is vague, ambiguous, and overbroad as to content, scope, and time and constitutes unwarranted annoyance, embarrassment, and oppression.

Responding Party objects that this request seeks disclosure of confidential and proprietary business records/information, including but not limited to financial information and information containing a third party's private information, disclosure of which would violate Article I, Sec. I of the California Constitution.

Responding Party further objects that the request is irrelevant to the subject matter, beyond the scope of permissible discovery, and not reasonably calculated to lead to the discovery of admissible evidence.

**LEAD GENERATION**

2.      GET IT FREE'S process for obtaining telephone numbers that were sold to CEGE MEDIA or HEALTH IQ, including where such telephone numbers came from, who acquired them, how they were delivered and any audits or vetting done on them before they were delivered.

**OBJECTION/RESPONSE:**

Responding Party objects that this request is vague, ambiguous, and overbroad as to content, scope, and time and constitutes unwarranted annoyance, embarrassment, and oppression.

Responding Party objects that this request seeks disclosure of confidential and proprietary business records/information, including but not limited to financial information and information containing a third party's private information, disclosure of which would violate Article I, Sec. I of the California Constitution.

Responding Party further objects that the request is irrelevant to the subject matter, beyond the scope of permissible discovery, and not reasonably calculated to lead to the discovery of admissible evidence.

OBJECTIONS TO SUBPOENA                                    4:21-CV-04875-YGR

3.      GET IT FREE's knowledge of and participation in the process of receiving and obtaining telephone numbers made by THIRD PARTIES it works with, including, but not limited to, CEGE MEDIA or HEALTH IQ.

**OBJECTION/RESPONSE:**

Responding Party objects that this request is vague, ambiguous, and overbroad as to content, scope, and time and constitutes unwarranted annoyance, embarrassment, and oppression.

Responding Party objects that this request seeks disclosure of confidential and proprietary business records/information, including but not limited to financial information and information containing a third party's private information, disclosure of which would violate Article I, Sec. I of the California Constitution.

Responding Party further objects that the request is irrelevant to the subject matter, beyond the scope of permissible discovery, and not reasonably calculated to lead to the discovery of admissible evidence.

**RELATIONSHIP WITH CEGE MEDIA**

4.      GET IT FREE's relationship or involvement with CEGE MEDIA, including, but not limited to:

a.      The nature and scope of services provided by GET IT FREE to CEGE MEDIA and vice versa;

b.      The negotiation, drafting, implementation, and all other aspects of any agreement or scope of work between GET IT FREE and CEGE MEDIA:

c.      The day-to-day relationship between GET IT FREE and CEGE MEDIA including, but not limited to, the identities of any GET IT FREE employees who communicate with CEGE MEDIA regarding lead generation, the identities of employees of CEGE MEDIA with whom GET IT FREE communicates regarding lead generation, the

4

frequency of any meeting with GET IT FREE regarding lead
generation, the frequency of any meetings with GET IT FREE
regarding lead generation, and the typical content and form of any
communications between GET IT FREE and CEGE MEDIA;

    d.    Any training CEGE MEDIA provided to GET IT FREE related
to lead generation;

    e.    GET IT FREE'S disclosure to CEGE MEDIA regarding the
method, manner, and means by which GET IT FREE promoted
HEALTH IQ through lead generation;

    f.    The scope of any access that CEGE MEDIA has to any GET IT
FREE computer systems, equipment, or DATABASES used for
purposes of lead generation; the type of such computer systems,
equipment, or DATABASES to which CEGE MEDIA has access; the
method, manner, and means by which CEGE MEDIA accesses such
computer systems, equipment, or DATABASES; and

    g.    Any financial incentives provided by or payments made by
CEGE MEDIA to GET IT FREE.

**OBJECTION/RESPONSE:**

Responding Party objects that this request is vague, ambiguous, and
overbroad as to content, scope, and time and constitutes unwarranted annoyance,
embarrassment, and oppression.

Responding Party objects that this request seeks disclosure of confidential
and proprietary business records/information, including but not limited to financial
information and information containing a third party's private information,
disclosure of which would violate Article I, Sec. I of the California Constitution.

Responding Party further objects that the request is irrelevant to the subject
matter, beyond the scope of permissible discovery, and not reasonably calculated to
lead to the discovery of admissible evidence.

OBJECTIONS TO SUBPOENA          4:21-CV-04875-YGR

5. All audits, investigations, inquiries, or studies (collectively "audits") performed by CEGE MEDIA related to lead generation, including but not limited to, when each audit was performed, who performed each audit, why each audit was performed, which PERSONS were audited (YOU, THIRD PARTIES, or VENDORS), why each PERSON was audited, and the results of each audit.

**OBJECTION/RESPONSE:**

Responding Party objects that this request is vague, ambiguous, and overbroad as to content, scope, and time and constitutes unwarranted annoyance, embarrassment, and oppression.

Responding Party objects that this request seeks disclosure of confidential and proprietary business records/information, including but not limited to financial information and information containing a third party's private information, disclosure of which would violate Article I, Sec. I of the California Constitution.

Responding Party further objects that the request is irrelevant to the subject matter, beyond the scope of permissible discovery, and not reasonably calculated to lead to the discovery of admissible evidence.

**RELATIONSHIP WITH HEALTH IQ**

6. All aspects of HEALTH IQ'S relationship or involvement with GET IT FREE, including but not limited to:

    a. The nature and scope of services provided by GET IT FREE to HEALTH IQ;

    b. The negotiation, drafting, implementation, and all other aspects of any agreement or scope of work between HEALTH IQ and Get it Free;

    c. The day-to-day relationship between HEALTH IQ and GET IT FREE, including, but not limited to, the identities of any HEALTH IQ employees who communicate with Get it Free regarding lead

generation, the identities of employees of GET IT FREE with whom

HEALTH IQ communicates regarding lead generation, the frequency

of any meetings with GET IT FREE regarding lead generation, and the

typical content and form of any communications between HEALTH

IQ and GET IT FREE.

d.      Any training HEALTH IQ provided to Get it Free related to lead

generation;

e.      HEALTH IQ'S knowledge of the other third parties that GET IT

FREE contracted with for purposes of marketing HEALTH IQ'S

products or services;

f.      HEALTH IQ'S knowledge of the method, manner, and means

by which GET IT FREE acquired leads or prospective customers for

HEALTH IQ;

g.      The scope of HEALTH IQ'S knowledge or participation in

providing leads to GET IT FREE for purposes of lead generation;

h.      The scope of any access that GET IT FREE has to any

HEALTH IQ computer systems, equipment, or DATABASES to

which GET IT FREE has access; the method, manner, and means by

which GET IT FREE has access; and the method, manner, and means

by which GET IT FREE accesses such computer systems, equipment,

or DATABASES; and

i.      Any financial incentives provided by or payments made by

HEALTH IQ to GET IT FREE.

**OBJECTION/RESPONSE:**

Responding Party objects that this request is vague, ambiguous, and

overbroad as to content, scope, and time and constitutes unwarranted annoyance,

embarrassment, and oppression.

/ / /

OBJECTIONS TO SUBPOENA                                    4:21-CV-04875-YGR

Responding Party objects that this request seeks disclosure of confidential and proprietary business records/information, including but not limited to financial information and information containing a third party's private information, disclosure of which would violate Article I, Sec. I of the California Constitution.

Responding Party further objects that the request is irrelevant to the subject matter, beyond the scope of permissible discovery, and not reasonably calculated to lead to the discovery of admissible evidence.

7.    All audits, investigations, inquiries, or studies (collectively "audits") performed by YOU or for YOU related to lead generation, including, but not limited to, when each audit was performed, who performed each audit, why each audit was performed, which PERSONS were audited (YOU, THIRD PARTIES, or VENDORS), why each PERSON was audited, and the results of each audit.

**OBJECTION/RESPONSE:**

Responding Party objects that this request is vague, ambiguous, and overbroad as to content, scope, and time and constitutes unwarranted annoyance, embarrassment, and oppression.

Responding Party objects that this request seeks disclosure of confidential and proprietary business records/information, including but not limited to financial information and information containing a third party's private information, disclosure of which would violate Article I, Sec. I of the California Constitution.

Responding Party further objects that the request is irrelevant to the subject matter, beyond the scope of permissible discovery, and not reasonably calculated to lead to the discovery of admissible evidence.

**POLICIES**

8.    GET IT FREE'S POLICIES relating to lead generation, including POLICIES regulating actions by THIRD PARTIES that conduct lead generation for GET IT FREE.

OBJECTIONS TO SUBPOENA                                          4:21-CV-04875-YGR

**OBJECTION/RESPONSE:**

Responding Party objects that this request is vague, ambiguous, and overbroad as to content, scope, and time and constitutes unwarranted annoyance, embarrassment, and oppression.

Responding Party objects that this request seeks disclosure of confidential and proprietary business records/information, including but not limited to financial information and information containing a third party's private information, disclosure of which would violate Article I, Sec. I of the California Constitution.

Responding Party further objects that the request is irrelevant to the subject matter, beyond the scope of permissible discovery, and not reasonably calculated to lead to the discovery of admissible evidence.

9.     GET IT FREE'S POLICES, practices, and procedures relating to the Telephone Consumer Protection Act, 47 U.S.C. § 227, including, but not limited to, the rules, regulations, opinions, advisories, comments or filings of the Federal Commination Commission that relate to 47 U.S.C. § 227 and 47 C.F.R. § 64.1200(c)(2) & (d).

**OBJECTION/RESPONSE:**

Responding Party objects that this request is vague, ambiguous, and overbroad as to content, scope, and time and constitutes unwarranted annoyance, embarrassment, and oppression.

Responding Party objects that this request seeks disclosure of confidential and proprietary business records/information, including but not limited to financial information and information containing a third party's private information, disclosure of which would violate Article I, Sec. I of the California Constitution.

Responding Party further objects that the request is irrelevant to the subject matter, beyond the scope of permissible discovery, and not reasonably calculated to lead to the discovery of admissible evidence.

/ / /

OBJECTIONS TO SUBPOENA                                      4:21-CV-04875-YGR

10.     GET IT FREE'S efforts to ensure TCPA compliance by THIRD PARTIES and VENDORS that conduct lead generation for GET IT FREE, and its own employees (e.g., requiring compliance training, audits, procedures to ensure appropriate consent).

**OBJECTION/RESPONSE:**

Responding Party objects that this request is vague, ambiguous, and overbroad as to content, scope, and time and constitutes unwarranted annoyance, embarrassment, and oppression.

Responding Party objects that this request seeks disclosure of confidential and proprietary business records/information, including but not limited to financial information and information containing a third party's private information, disclosure of which would violate Article I, Sec. I of the California Constitution.

Responding Party further objects that the request is irrelevant to the subject matter, beyond the scope of permissible discovery, and not reasonably calculated to lead to the discovery of admissible evidence.

**COMPLAINTS & DO NOT CALL REQUESTS**

11.     Any complaints, grievances, investigations, or actual or threatened litigation from private individuals, business bureaus (such as BBB), and government entities regarding lead generation to GET IT FREE, and any corresponding response or investigation.

**OBJECTION/RESPONSE:**

Responding Party objects that this request is vague, ambiguous, and overbroad as to content, scope, and time and constitutes unwarranted annoyance, embarrassment, and oppression.

/ / /

/ / /

/ / /

OBJECTIONS TO SUBPOENA                                              4:21-CV-04875-YGR

Responding Party objects that this request seeks disclosure of confidential and proprietary business records/information, including but not limited to financial information and information containing a third party's private information, disclosure of which would violate Article I, Sec. I of the California Constitution.

Responding Party further objects that the request is irrelevant to the subject matter, beyond the scope of permissible discovery, and not reasonably calculated to lead to the discovery of admissible evidence.

12.     GET IT FREE'S POLICIES for responding to complaints, including GET IT FREE'S intake, investigation, and tracking of complaints, and its development and implementation of those POLICIES.  All DATABASES or computer software programs GET IT FREE uses to track complaints.

**OBJECTION/RESPONSE:**

Responding Party objects that this request is vague, ambiguous, and overbroad as to content, scope, and time and constitutes unwarranted annoyance, embarrassment, and oppression.

Responding Party objects that this request seeks disclosure of confidential and proprietary business records/information, including but not limited to financial information and information containing a third party's private information, disclosure of which would violate Article I, Sec. I of the California Constitution.

Responding Party further objects that the request is irrelevant to the subject matter, beyond the scope of permissible discovery, and not reasonably calculated to lead to the discovery of admissible evidence.


**THIS LITIGATION**

13.     GET IT FREE'S response to the two subpoenas it has received.

**OBJECTION/RESPONSE:**

Responding Party objects that this request is vague, ambiguous, and overbroad as to content, scope, and time and constitutes unwarranted annoyance,

OBJECTIONS TO SUBPOENA                                    4:21-CV-04875-YGR

embarrassment, and oppression. This also constitutes a breach of the attorney-client privilege.

     Responding Party objects that this request seeks disclosure of confidential and proprietary business records/information, including but not limited to financial information and information containing a third party's private information, disclosure of which would violate Article I, Sec. I of the California Constitution.

     Responding Party further objects that the request is irrelevant to the subject matter, beyond the scope of permissible discovery, and not reasonably calculated to lead to the discovery of admissible evidence.

     14.    GET IT FREE'S investigation into the lead(s) it provided related to the PLAINTIFF.

**OBJECTION/RESPONSE:**

     Responding Party objects that this request is vague, ambiguous, and overbroad as to content, scope, and time and constitutes unwarranted annoyance, embarrassment, and oppression. This also constitutes a breach of the attorney-client privilege.

     Responding Party objects that this request seeks disclosure of confidential and proprietary business records/information, including but not limited to financial information and information containing a third party's private information, disclosure of which would violate Article I, Sec. I of the California Constitution.

     Responding Party further objects that the request is irrelevant to the subject matter, beyond the scope of permissible discovery, and not reasonably calculated to lead to the discovery of admissible evidence.

     15.    GET IT FREE's investigation and any communications regarding this litigation with the VENDOR or THIRD PARTY that contacted the PLAINTIFF.

**OBJECTION/RESPONSE:**

     Responding Party objects that this request is vague, ambiguous, and overbroad as to content, scope, and time and constitutes unwarranted annoyance,

OBJECTIONS TO SUBPOENA         4:21-CV-04875-YGR

1    embarrassment, and oppression. This also constitutes a breach of the attorney-client
2    privilege.

3        Responding Party objects that this request seeks disclosure of confidential
4    and proprietary business records/information, including but not limited to financial
5    information and information containing a third party's private information,
6    disclosure of which would violate Article I, Sec. I of the California Constitution.

7        Responding Party further objects that the request is irrelevant to the subject
8    matter, beyond the scope of permissible discovery, and not reasonably calculated to
9    lead to the discovery of admissible evidence.

10                                    **MORRIS LAW FIRM, APC**

11

12   Dated:  December 20, 2021          _____

13                                    Jacob A. Gillick, Esq.
                                      jgillick@morrislawfirmapc.com
14                                    Attorneys for Deponent GETITFREE.US

OBJECTIONS TO SUBPOENA                                    4:21-CV-04875-YGR

**PROOF OF SERVICE**

I, the undersigned, am employed in the county of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 501 West Broadway, Suite 1480, San Diego, CA, 92101.

On December 20, 2021, I caused to be served the following document(s):

- **OBJECTIONS TO SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL MATTER TO GETITFREE.US**

on the parties in this action as follows:

| | |
|---|---|
| Anthony Paronich<br>Paronich Law, P.C.<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043 | Attorneys for Plaintiff |
| PAUL ROSENTHAL<br>Kelley Drye & Warren LLP | Attorneys for Defendants |

☒ **BY EMAIL** – Based on an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the person at the electronic notification addresses listed above.

I declare under penalty of perjury under the laws of the State of California, that the above is true and correct.

Executed on December 20, 2021, at San Diego, California.

Leanna Pierce

PROOF OF SERVICE                                    4:21-CV-04875-YGR

# EXHIBIT 8

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of California

| | | |
|---|---|---|
| TOBY HOY | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   4:21-cv-04875-YGR |
| | ) | |
| HI.Q, INC. d/b/a HEALTH IQ | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:                       ZEETOGROUP, LLC

*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

See the attached Schedule A.

| Place:   Magna Legal Services via remote means | Date and Time: |
|---|---|
| |           1/24/2022 9:00 AM PST |

The deposition will be recorded by this method:    Videographer and/or Stenographer

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

        See the attached Schedule B.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    1/09/2022

| | | |
|---|---|---|
| | *CLERK OF COURT* | |
| | | OR |
| | | /s/ Anthony I. Paronich |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*
Plaintiffs
                                               , who issues or requests this subpoena, are:
Paronich Law, P.C., 350 Lincoln Street, Suite 2400, Hingham, MA 02043, anthony@paronichlaw.com, (617) 485-0018

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1) For a Trial, Hearing, or Deposition.** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
 **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
 **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
  **(i)** is a party or a party's officer; or
  **(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2) For Other Discovery.** A subpoena may command:
 **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
 **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1) Avoiding Undue Burden or Expense; Sanctions.** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2) Command to Produce Materials or Permit Inspection.**
 **(A)** Appearance Not Required. A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
 **(B)** Objections. A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
  **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
  **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3) Quashing or Modifying a Subpoena.**

 **(A)** When Required. On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:

  **(i)** fails to allow a reasonable time to comply;
  **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
  **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
  **(iv)** subjects a person to undue burden.
 **(B)** When Permitted. To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:

  **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or
  **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
 **(C)** Specifying Conditions as an Alternative. In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
  **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
  **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1) Producing Documents or Electronically Stored Information.** These procedures apply to producing documents or electronically stored information:
 **(A)** Documents. A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
 **(B)** Form for Producing Electronically Stored Information Not Specified. If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
 **(C)** Electronically Stored Information Produced in Only One Form. The person responding need not produce the same electronically stored information in more than one form.
 **(D)** Inaccessible Electronically Stored Information. The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2) Claiming Privilege or Protection.**
 **(A)** Information Withheld. A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
  **(i)** expressly make the claim; and
  **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
 **(B)** Information Produced. If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

## DEPOSITION TOPICS SCHEDULE A

Unless otherwise indicated, the RELEVANT TIME PERIOD for the purposes of this Notice of Deposition is from four years prior to the filing of the Complaint in this matter to the present.

As used throughout this Notice of Deposition, the following terms have the following indicated meanings:

1.      The term "DOCUMENT" or "DOCUMENTS" as used herein shall refer to all writings as defined in Fed. R. Civ. P. 34(a)(1)(A), however produced or reproduced or archived or stored, within YOUR possession or subject to YOUR control, of which YOU have knowledge or to which YOU now have or previously had access, including all ELECTRONICALLY STORED INFORMATION.

2.      "ELECTRONICALLY STORED INFORMATION" ("ESI") as used herein means any electronic DOCUMENT or WRITTEN COMMUNICATION and includes, without limitation, the following:

a.      Activity listings of electronic mail receipts and/or transmittals;

b.      Output resulting from the use of any software program, including without limitation word processing DOCUMENTS, spreadsheets, DATABASE files, charts, graphs and outlines, electronic mail, text messages, AOL Instant Messenger (or similar program) or bulletin board programs, operating systems, source code, PRF files, PRC files, batch files, ASCII files, and all miscellaneous media on which they reside and regardless of whether such electronic data exist in an active file, deleted file, or file fragment; and

c.      Any and all items stored on computer memories, hard disks, network servers, individual computer workstations or clients, thumb drives, jump drives, CDs, DVDs, cloud servers, floppy disks, CD-ROM, magnetic tape, microfiche, or on any other vehicle for digital

data storage and/or transmittal, including without limitation a personal digital assistant, smartphone and/or tablet, e.g., iPhone, Droid, Blackberry, Galaxy, HTC, iPad, iPod, Kindle, Nook or other device.  PLAINTIFF requests that ESI be processed and produced in a manner that preserves all metadata and that the parties confer regarding the production of metadata and the form or any electronic production prior to the gathering or processing of ESI.

3. "DATABASE" or "DATABASES" includes any collection of data defined so that it can be reorganized and accessed in a number of different ways; any collection of data for one or more purposes, usually in digital form; a comprehensive collection of related data organized for convenient access, generally in a computer; a collection of information that is organized so that it can easily be accessed, managed, and updated; or a structured set of data held in a computer

4. "POLICY" or "POLICIES" means any instruction(s), practice, procedure, directive, routine, guideline, rule, course of conduct or code of conduct, written or unwritten, formal or informal, recorded or unrecorded, which were or have been recognized, adopted, issued or followed by YOU.

5. "HEALTH IQ" means defendant HI.Q, INC. d/b/a HEALTH IQ, as well as any of its divisions, affiliates, subsidiaries, successors, predecessors, present or former partners, officers, directors, employees, agents, attorneys or representatives.

6. "CEGE MEDIA" means the company you interact with regarding www.GET IT FREE.us, as well as any of its divisions, affiliates, subsidiaries, successors, predecessors, present or former partners, officers, directors, employees, agents, attorneys or representatives.

7. "PLAINTIFF" means the Plaintiff in this action.

8. "PERSON" or "PERSONS" means any individual, partnership, association, corporation, joint venture, governmental or administrative body, or other business or legal entities.

9. "THIRD PARTY" or "THIRD PARTIES" or "OTHER PARTY" means any individual, partnership, association, corporation, joint venture, or other business or legal entity

not owned or controlled by YOU, or any PERSON that does not receive an annual salary from YOU, including but not limited to affiliates, agents, and subsidiaries of YOU.

10.     "VENDOR" or "VENDORS" is a subset of THIRD PARTY and when used in this deposition notice means any THIRD PARTY under contract with, hired by, employed by, paid by, or working for YOU for purposes of telemarketing activities or services, including, but not limited to, generating leads, warm transfers, hot transfers, any other call transfers, making outbound calls, and the tracking or aggregation of data related to same.  VENDORS specifically includes, but is not limited to, the entity that provided the PLAINTIFF's lead or called the PLAINTIFF.

11.     Topics that include the creation (including any sources of information or ESI), modification, use, ARCHITECTURE, and FUNCTIONALITY of any and all DATABASES include, but are not limited to, the following subtopics:

a.      The name of the system, its version, and platform on which it runs;

b.      Whether the systems store information on premises or on the cloud or a hybrid;

c.      The custodian of the data (CEGE, or any VENDOR or THIRD PARTY);

d.      The data used with each system;

e.      How stored data is accessed;

f.      Whether the systems archive information;

g.      Where the archives are stored;

h.      How data is archived;

i.      What reporting or analytics features do the systems have;

j.      What export features do the products have;

k.      What data fields do the products maintain; and

l.      Who is responsible for maintaining the systems.

12.     All other words shall have their ordinary definition as defined by Merriam-Webster's online dictionary, located at http://www.merriam-webster.com/.

## TOPICS

GET IT FREE.US is hereby directed to designate one or more officers, directors, managing agents, or other PERSONS to testify regarding the following topics:

**GET IT FREE Business Structure**

1.      The general nature and scope of GET IT FREE'S business and/or services. This subject includes, but is not limited to, GET IT FREE'S business activities, daily operations, portfolio of services offered, and business model.

**LEAD GENERATION**

2.      GET IT FREE'S process for obtaining telephone numbers that were sold to CEGE MEDIA or HEALTH IQ, including where such telephone numbers came from, who acquired them, how they were delivered and any audits or vetting done on them before they were delivered.

3.      GET IT FREE's knowledge of and participation in the process of receiving and obtaining telephone numbers made by THIRD PARTIES it works with, including, but not limited to, CEGE MEDIA or HEALTH IQ.

**RELATIONSHIP WITH CEGE MEDIA**

4.      GET IT FREE's relationship or involvement with CEGE MEDIA, including, but not limited to:

      a.      The nature and scope of services provided by GET IT FREE to CEGE MEDIA and vice versa;

      b.      The negotiation, drafting, implementation, and all other aspects of any agreement or scope of work between GET IT FREE and CEGE MEDIA;

c.      The day-to-day relationship between GET IT FREE and CEGE MEDIA, including, but not limited to, the identities of any GET IT FREE employees who communicate with CEGE MEDIA regarding lead generation, the identities of employees of CEGE MEDIA with whom GET IT FREE communicates regarding lead generation, the frequency of any meetings with GET IT FREE regarding lead generation, and the typical content and form of any communications between GET IT FREE and CEGE MEDIA;

d.      Any training CEGE MEDIA provided to GET IT FREE related to lead generation;

e.      GET IT FREE'S disclosure to CEGE MEDIA regarding the method, manner, and means by which GET IT FREE promoted HEALTH IQ through lead generation;

f.      The scope of any access that CEGE MEDIA has to any GET IT FREE computer systems, equipment, or DATABASES used for purposes of lead generation; the type of such computer systems, equipment, or DATABASES to which CEGE MEDIA has access; and the method, manner, and means by which CEGE MEDIA accesses such computer systems, equipment, or DATABASES; and

g.      Any financial incentives provided by or payments made by CEGE MEDIA to GET IT FREE.

5.      All audits, investigations, inquiries, or studies (collectively "audits") performed by CEGE MEDIA related to lead generation, including, but not limited to, when each audit was performed, who performed each audit, why each audit was performed, which PERSONS were audited (YOU, THIRD PARTIES, or VENDORS), why each PERSON was audited, and the results of each audit.

**RELATIONSHIP WITH HEALTH IQ**

6.      All aspects of HEALTH IQ'S relationship or involvement with GET IT FREE, including, but not limited to:

a.      The nature and scope of services provided by GET IT FREE to HEALTH IQ;

b.      The negotiation, drafting, implementation, and all other aspects of any agreement or scope of work between HEALTH IQ and Get it Free;

c.      The day-to-day relationship between HEALTH IQ and GET IT FREE, including, but not limited to, the identities of any HEALTH IQ employees who communicate with Get it Free regarding lead generation, the identities of employees of GET IT FREE with whom HEALTH IQ communicates regarding lead generation, the frequency of any meetings with GET IT FREE regarding lead generation, and the typical content and form of any communications between HEALTH IQ and GET IT FREE;

d.      Any training HEALTH IQ provided to Get it Free related to lead generation;

e.      HEALTH IQ'S knowledge of the other third parties that GET IT FREE contracted with for purposes of marketing HEALTH IQ'S products or services;

f.      HEALTH IQ'S knowledge of the method, manner, and means by which GET IT FREE acquired leads or prospective customers for HEALTH IQ;

g.      The scope of HEALTH IQ'S knowledge or participation in providing leads to GET IT FREE for purposes of lead generation;

h.      The scope of any access that GET IT FREE has to any HEALTH IQ computer systems, equipment, or DATABASES used for purposes of lead generation; the type of such computer systems, equipment, or DATABASES to which GET IT FREE has access; and the method, manner, and means by which GET IT FREE accesses such computer systems, equipment, or DATABASES; and

      i.     Any financial incentives provided by or payments made by HEALTH IQ to GET IT FREE.

     7.     All audits, investigations, inquiries, or studies (collectively "audits") performed by YOU or for YOU related to lead generation, including, but not limited to, when each audit was performed, who performed each audit, why each audit was performed, which PERSONS were audited (YOU, THIRD PARTIES, or VENDORS), why each PERSON was audited, and the results of each audit.

## POLICIES

     8.     GET IT FREE'S POLICIES relating to lead generation, including any POLICIES regulating actions by THIRD PARTIES that conduct lead generation for GET IT FREE.

     9.     GET IT FREE'S POLICIES, practices, and procedures relating to the Telephone Consumer Protection Act, 47 U.S.C. § 227, including, but not limited to, the rules, regulations, opinions, advisories, comments, or filings of the Federal Communications Commission that relate to 47 U.S.C. § 227 and 47 C.F.R. § 64.1200(c)(2) & (d).

     10.     GET IT FREE'S efforts to ensure TCPA compliance by THIRD PARTIES and VENDORS that conduct lead generation for GET IT FREE, and its own employees (*e.g.*, requiring compliance training, audits, procedures to ensure appropriate consent).

## COMPLAINTS & DO NOT CALL REQUESTS

     11.     Any complaints, grievances, investigations, or actual or threatened litigation from private individuals, business bureaus (such as the BBB), and government entities regarding lead generation relating to GET IT FREE, and any corresponding response or investigation.

     12.     GET IT FREE'S POLICIES for responding to complaints, including GET IT FREE'S intake, investigation, and tracking of complaints, and its development and

implementation of those POLICIES.  All DATABASES or computer software programs GET IT

FREE uses to track complaints.

**THIS LITIGATION**

13.     GET IT FREE'S response to the two subpoenas it has received.

14.     GET IT FREE'S investigation into the lead(s) it provided related to the

PLAINTIFF.

15.     GET IT FREE's investigation and any communications regarding this litigation

with the VENDOR or THIRD PARTY that contacted the PLAINTIFF.

## SCHEDULE A

### INSTRUCTIONS

1.   You are required to search not only for hard copy documents, but for electronically generated, maintained or stored information, including data that exist on your computers' hard drives, on computer servers to which you have access, in email accounts, in text messaging accounts, and all other places in which responsive electronic data may be stored.

2.   Where possible, all electronically generated, maintained or stored information should be produced in its native format and in a format compatible to litigation-support databases and review systems. Where possible, such documents should contain searchable text and searchable metadata in a load file format. File fidelity and resolution should not be downgraded; for instance, electronic files should not be printed and then scanned.

### DEFINITIONS

1.      When used in these Requests, "Defendant" means HI.Q, Inc. d/b/a Health IQ, including any subsidiaries or affiliated enterprises, and its officers, directors and employees.

2.      When used in these Requests, "you" or "your" (or synonyms thereof) means ZeetoGroup, LLC, including any subsidiaries or affiliated enterprises, and its officers, directors and employees. This includes, but is not limited to, Getitfree.us, and other websites owned by ZeetoGroup.

3.      "CEGE" means Enfuego Holdings LLC d/b/a Cege Media LLC, including any subsidiaries or affiliated enterprises, and its officers, directors and employees.

4.      Unless otherwise instructed, the requests are seeking documents from January 1, 2018 to the present.

# REQUESTS

**Request No. 1:** To the extent you claim that your company obtained permission for automated calls or text messages concerning Defendant, produce all documents that identify:

      A.      Any signed writings evidencing that permission;

      B.      As it relates to any website visits that you assert are being used in place of signed writings:

            i.      All documents that evidence a clear and conspicuous statement that informed consumers of their right to withdraw their consent to receive telemarketing calls;

            ii.      All documents that evidence a clear and conspicuous statement that informed consumers of the procedures they must use to withdraw consent, and the procedures they may use to update their contact information that was used as a basis for any alleged consent to make telemarketing calls to them.

**Request No. 2:** To the extent you claim that your company obtained permission for automated calls or text messages concerning Defendant via websites:

      A.      Produce documents that identify those website(s) and the specific page(s) on those website(s) that you claim constitute consent or permission.

      B.      For any website identified in response to the prior request, produce all access, server and error logs and security and fraud alerts during the period you claim visits to that website constituted consent or permission to contact any putative class member with telemarketing calls.

C.      For any website identified in response to the prior request, produce all architectural diagrams, wireframes and application mockups.

D.      Produce all documents that identify the affiliate(s) compensated directly or indirectly by you for each purportedly consenting consumer.

E.      Produce all documents that identify the referring URL from which each purportedly consenting consumer came to your website.

F.      If any documents responsive to the requests in this Schedule A are in the hands of third parties, produce documents that identify those third parties

**Request No. 3:** All contracts or documents representing agreements with third parties, including subcontractors or affiliate companies, utilized to perform services for the Defendant or CEGE. This includes, but is not limited to, any affiliates that generate traffic at any of your websites.

**Request No. 4:** All internal correspondence regarding the Defendant or CEGE and the process of making calls, selling leads or selling telephone numbers to them or for them.

**Request No. 5:** All images, proof and other website architecture that demonstrates that the Defendant's name or any of their registered DBAs appeared on the websites for your company. This includes, but is not limited to, the following websites:

> try.getitfree-samples.com
> try.getitfreesamples.net
> try.getitfree.us
> try.get-itfree-samples.com
> try.getitfree-sample.com
> try.getyourfree-samples.com
> try.get-thefree-samples.com
> try.getyourfreesamplesnow.com
> try.getyourfreesampletoday.com
> try.getitfreesample.com

try.getyourfree-sample.com
try.getitfreessamples.com
try.get-yourfree-sample.com
try.get-it-freesample.com
try.get-it-freesamples.com
try.get-your-freesamples.com
try.getitfree-samples-today.com
try.evenmoresamples.com
try.get-itfree-sample.com
try.getitfreesamples-now.com
try.get-your-free-samples-now.com
try.get-it-free-sample.net
try.getitfree-sample-today.com
try.getitfreesamplestoday.com
try.get-your-free-samples.com
try.get-it-free-samplestoday.com
try.getitfree-samples-now.com

**Request No. 6:** Communications with any third party concerning the litigation captioned

on the subpoena.

# **EXHIBIT 9**

**Subject:** RE: ZeetoGroup Subpoena

**Date:** Tuesday, February 15, 2022 at 9:53:40 AM Pacific Standard Time

**From:** Anthony Paronich

**To:** Jacob Gillick

**CC:** Rosenthal, Paul A. (NJ), Leanna Pierce, Jennifer Murray

**Attachments:** GetItFree - Phone Numbers.xlsx

Jacob:

Attached is a list of the phone numbers attributed to the GetItFree websites we have located in the Cege production.

As indicated, we are not amenable to a sampling and believe that a complete production should be made.

While the rest of your e-mail is inaccurate, I'm not sure that it warrants a response other than to indicate that we expect any correspondence relating to this lawsuit will be produced as requested in the subpoena (Request No. 6).


----

Anthony Paronich

Paronich Law, P.C.

350 Lincoln Street, Suite 2400

Hingham, MA 02043

[o] (617) 485-0018

[c] (508) 221-1510

[f] (508) 318-8100


This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.


**From:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Sent:** Tuesday, February 15, 2022 11:18 AM
**To:** Anthony Paronich <anthony@paronichlaw.com>
**Cc:** Rosenthal, Paul A. (NJ) <PaulRosenthal@kelleydrye.com>; Leanna Pierce <lpierce@morrislawfirmapc.com>; Jennifer Murray <jmurray@terrellmarshall.com>
**Subject:** Re: ZeetoGroup Subpoena

I must be lost because in my mind I am offering exactly what you all need but nobody wants it. Do you want to have a call today to discuss today/tomorrow? My understanding is we can prove that consumers saw Health IQ listed when opting into campaigns if we have their phone numbers. I already sent code which shows that Health IQ was disclosed as recently as 2022.

Thanks

# EXHIBIT 10

**Subject:** Re: ZeetoGroup Subpoena
**Date:** Friday, March 11, 2022 at 2:09:27 PM Pacific Standard Time
**From:** Anthony Paronich
**To:** Jacob Gillick
**CC:** Rosenthal, Paul A. (NJ), Leanna Pierce, Jennifer Murray

Jacob:

Thank you for providing this information. However, we do still intend to move forward with the motion unless your client makes a complete production to each of the document requests. The subpoena is not moot.

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.


On Thu, Mar 10, 2022 at 6:19 PM Jacob Gillick <jgillick@morrislawfirmapc.com> wrote:

Anthony:


Please see the attached declaration and corresponding production from Zeeto. We just received everything back from Jornaya and I apologize for this production backing up so close to the subpoena's opposition date. It was not intentional.


As you will see, my clients have done everything they reasonable can do to provide the relevant information. There is no doubt that Health IQ was disclosed and included as a marketing partner/affiliate. Outside of the attached, there is nothing else Zeeto can provide which would be relevant or helpful to either party.


I am willing to stipulate to an extension of the subpoena while you review the documents--if you are interested. In the event we are forced to respond on Monday, we will include our regular objections, and also argue that the subpoena is now moot. My clients have also given me authority to seek sanctions for the multiple subpoenas previously served but not enforced. Zeeto is willing to re-consider that position based on Plaintiff's next move.


Please let me know if you have any questions and please let me know how Plaintiff would like to move forward

# EXHIBIT 11

Christopher S. Morris, Esq., SBN 163188
cmorris@morrislawfirmapc.com
Jacob A. Gillick, Esq. 312336
jgillick@morrislawfirmapc.com
MORRIS LAW FIRM, APC
501 West Broadway, Suite 1480
San Diego, CA 92101
Telephone: (619) 826-8060
Facsimile: (619) 826-8065

Attorneys for Respondent Zeetogroup, LLC,

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| TOBY HOY, | Case No. 22cv151-LL-MDD |
|---|---|
| Petitioner, | **DECLARATION OF SHAYNE CARDWELL** |
| v. | |
| ZEETOGROUP, LLC, | |
| Respondent. | |

DECLARATION OF SHAYNE CARDWELL                    22cv151 LL MDD

DocuSign Envelope ID: 5E3492AA-A7AD-4ED2-B786-2CDEB857E197

I, Shayne Cardwell, declare as follows:

1.      I am the Chief Revenue Officer for ZeetoGroup, LLC ("Zeeto").  I base everything in this declaration on my own knowledge.  If called to testify as to the contents of this declaration, I could do so competently.

2.      I have been tasked with verifying Health IQ's disclosure on Zeeto's "path" in response to a lawsuit filed by Anthony Hoy against Health IQ.

3.      By way of background, when a consumer clicks on a relevant advertisement they are immediately taken to a "survey path" where the consumer is asked to provide their contact information, consent to Zeeto's standard disclosures, and then answer a short series of questions.  The answers provided by the consumer may match them with an affiliate or advertiser, such as HealthIQ.

4.      On or around February 15, 2022, counsel for Plaintiff Anthony Hoy provided my attorneys with a list of phone numbers allegedly produced by Cege Media (aka PolicyScout).  I have been told that the over 24,000 phone numbers produced represent the consumers that went down Zeeto's path.

5.      Shortly after receiving the information, I randomly choose 26 different numbers to verify via our third-party vendor, Jornaya.  Jornaya provides a tool that Zeeto integrates with its "survey path" that captures the consumer journey and provides 3rd party certification, called LeadID, that includes a Visual Playback validating the consumer's actions.  The final one is that of the alleged Plaintiff, Anthony Hoy.  Attached hereto as "Exhibit 1" is a true and correct list of the sample consumers randomly chosen by myself.

6.      I chose to sample 26 different consumers due to the burdensome and lengthy process involved in retrieving the verifications.  I also felt a time constraint given Anthony Hoy's filing of a Motion to Compel before providing the 24,000 numbers.

7.      After selecting the random numbers, I requested third party verification reports, including Visual Playback, from Jornaya who specializes in

1    verifying TCPA consents.  A true and correct copy of all Jornaya Reports received
2    in response are attached hereto as "Exhibit 2."

3          8.     Each of the Jornaya reports attached verify that the consumer
4    identified by Plaintiff's production opted in for marketing communications from
5    Health IQ.  Further, each and every report has a link which allows the reviewer to
6    watch a video of the consumer's screen going through the consent process, or
7    Visual Playback.

8          9.     Included in the consent process is a point where the consumer is given
9    the opportunity to click on a link titled "affiliates."  The reviewer of the Jornaya
10   videos can click that link directly from the video to see a list of the affiliates
11   disclosed.  I have reviewed these links from the videos and have verified that
12   Health IQ was disclosed at the time the subject consumers provided consent.

13         10.    In order to further verify that Health IQ was disclosed during the
14   relevant period, I went through our coding logs to see if Health IQ had ever been
15   removed from the disclosed affiliates.  It has not.  Therefore, during the relevant
16   time period, each and every consumer who went through Zeeto's path would have
17   seen Health IQ listed as an affiliate.

18         11.    This is the extent of the information available from Zeeto to prove the
19   disclosure (or non-disclosure) of Health IQ during the relevant period.  I have
20   reviewed all subpoenas served on Zeeto and believe that strict compliance with the
21   subpoena will cause a large burden on Zeeto without providing any further relevant
22   information.

23         I declare under penalty of perjury, under the laws of the United States and
24   California that the foregoing is true and correct. Executed this ___10___ th day of
25   March, 2022, in San Diego, California.

26
27   
28                                     Shayne Cardwell

DECLARATION OF SHAYNE CARDWELL                    22cv151 LL MDD

| Date | Advertiser Name | Campaign Name | Campaign Type | Property Name | Visit ID | concat | First Name | Last Name | Phone | Email | Device IP | Gender | Dob | Address | City | State | Zip Code | LeadID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/19/21 | policycout | final expense disability | soi phone | getitfree | 607d65306f745416a9e75bb5 | final expense disability_607d65306f745416a9e75bb5_607d65306f745416a9e75bb4 | sandra | jackson | 202210273 | maejackson1981@gmail.com | 2607:fb90:68e7:4b6b:7ca3:6037:6006:da33 | female | 5/9/55 | 13325 larchdale rd | laurel | md | 20657 | 6c4ec912-b121-8452-46cc-3ddbf105c60c |
| 6/16/21 | policycout | gif - cege - final expense (m-f) | soi phone | getitfree | 60cae2c0cdb7c50ba2243a4c | gif - cege - final expense (m-f)_60cae2c0cdb7c50ba2243a4c_60cae2c0cdb7c50ba2243a4b | mike | sexton | 2767804782 | sextonmike46@gmail.com | 67.234.58.175 | male | 4/1/68 | 119 kenzie lane | chilhowie | va | 24319 | 4e6b7b9e-aaaa-f91f-112b-80caaa2dd70a |
| 5/14/21 | policycout | final expense disability | soi phone | getitfree | 609ebf8d27e1d033502e35d1 | final expense disability_609ebf8d27e1d033502e35d1_609ebf8d27e1d033502e35d0 | james | martinez | 3013122092 | jm1306201@gmail.com | 173.66.175.37 | male | 6/22/54 | 605 burgundy drive | rockville | md | 20850 | 2805dcce-ffd0-5d22-5c05-ade982cade53 |
| 1/3/21 | policycout | gif - cege - final expense (m-f) | soi phone | getitfree | 5ff206597ec2e75a303e25d6 | gif - cege - final expense (m-f)_5ff206597ec2e75a303e25d6_5ff206597ec2e75a303e25d5 | brenda | marquez | 3035071540 | bbbfamily@gmail.com | 172.103.36.97 | female | 10/11/60 | 900 s 1st street #32 | montrose | co | 81401 | f65dfe68-6c2e-24a8-5481-8f971b6ebf5f |
| 2/4/21 | policycout | gif - cege - medicare supplement (m-f) v2 | soi phone | getitfree | 601c73d88d2e765cd794fc98 | gif - cege - medicare supplement (m-f) v2_601c73d88d2e765cd794fc98_601c73d88d2e765cd794fc96 | beverly | anderson | 3604702931 | anderson.beverly850@yahoo.com | 2601:600:4380:90f0:2cbb:1ffa:1cd:c574 | female | 5/5/48 | 9 poplar rd. #18 | montesano | wa | 98563 | fd9f8a57-27a8-0f4c-2a3c-75f8d05c7721 |
| 4/14/21 | policycout | final expense disability | soi phone | getitfree | 60776ece4766b0c61c6a99 | final expense disability_60776ece4766b0c61c6a99_60776ece4766b0c61c6a98 | dana | gilbert | 4055508530 | dana.gilbert7956@icloud.com | 8.48.251.84 | female | 7/9/56 | 2602 s w 54th place | oklahoma city | ok | 73119 | 207d6b2-55f2-b190-e214-e17f60479780 |
| 7/25/21 | policycout | gif - cege - medicare supplement (m-f) v2 | soi phone | getitfree | 60fd3524955f5eb3cb881f14 | gif - cege - medicare supplement (m-f) v2_60fd3524955f5eb3cb881f14_60fd3524955f5eb3cb881f13 | charles | rupert | 4195621041 | chuckraeo13@gmail.com | 2603:6011:1203:a800:a911:ffd5:b50b:8e45 | male | 11/20/55 | 1061 e beal ave | bucyrus | oh | 44820 | 115a2fd0-1925-2a77-0b6e-67e575a7ee49 |
| 4/28/21 | policycout | gif - cege - final expense (m-f) | soi phone | getitfree | 6089e753df5ca40d8d749ee | gif - cege - final expense (m-f)_6089e753df5ca40d8d749ee_6089e753df5ca40d8d749ed | david | butler | 4789521982 | davebutler80@gmail.com | 216.119.59.247 | male | 12/20/56 | 725 south harris st. | sandersville | ga | 31082 | 57d8b815-552b-edd8-d46e-4192a4a13e2b |
| 6/7/21 | policycout | gif - cege - medicare supplement (m-f) v2 | soi phone | getitfree | 60bdef65d55d62165cc839c1 | gif - cege - medicare supplement (m-f) v2_60bdef65d55d62165cc839c1_60bdef65d55d62165cc839c0 | roni | lyons | 5078846933 | dandylyons73@hotmail.com | 97.91.91.178 | female | 6/23/55 | 14 11th ave se | rochester | mn | 55904 | 0a11b637-10fe-13ac-faeb-5c74a7176b9e |
| 5/20/21 | policycout | gif - cege - medicare companion (m-f) | linkout | getitfree | 60a6801e27e1d0335f09b73d1 | gif - cege - medicare companion (m-f)_60a6801e27e1d0335f09b73d1_60a6801e27e1d0335f09b73c | joe | sparrow | 5138315013 | sparrowjoe74@gmail.com | 2603:6010:6e00:cbde:b1a9:4b7d:cb67:5629 | male | 1/24/44 | 5604 key dr | milford | oh | 45150 | e88fbf07-5a9a-f6ca-6442-a0e37e08689f |
| 2/5/21 | policycout | gif - cege - medicare supplement (m-f) v2 | soi phone | getitfree | 601df044208fac203c9cc175 | gif - cege - medicare supplement (m-f) v2_601df044208fac203c9cc175_601df044208fac203c9cc174 | joe | sparrow | 5138315013 | sparrowjoe74@gmail.com | 98.28.176.7 | male | 1/24/44 | 5604 key dr | milford | oh | 45150 | 9b993037-150e-230b-6ffc-44d9a00907fe |
| 9/8/20 | policycout | gif - cege - medicare companion (m-f) | linkout | getitfree | 5f57f7d98240948a66b66f8 | gif - cege - medicare companion (m-f)_5f57f7d98240948a66b66f8_5f57f7d98240948a66b66f7 | joe | sparrow | 5138315013 | sparrowjoe74@gmail.com | 2600:8806:a60c:9d00:59f1:757a:c25:72b4 | male | 1/24/44 | 5604 key dr | milford | oh | 45150 | 5b1ee6cc-b716-5251-537a-62bd289d8eed |
| 5/11/21 | policycout | gif - cege - medicare supplement (m-f) v2 | soi phone | getitfree | 609b3d443c762948380073 | gif - cege - medicare supplement (m-f) v2_609b3d443c762948380073_609b3d443c762948380072 | linda | barton | 5405814028 | lbarton50@cox.net | 2600:8806:a60c:9d00:591:757a:c25:72b4 | female | 9/14/47 | 5952 sierra drive | roanoke | va | 24012 | |
| 9/6/21 | policycout | gif - cege - medicare supplement (m-f) v2 | soi phone | getitfree | 6136e3c6f71dea2c35370866 | gif - cege - medicare supplement (m-f) v2_6136e3c6f71dea2c35370866_6136e3c6f71dea2c35370865 | follie | cobbs | 6014153886 | folliecobbs@aim.com | 2603:8000:4500:925c:59b9:1c97:7216:49a7 | female | 8/5/41 | 927 | whittier | ca | 90601 | 8914410d-7d51-b2c7-047a-5de650ae30b7 |
| 1/5/21 | policycout | final expense disability | soi phone | getitfree | 5ff500e718cb331e00fcf0ba | final expense disability_5ff500e718cb331e00fcf0ba_5ff500e718cb331e00fcf0b9 | john | martinez | 6572768733 | jmgabe7125@gmail.com | 2607:fb90:b978:6a0e:f:81a8:ea61:a401 | male | 10/23/63 | 1120 acalea dr | alhambra | ca | 91801 | bcea66cc-2003-89a4-38c8-1f565e2f48a |
| 1/5/21 | policycout | gif - cege - final expense (m-f) | soi phone | getitfree | 5ff500e718cb331e00fcf0ba | gif - cege - final expense (m-f)_5ff500e718cb331e00fcf0ba_5ff500e718cb331e00fcf0b9 | john | martinez | 6572768733 | jmgabe7125@gmail.com | 2607:fb90:b978:6a0e:f:81a8:ea61:a401 | male | 10/23/63 | 1120 acalea dr | alhambra | ca | 91801 | bcea66cc-2003-89a4-38c8-1f565e2f48a |
| 5/8/21 | policycout | gif - cege - final expense (m-f) | soi phone | getitfree | 60977d232562164e1e04deb | gif - cege - final expense (m-f)_60977d232562164e1e04deb_60977d232562164e1e04deb | johnny | gardner | 6624954055 | gardnerserviw@gmail.com | 2607:fb90:d050:81ba:8eb9:fc8f:ad07:791b | male | 12/8/64 | 382 rd 2890 | baldwyn | ms | 38824 | 451ce838-2785-c0ac-3dee-f6153dcaa94e |
| 12/6/20 | policycout | gif - cege - medicare supplement (m-f) v2 | soi phone | getitfree | 5fcce3fddc9e796a3170e7d9 | gif - cege - medicare supplement (m-f) v2_5fcce3fddc9e796a3170e7d9_5fcce3fddc9e796a3170e7d8 | danny | richard | 7153059040 | cornerpatrick9@gmail.com | 174.82.195.135 | female | 2/24/48 | 215 s state ave | marshfield | wi | 54449 | acbae6b2-c75f-fe7c-5500-4ecbf51bdb53 |
| 1/8/21 | policycout | gif - cege - medicare supplement (m-f) v2 | soi phone | getitfree | 5ff0c08b7ec2e75a308bae43 | gif - cege - medicare supplement (m-f) v2_5ff0c08b7ec2e75a308bae43_5ff0c08b7ec2e75a308bae42 | jim | escher | 7577182210 | 1611jim84@gmail.com | 2600:1009:b153:6dd3:b66b:6bc7:5e16:9a7c | male | 3/14/41 | 578 common rd | marshfield | wi | 54903 | 874b3e44-f32a-b4c5-23e0-4ccc8739d9ef |
| 5/10/21 | policycout | gif - cege - medicare supplement (m-f) v2 | soi phone | getitfree | 6094e58178565890seaa77 | gif - cege - medicare supplement (m-f) v2_6094e58178565890seaa77_6094e58178565890seaa76 | ronica | hite | 8606340872 | rhite40@hotmail.com | 75.134.232.133 | female | 9/25/40 | 291 jackson street | willimantic | ct | 6226 | dfc62dc-5cbb-acbe-e00e-71bb40a6b34c |
| 12/21 | policycout | final expense disability | soi phone | getitfree | 5ff10657d52935ede9659bc | final expense disability_5ff10657d52935ede9659bc_5ff10657d52935ede9659bb | mitzi | medsker | 8705653337 | medskermitzi52@gmail.com | 174.250.196.149 | female | 6/28/65 | 2363 state hwy 108 | arbyrd | mo | 63821 | cd4b047f-f1f4-e44b-a4e9-9b684c97d032 |
| 3/10/21 | policycout | gif - cege - medicare supplement (m-f) v2 | soi phone | getitfree | 6048fa438178565890seaa77 | gif - cege - medicare supplement (m-f) v2_6048fa438178565890seaa77_6048fa438178565890seaa76 | patricia | sperry | 9288998198 | psperry1373@coldeone.net | 24.117.134.44 | female | 11/24/39 | 1750 knoll dr. | prescott | az | 86301 | a0cd5e23-0782-d9ce-74fe-136a2db23425 |
| 1/21/21 | policycout | gif - cege - final expense (m-f) | soi phone | getitfree | 6009ce7118c631e00bf0bcb | gif - cege - final expense (m-f)_6009ce7118c631e00bf0bcb_6009ce7118c631e00bf0bca | david | eaton | 9794177822 | eaton0701@outlook.com | 2607:fb90:5f95:c5ef:f49b:bf50:5492:fd5c | male | 12/20/65 | 2895 cr 353 | brazoria | tx | 77422 | f882ca18-bebb-a5d8-60dd-0efadfafc823 |
| 11/10/20 | policycout | gif - cege - medicare supplement (m-f) v2 | soi phone | getitfree | 5fb6fcb3ed18a4fbbf66be2 | gif - cege - medicare supplement (m-f) v2_5fb6fcb3ed18a4fbbf66be2_5fb6fcb3ed18a4fbbf66be1 | bonnie | bluemlein | 9898469302 | mybuddy6111@yahoo.com | 2601:5b0:46c1:6308:f032:515a:41b1:3355 | female | 8/15/43 | 6111 nine mile rd | bentley | mi | 48613 | e4bb1700-646a-2945-fb90-c8dda3c44666 |



CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

© All rights reserved. All aspects of the service and information provided by Lead Intelligence, Inc. d/b/a Jornaya ("Jornaya") hereunder - including, e.g., the Jornaya Web site, 3rd Party TCPA Guardian, 1st Party Privacy Guardian, Visual Playback, and the processes used by Jornaya in providing the service - are the exclusive property of Jornaya and its licensors. Jornaya's Visual Playback and the data made available through its use, including but not limited to this document, are subject to confidentiality obligations at all times. By accessing and using theservice and information provided hereunder, you represent and warrant that (a) you have the authority to act on behalf of a valid subscriber to the service, (b) you shall use the service and information in compliance with the terms and conditions on which it is provided, (c) you shall use any data made available through the use of the service for its intended purposes only, and (d) you shall not further distribute any of the service or information provided hereunder to external parties without Jornaya's express prior written approval.

# Guardian TCPA Report

**Prepared for Zeeto Media**

**What is a lead?**

A lead occurs when a consumer visits a website and fills out a form, entering their personal information. A lead can also happen when a consumer interacts with a call center representative and confirms or provides certain information which are documented by the call center. Companies utilize lead forms on their own websites or in their call centers to collect data from consumers who have interest in being contacted about their products and services. Companies also purchase "3rd party data leads", where 3rd party lead sellers collect a consumer's data through a lead form on their owned and operated websites or their call centers, which they then sell to companies as a sales lead: a potential customer who has indicated interest in the company's products or services. In some cases, the 3rd party lead seller may collect a consumer's data, sell it to another 3rd party entity (known as an aggregator), who then sells that data to companies as a sales lead.

**Who is Jornaya?**

Jornaya provides a neutral, 3rd party technology-based platform that tracks the origin and history of a lead event and the consumer actions that occurred at that event. Jornaya's technology witnesses more than one hundred million lead events each month - tracking the actions that occur when a consumer fills out a lead form - or interacts with a call center representative to complete a lead form.

Jornaya's Guardian services document the specific disclosure that was present on a lead form during a lead event and what type of consent was obtained, if any. Guardian services are intended solely and exclusively to provide companies with factual information about the environment that the consumer experienced.

Companies that purchase 3rd party data leads, or generate their own data leads on their website forms or in their call centers, use Guardian services to provide neutral verification and assurance that the activities regarding the collection of the consumer's consent to be contacted meet their requirements. Guardian services do not capture and store personally identifiable consumer data and Jornaya does not buy or sell leads; we help to verify what happened at the lead event.

**How does Jornaya help keep companies TCPA Compliant?**

As a neutral, 3rd party witness to the events that take place on the website or a call center, Guardian provides facts on what happened during a consumer's visit to the website or interaction with a call center representative. Guardian helps companies to verify:

• Was a TCPA disclosure displayed or provided to the consumer?
• If so, did the disclosure meet the company's visibility and verification requirements? Was it large enough, and with enough color contrast? Or was it hidden and obscured, not meeting the company's requirements? If a call center, was it clearly stated by the call center representative?
• Did the disclosure language match the company's compliance standards?
• Did the consumer consent to the TCPA disclosure that was displayed or provided?

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

JORNAYA

| Lead Event Information: | |
|---|---|
| Universal LeadiD | 0A11B61F-33FE-13AC-FAEB-FD74A7176B9E |
| Event Date | 06/07/2021 |
| Event Time | 06:05:01 AM EDT |
| IP Address | 97.91.91.178 |
| Location (as indicated by IP address) | Rochester,MN |

| Disclosure Information: | |
|---|---|
| Labeled TCPA Disclosure Statement captured at the lead event: | Jornaya cannot verify TCPA disclosure language because a disclosure was not tagged on the website according to Jornaya's standard instructions. |

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

JORNAYA

**Visual Playback Link:**

https://vp.leadid.com/playback/0A11B61F-33FE-13AC-FAEB-FD74A7176B9E?key=1623060302481

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY



CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

© All rights reserved. All aspects of the service and information provided by Lead Intelligence, Inc. d/b/a Jornaya ("Jornaya") hereunder - including, e.g., the Jornaya Web site, 3rd Party TCPA Guardian, 1st Party Privacy Guardian, Visual Playback, and the processes used by Jornaya in providing the service - are the exclusive property of Jornaya and its licensors. Jornaya's Visual Playback and the data made available through its use, including but not limited to this document, are subject to confidentiality obligations at all times. By accessing and using theservice and information provided hereunder, you represent and warrant that (a) you have the authority to act on behalf of a valid subscriber to the service, (b) you shall use the service and information in compliance with the terms and conditions on which it is provided, (c) you shall use any data made available through the use of the service for its intended purposes only, and (d) you shall not further distribute any of the service or information provided hereunder to external parties without Jornaya's express prior written approval.

# Guardian TCPA Report

**Prepared for Zeeto Media**

**What is a lead?**

A lead occurs when a consumer visits a website and fills out a form, entering their personal information. A lead can also happen when a consumer interacts with a call center representative and confirms or provides certain information which are documented by the call center. Companies utilize lead forms on their own websites or in their call centers to collect data from consumers who have interest in being contacted about their products and services. Companies also purchase "3rd party data leads", where 3rd party lead sellers collect a consumer's data through a lead form on their owned and operated websites or their call centers, which they then sell to companies as a sales lead: a potential customer who has indicated interest in the company's products or services. In some cases, the 3rd party lead seller may collect a consumer's data, sell it to another 3rd party entity (known as an aggregator), who then sells that data to companies as a sales lead.

**Who is Jornaya?**

Jornaya provides a neutral, 3rd party technology-based platform that tracks the origin and history of a lead event and the consumer actions that occurred at that event. Jornaya's technology witnesses more than one hundred million lead events each month - tracking the actions that occur when a consumer fills out a lead form - or interacts with a call center representative to complete a lead form.

Jornaya's Guardian services document the specific disclosure that was present on a lead form during a lead event and what type of consent was obtained, if any. Guardian services are intended solely and exclusively to provide companies with factual information about the environment that the consumer experienced.

Companies that purchase 3rd party data leads, or generate their own data leads on their website forms or in their call centers, use Guardian services to provide neutral verification and assurance that the activities regarding the collection of the consumer's consent to be contacted meet their requirements. Guardian services do not capture and store personally identifiable consumer data and Jornaya does not buy or sell leads; we help to verify what happened at the lead event.

**How does Jornaya help keep companies TCPA Compliant?**

As a neutral, 3rd party witness to the events that take place on the website or a call center, Guardian provides facts on what happened during a consumer's visit to the website or interaction with a call center representative. Guardian helps companies to verify:

• Was a TCPA disclosure displayed or provided to the consumer?
• If so, did the disclosure meet the company's visibility and verification requirements? Was it large enough, and with enough color contrast? Or was it hidden and obscured, not meeting the company's requirements? If a call center, was it clearly stated by the call center representative?
• Did the disclosure language match the company's compliance standards?
• Did the consumer consent to the TCPA disclosure that was displayed or provided?

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

JORNAYA

## Lead Event Information:

| | |
|---|---|
| Universal LeadiD | 3CEA60CC-2003-89A4-38C8-1F565E2F4D8A |
| Event Date | 01/05/2021 |
| Event Time | 07:11:50 PM EST |
| IP Address | 172.58.21.185 |
| Location (as indicated by IP address) | Anaheim,CA |

## Disclosure Information:

| | |
|---|---|
| Labeled TCPA Disclosure Statement captured at the lead event: | Jornaya cannot verify TCPA disclosure language because a disclosure was not tagged on the website according to Jornaya's standard instructions. |

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

**Visual Playback Link:**

https://vp.leadid.com/playback/3CEA60CC-2003-89A4-38C8-1F565E2F4D8A?key=1609891921245

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY



CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

© All rights reserved. All aspects of the service and information provided by Lead Intelligence, Inc. d/b/a Jornaya ("Jornaya") hereunder - including, e.g., the Jornaya Web site, 3rd Party TCPA Guardian, 1st Party Privacy Guardian, Visual Playback, and the processes used by Jornaya in providing the service - are the exclusive property of Jornaya and its licensors. Jornaya's Visual Playback and the data made available through its use, including but not limited to this document, are subject to confidentiality obligations at all times. By accessing and using theservice and information provided hereunder, you represent and warrant that (a) you have the authority to act on behalf of a valid subscriber to the service, (b) you shall use the service and information in compliance with the terms and conditions on which it is provided, (c) you shall use any data made available through the use of the service for its intended purposes only, and (d) you shall not further distribute any of the service or information provided hereunder to external parties without Jornaya's express prior written approval.

# Guardian TCPA Report

**Prepared for Zeeto Media**

**What is a lead?**

A lead occurs when a consumer visits a website and fills out a form, entering their personal information. A lead can also happen when a consumer interacts with a call center representative and confirms or provides certain information which are documented by the call center. Companies utilize lead forms on their own websites or in their call centers to collect data from consumers who have interest in being contacted about their products and services. Companies also purchase "3rd party data leads", where 3rd party lead sellers collect a consumer's data through a lead form on their owned and operated websites or their call centers, which they then sell to companies as a sales lead: a potential customer who has indicated interest in the company's products or services. In some cases, the 3rd party lead seller may collect a consumer's data, sell it to another 3rd party entity (known as an aggregator), who then sells that data to companies as a sales lead.

**Who is Jornaya?**

Jornaya provides a neutral, 3rd party technology-based platform that tracks the origin and history of a lead event and the consumer actions that occurred at that event. Jornaya's technology witnesses more than one hundred million lead events each month - tracking the actions that occur when a consumer fills out a lead form - or interacts with a call center representative to complete a lead form.

Jornaya's Guardian services document the specific disclosure that was present on a lead form during a lead event and what type of consent was obtained, if any. Guardian services are intended solely and exclusively to provide companies with factual information about the environment that the consumer experienced.

Companies that purchase 3rd party data leads, or generate their own data leads on their website forms or in their call centers, use Guardian services to provide neutral verification and assurance that the activities regarding the collection of the consumer's consent to be contacted meet their requirements. Guardian services do not capture and store personally identifiable consumer data and Jornaya does not buy or sell leads; we help to verify what happened at the lead event.

**How does Jornaya help keep companies TCPA Compliant?**

As a neutral, 3rd party witness to the events that take place on the website or a call center, Guardian provides facts on what happened during a consumer's visit to the website or interaction with a call center representative. Guardian helps companies to verify:

- Was a TCPA disclosure displayed or provided to the consumer?
- If so, did the disclosure meet the company's visibility and verification requirements? Was it large enough, and with enough color contrast? Or was it hidden and obscured, not meeting the company's requirements? If a call center, was it clearly stated by the call center representative?
- Did the disclosure language match the company's compliance standards?
- Did the consumer consent to the TCPA disclosure that was displayed or provided?

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

JORNAYA

## Lead Event Information:

| | |
|---|---|
| Universal LeadiD | 4E6B7B9E-AAAA-F91F-112B-80CAAA2DD70A |
| Event Date | 03/24/2017 |
| Event Time | 12:32:23 PM EDT |
| IP Address | 50.149.221.237 |
| Location (as indicated by IP address) | Clintwood,VA |

## Disclosure Information:

| | |
|---|---|
| Labeled TCPA Disclosure Statement captured at the lead event: | BY SUBMITTING YES, I CONSENT TO HAVE A REPRESENTATIVE FROM CREDIT PROS AND THEIR PARTNERS CONTACT ME AT THIS NUMBER I UNDERSTAND THESE CALLS MAY BE GENERATED USING AN AUTOMATED DIALER AND THAT MY CONSENT IS NOT REQUIRED AS A PRECONDITION FOR PURCHASING OR RECEIVING ANY PROPERTY, GOODS OR SERVICE. |
| Labeled TCPA Disclosure Statement captured at the lead event: | BY SUBMITTING YES, I GIVE REVOCABLE PERMISSION TO SHARE MY INFORMATION WITH YOUR DIABETIC SOURCE, DIABETIC SPECIALIST, DIABETIC CARE DELIVERED, DIABETIC DISCOUNT CLUB, ASSIST DIABETICS AND CONSULTING PHYSICIANS TO PROCESS MY REQUEST AND TO CALL ME BACK AT THIS NUMBER USING AN AUTOMATED TELEPHONE DIALING SYSTEM, EMAIL AND PRE-RECORDED MESSAGES. CONSENT IS NOT A CONDITION OF PURCHASE. |
| Labeled TCPA Disclosure Statement captured at the lead event: | BY SUBMITTING YES, I CONSENT TO HAVE A REPRESENTATIVE FROM BETTER HEALTH KARE CONTACT ME AT THIS NUMBER I UNDERSTAND THESE CALLS MAY BE GENERATED USING AN AUTOMATED DIALER AND THAT MY CONSENT IS NOT REQUIRED AS A PRECONDITION FOR PURCHASING OR RECEIVING ANY PROPERTY, GOODS OR SERVICE. *STD. CELL RATES MAY APPLY |
| Labeled TCPA Disclosure Statement captured at the lead event: | BY SUBMITTING YES, I CONSENT TO HAVE A REPRESENTATIVE FROM DEBT.COM CONTACT ME AT THIS NUMBER I UNDERSTAND THESE CALLS MAY BE GENERATED USING AN AUTOMATED DIALER AND THAT MY CONSENT IS NOT REQUIRED AS A PRECONDITION FOR PURCHASING OR RECEIVING ANY PROPERTY, GOODS OR SERVICE. |

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

| Labeled TCPA Disclosure Statement captured at the lead event: | BY SUBMITTING YES, I CONSENT TO HAVE A REPRESENTATIVE FROM HOME CARE DELIVERED CONTACT ME AT THIS NUMBER I UNDERSTAND THESE CALLS MAY BE GENERATED USING AN AUTOMATED DIALER AND THAT MY CONSENT IS NOT REQUIRED AS A PRECONDITION FOR PURCHASING OR RECEIVING ANY PROPERTY, GOODS OR SERVICE. |
|---|---|

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

**Visual Playback Link:**

https://vp.leadid.com/playback/4E6B7B9E-AAAA-F91F-112B-80CAAA2DD70A?key=1490373140622

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY



CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

© All rights reserved. All aspects of the service and information provided by Lead Intelligence, Inc. d/b/a Jornaya ("Jornaya") hereunder - including, e.g., the Jornaya Web site, 3rd Party TCPA Guardian, 1st Party Privacy Guardian, Visual Playback, and the processes used by Jornaya in providing the service - are the exclusive property of Jornaya and its licensors. Jornaya's Visual Playback and the data made available through its use, including but not limited to this document, are subject to confidentiality obligations at all times. By accessing and using theservice and information provided hereunder, you represent and warrant that (a) you have the authority to act on behalf of a valid subscriber to the service, (b) you shall use the service and information in compliance with the terms and conditions on which it is provided, (c) you shall use any data made available through the use of the service for its intended purposes only, and (d) you shall not further distribute any of the service or information provided hereunder to external parties without Jornaya's express prior written approval.

# Guardian TCPA Report

**Prepared for Zeeto Media**

**What is a lead?**

A lead occurs when a consumer visits a website and fills out a form, entering their personal information. A lead can also happen when a consumer interacts with a call center representative and confirms or provides certain information which are documented by the call center. Companies utilize lead forms on their own websites or in their call centers to collect data from consumers who have interest in being contacted about their products and services. Companies also purchase "3rd party data leads", where 3rd party lead sellers collect a consumer's data through a lead form on their owned and operated websites or their call centers, which they then sell to companies as a sales lead: a potential customer who has indicated interest in the company's products or services. In some cases, the 3rd party lead seller may collect a consumer's data, sell it to another 3rd party entity (known as an aggregator), who then sells that data to companies as a sales lead.

**Who is Jornaya?**

Jornaya provides a neutral, 3rd party technology-based platform that tracks the origin and history of a lead event and the consumer actions that occurred at that event. Jornaya's technology witnesses more than one hundred million lead events each month - tracking the actions that occur when a consumer fills out a lead form - or interacts with a call center representative to complete a lead form.

Jornaya's Guardian services document the specific disclosure that was present on a lead form during a lead event and what type of consent was obtained, if any. Guardian services are intended solely and exclusively to provide companies with factual information about the environment that the consumer experienced.

Companies that purchase 3rd party data leads, or generate their own data leads on their website forms or in their call centers, use Guardian services to provide neutral verification and assurance that the activities regarding the collection of the consumer's consent to be contacted meet their requirements. Guardian services do not capture and store personally identifiable consumer data and Jornaya does not buy or sell leads; we help to verify what happened at the lead event.

**How does Jornaya help keep companies TCPA Compliant?**

As a neutral, 3rd party witness to the events that take place on the website or a call center, Guardian provides facts on what happened during a consumer's visit to the website or interaction with a call center representative. Guardian helps companies to verify:

- Was a TCPA disclosure displayed or provided to the consumer?
- If so, did the disclosure meet the company's visibility and verification requirements? Was it large enough, and with enough color contrast? Or was it hidden and obscured, not meeting the company's requirements? If a call center, was it clearly stated by the call center representative?
- Did the disclosure language match the company's compliance standards?
- Did the consumer consent to the TCPA disclosure that was displayed or provided?

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

**Lead Event Information:**

| | |
|---|---|
| Universal LeadiD | 4F410D32-7D51-B3C7-047A-5DA650AE3057 |
| Event Date | 09/06/2021 |
| Event Time | 11:58:02 PM EDT |
| IP Address | 76.90.252.0 |
| Location (as indicated by IP address) | Hacienda Heights,CA |

**Disclosure Information:**

| | |
|---|---|
| Labeled TCPA Disclosure Statement captured at the lead event: | Jornaya cannot verify TCPA disclosure language because a disclosure was not tagged on the website according to Jornaya's standard instructions. |

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

**Visual Playback Link:**

https://vp.leadid.com/playback/4F410D32-7D51-B3C7-047A-5DA650AE3057?key=1630987083501

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY



CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

© All rights reserved. All aspects of the service and information provided by Lead Intelligence, Inc. d/b/a Jornaya ("Jornaya") hereunder - including, e.g., the Jornaya Web site, 3rd Party TCPA Guardian, 1st Party Privacy Guardian, Visual Playback, and the processes used by Jornaya in providing the service - are the exclusive property of Jornaya and its licensors. Jornaya's Visual Playback and the data made available through its use, including but not limited to this document, are subject to confidentiality obligations at all times. By accessing and using theservice and information provided hereunder, you represent and warrant that (a) you have the authority to act on behalf of a valid subscriber to the service, (b) you shall use the service and information in compliance with the terms and conditions on which it is provided, (c) you shall use any data made available through the use of the service for its intended purposes only, and (d) you shall not further distribute any of the service or information provided hereunder to external parties without Jornaya's express prior written approval.

# Guardian TCPA Report

**Prepared for Zeeto Media**

**What is a lead?**

A lead occurs when a consumer visits a website and fills out a form, entering their personal information. A lead can also happen when a consumer interacts with a call center representative and confirms or provides certain information which are documented by the call center. Companies utilize lead forms on their own websites or in their call centers to collect data from consumers who have interest in being contacted about their products and services. Companies also purchase "3rd party data leads", where 3rd party lead sellers collect a consumer's data through a lead form on their owned and operated websites or their call centers, which they then sell to companies as a sales lead: a potential customer who has indicated interest in the company's products or services. In some cases, the 3rd party lead seller may collect a consumer's data, sell it to another 3rd party entity (known as an aggregator), who then sells that data to companies as a sales lead.

**Who is Jornaya?**

Jornaya provides a neutral, 3rd party technology-based platform that tracks the origin and history of a lead event and the consumer actions that occurred at that event. Jornaya's technology witnesses more than one hundred million lead events each month - tracking the actions that occur when a consumer fills out a lead form - or interacts with a call center representative to complete a lead form.

Jornaya's Guardian services document the specific disclosure that was present on a lead form during a lead event and what type of consent was obtained, if any. Guardian services are intended solely and exclusively to provide companies with factual information about the environment that the consumer experienced.

Companies that purchase 3rd party data leads, or generate their own data leads on their website forms or in their call centers, use Guardian services to provide neutral verification and assurance that the activities regarding the collection of the consumer's consent to be contacted meet their requirements. Guardian services do not capture and store personally identifiable consumer data and Jornaya does not buy or sell leads; we help to verify what happened at the lead event.

**How does Jornaya help keep companies TCPA Compliant?**

As a neutral, 3rd party witness to the events that take place on the website or a call center, Guardian provides facts on what happened during a consumer's visit to the website or interaction with a call center representative. Guardian helps companies to verify:

- Was a TCPA disclosure displayed or provided to the consumer?
- If so, did the disclosure meet the company's visibility and verification requirements? Was it large enough, and with enough color contrast? Or was it hidden and obscured, not meeting the company's requirements? If a call center, was it clearly stated by the call center representative?
- Did the disclosure language match the company's compliance standards?
- Did the consumer consent to the TCPA disclosure that was displayed or provided?

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

JORNAYA

| Lead Event Information: | |
|---|---|
| Universal LeadiD | 5B1EC6CC-B716-5251-537A-62BD289D8EED |
| Event Date | 05/20/2021 |
| Event Time | 11:20:14 AM EDT |
| IP Address | 98.28.176.7 |
| Location (as indicated by IP address) | Milford,OH |

| Disclosure Information: | |
|---|---|
| Labeled TCPA Disclosure Statement captured at the lead event: | Jornaya cannot verify TCPA disclosure language because a disclosure was not tagged on the website according to Jornaya's standard instructions. |

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

JORNAYA

**Visual Playback Link:**

https://vp.leadid.com/playback/5B1EC6CC-B716-5251-537A-62BD289D8EED?key=1621524014961



CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

© All rights reserved. All aspects of the service and information provided by Lead Intelligence, Inc. d/b/a Jornaya ("Jornaya") hereunder - including, e.g., the Jornaya Web site, 3rd Party TCPA Guardian, 1st Party Privacy Guardian, Visual Playback, and the processes used by Jornaya in providing the service - are the exclusive property of Jornaya and its licensors. Jornaya's Visual Playback and the data made available through its use, including but not limited to this document, are subject to confidentiality obligations at all times. By accessing and using theservice and information provided hereunder, you represent and warrant that (a) you have the authority to act on behalf of a valid subscriber to the service, (b) you shall use the service and information in compliance with the terms and conditions on which it is provided, (c) you shall use any data made available through the use of the service for its intended purposes only, and (d) you shall not further distribute any of the service or information provided hereunder to external parties without Jornaya's express prior written approval.

# Guardian TCPA Report

**Prepared for Zeeto Media**

**What is a lead?**

A lead occurs when a consumer visits a website and fills out a form, entering their personal information. A lead can also happen when a consumer interacts with a call center representative and confirms or provides certain information which are documented by the call center. Companies utilize lead forms on their own websites or in their call centers to collect data from consumers who have interest in being contacted about their products and services. Companies also purchase "3rd party data leads", where 3rd party lead sellers collect a consumer's data through a lead form on their owned and operated websites or their call centers, which they then sell to companies as a sales lead: a potential customer who has indicated interest in the company's products or services. In some cases, the 3rd party lead seller may collect a consumer's data, sell it to another 3rd party entity (known as an aggregator), who then sells that data to companies as a sales lead.

**Who is Jornaya?**

Jornaya provides a neutral, 3rd party technology-based platform that tracks the origin and history of a lead event and the consumer actions that occurred at that event. Jornaya's technology witnesses more than one hundred million lead events each month - tracking the actions that occur when a consumer fills out a lead form - or interacts with a call center representative to complete a lead form.

Jornaya's Guardian services document the specific disclosure that was present on a lead form during a lead event and what type of consent was obtained, if any. Guardian services are intended solely and exclusively to provide companies with factual information about the environment that the consumer experienced.

Companies that purchase 3rd party data leads, or generate their own data leads on their website forms or in their call centers, use Guardian services to provide neutral verification and assurance that the activities regarding the collection of the consumer's consent to be contacted meet their requirements. Guardian services do not capture and store personally identifiable consumer data and Jornaya does not buy or sell leads; we help to verify what happened at the lead event.

**How does Jornaya help keep companies TCPA Compliant?**

As a neutral, 3rd party witness to the events that take place on the website or a call center, Guardian provides facts on what happened during a consumer's visit to the website or interaction with a call center representative. Guardian helps companies to verify:

• Was a TCPA disclosure displayed or provided to the consumer?
• If so, did the disclosure meet the company's visibility and verification requirements? Was it large enough, and with enough color contrast? Or was it hidden and obscured, not meeting the company's requirements? If a call center, was it clearly stated by the call center representative?
• Did the disclosure language match the company's compliance standards?
• Did the consumer consent to the TCPA disclosure that was displayed or provided?

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

JORNAYA

| Lead Event Information: | |
|---|---|
| Universal LeadiD | 6C4EC912-B121-8452-46CC-3DDBF105C60C |
| Event Date | 04/19/2021 |
| Event Time | 07:08:05 AM EDT |
| IP Address | 172.58.220.177 |
| Location (as indicated by IP address) | Chelsea,MA |

| Disclosure Information: | |
|---|---|
| Labeled TCPA Disclosure Statement captured at the lead event: | Jornaya cannot verify TCPA disclosure language because a disclosure was not tagged on the website according to Jornaya's standard instructions. |

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

**Visual Playback Link:**

https://vp.leadid.com/playback/6C4EC912-B121-8452-46CC-3DDBF105C60C?key=1618830491679

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY



CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

© All rights reserved. All aspects of the service and information provided by Lead Intelligence, Inc. d/b/a Jornaya ("Jornaya") hereunder - including, e.g., the Jornaya Web site, 3rd Party TCPA Guardian, 1st Party Privacy Guardian, Visual Playback, and the processes used by Jornaya in providing the service - are the exclusive property of Jornaya and its licensors. Jornaya's Visual Playback and the data made available through its use, including but not limited to this document, are subject to confidentiality obligations at all times. By accessing and using theservice and information provided hereunder, you represent and warrant that (a) you have the authority to act on behalf of a valid subscriber to the service, (b) you shall use the service and information in compliance with the terms and conditions on which it is provided, (c) you shall use any data made available through the use of the service for its intended purposes only, and (d) you shall not further distribute any of the service or information provided hereunder to external parties without Jornaya's express prior written approval.

JORNAYA

# Guardian TCPA Report

**Prepared for Zeeto Media**

**What is a lead?**

A lead occurs when a consumer visits a website and fills out a form, entering their personal information. A lead can also happen when a consumer interacts with a call center representative and confirms or provides certain information which are documented by the call center. Companies utilize lead forms on their own websites or in their call centers to collect data from consumers who have interest in being contacted about their products and services. Companies also purchase "3rd party data leads", where 3rd party lead sellers collect a consumer's data through a lead form on their owned and operated websites or their call centers, which they then sell to companies as a sales lead: a potential customer who has indicated interest in the company's products or services. In some cases, the 3rd party lead seller may collect a consumer's data, sell it to another 3rd party entity (known as an aggregator), who then sells that data to companies as a sales lead.

**Who is Jornaya?**

Jornaya provides a neutral, 3rd party technology-based platform that tracks the origin and history of a lead event and the consumer actions that occurred at that event. Jornaya's technology witnesses more than one hundred million lead events each month - tracking the actions that occur when a consumer fills out a lead form - or interacts with a call center representative to complete a lead form.

Jornaya's Guardian services document the specific disclosure that was present on a lead form during a lead event and what type of consent was obtained, if any. Guardian services are intended solely and exclusively to provide companies with factual information about the environment that the consumer experienced.

Companies that purchase 3rd party data leads, or generate their own data leads on their website forms or in their call centers, use Guardian services to provide neutral verification and assurance that the activities regarding the collection of the consumer's consent to be contacted meet their requirements. Guardian services do not capture and store personally identifiable consumer data and Jornaya does not buy or sell leads; we help to verify what happened at the lead event.

**How does Jornaya help keep companies TCPA Compliant?**

As a neutral, 3rd party witness to the events that take place on the website or a call center, Guardian provides facts on what happened during a consumer's visit to the website or interaction with a call center representative. Guardian helps companies to verify:

- Was a TCPA disclosure displayed or provided to the consumer?
- If so, did the disclosure meet the company's visibility and verification requirements? Was it large enough, and with enough color contrast? Or was it hidden and obscured, not meeting the company's requirements? If a call center, was it clearly stated by the call center representative?
- Did the disclosure language match the company's compliance standards?
- Did the consumer consent to the TCPA disclosure that was displayed or provided?

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

JORNAYA™

## Lead Event Information:

| | |
|---|---|
| Universal LeadiD | 57D8DB15-552B-ED08-D46E-419224A13E2B |
| Event Date | 04/28/2021 |
| Event Time | 06:49:20 PM EDT |
| IP Address | 216.119.59.247 |
| Location (as indicated by IP address) | Sandersville,GA |

## Disclosure Information:

| | |
|---|---|
| Labeled TCPA Disclosure Statement captured at the lead event: | Jornaya cannot verify TCPA disclosure language because a disclosure was not tagged on the website according to Jornaya's standard instructions. |

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

**Visual Playback Link:**

https://vp.leadid.com/playback/57D8DB15-552B-ED08-D46E-419224A13E2B?key=1619650175138

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY



CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

© All rights reserved. All aspects of the service and information provided by Lead Intelligence, Inc. d/b/a Jornaya ("Jornaya") hereunder - including, e.g., the Jornaya Web site, 3rd Party TCPA Guardian, 1st Party Privacy Guardian, Visual Playback, and the processes used by Jornaya in providing the service - are the exclusive property of Jornaya and its licensors. Jornaya's Visual Playback and the data made available through its use, including but not limited to this document, are subject to confidentiality obligations at all times. By accessing and using the service and information provided hereunder, you represent and warrant that (a) you have the authority to act on behalf of a valid subscriber to the service, (b) you shall use the service and information in compliance with the terms and conditions on which it is provided, (c) you shall use any data made available through the use of the service for its intended purposes only, and (d) you shall not further distribute any of the service or information provided hereunder to external parties without Jornaya's express prior written approval.

# Guardian TCPA Report

**Prepared for Zeeto Media**

**What is a lead?**

A lead occurs when a consumer visits a website and fills out a form, entering their personal information. A lead can also happen when a consumer interacts with a call center representative and confirms or provides certain information which are documented by the call center. Companies utilize lead forms on their own websites or in their call centers to collect data from consumers who have interest in being contacted about their products and services. Companies also purchase "3rd party data leads", where 3rd party lead sellers collect a consumer's data through a lead form on their owned and operated websites or their call centers, which they then sell to companies as a sales lead: a potential customer who has indicated interest in the company's products or services. In some cases, the 3rd party lead seller may collect a consumer's data, sell it to another 3rd party entity (known as an aggregator), who then sells that data to companies as a sales lead.

**Who is Jornaya?**

Jornaya provides a neutral, 3rd party technology-based platform that tracks the origin and history of a lead event and the consumer actions that occurred at that event. Jornaya's technology witnesses more than one hundred million lead events each month - tracking the actions that occur when a consumer fills out a lead form - or interacts with a call center representative to complete a lead form.

Jornaya's Guardian services document the specific disclosure that was present on a lead form during a lead event and what type of consent was obtained, if any. Guardian services are intended solely and exclusively to provide companies with factual information about the environment that the consumer experienced.

Companies that purchase 3rd party data leads, or generate their own data leads on their website forms or in their call centers, use Guardian services to provide neutral verification and assurance that the activities regarding the collection of the consumer's consent to be contacted meet their requirements. Guardian services do not capture and store personally identifiable consumer data and Jornaya does not buy or sell leads; we help to verify what happened at the lead event.

**How does Jornaya help keep companies TCPA Compliant?**

As a neutral, 3rd party witness to the events that take place on the website or a call center, Guardian provides facts on what happened during a consumer's visit to the website or interaction with a call center representative. Guardian helps companies to verify:

- Was a TCPA disclosure displayed or provided to the consumer?
- If so, did the disclosure meet the company's visibility and verification requirements? Was it large enough, and with enough color contrast? Or was it hidden and obscured, not meeting the company's requirements? If a call center, was it clearly stated by the call center representative?
- Did the disclosure language match the company's compliance standards?
- Did the consumer consent to the TCPA disclosure that was displayed or provided?

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

JORNAYA

| Lead Event Information: | |
|---|---|
| Universal LeadiD | 115A2FE0-1925-2A77-0BB6-67E575A7EE49 |
| Event Date | 07/25/2021 |
| Event Time | 05:45:06 AM EDT |
| IP Address | 69.135.166.104 |
| Location (as indicated by IP address) | Bucyrus,OH |

| Disclosure Information: | |
|---|---|
| Labeled TCPA Disclosure Statement captured at the lead event: | Jornaya cannot verify TCPA disclosure language because a disclosure was not tagged on the website according to Jornaya's standard instructions. |

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

**Visual Playback Link:**

https://vp.leadid.com/playback/115A2FE0-1925-2A77-0BB6-67E575A7EE49?key=1627206327145

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY



CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

© All rights reserved. All aspects of the service and information provided by Lead Intelligence, Inc. d/b/a Jornaya ("Jornaya") hereunder - including, e.g., the Jornaya Web site, 3rd Party TCPA Guardian, 1st Party Privacy Guardian, Visual Playback, and the processes used by Jornaya in providing the service - are the exclusive property of Jornaya and its licensors. Jornaya's Visual Playback and the data made available through its use, including but not limited to this document, are subject to confidentiality obligations at all times. By accessing and using theservice and information provided hereunder, you represent and warrant that (a) you have the authority to act on behalf of a valid subscriber to the service, (b) you shall use the service and information in compliance with the terms and conditions on which it is provided, (c) you shall use any data made available through the use of the service for its intended purposes only, and (d) you shall not further distribute any of the service or information provided hereunder to external parties without Jornaya's express prior written approval.

# Guardian TCPA Report

**Prepared for Zeeto Media**

**What is a lead?**

A lead occurs when a consumer visits a website and fills out a form, entering their personal information. A lead can also happen when a consumer interacts with a call center representative and confirms or provides certain information which are documented by the call center. Companies utilize lead forms on their own websites or in their call centers to collect data from consumers who have interest in being contacted about their products and services. Companies also purchase "3rd party data leads", where 3rd party lead sellers collect a consumer's data through a lead form on their owned and operated websites or their call centers, which they then sell to companies as a sales lead: a potential customer who has indicated interest in the company's products or services. In some cases, the 3rd party lead seller may collect a consumer's data, sell it to another 3rd party entity (known as an aggregator), who then sells that data to companies as a sales lead.

**Who is Jornaya?**

Jornaya provides a neutral, 3rd party technology-based platform that tracks the origin and history of a lead event and the consumer actions that occurred at that event. Jornaya's technology witnesses more than one hundred million lead events each month - tracking the actions that occur when a consumer fills out a lead form - or interacts with a call center representative to complete a lead form.

Jornaya's Guardian services document the specific disclosure that was present on a lead form during a lead event and what type of consent was obtained, if any. Guardian services are intended solely and exclusively to provide companies with factual information about the environment that the consumer experienced.

Companies that purchase 3rd party data leads, or generate their own data leads on their website forms or in their call centers, use Guardian services to provide neutral verification and assurance that the activities regarding the collection of the consumer's consent to be contacted meet their requirements. Guardian services do not capture and store personally identifiable consumer data and Jornaya does not buy or sell leads; we help to verify what happened at the lead event.

**How does Jornaya help keep companies TCPA Compliant?**

As a neutral, 3rd party witness to the events that take place on the website or a call center. Guardian provides facts on what happened during a consumer's visit to the website or interaction with a call center representative. Guardian helps companies to verify:

- Was a TCPA disclosure displayed or provided to the consumer?
- If so, did the disclosure meet the company's visibility and verification requirements? Was it large enough, and with enough color contrast? Or was it hidden and obscured, not meeting the company's requirements? If a call center, was it clearly stated by the call center representative?
- Did the disclosure language match the company's compliance standards?
- Did the consumer consent to the TCPA disclosure that was displayed or provided?

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

## Lead Event Information:

| | |
|---|---|
| Universal LeadiD | 451E4838-2785-C0AC-38AE-F61530CAA94E |
| Event Date | 05/09/2021 |
| Event Time | 02:10:19 AM EDT |
| IP Address | 172.58.145.22 |

## Disclosure Information:

| | |
|---|---|
| Labeled TCPA Disclosure Statement captured at the lead event: | Jornaya cannot verify TCPA disclosure language because a disclosure was not tagged on the website according to Jornaya's standard instructions. |

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

**Visual Playback Link:**

https://vp.leadid.com/playback/451E4838-2785-C0AC-38AE-F61530CAA94E?key=1620540619458



CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

© All rights reserved. All aspects of the service and information provided by Lead Intelligence, Inc. d/b/a Jornaya ("Jornaya") hereunder - including, e.g., the Jornaya Web site, 3rd Party TCPA Guardian, 1st Party Privacy Guardian, Visual Playback, and the processes used by Jornaya in providing the service - are the exclusive property of Jornaya and its licensors. Jornaya's Visual Playback and the data made available through its use, including but not limited to this document, are subject to confidentiality obligations at all times. By accessing and using theservice and information provided hereunder, you represent and warrant that (a) you have the authority to act on behalf of a valid subscriber to the service, (b) you shall use the service and information in compliance with the terms and conditions on which it is provided, (c) you shall use any data made available through the use of the service for its intended purposes only, and (d) you shall not further distribute any of the service or information provided hereunder to external parties without Jornaya's express prior written approval.

# Guardian TCPA Report

**Prepared for Zeeto Media**

**What is a lead?**

A lead occurs when a consumer visits a website and fills out a form, entering their personal information. A lead can also happen when a consumer interacts with a call center representative and confirms or provides certain information which are documented by the call center. Companies utilize lead forms on their own websites or in their call centers to collect data from consumers who have interest in being contacted about their products and services. Companies also purchase "3rd party data leads", where 3rd party lead sellers collect a consumer's data through a lead form on their owned and operated websites or their call centers, which they then sell to companies as a sales lead: a potential customer who has indicated interest in the company's products or services. In some cases, the 3rd party lead seller may collect a consumer's data, sell it to another 3rd party entity (known as an aggregator), who then sells that data to companies as a sales lead.

**Who is Jornaya?**

Jornaya provides a neutral, 3rd party technology-based platform that tracks the origin and history of a lead event and the consumer actions that occurred at that event. Jornaya's technology witnesses more than one hundred million lead events each month - tracking the actions that occur when a consumer fills out a lead form - or interacts with a call center representative to complete a lead form.

Jornaya's Guardian services document the specific disclosure that was present on a lead form during a lead event and what type of consent was obtained, if any. Guardian services are intended solely and exclusively to provide companies with factual information about the environment that the consumer experienced.

Companies that purchase 3rd party data leads, or generate their own data leads on their website forms or in their call centers, use Guardian services to provide neutral verification and assurance that the activities regarding the collection of the consumer's consent to be contacted meet their requirements. Guardian services do not capture and store personally identifiable consumer data and Jornaya does not buy or sell leads; we help to verify what happened at the lead event.

**How does Jornaya help keep companies TCPA Compliant?**

As a neutral, 3rd party witness to the events that take place on the website or a call center, Guardian provides facts on what happened during a consumer's visit to the website or interaction with a call center representative. Guardian helps companies to verify:

- Was a TCPA disclosure displayed or provided to the consumer?
- If so, did the disclosure meet the company's visibility and verification requirements? Was it large enough, and with enough color contrast? Or was it hidden and obscured, not meeting the company's requirements? If a call center, was it clearly stated by the call center representative?
- Did the disclosure language match the company's compliance standards?
- Did the consumer consent to the TCPA disclosure that was displayed or provided?

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

JORNAYA

| Lead Event Information: | |
|---|---|
| Universal LeadiD | 837A3000-8D51-0E90-80A1-539F3152BDF2 |
| Event Date | 07/28/2020 |
| Event Time | 09:26:28 AM EDT |
| IP Address | 184.53.0.248 |

| Disclosure Information: | |
|---|---|
| Labeled TCPA Disclosure Statement captured at the lead event: | Jornaya cannot verify TCPA disclosure language because a disclosure was not tagged on the website according to Jornaya's standard instructions. |

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

**Visual Playback Link:**

https://vp.leadid.com/playback/837A3000-8D51-0E90-80A1-539F3152BDF2?key=1595942790963

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY



CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

© All rights reserved. All aspects of the service and information provided by Lead Intelligence, Inc. d/b/a Jornaya ("Jornaya") hereunder - including, e.g., the Jornaya Web site, 3rd Party TCPA Guardian, 1st Party Privacy Guardian, Visual Playback, and the processes used by Jornaya in providing the service - are the exclusive property of Jornaya and its licensors. Jornaya's Visual Playback and the data made available through its use, including but not limited to this document, are subject to confidentiality obligations at all times. By accessing and using theservice and information provided hereunder, you represent and warrant that (a) you have the authority to act on behalf of a valid subscriber to the service, (b) you shall use the service and information in compliance with the terms and conditions on which it is provided, (c) you shall use any data made available through the use of the service for its intended purposes only, and (d) you shall not further distribute any of the service or information provided hereunder to external parties without Jornaya's express prior written approval.

# Guardian TCPA Report

**Prepared for Zeeto Media**

**What is a lead?**

A lead occurs when a consumer visits a website and fills out a form, entering their personal information. A lead can also happen when a consumer interacts with a call center representative and confirms or provides certain information which are documented by the call center. Companies utilize lead forms on their own websites or in their call centers to collect data from consumers who have interest in being contacted about their products and services. Companies also purchase "3rd party data leads", where 3rd party lead sellers collect a consumer's data through a lead form on their owned and operated websites or their call centers, which they then sell to companies as a sales lead: a potential customer who has indicated interest in the company's products or services. In some cases, the 3rd party lead seller may collect a consumer's data, sell it to another 3rd party entity (known as an aggregator), who then sells that data to companies as a sales lead.

**Who is Jornaya?**

Jornaya provides a neutral, 3rd party technology-based platform that tracks the origin and history of a lead event and the consumer actions that occurred at that event. Jornaya's technology witnesses more than one hundred million lead events each month - tracking the actions that occur when a consumer fills out a lead form - or interacts with a call center representative to complete a lead form.

Jornaya's Guardian services document the specific disclosure that was present on a lead form during a lead event and what type of consent was obtained, if any. Guardian services are intended solely and exclusively to provide companies with factual information about the environment that the consumer experienced.

Companies that purchase 3rd party data leads, or generate their own data leads on their website forms or in their call centers, use Guardian services to provide neutral verification and assurance that the activities regarding the collection of the consumer's consent to be contacted meet their requirements. Guardian services do not capture and store personally identifiable consumer data and Jornaya does not buy or sell leads; we help to verify what happened at the lead event.

**How does Jornaya help keep companies TCPA Compliant?**

As a neutral, 3rd party witness to the events that take place on the website or a call center, Guardian provides facts on what happened during a consumer's visit to the website or interaction with a call center representative. Guardian helps companies to verify:

- Was a TCPA disclosure displayed or provided to the consumer?
- If so, did the disclosure meet the company's visibility and verification requirements? Was it large enough, and with enough color contrast? Or was it hidden and obscured, not meeting the company's requirements? If a call center, was it clearly stated by the call center representative?
- Did the disclosure language match the company's compliance standards?
- Did the consumer consent to the TCPA disclosure that was displayed or provided?

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

JORNAYA

| Lead Event Information: | |
|---|---|
| Universal LeadiD | 855D0E68-6C2E-24A8-5481-8F9716ABEF5F |
| Event Date | 01/03/2021 |
| Event Time | 12:58:33 PM EST |
| IP Address | 172.103.36.97 |
| Location (as indicated by IP address) | Norwood,CO |

| Disclosure Information: | |
|---|---|
| Labeled TCPA Disclosure Statement captured at the lead event: | Jornaya cannot verify TCPA disclosure language because a disclosure was not tagged on the website according to Jornaya's standard instructions. |

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

**Visual Playback Link:**

https://vp.leadid.com/playback/855D0E68-6C2E-24A8-5481-8F9716ABEF5F?key=1609696725799

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY



CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

© All rights reserved. All aspects of the service and information provided by Lead Intelligence, Inc. d/b/a Jornaya ("Jornaya") hereunder - including, e.g., the Jornaya Web site, 3rd Party TCPA Guardian, 1st Party Privacy Guardian, Visual Playback, and the processes used by Jornaya in providing the service - are the exclusive property of Jornaya and its licensors. Jornaya's Visual Playback and the data made available through its use, including but not limited to this document, are subject to confidentiality obligations at all times. By accessing and using theservice and information provided hereunder, you represent and warrant that (a) you have the authority to act on behalf of a valid subscriber to the service, (b) you shall use the service and information in compliance with the terms and conditions on which it is provided, (c) you shall use any data made available through the use of the service for its intended purposes only, and (d) you shall not further distribute any of the service or information provided hereunder to external parties without Jornaya's express prior written approval.

# Guardian TCPA Report

**Prepared for Zeeto Media**

**What is a lead?**

A lead occurs when a consumer visits a website and fills out a form, entering their personal information. A lead can also happen when a consumer interacts with a call center representative and confirms or provides certain information which are documented by the call center. Companies utilize lead forms on their own websites or in their call centers to collect data from consumers who have interest in being contacted about their products and services. Companies also purchase "3rd party data leads", where 3rd party lead sellers collect a consumer's data through a lead form on their owned and operated websites or their call centers, which they then sell to companies as a sales lead: a potential customer who has indicated interest in the company's products or services. In some cases, the 3rd party lead seller may collect a consumer's data, sell it to another 3rd party entity (known as an aggregator), who then sells that data to companies as a sales lead.

**Who is Jornaya?**

Jornaya provides a neutral, 3rd party technology-based platform that tracks the origin and history of a lead event and the consumer actions that occurred at that event. Jornaya's technology witnesses more than one hundred million lead events each month - tracking the actions that occur when a consumer fills out a lead form - or interacts with a call center representative to complete a lead form.

Jornaya's Guardian services document the specific disclosure that was present on a lead form during a lead event and what type of consent was obtained, if any. Guardian services are intended solely and exclusively to provide companies with factual information about the environment that the consumer experienced.

Companies that purchase 3rd party data leads, or generate their own data leads on their website forms or in their call centers, use Guardian services to provide neutral verification and assurance that the activities regarding the collection of the consumer's consent to be contacted meet their requirements. Guardian services do not capture and store personally identifiable consumer data and Jornaya does not buy or sell leads; we help to verify what happened at the lead event.

**How does Jornaya help keep companies TCPA Compliant?**

As a neutral, 3rd party witness to the events that take place on the website or a call center, Guardian provides facts on what happened during a consumer's visit to the website or interaction with a call center representative. Guardian helps companies to verify:

• Was a TCPA disclosure displayed or provided to the consumer?
• If so, did the disclosure meet the company's visibility and verification requirements? Was it large enough, and with enough color contrast? Or was it hidden and obscured, not meeting the company's requirements? If a call center, was it clearly stated by the call center representative?
• Did the disclosure language match the company's compliance standards?
• Did the consumer consent to the TCPA disclosure that was displayed or provided?

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

JORN☉YA

| Lead Event Information: | |
|---|---|
| Universal LeadiD | 2075D8B2-55F2-B190-E214-E17860479786 |
| Event Date | 04/14/2021 |
| Event Time | 11:17:03 PM EDT |
| IP Address | 8.48.251.84 |

| Disclosure Information: | |
|---|---|
| Labeled TCPA Disclosure Statement captured at the lead event: | Jornaya cannot verify TCPA disclosure language because a disclosure was not tagged on the website according to Jornaya's standard instructions. |

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

**Visual Playback Link:**

https://vp.leadid.com/playback/2075D8B2-55F2-B190-E214-E17860479786?key=1618456624063

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY



CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

© All rights reserved. All aspects of the service and information provided by Lead Intelligence, Inc. d/b/a Jornaya ("Jornaya") hereunder - including, e.g., the Jornaya Web site, 3rd Party TCPA Guardian, 1st Party Privacy Guardian, Visual Playback, and the processes used by Jornaya in providing the service - are the exclusive property of Jornaya and its licensors. Jornaya's Visual Playback and the data made available through its use, including but not limited to this document, are subject to confidentiality obligations at all times. By accessing and using the service and information provided hereunder, you represent and warrant that (a) you have the authority to act on behalf of a valid subscriber to the service, (b) you shall use the service and information in compliance with the terms and conditions on which it is provided, (c) you shall use any data made available through the use of the service for its intended purposes only, and (d) you shall not further distribute any of the service or information provided hereunder to external parties without Jornaya's express prior written approval.

# Guardian TCPA Report

**Prepared for Zeeto Media**

## What is a lead?

A lead occurs when a consumer visits a website and fills out a form, entering their personal information. A lead can also happen when a consumer interacts with a call center representative and confirms or provides certain information which are documented by the call center. Companies utilize lead forms on their own websites or in their call centers to collect data from consumers who have interest in being contacted about their products and services. Companies also purchase "3rd party data leads", where 3rd party lead sellers collect a consumer's data through a lead form on their owned and operated websites or their call centers, which they then sell to companies as a sales lead: a potential customer who has indicated interest in the company's products or services. In some cases, the 3rd party lead seller may collect a consumer's data, sell it to another 3rd party entity (known as an aggregator), who then sells that data to companies as a sales lead.

## Who is Jornaya?

Jornaya provides a neutral, 3rd party technology-based platform that tracks the origin and history of a lead event and the consumer actions that occurred at that event. Jornaya's technology witnesses more than one hundred million lead events each month - tracking the actions that occur when a consumer fills out a lead form - or interacts with a call center representative to complete a lead form.

Jornaya's Guardian services document the specific disclosure that was present on a lead form during a lead event and what type of consent was obtained, if any. Guardian services are intended solely and exclusively to provide companies with factual information about the environment that the consumer experienced.

Companies that purchase 3rd party data leads, or generate their own data leads on their website forms or in their call centers, use Guardian services to provide neutral verification and assurance that the activities regarding the collection of the consumer's consent to be contacted meet their requirements. Guardian services do not capture and store personally identifiable consumer data and Jornaya does not buy or sell leads; we help to verify what happened at the lead event.

## How does Jornaya help keep companies TCPA Compliant?

As a neutral, 3rd party witness to the events that take place on the website or a call center. Guardian provides facts on what happened during a consumer's visit to the website or interaction with a call center representative. Guardian helps companies to verify:

- Was a TCPA disclosure displayed or provided to the consumer?
- If so, did the disclosure meet the company's visibility and verification requirements? Was it large enough, and with enough color contrast? Or was it hidden and obscured, not meeting the company's requirements? If a call center, was it clearly stated by the call center representative?
- Did the disclosure language match the company's compliance standards?
- Did the consumer consent to the TCPA disclosure that was displayed or provided?

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

## Lead Event Information:

| | |
|---|---|
| Universal LeadiD | 2805DCCA-FFD0-5D22-5C05-ADE982CADE53 |
| Event Date | 05/14/2021 |
| Event Time | 02:17:57 PM EDT |
| IP Address | 173.66.175.37 |
| Location (as indicated by IP address) | Rockville,MD |

## Disclosure Information:

| | |
|---|---|
| Labeled TCPA Disclosure Statement captured at the lead event: | Jornaya cannot verify TCPA disclosure language because a disclosure was not tagged on the website according to Jornaya's standard instructions. |

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

**Visual Playback Link:**

https://vp.leadid.com/playback/2805DCCA-FFD0-5D22-5C05-ADE982CADE53?key=1621016278044

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY



CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

© All rights reserved. All aspects of the service and information provided by Lead Intelligence, Inc. d/b/a Jornaya ("Jornaya") hereunder - including, e.g., the Jornaya Web site, 3rd Party TCPA Guardian, 1st Party Privacy Guardian, Visual Playback, and the processes used by Jornaya in providing the service - are the exclusive property of Jornaya and its licensors. Jornaya's Visual Playback and the data made available through its use, including but not limited to this document, are subject to confidentiality obligations at all times. By accessing and using the service and information provided hereunder, you represent and warrant that (a) you have the authority to act on behalf of a valid subscriber to the service, (b) you shall use the service and information in compliance with the terms and conditions on which it is provided, (c) you shall use any data made available through the use of the service for its intended purposes only, and (d) you shall not further distribute any of the service or information provided hereunder to external parties without Jornaya's express prior written approval.

# Guardian TCPA Report

**Prepared for Zeeto Media**

## What is a lead?

A lead occurs when a consumer visits a website and fills out a form, entering their personal information. A lead can also happen when a consumer interacts with a call center representative and confirms or provides certain information which are documented by the call center. Companies utilize lead forms on their own websites or in their call centers to collect data from consumers who have interest in being contacted about their products and services. Companies also purchase "3rd party data leads", where 3rd party lead sellers collect a consumer's data through a lead form on their owned and operated websites or their call centers, which they then sell to companies as a sales lead: a potential customer who has indicated interest in the company's products or services. In some cases, the 3rd party lead seller may collect a consumer's data, sell it to another 3rd party entity (known as an aggregator), who then sells that data to companies as a sales lead.

## Who is Jornaya?

Jornaya provides a neutral, 3rd party technology-based platform that tracks the origin and history of a lead event and the consumer actions that occurred at that event. Jornaya's technology witnesses more than one hundred million lead events each month - tracking the actions that occur when a consumer fills out a lead form - or interacts with a call center representative to complete a lead form.

Jornaya's Guardian services document the specific disclosure that was present on a lead form during a lead event and what type of consent was obtained, if any. Guardian services are intended solely and exclusively to provide companies with factual information about the environment that the consumer experienced.

Companies that purchase 3rd party data leads, or generate their own data leads on their website forms or in their call centers, use Guardian services to provide neutral verification and assurance that the activities regarding the collection of the consumer's consent to be contacted meet their requirements. Guardian services do not capture and store personally identifiable consumer data and Jornaya does not buy or sell leads; we help to verify what happened at the lead event.

## How does Jornaya help keep companies TCPA Compliant?

As a neutral, 3rd party witness to the events that take place on the website or a call center, Guardian provides facts on what happened during a consumer's visit to the website or interaction with a call center representative. Guardian helps companies to verify:

- Was a TCPA disclosure displayed or provided to the consumer?
- If so, did the disclosure meet the company's visibility and verification requirements? Was it large enough, and with enough color contrast? Or was it hidden and obscured, not meeting the company's requirements? If a call center, was it clearly stated by the call center representative?
- Did the disclosure language match the company's compliance standards?
- Did the consumer consent to the TCPA disclosure that was displayed or provided?

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

## Lead Event Information:

| | |
|---|---|
| Universal LeadiD | 7048BB55-B0E6-66F5-95D3-1DA97AC9726F |
| Event Date | 03/16/2021 |
| Event Time | 12:33:55 PM EDT |
| IP Address | 173.184.133.254 |
| Location (as indicated by IP address) | Albia,IA |

## Disclosure Information:

| | |
|---|---|
| Labeled TCPA Disclosure Statement captured at the lead event: | Jornaya cannot verify TCPA disclosure language because a disclosure was not tagged on the website according to Jornaya's standard instructions. |

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

**Visual Playback Link:**

https://vp.leadid.com/playback/7048BB55-B0E6-66F5-95D3-1DA97AC9726F?key=1615912437865

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY



CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

© All rights reserved. All aspects of the service and information provided by Lead Intelligence, Inc. d/b/a Jornaya ("Jornaya") hereunder -
including, e.g., the Jornaya Web site, 3rd Party TCPA Guardian, 1st Party Privacy Guardian, Visual Playback, and the processes used by
Jornaya in providing the service - are the exclusive property of Jornaya and its licensors. Jornaya's Visual Playback and the data made
available through its use, including but not limited to this document, are subject to confidentiality obligations at all times. By accessing and
using theservice and information provided hereunder, you represent and warrant that (a) you have the authority to act on behalf of a valid
subscriber to the service, (b) you shall use the service and information in compliance with the terms and conditions on which it is provided,
(c) you shall use any data made available through the use of the service for its intended purposes only, and (d) you shall not further distribute
any of the service or information provided hereunder to external parties without Jornaya's express prior written approval.

# Guardian TCPA Report

**Prepared for Zeeto Media**

**What is a lead?**

A lead occurs when a consumer visits a website and fills out a form, entering their personal information. A lead can also happen when a consumer interacts with a call center representative and confirms or provides certain information which are documented by the call center. Companies utilize lead forms on their own websites or in their call centers to collect data from consumers who have interest in being contacted about their products and services. Companies also purchase "3rd party data leads", where 3rd party lead sellers collect a consumer's data through a lead form on their owned and operated websites or their call centers, which they then sell to companies as a sales lead: a potential customer who has indicated interest in the company's products or services. In some cases, the 3rd party lead seller may collect a consumer's data, sell it to another 3rd party entity (known as an aggregator), who then sells that data to companies as a sales lead.

**Who is Jornaya?**

Jornaya provides a neutral, 3rd party technology-based platform that tracks the origin and history of a lead event and the consumer actions that occurred at that event. Jornaya's technology witnesses more than one hundred million lead events each month - tracking the actions that occur when a consumer fills out a lead form - or interacts with a call center representative to complete a lead form.

Jornaya's Guardian services document the specific disclosure that was present on a lead form during a lead event and what type of consent was obtained, if any. Guardian services are intended solely and exclusively to provide companies with factual information about the environment that the consumer experienced.

Companies that purchase 3rd party data leads, or generate their own data leads on their website forms or in their call centers, use Guardian services to provide neutral verification and assurance that the activities regarding the collection of the consumer's consent to be contacted meet their requirements. Guardian services do not capture and store personally identifiable consumer data and Jornaya does not buy or sell leads; we help to verify what happened at the lead event.

**How does Jornaya help keep companies TCPA Compliant?**

As a neutral, 3rd party witness to the events that take place on the website or a call center, Guardian provides facts on what happened during a consumer's visit to the website or interaction with a call center representative. Guardian helps companies to verify:

- Was a TCPA disclosure displayed or provided to the consumer?
- If so, did the disclosure meet the company's visibility and verification requirements? Was it large enough, and with enough color contrast? Or was it hidden and obscured, not meeting the company's requirements? If a call center, was it clearly stated by the call center representative?
- Did the disclosure language match the company's compliance standards?
- Did the consumer consent to the TCPA disclosure that was displayed or provided?

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

JORNAYA

| Lead Event Information: | |
|---|---|
| Universal LeadiD | 8743E3D4-F32A-B4C5-23E0-4CCC6739D9EF |
| Event Date | 01/08/2021 |
| Event Time | 03:25:56 PM EST |
| IP Address | 174.233.135.219 |
| Location (as indicated by IP address) | West Chester,OH |

| Disclosure Information: | |
|---|---|
| Labeled TCPA Disclosure Statement captured at the lead event: | Jornaya cannot verify TCPA disclosure language because a disclosure was not tagged on the website according to Jornaya's standard instructions. |

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

**Visual Playback Link:**

https://vp.leadid.com/playback/8743E3D4-F32A-B4C5-23E0-4CCC6739D9EF?key=1610137566730



CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

© All rights reserved. All aspects of the service and information provided by Lead Intelligence, Inc. d/b/a Jornaya ("Jornaya") hereunder - including, e.g., the Jornaya Web site, 3rd Party TCPA Guardian, 1st Party Privacy Guardian, Visual Playback, and the processes used by Jornaya in providing the service - are the exclusive property of Jornaya and its licensors. Jornaya's Visual Playback and the data made available through its use, including but not limited to this document, are subject to confidentiality obligations at all times. By accessing and using theservice and information provided hereunder, you represent and warrant that (a) you have the authority to act on behalf of a valid subscriber to the service, (b) you shall use the service and information in compliance with the terms and conditions on which it is provided, (c) you shall use any data made available through the use of the service for its intended purposes only, and (d) you shall not further distribute any of the service or information provided hereunder to external parties without Jornaya's express prior written approval.

# Guardian TCPA Report

**Prepared for Zeeto Media**

**What is a lead?**

A lead occurs when a consumer visits a website and fills out a form, entering their personal information. A lead can also happen when a consumer interacts with a call center representative and confirms or provides certain information which are documented by the call center. Companies utilize lead forms on their own websites or in their call centers to collect data from consumers who have interest in being contacted about their products and services. Companies also purchase "3rd party data leads", where 3rd party lead sellers collect a consumer's data through a lead form on their owned and operated websites or their call centers, which they then sell to companies as a sales lead: a potential customer who has indicated interest in the company's products or services. In some cases, the 3rd party lead seller may collect a consumer's data, sell it to another 3rd party entity (known as an aggregator), who then sells that data to companies as a sales lead.

**Who is Jornaya?**

Jornaya provides a neutral, 3rd party technology-based platform that tracks the origin and history of a lead event and the consumer actions that occurred at that event. Jornaya's technology witnesses more than one hundred million lead events each month - tracking the actions that occur when a consumer fills out a lead form - or interacts with a call center representative to complete a lead form.

Jornaya's Guardian services document the specific disclosure that was present on a lead form during a lead event and what type of consent was obtained, if any. Guardian services are intended solely and exclusively to provide companies with factual information about the environment that the consumer experienced.

Companies that purchase 3rd party data leads, or generate their own data leads on their website forms or in their call centers, use Guardian services to provide neutral verification and assurance that the activities regarding the collection of the consumer's consent to be contacted meet their requirements. Guardian services do not capture and store personally identifiable consumer data and Jornaya does not buy or sell leads; we help to verify what happened at the lead event.

**How does Jornaya help keep companies TCPA Compliant?**

As a neutral, 3rd party witness to the events that take place on the website or a call center, Guardian provides facts on what happened during a consumer's visit to the website or interaction with a call center representative. Guardian helps companies to verify:

- Was a TCPA disclosure displayed or provided to the consumer?
- If so, did the disclosure meet the company's visibility and verification requirements? Was it large enough, and with enough color contrast? Or was it hidden and obscured, not meeting the company's requirements? If a call center, was it clearly stated by the call center representative?
- Did the disclosure language match the company's compliance standards?
- Did the consumer consent to the TCPA disclosure that was displayed or provided?

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

JORNAYA

## Lead Event Information:

| | |
|---|---|
| Universal LeadiD | 46111921-DFDD-BFF1-F7CD-79A660CF7489 |
| Event Date | 05/10/2021 |
| Event Time | 11:15:06 AM EDT |
| IP Address | 75.134.232.133 |
| Location (as indicated by IP address) | Coventry,CT |

## Disclosure Information:

| | |
|---|---|
| Labeled TCPA Disclosure Statement captured at the lead event: | Jornaya cannot verify TCPA disclosure language because a disclosure was not tagged on the website according to Jornaya's standard instructions. |

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

**Visual Playback Link:**

https://vp.leadid.com/playback/46111921-DFDD-BFF1-F7CD-79A660CF7489?key=1620659753328

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY



CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

© All rights reserved. All aspects of the service and information provided by Lead Intelligence, Inc. d/b/a Jornaya ("Jornaya") hereunder - including, e.g., the Jornaya Web site, 3rd Party TCPA Guardian, 1st Party Privacy Guardian, Visual Playback, and the processes used by Jornaya in providing the service - are the exclusive property of Jornaya and its licensors. Jornaya's Visual Playback and the data made available through its use, including but not limited to this document, are subject to confidentiality obligations at all times. By accessing and using theservice and information provided hereunder, you represent and warrant that (a) you have the authority to act on behalf of a valid subscriber to the service, (b) you shall use the service and information in compliance with the terms and conditions on which it is provided, (c) you shall use any data made available through the use of the service for its intended purposes only, and (d) you shall not further distribute any of the service or information provided hereunder to external parties without Jornaya's express prior written approval.

# Guardian TCPA Report

**Prepared for Zeeto Media**

**What is a lead?**

A lead occurs when a consumer visits a website and fills out a form, entering their personal information. A lead can also happen when a consumer interacts with a call center representative and confirms or provides certain information which are documented by the call center. Companies utilize lead forms on their own websites or in their call centers to collect data from consumers who have interest in being contacted about their products and services. Companies also purchase "3rd party data leads", where 3rd party lead sellers collect a consumer's data through a lead form on their owned and operated websites or their call centers, which they then sell to companies as a sales lead: a potential customer who has indicated interest in the company's products or services. In some cases, the 3rd party lead seller may collect a consumer's data, sell it to another 3rd party entity (known as an aggregator), who then sells that data to companies as a sales lead.

**Who is Jornaya?**

Jornaya provides a neutral, 3rd party technology-based platform that tracks the origin and history of a lead event and the consumer actions that occurred at that event. Jornaya's technology witnesses more than one hundred million lead events each month - tracking the actions that occur when a consumer fills out a lead form - or interacts with a call center representative to complete a lead form.

Jornaya's Guardian services document the specific disclosure that was present on a lead form during a lead event and what type of consent was obtained, if any. Guardian services are intended solely and exclusively to provide companies with factual information about the environment that the consumer experienced.

Companies that purchase 3rd party data leads, or generate their own data leads on their website forms or in their call centers, use Guardian services to provide neutral verification and assurance that the activities regarding the collection of the consumer's consent to be contacted meet their requirements. Guardian services do not capture and store personally identifiable consumer data and Jornaya does not buy or sell leads; we help to verify what happened at the lead event.

**How does Jornaya help keep companies TCPA Compliant?**

As a neutral, 3rd party witness to the events that take place on the website or a call center, Guardian provides facts on what happened during a consumer's visit to the website or interaction with a call center representative. Guardian helps companies to verify:

- Was a TCPA disclosure displayed or provided to the consumer?
- If so, did the disclosure meet the company's visibility and verification requirements? Was it large enough, and with enough color contrast? Or was it hidden and obscured, not meeting the company's requirements? If a call center, was it clearly stated by the call center representative?
- Did the disclosure language match the company's compliance standards?
- Did the consumer consent to the TCPA disclosure that was displayed or provided?

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

JORNAYA

## Lead Event Information:

| | |
|---|---|
| Universal LeadiD | A0CD5E23-0782-D9CE-74FE-136A2DB23435 |
| Event Date | 03/10/2021 |
| Event Time | 11:51:55 AM EST |
| IP Address | 24.117.134.44 |
| Location (as indicated by IP address) | Prescott Valley,AZ |

## Disclosure Information:

| | |
|---|---|
| Labeled TCPA Disclosure Statement captured at the lead event: | Jornaya cannot verify TCPA disclosure language because a disclosure was not tagged on the website according to Jornaya's standard instructions. |

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

**Visual Playback Link:**

https://vp.leadid.com/playback/A0CD5E23-0782-D9CE-74FE-136A2DB23435?key=1615395115584

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY



CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

© All rights reserved. All aspects of the service and information provided by Lead Intelligence, Inc. d/b/a Jornaya ("Jornaya") hereunder - including, e.g., the Jornaya Web site, 3rd Party TCPA Guardian, 1st Party Privacy Guardian, Visual Playback, and the processes used by Jornaya in providing the service - are the exclusive property of Jornaya and its licensors. Jornaya's Visual Playback and the data made available through its use, including but not limited to this document, are subject to confidentiality obligations at all times. By accessing and using theservice and information provided hereunder, you represent and warrant that (a) you have the authority to act on behalf of a valid subscriber to the service, (b) you shall use the service and information in compliance with the terms and conditions on which it is provided, (c) you shall use any data made available through the use of the service for its intended purposes only, and (d) you shall not further distribute any of the service or information provided hereunder to external parties without Jornaya's express prior written approval.

# Guardian TCPA Report

**Prepared for Zeeto Media**

**What is a lead?**

A lead occurs when a consumer visits a website and fills out a form, entering their personal information. A lead can also happen when a consumer interacts with a call center representative and confirms or provides certain information which are documented by the call center. Companies utilize lead forms on their own websites or in their call centers to collect data from consumers who have interest in being contacted about their products and services. Companies also purchase "3rd party data leads", where 3rd party lead sellers collect a consumer's data through a lead form on their owned and operated websites or their call centers, which they then sell to companies as a sales lead: a potential customer who has indicated interest in the company's products or services. In some cases, the 3rd party lead seller may collect a consumer's data, sell it to another 3rd party entity (known as an aggregator), who then sells that data to companies as a sales lead.

**Who is Jornaya?**

Jornaya provides a neutral, 3rd party technology-based platform that tracks the origin and history of a lead event and the consumer actions that occurred at that event. Jornaya's technology witnesses more than one hundred million lead events each month - tracking the actions that occur when a consumer fills out a lead form - or interacts with a call center representative to complete a lead form.

Jornaya's Guardian services document the specific disclosure that was present on a lead form during a lead event and what type of consent was obtained, if any. Guardian services are intended solely and exclusively to provide companies with factual information about the environment that the consumer experienced.

Companies that purchase 3rd party data leads, or generate their own data leads on their website forms or in their call centers, use Guardian services to provide neutral verification and assurance that the activities regarding the collection of the consumer's consent to be contacted meet their requirements. Guardian services do not capture and store personally identifiable consumer data and Jornaya does not buy or sell leads; we help to verify what happened at the lead event.

**How does Jornaya help keep companies TCPA Compliant?**

As a neutral, 3rd party witness to the events that take place on the website or a call center, Guardian provides facts on what happened during a consumer's visit to the website or interaction with a call center representative. Guardian helps companies to verify:

- Was a TCPA disclosure displayed or provided to the consumer?
- If so, did the disclosure meet the company's visibility and verification requirements? Was it large enough, and with enough color contrast? Or was it hidden and obscured, not meeting the company's requirements? If a call center, was it clearly stated by the call center representative?
- Did the disclosure language match the company's compliance standards?
- Did the consumer consent to the TCPA disclosure that was displayed or provided?

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

## Lead Event Information:

| | |
|---|---|
| Universal LeadiD | A4BB170D-646A-2945-FB90-C8DDA3C4D6B6 |
| Event Date | 11/19/2020 |
| Event Time | 06:13:43 PM EST |
| IP Address | 184.53.0.70 |

## Disclosure Information:

| | |
|---|---|
| Labeled TCPA Disclosure Statement captured at the lead event: | Jornaya cannot verify TCPA disclosure language because a disclosure was not tagged on the website according to Jornaya's standard instructions. |

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

**Visual Playback Link:**

https://vp.leadid.com/playback/A4BB170D-646A-2945-FB90-C8DDA3C4D6B6?key=1605827628996

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY



CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

© All rights reserved. All aspects of the service and information provided by Lead Intelligence, Inc. d/b/a Jornaya ("Jornaya") hereunder - including, e.g., the Jornaya Web site, 3rd Party TCPA Guardian, 1st Party Privacy Guardian, Visual Playback, and the processes used by Jornaya in providing the service - are the exclusive property of Jornaya and its licensors. Jornaya's Visual Playback and the data made available through its use, including but not limited to this document, are subject to confidentiality obligations at all times. By accessing and using theservice and information provided hereunder, you represent and warrant that (a) you have the authority to act on behalf of a valid subscriber to the service, (b) you shall use the service and information in compliance with the terms and conditions on which it is provided, (c) you shall use any data made available through the use of the service for its intended purposes only, and (d) you shall not further distribute any of the service or information provided hereunder to external parties without Jornaya's express prior written approval.

# Guardian TCPA Report

**Prepared for Zeeto Media**

**What is a lead?**

A lead occurs when a consumer visits a website and fills out a form, entering their personal information. A lead can also happen when a consumer interacts with a call center representative and confirms or provides certain information which are documented by the call center. Companies utilize lead forms on their own websites or in their call centers to collect data from consumers who have interest in being contacted about their products and services. Companies also purchase "3rd party data leads", where 3rd party lead sellers collect a consumer's data through a lead form on their owned and operated websites or their call centers, which they then sell to companies as a sales lead: a potential customer who has indicated interest in the company's products or services. In some cases, the 3rd party lead seller may collect a consumer's data, sell it to another 3rd party entity (known as an aggregator), who then sells that data to companies as a sales lead.

**Who is Jornaya?**

Jornaya provides a neutral, 3rd party technology-based platform that tracks the origin and history of a lead event and the consumer actions that occurred at that event. Jornaya's technology witnesses more than one hundred million lead events each month - tracking the actions that occur when a consumer fills out a lead form - or interacts with a call center representative to complete a lead form.

Jornaya's Guardian services document the specific disclosure that was present on a lead form during a lead event and what type of consent was obtained, if any. Guardian services are intended solely and exclusively to provide companies with factual information about the environment that the consumer experienced.

Companies that purchase 3rd party data leads, or generate their own data leads on their website forms or in their call centers, use Guardian services to provide neutral verification and assurance that the activities regarding the collection of the consumer's consent to be contacted meet their requirements. Guardian services do not capture and store personally identifiable consumer data and Jornaya does not buy or sell leads; we help to verify what happened at the lead event.

**How does Jornaya help keep companies TCPA Compliant?**

As a neutral, 3rd party witness to the events that take place on the website or a call center, Guardian provides facts on what happened during a consumer's visit to the website or interaction with a call center representative. Guardian helps companies to verify:

• Was a TCPA disclosure displayed or provided to the consumer?
• If so, did the disclosure meet the company's visibility and verification requirements? Was it large enough, and with enough color contrast? Or was it hidden and obscured, not meeting the company's requirements? If a call center, was it clearly stated by the call center representative?
• Did the disclosure language match the company's compliance standards?
• Did the consumer consent to the TCPA disclosure that was displayed or provided?

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

## Lead Event Information:

| | |
|---|---|
| Universal LeadiD | A98BF6F7-5A9A-F6CA-6D42-A0E37E086898 |
| Event Date | 02/05/2021 |
| Event Time | 01:44:31 PM EST |
| IP Address | 98.28.176.7 |
| Location (as indicated by IP address) | Milford,OH |

## Disclosure Information:

| | |
|---|---|
| Labeled TCPA Disclosure Statement captured at the lead event: | Jornaya cannot verify TCPA disclosure language because a disclosure was not tagged on the website according to Jornaya's standard instructions. |

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

**Visual Playback Link:**

https://vp.leadid.com/playback/A98BF6F7-5A9A-F6CA-6D42-A0E37E086898?key=1612550671903

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY



CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

© All rights reserved. All aspects of the service and information provided by Lead Intelligence, Inc. d/b/a Jornaya ("Jornaya") hereunder - including, e.g., the Jornaya Web site, 3rd Party TCPA Guardian, 1st Party Privacy Guardian, Visual Playback, and the processes used by Jornaya in providing the service - are the exclusive property of Jornaya and its licensors. Jornaya's Visual Playback and the data made available through its use, including but not limited to this document, are subject to confidentiality obligations at all times. By accessing and using theservice and information provided hereunder, you represent and warrant that (a) you have the authority to act on behalf of a valid subscriber to the service, (b) you shall use the service and information in compliance with the terms and conditions on which it is provided, (c) you shall use any data made available through the use of the service for its intended purposes only, and (d) you shall not further distribute any of the service or information provided hereunder to external parties without Jornaya's express prior written approval.

# Guardian TCPA Report

**Prepared for Zeeto Media**

**What is a lead?**

A lead occurs when a consumer visits a website and fills out a form, entering their personal information. A lead can also happen when a consumer interacts with a call center representative and confirms or provides certain information which are documented by the call center. Companies utilize lead forms on their own websites or in their call centers to collect data from consumers who have interest in being contacted about their products and services. Companies also purchase "3rd party data leads", where 3rd party lead sellers collect a consumer's data through a lead form on their owned and operated websites or their call centers, which they then sell to companies as a sales lead: a potential customer who has indicated interest in the company's products or services. In some cases, the 3rd party lead seller may collect a consumer's data, sell it to another 3rd party entity (known as an aggregator), who then sells that data to companies as a sales lead.

**Who is Jornaya?**

Jornaya provides a neutral, 3rd party technology-based platform that tracks the origin and history of a lead event and the consumer actions that occurred at that event. Jornaya's technology witnesses more than one hundred million lead events each month - tracking the actions that occur when a consumer fills out a lead form - or interacts with a call center representative to complete a lead form.

Jornaya's Guardian services document the specific disclosure that was present on a lead form during a lead event and what type of consent was obtained, if any. Guardian services are intended solely and exclusively to provide companies with factual information about the environment that the consumer experienced.

Companies that purchase 3rd party data leads, or generate their own data leads on their website forms or in their call centers, use Guardian services to provide neutral verification and assurance that the activities regarding the collection of the consumer's consent to be contacted meet their requirements. Guardian services do not capture and store personally identifiable consumer data and Jornaya does not buy or sell leads; we help to verify what happened at the lead event.

**How does Jornaya help keep companies TCPA Compliant?**

As a neutral, 3rd party witness to the events that take place on the website or a call center, Guardian provides facts on what happened during a consumer's visit to the website or interaction with a call center representative. Guardian helps companies to verify:

- Was a TCPA disclosure displayed or provided to the consumer?
- If so, did the disclosure meet the company's visibility and verification requirements? Was it large enough, and with enough color contrast? Or was it hidden and obscured, not meeting the company's requirements? If a call center, was it clearly stated by the call center representative?
- Did the disclosure language match the company's compliance standards?
- Did the consumer consent to the TCPA disclosure that was displayed or provided?

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

## Lead Event Information:

| | |
|---|---|
| Universal LeadiD | AC3AEBB2-C75F-FE7D-5500-4EF0CF11B953 |
| Event Date | 12/06/2020 |
| Event Time | 08:58:38 AM EST |
| IP Address | 174.82.195.135 |
| Location (as indicated by IP address) | Marshfield,WI |

## Disclosure Information:

| | |
|---|---|
| Labeled TCPA Disclosure Statement captured at the lead event: | Jornaya cannot verify TCPA disclosure language because a disclosure was not tagged on the website according to Jornaya's standard instructions. |

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

**Visual Playback Link:**

https://vp.leadid.com/playback/AC3AEBB2-C75F-FE7D-5500-4EF0CF11B953?key=1607263119039

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY



CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

© All rights reserved. All aspects of the service and information provided by Lead Intelligence, Inc. d/b/a Jornaya ("Jornaya") hereunder - including, e.g., the Jornaya Web site, 3rd Party TCPA Guardian, 1st Party Privacy Guardian, Visual Playback, and the processes used by Jornaya in providing the service - are the exclusive property of Jornaya and its licensors. Jornaya's Visual Playback and the data made available through its use, including but not limited to this document, are subject to confidentiality obligations at all times. By accessing and using theservice and information provided hereunder, you represent and warrant that (a) you have the authority to act on behalf of a valid subscriber to the service, (b) you shall use the service and information in compliance with the terms and conditions on which it is provided, (c) you shall use any data made available through the use of the service for its intended purposes only, and (d) you shall not further distribute any of the service or information provided hereunder to external parties without Jornaya's express prior written approval.

## Guardian TCPA Report

**Prepared for Zeeto Media**

**What is a lead?**

A lead occurs when a consumer visits a website and fills out a form, entering their personal information. A lead can also happen when a consumer interacts with a call center representative and confirms or provides certain information which are documented by the call center. Companies utilize lead forms on their own websites or in their call centers to collect data from consumers who have interest in being contacted about their products and services. Companies also purchase "3rd party data leads", where 3rd party lead sellers collect a consumer's data through a lead form on their owned and operated websites or their call centers, which they then sell to companies as a sales lead: a potential customer who has indicated interest in the company's products or services. In some cases, the 3rd party lead seller may collect a consumer's data, sell it to another 3rd party entity (known as an aggregator), who then sells that data to companies as a sales lead.

**Who is Jornaya?**

Jornaya provides a neutral, 3rd party technology-based platform that tracks the origin and history of a lead event and the consumer actions that occurred at that event. Jornaya's technology witnesses more than one hundred million lead events each month - tracking the actions that occur when a consumer fills out a lead form - or interacts with a call center representative to complete a lead form.

Jornaya's Guardian services document the specific disclosure that was present on a lead form during a lead event and what type of consent was obtained, if any. Guardian services are intended solely and exclusively to provide companies with factual information about the environment that the consumer experienced.

Companies that purchase 3rd party data leads, or generate their own data leads on their website forms or in their call centers, use Guardian services to provide neutral verification and assurance that the activities regarding the collection of the consumer's consent to be contacted meet their requirements. Guardian services do not capture and store personally identifiable consumer data and Jornaya does not buy or sell leads; we help to verify what happened at the lead event.

**How does Jornaya help keep companies TCPA Compliant?**

As a neutral, 3rd party witness to the events that take place on the website or a call center. Guardian provides facts on what happened during a consumer's visit to the website or interaction with a call center representative. Guardian helps companies to verify:

- Was a TCPA disclosure displayed or provided to the consumer?
- If so, did the disclosure meet the company's visibility and verification requirements? Was it large enough, and with enough color contrast? Or was it hidden and obscured, not meeting the company's requirements? If a call center, was it clearly stated by the call center representative?
- Did the disclosure language match the company's compliance standards?
- Did the consumer consent to the TCPA disclosure that was displayed or provided?

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

JORNAYA

| Lead Event Information: | |
|---|---|
| Universal LeadiD | CD46B41F-F124-E448-A6E9-89B84C97D032 |
| Event Date | 01/02/2021 |
| Event Time | 06:47:18 PM EST |
| IP Address | 174.250.196.149 |
| Location (as indicated by IP address) | Springfield,MO |

| Disclosure Information: | |
|---|---|
| Labeled TCPA Disclosure Statement captured at the lead event: | Jornaya cannot verify TCPA disclosure language because a disclosure was not tagged on the website according to Jornaya's standard instructions. |

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

**Visual Playback Link:**

https://vp.leadid.com/playback/CD46B41F-F124-E448-A6E9-89B84C97D032?key=1609631238858

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY



CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

© All rights reserved. All aspects of the service and information provided by Lead Intelligence, Inc. d/b/a Jornaya ("Jornaya") hereunder - including, e.g., the Jornaya Web site, 3rd Party TCPA Guardian, 1st Party Privacy Guardian, Visual Playback, and the processes used by Jornaya in providing the service - are the exclusive property of Jornaya and its licensors. Jornaya's Visual Playback and the data made available through its use, including but not limited to this document, are subject to confidentiality obligations at all times. By accessing and using theservice and information provided hereunder, you represent and warrant that (a) you have the authority to act on behalf of a valid subscriber to the service, (b) you shall use the service and information in compliance with the terms and conditions on which it is provided, (c) you shall use any data made available through the use of the service for its intended purposes only, and (d) you shall not further distribute any of the service or information provided hereunder to external parties without Jornaya's express prior written approval.

# Guardian TCPA Report

**Prepared for Zeeto Media**

**What is a lead?**

A lead occurs when a consumer visits a website and fills out a form, entering their personal information. A lead can also happen when a consumer interacts with a call center representative and confirms or provides certain information which are documented by the call center. Companies utilize lead forms on their own websites or in their call centers to collect data from consumers who have interest in being contacted about their products and services. Companies also purchase "3rd party data leads", where 3rd party lead sellers collect a consumer's data through a lead form on their owned and operated websites or their call centers, which they then sell to companies as a sales lead: a potential customer who has indicated interest in the company's products or services. In some cases, the 3rd party lead seller may collect a consumer's data, sell it to another 3rd party entity (known as an aggregator), who then sells that data to companies as a sales lead.

**Who is Jornaya?**

Jornaya provides a neutral, 3rd party technology-based platform that tracks the origin and history of a lead event and the consumer actions that occurred at that event. Jornaya's technology witnesses more than one hundred million lead events each month - tracking the actions that occur when a consumer fills out a lead form - or interacts with a call center representative to complete a lead form.

Jornaya's Guardian services document the specific disclosure that was present on a lead form during a lead event and what type of consent was obtained, if any. Guardian services are intended solely and exclusively to provide companies with factual information about the environment that the consumer experienced.

Companies that purchase 3rd party data leads, or generate their own data leads on their website forms or in their call centers, use Guardian services to provide neutral verification and assurance that the activities regarding the collection of the consumer's consent to be contacted meet their requirements. Guardian services do not capture and store personally identifiable consumer data and Jornaya does not buy or sell leads; we help to verify what happened at the lead event.

**How does Jornaya help keep companies TCPA Compliant?**

As a neutral, 3rd party witness to the events that take place on the website or a call center, Guardian provides facts on what happened during a consumer's visit to the website or interaction with a call center representative. Guardian helps companies to verify:

- Was a TCPA disclosure displayed or provided to the consumer?
- If so, did the disclosure meet the company's visibility and verification requirements? Was it large enough, and with enough color contrast? Or was it hidden and obscured, not meeting the company's requirements? If a call center, was it clearly stated by the call center representative?
- Did the disclosure language match the company's compliance standards?
- Did the consumer consent to the TCPA disclosure that was displayed or provided?

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

JORNAYA

## Lead Event Information:

| | |
|---|---|
| Universal LeadiD | D9935037-159E-230B-6FFC-4449A009079E |
| Event Date | 09/08/2020 |
| Event Time | 05:18:06 PM EDT |
| IP Address | 98.28.176.7 |
| Location (as indicated by IP address) | Loveland,OH |

## Disclosure Information:

| | |
|---|---|
| Labeled TCPA Disclosure Statement captured at the lead event: | Jornaya cannot verify TCPA disclosure language because a disclosure was not tagged on the website according to Jornaya's standard instructions. |

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

**Visual Playback Link:**

https://vp.leadid.com/playback/D9935037-159E-230B-6FFC-4449A009079E?key=1599599886710

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY



CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

© All rights reserved. All aspects of the service and information provided by Lead Intelligence, Inc. d/b/a Jornaya ("Jornaya") hereunder - including, e.g., the Jornaya Web site, 3rd Party TCPA Guardian, 1st Party Privacy Guardian, Visual Playback, and the processes used by Jornaya in providing the service - are the exclusive property of Jornaya and its licensors. Jornaya's Visual Playback and the data made available through its use, including but not limited to this document, are subject to confidentiality obligations at all times. By accessing and using theservice and information provided hereunder, you represent and warrant that (a) you have the authority to act on behalf of a valid subscriber to the service, (b) you shall use the service and information in compliance with the terms and conditions on which it is provided, (c) you shall use any data made available through the use of the service for its intended purposes only, and (d) you shall not further distribute any of the service or information provided hereunder to external parties without Jornaya's express prior written approval.

# Guardian TCPA Report

**Prepared for Zeeto Media**

**What is a lead?**

A lead occurs when a consumer visits a website and fills out a form, entering their personal information. A lead can also happen when a consumer interacts with a call center representative and confirms or provides certain information which are documented by the call center. Companies utilize lead forms on their own websites or in their call centers to collect data from consumers who have interest in being contacted about their products and services. Companies also purchase "3rd party data leads", where 3rd party lead sellers collect a consumer's data through a lead form on their owned and operated websites or their call centers, which they then sell to companies as a sales lead: a potential customer who has indicated interest in the company's products or services. In some cases, the 3rd party lead seller may collect a consumer's data, sell it to another 3rd party entity (known as an aggregator), who then sells that data to companies as a sales lead.

**Who is Jornaya?**

Jornaya provides a neutral, 3rd party technology-based platform that tracks the origin and history of a lead event and the consumer actions that occurred at that event. Jornaya's technology witnesses more than one hundred million lead events each month - tracking the actions that occur when a consumer fills out a lead form - or interacts with a call center representative to complete a lead form.

Jornaya's Guardian services document the specific disclosure that was present on a lead form during a lead event and what type of consent was obtained, if any. Guardian services are intended solely and exclusively to provide companies with factual information about the environment that the consumer experienced.

Companies that purchase 3rd party data leads, or generate their own data leads on their website forms or in their call centers, use Guardian services to provide neutral verification and assurance that the activities regarding the collection of the consumer's consent to be contacted meet their requirements. Guardian services do not capture and store personally identifiable consumer data and Jornaya does not buy or sell leads; we help to verify what happened at the lead event.

**How does Jornaya help keep companies TCPA Compliant?**

As a neutral, 3rd party witness to the events that take place on the website or a call center, Guardian provides facts on what happened during a consumer's visit to the website or interaction with a call center representative. Guardian helps companies to verify:

- Was a TCPA disclosure displayed or provided to the consumer?
- If so, did the disclosure meet the company's visibility and verification requirements? Was it large enough, and with enough color contrast? Or was it hidden and obscured, not meeting the company's requirements? If a call center, was it clearly stated by the call center representative?
- Did the disclosure language match the company's compliance standards?
- Did the consumer consent to the TCPA disclosure that was displayed or provided?

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

JORNAYA

## Lead Event Information:

| | |
|---|---|
| Universal LeadiD | DC1A9CE9-0C16-D22E-E84B-0D976012E12C |
| Event Date | 06/15/2021 |
| Event Time | 02:52:19 PM EDT |
| IP Address | 73.115.253.98 |
| Location (as indicated by IP address) | Houston,TX |

## Disclosure Information:

| | |
|---|---|
| Labeled TCPA Disclosure Statement captured at the lead event: | BY SUBMITTING YES, I CONSENT TO HAVE A REPRESENTATIVE FROM PERFECT HOME DEFENSE AN AUTHORIZED ADT, & FRONTPOINT DEALER CONTACT ME AT THIS NUMBER: 8328825259 I UNDERSTAND THESE CALLS MAY BE GENERATED USING AN AUTOMATED DIALER AND THAT MY CONSENT IS NOT REQUIRED AS A PRECONDITION FOR PURCHASING OR RECEIVING ANY PROPERTY, GOODS OR SERVICE. |
| Labeled TCPA Disclosure Statement captured at the lead event: | BY SUBMITTING THIS FORM, I AGREE THAT I AM 18+ YEARS OF AGE AND AGREE TO THIS WEBSITE'S PRIVACY POLICY (HTTPS://EQUOTO.COM/PRIVACY-POLICY) AND TERMS & CONDITIONS (HTTPS://EQUOTO.COM/TERMS-CONDITIONS) AND I ALSO HEREBY GIVE MY EXPRESS WRITTEN CONSENT TO RECEIVE MARKETING COMMUNICATIONS REGARDING A FINAL EXPENSE QUOTE VIA AUTODIALED CALLS AND/OR SMS/MMS, AND/OR PRE-RECORDED OR ARTIFICIAL VOICE CALLS EQUOTO AND/OR ONE OR MORE OF ITS MARKETING PARTNERS (HTTPS://EQUOTO.COM/PARTNERS) AT 8328825259 AND/OR E-MAIL ADDRESS PROVIDED TO US, INCLUDING WIRELESS NUMBERS, IF APPLICABLE, EVEN IF I HAVE PREVIOUSLY REGISTERED THE PROVIDED NUMBER ON THE DO NOT CALL REGISTRY. CARRIER SMS/MMS AND DATA MESSAGING RATES MAY APPLY. THIS CONSENT IS NOT REQUIRED AS A CONDITION TO PURCHASE SERVICES OR PRODUCTS. |

JORNAYA

| | |
|---|---|
| Labeled TCPA Disclosure Statement captured at the lead event: | BY CLICKING THE "YES" BUTTON BELOW, I AGREE TO THIS WEBSITE'S PRIVACY POLICY, AND PROVIDE MY SIGNATURE EXPRESSLY AUTHORIZING UP TO THREE INSURANCE COMPANIES OR THEIR AGENTS OR PARTNER COMPANIES INCLUDING CEGE MEDIA, GUIDETOINSURE, INSUREALIFE AND POLICYSCOUT TO CONTACT ME AT THE EMAIL ADDRESS OR 8328825259 WITH INSURANCE QUESTIONS OR TO MARKET THEIR PRODUCTS OR SERVICES. I AGREE TO RECEIVE COMMUNICATIONS VIA LIVE, AUTOMATED TELEPHONE DIALING SYSTEM, PRERECORDED MESSAGE, OR TEXT MESSAGE AND ACKNOWLEDGE THAT CONSENT IS NOT A CONDITION TO PURCHASE GOODS OR SERVICE. |
| Labeled TCPA Disclosure Statement captured at the lead event: | BY CLICKING YES, I CONSENT TO BE CONTACTED BY PHONE, TEXT MESSAGE OR EMAIL BY PATHEMA GX LAB, PATHEMA RX AND/OR PATHEMA DME FOR THE PURPOSE OF COORDINATING HEALTH SERVICES. I WILL RECEIVE TREATMENT FROM A NETWORK PARTICIPANT ONLY IF MEDICALLY NECESSARY. I CONSENT TO RECEIVING A MONITORED AND RECORDED PHONE CALL, TEXT, OR EMAIL IN CONNECTION WITH MY REQUEST AT THE EMAIL AND/OR PHONE NUMBER PROVIDED8328825259 (WHICH MAY INCLUDE A LANDLINE OR CELLULAR NUMBER) GENERATED FROM AN AUTOMATED DIALING SYSTEM USING PRE-RECORDED MESSAGES TO THE PHONE NUMBER PROVIDED REGARDLESS OF MY INCLUSION ON ANY STATE OR FEDERAL DO NOT CALL LISTS. I CONSENT TO ALL PHONE CALLS BEING RECORDED AND MONITORED FOR QUALITY ASSURANCE. YOU ARE NOT REQUIRED TO PURCHASE ANY GOODS OR SERVICES AND CONSENT IS NOT A CONDITION OF PURCHASE FROM A NETWORK PARTICIPANT. |

**Visual Playback Link:**

https://vp.leadid.com/playback/DC1A9CE9-0C16-D22E-E84B-0D976012E12C?key=1623783145981

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY



CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

© All rights reserved. All aspects of the service and information provided by Lead Intelligence, Inc. d/b/a Jornaya ("Jornaya") hereunder - including, e.g., the Jornaya Web site, 3rd Party TCPA Guardian, 1st Party Privacy Guardian, Visual Playback, and the processes used by Jornaya in providing the service - are the exclusive property of Jornaya and its licensors. Jornaya's Visual Playback and the data made available through its use, including but not limited to this document, are subject to confidentiality obligations at all times. By accessing and using theservice and information provided hereunder, you represent and warrant that (a) you have the authority to act on behalf of a valid subscriber to the service, (b) you shall use the service and information in compliance with the terms and conditions on which it is provided, (c) you shall use any data made available through the use of the service for its intended purposes only, and (d) you shall not further distribute any of the service or information provided hereunder to external parties without Jornaya's express prior written approval.

# Guardian TCPA Report

**Prepared for Zeeto Media**

**What is a lead?**

A lead occurs when a consumer visits a website and fills out a form, entering their personal information. A lead can also happen when a consumer interacts with a call center representative and confirms or provides certain information which are documented by the call center. Companies utilize lead forms on their own websites or in their call centers to collect data from consumers who have interest in being contacted about their products and services. Companies also purchase "3rd party data leads", where 3rd party lead sellers collect a consumer's data through a lead form on their owned and operated websites or their call centers, which they then sell to companies as a sales lead: a potential customer who has indicated interest in the company's products or services. In some cases, the 3rd party lead seller may collect a consumer's data, sell it to another 3rd party entity (known as an aggregator), who then sells that data to companies as a sales lead.

**Who is Jornaya?**

Jornaya provides a neutral, 3rd party technology-based platform that tracks the origin and history of a lead event and the consumer actions that occurred at that event. Jornaya's technology witnesses more than one hundred million lead events each month - tracking the actions that occur when a consumer fills out a lead form - or interacts with a call center representative to complete a lead form.

Jornaya's Guardian services document the specific disclosure that was present on a lead form during a lead event and what type of consent was obtained, if any. Guardian services are intended solely and exclusively to provide companies with factual information about the environment that the consumer experienced.

Companies that purchase 3rd party data leads, or generate their own data leads on their website forms or in their call centers, use Guardian services to provide neutral verification and assurance that the activities regarding the collection of the consumer's consent to be contacted meet their requirements. Guardian services do not capture and store personally identifiable consumer data and Jornaya does not buy or sell leads; we help to verify what happened at the lead event.

**How does Jornaya help keep companies TCPA Compliant?**

As a neutral, 3rd party witness to the events that take place on the website or a call center, Guardian provides facts on what happened during a consumer's visit to the website or interaction with a call center representative. Guardian helps companies to verify:

- Was a TCPA disclosure displayed or provided to the consumer?
- If so, did the disclosure meet the company's visibility and verification requirements? Was it large enough, and with enough color contrast? Or was it hidden and obscured, not meeting the company's requirements? If a call center, was it clearly stated by the call center representative?
- Did the disclosure language match the company's compliance standards?
- Did the consumer consent to the TCPA disclosure that was displayed or provided?

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

## Lead Event Information:

| | |
|---|---|
| Universal LeadiD | DFCF2CBC-5CBB-ACBE-E00E-716B40A6B34C |
| Event Date | 11/28/2020 |
| Event Time | 11:23:50 PM EST |
| IP Address | 75.134.232.133 |
| Location (as indicated by IP address) | Coventry,CT |

## Disclosure Information:

| | |
|---|---|
| Labeled TCPA Disclosure Statement captured at the lead event: | Jornaya cannot verify TCPA disclosure language because a disclosure was not tagged on the website according to Jornaya's standard instructions. |

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

**Visual Playback Link:**

https://vp.leadid.com/playback/DFCF2CBC-5CBB-ACBE-E00E-716B40A6B34C?key=1606623858586

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY



CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

© All rights reserved. All aspects of the service and information provided by Lead Intelligence, Inc. d/b/a Jornaya ("Jornaya") hereunder - including, e.g., the Jornaya Web site, 3rd Party TCPA Guardian, 1st Party Privacy Guardian, Visual Playback, and the processes used by Jornaya in providing the service - are the exclusive property of Jornaya and its licensors. Jornaya's Visual Playback and the data made available through its use, including but not limited to this document, are subject to confidentiality obligations at all times. By accessing and using theservice and information provided hereunder, you represent and warrant that (a) you have the authority to act on behalf of a valid subscriber to the service, (b) you shall use the service and information in compliance with the terms and conditions on which it is provided, (c) you shall use any data made available through the use of the service for its intended purposes only, and (d) you shall not further distribute any of the service or information provided hereunder to external parties without Jornaya's express prior written approval.

# Guardian TCPA Report

**Prepared for Zeeto Media**

**What is a lead?**

A lead occurs when a consumer visits a website and fills out a form, entering their personal information. A lead can also happen when a consumer interacts with a call center representative and confirms or provides certain information which are documented by the call center. Companies utilize lead forms on their own websites or in their call centers to collect data from consumers who have interest in being contacted about their products and services. Companies also purchase "3rd party data leads", where 3rd party lead sellers collect a consumer's data through a lead form on their owned and operated websites or their call centers, which they then sell to companies as a sales lead: a potential customer who has indicated interest in the company's products or services. In some cases, the 3rd party lead seller may collect a consumer's data, sell it to another 3rd party entity (known as an aggregator), who then sells that data to companies as a sales lead.

**Who is Jornaya?**

Jornaya provides a neutral, 3rd party technology-based platform that tracks the origin and history of a lead event and the consumer actions that occurred at that event. Jornaya's technology witnesses more than one hundred million lead events each month - tracking the actions that occur when a consumer fills out a lead form - or interacts with a call center representative to complete a lead form.

Jornaya's Guardian services document the specific disclosure that was present on a lead form during a lead event and what type of consent was obtained, if any. Guardian services are intended solely and exclusively to provide companies with factual information about the environment that the consumer experienced.

Companies that purchase 3rd party data leads, or generate their own data leads on their website forms or in their call centers, use Guardian services to provide neutral verification and assurance that the activities regarding the collection of the consumer's consent to be contacted meet their requirements. Guardian services do not capture and store personally identifiable consumer data and Jornaya does not buy or sell leads; we help to verify what happened at the lead event.

**How does Jornaya help keep companies TCPA Compliant?**

As a neutral, 3rd party witness to the events that take place on the website or a call center, Guardian provides facts on what happened during a consumer's visit to the website or interaction with a call center representative. Guardian helps companies to verify:

• Was a TCPA disclosure displayed or provided to the consumer?
• If so, did the disclosure meet the company's visibility and verification requirements? Was it large enough, and with enough color contrast? Or was it hidden and obscured, not meeting the company's requirements? If a call center, was it clearly stated by the call center representative?
• Did the disclosure language match the company's compliance standards?
• Did the consumer consent to the TCPA disclosure that was displayed or provided?

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

| Lead Event Information: | |
|---|---|
| Universal LeadiD | F882CA18-BD4B-A5D8-40D4-0EFAD8AFC823 |
| Event Date | 01/21/2021 |
| Event Time | 01:54:41 PM EST |
| IP Address | 172.58.100.146 |
| Location (as indicated by IP address) | Houston,TX |

| Disclosure Information: | |
|---|---|
| Labeled TCPA Disclosure Statement captured at the lead event: | Jornaya cannot verify TCPA disclosure language because a disclosure was not tagged on the website according to Jornaya's standard instructions. |

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

**Visual Playback Link:**

https://vp.leadid.com/playback/F882CA18-BD4B-A5D8-40D4-0EFAD8AFC823?key=1611255284695

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY



CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

© All rights reserved. All aspects of the service and information provided by Lead Intelligence, Inc. d/b/a Jornaya ("Jornaya") hereunder - including, e.g., the Jornaya Web site, 3rd Party TCPA Guardian, 1st Party Privacy Guardian, Visual Playback, and the processes used by Jornaya in providing the service - are the exclusive property of Jornaya and its licensors. Jornaya's Visual Playback and the data made available through its use, including but not limited to this document, are subject to confidentiality obligations at all times. By accessing and using theservice and information provided hereunder, you represent and warrant that (a) you have the authority to act on behalf of a valid subscriber to the service, (b) you shall use the service and information in compliance with the terms and conditions on which it is provided, (c) you shall use any data made available through the use of the service for its intended purposes only, and (d) you shall not further distribute any of the service or information provided hereunder to external parties without Jornaya's express prior written approval.

# Guardian TCPA Report

**Prepared for Zeeto Media**

**What is a lead?**

A lead occurs when a consumer visits a website and fills out a form, entering their personal information. A lead can also happen when a consumer interacts with a call center representative and confirms or provides certain information which are documented by the call center. Companies utilize lead forms on their own websites or in their call centers to collect data from consumers who have interest in being contacted about their products and services. Companies also purchase "3rd party data leads", where 3rd party lead sellers collect a consumer's data through a lead form on their owned and operated websites or their call centers, which they then sell to companies as a sales lead: a potential customer who has indicated interest in the company's products or services. In some cases, the 3rd party lead seller may collect a consumer's data, sell it to another 3rd party entity (known as an aggregator), who then sells that data to companies as a sales lead.

**Who is Jornaya?**

Jornaya provides a neutral, 3rd party technology-based platform that tracks the origin and history of a lead event and the consumer actions that occurred at that event. Jornaya's technology witnesses more than one hundred million lead events each month - tracking the actions that occur when a consumer fills out a lead form - or interacts with a call center representative to complete a lead form.

Jornaya's Guardian services document the specific disclosure that was present on a lead form during a lead event and what type of consent was obtained, if any. Guardian services are intended solely and exclusively to provide companies with factual information about the environment that the consumer experienced.

Companies that purchase 3rd party data leads, or generate their own data leads on their website forms or in their call centers, use Guardian services to provide neutral verification and assurance that the activities regarding the collection of the consumer's consent to be contacted meet their requirements. Guardian services do not capture and store personally identifiable consumer data and Jornaya does not buy or sell leads; we help to verify what happened at the lead event.

**How does Jornaya help keep companies TCPA Compliant?**

As a neutral, 3rd party witness to the events that take place on the website or a call center, Guardian provides facts on what happened during a consumer's visit to the website or interaction with a call center representative. Guardian helps companies to verify:

- Was a TCPA disclosure displayed or provided to the consumer?
- If so, did the disclosure meet the company's visibility and verification requirements? Was it large enough, and with enough color contrast? Or was it hidden and obscured, not meeting the company's requirements? If a call center, was it clearly stated by the call center representative?
- Did the disclosure language match the company's compliance standards?
- Did the consumer consent to the TCPA disclosure that was displayed or provided?

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

JORNAYA

## Lead Event Information:

| | |
|---|---|
| Universal LeadiD | FD984C57-27A8-09C5-2A3C-75F8D6FC7721 |
| Event Date | 09/16/2018 |
| Event Time | 07:56:40 PM EDT |
| IP Address | 98.225.54.0 |
| Location (as indicated by IP address) | Montesano,WA |

## Disclosure Information:

| | |
|---|---|
| Labeled TCPA Disclosure Statement captured at the lead event: | BY SUBMITTING YES, I CERTIFY THAT I GIVE PERMISSION TO BE CONTACTED FOR MARKETING PURPOSES BY A REPRESENTATIVE FROM LEGACY QUOTE, GERBER LIFE INSURANCE COMPANY, ALLIED INSURANCE SERVICES, AND/OR ANY THIRD PARTY PARTNERS, REGARDLESS OF MY STATUS ON ANY STATE OR FEDERAL DO NOT CALL LIST, BY AUTOMATED CALLS, PRE-RECORDED MESSAGES, AND/OR BY EMAIL. CONSENT IS NOT A CONDITION OF PURCHASE AND I AGREE TO THE PRIVACY POLICY AND TERMS OF USE I UNDERSTAND THESE CALLS MAY BE GENERATED USING AN AUTOMATED DIALER AND THAT MY CONSENT IS NOT REQUIRED AS A PRECONDITION FOR PURCHASING OR RECEIVING ANY PROPERTY, GOODS OR SERVICE. |

**Visual Playback Link:**

https://vp.leadid.com/playback/FD984C57-27A8-09C5-2A3C-75F8D6FC7721?key=1537142204228

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY