1  Chiharu G. Sekino, CSB # 306589
   Email: cgsekino@millershah.com
2  MILLER SHAH LLP
   1230 Columbia Street, Suite 1140
3  San Diego, CA 92101
   Telephone: (866) 540-5505
4  Facsimile: (866) 300-7367

5  [Additional Counsel Appear on Signature Page]

6  *Attorneys for non-parties Toby Hoy and Constance Kennedy, plaintiffs in the*
   *underlying action*
7

8

9               UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10  HI Q, INC. d/b/a HEALTH IQ,

11                                        Misc. Action No. 22-cv-1440-LL-
                                          MDD
12              Petitioner,               **(RELATED ACTION CIV. NO.
                                          4:21-cv-04875-TLT (N.D. CAL.))**
13      v.
                                          **TOBY HOY AND CONSTANCE
14  ZEETOGROUP, LLC,                      KENNEDY'S RESPONSE TO
                                          HI Q, INC.'S MOTION TO
                                          COMPEL COMPLIANCE
                Respondent.               WITH OUT-OF-DISTRICT
15                                        SUBPOENA TO NON-PARTY
                                          ZEETOGROUP, LLC**
16                                        **The Hon. Mitchell D. Dembin**

17

18      Toby Hoy and Constance Kennedy respectfully submit this response to

19  Petitioner Hi.Q, Inc. d/b/a/ Health IQ's ("Health IQ") motion to compel

20

21

                                                              1

compliance with out-of-district subpoena to non-party ZeetoGroup, LLC ("ZeetoGroup").

Mr. Hoy and Ms. Kennedy are the plaintiffs in the underlying action *Hoy et al. v. Hi.Q, Inc.*, Case No. 4:21-cv-04875-TLT (N.D. Cal.). Mr. Hoy and Ms. Kennedy (hereinafter "Plaintiffs") submit this response to Health IQ's request that ZeetoGroup be compelled to produce (1) non-privileged documents and data that are relevant to Health IQ's consent defense in the underlying action and (2) a witness to sit for a deposition on topics related to Health IQ's affirmative defense of consent.

Plaintiff Hoy served his own document and deposition subpoenas on ZeetoGroup.[1] ZeetoGroup did not provide complete responses to those subpoenas and Plaintiff Hoy filed a motion to enforce. Plaintiff Hoy and ZeetoGroup ultimately resolved their dispute with the assistance of the Court.

Health IQ's counsel participated in Plaintiff Hoy's subpoena-related action as a non-party. During the proceedings, Health IQ reserved its right to issue its own subpoenas to ZeetoGroup and file its own motion to enforce those subpoenas

---

[1] Plaintiff Kennedy was added as a named plaintiff in the underlying action after Plaintiff Hoy's subpoena-related action was completed.

1  if necessary. Plaintiff reserved the right to participate in any proceeding relating to

2  Health IQ's subpoenas.

3      Plaintiffs agree that the information Health IQ seeks to compel in the instant

4  motion is relevant to the underlying action. Prerecorded telemarketing calls to

5  cellular telephone numbers like the calls placed in this case violate the TCPA

6  unless the caller has the prior express written consent of the called party. 47 U.S.C.

7  § 227(b)(1). The same is true for calls placed to residential telephone numbers on

8  the National-Do-Not-Call Registry. 47 C.F.R. § 64.1200(c)(2)(ii). Health IQ bears

9  the burden of establishing consent at summary judgment or trial. *Van Patten v.*

10 *Vertical Fitness Grp., LLC*, 847 F.3d 1037, 1044 (9th Cir. 2017).

11     ZeetoGroup's Chief Revenue Officer, Shane Caldwell, signed a declaration

12 under penalty of perjury indicating that Health IQ did not have the requisite prior

13 express written consent to place the telemarketing calls that are at issue in the

14 underlying action. As the party that bears the burden of establishing consent, it is

15 not surprising that Health IQ seeks the documents and data underpinning the

16 declaration and to depose the witness making the statements. Because the

17 subpoenaed information bears directly on an affirmative defense that, if proven,

18 would dispose of their claims, Plaintiffs respectfully request that they be provided

19 copies of all documents that ZeetoGroup is compelled to produce and that

20 Plaintiffs be permitted to question any witness that the Court permits Health IQ to

21

depose. Alternatively, Plaintiffs request that they be permitted to send new

subpoenas to ZeetoGroup demanding production of any compelled documents and

the ability to participate in any compelled deposition.


        RESPECTFULLY SUBMITTED AND DATED this 20th day of January,

2022.

                        TERRELL MARSHALL LAW GROUP PLLC


                        By: /s/ Beth E. Terrell, CSB #178181
                            Beth E. Terrell, CSB #178181
                            Email: bterrell@terrellmarshall.com
                            Jennifer Rust Murray*
                            Email: jmurray@terrellmarshall.com
                            936 North 34th Street, Suite 300
                            Seattle, Washington 98103
                            Telephone: (206) 816-6603
                            Facsimile: (206) 319-5450


                            Chiharu G. Sekino, CSB # 306589
                            Email: cgsekino@millershah.com
                            MILLER SHAH LLP
                            1230 Columbia Street, Suite 1140
                            San Diego, CA 92101
                            Telephone: (866) 540-5505
                            Facsimile: (866) 300-7367


                            *Attorneys for non-parties Toby Hoy and
                            Constance Kennedy, plaintiffs in the underlying
                            action*

                            * Pro Hac vice forthcoming

# CERTIFICATE OF SERVICE

I, Beth E. Terrell hereby certify that on October 25, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

FOX ROTHSCHILD LLP

Paul A. Rosenthal, CSBA #338994
49 Market Street
Morristown, NJ 07960
Telephone: (973) 548-3388
prosenthal@foxrothschild.com

*Attorney for Petitioner*

I also served a copy of this document by email on the following:

MORRIS LAW FIRM, APC

Jacob A. Gillick, Esq.
jgillick@morrislawfirmapc.com
501 West Broadway, Ste. 1480
San Diego, CA 92101
Telephone: (619) 826-8060
Facsimile: (619) 826-8065

*Attorney for Respondent*

DATED this 25th day of October, 2022.

By: /s/ Beth E. Terrell, CSB #178181
Beth E. Terrell, CSB #178181