Chiharu G. Sekino, CSB #306589
Email: cgsekino@millershah.com
MILLER SHAH LLP
1230 Columbia Street, Suite 1140
San Diego, CA 92101
Telephone: (866) 540-5505
Facsimile: (866) 300-7367

[Additional Counsel Appear on Signature Page]

*Attorneys for non-parties Toby Hoy and Constance Kennedy, plaintiffs in the underlying action*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HI Q, INC. d/b/a HEALTH IQ,<br><br>Petitioner,<br><br>v.<br><br>ZEETOGROUP, LLC,<br><br>Respondent. | Case No. 22-cv-1440-LL-MDD<br>**NOTICE OF APPEARANCE OF BETH E. TERRELL**<br><br>**The Hon. Mitchell D. Dembin** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Beth E. Terrell of the law firm Terrell Marshall Law Group PLLC hereby enters her appearance as counsel of record in this matter for non-parties Toby Hoy and Constance Kennedy, who are the laintiffs

in the underlying action. All further papers, pleadings, filings, and electronic filings, except original process should also be directed to:

  TERRELL MARSHALL LAW GROUP PLLC
  Beth E. Terrell, CSB #178181
  Email: bterrell@terrellmarshall.com
  936 North 34th Street, Suite 300
  Seattle, Washington 98103
  Telephone: (206) 816-6603
  Facsimile: (206) 319-5450

RESPECTFULLY SUBMITTED AND DATED this 25 October 2022.

      TERRELL MARSHALL LAW GROUP PLLC

      By: /s/ Beth E. Terrell, CSB #178181
       Beth E. Terrell, CSB #178181
       Email: bterrell@terrellmarshall.com
       Jennifer Rust Murray*
       Email: jmurray@terrellmarshall.com
       936 North 34th Street, Suite 300
       Seattle, Washington 98103
       Telephone: (206) 816-6603
       Facsimile: (206) 319-5450

       Chiharu G. Sekino, CSB #306589
       Email: cgsekino@millershah.com
       MILLER SHAH LLP
       1230 Columbia Street, Suite 1140
       San Diego, CA 92101
       Telephone: (866) 540-5505
       Facsimile: (866) 300-7367

      *Attorneys for non-parties Toby Hoy and Constance Kennedy, Plaintiffs in the underlying action*
      * Pro Hac vice forthcoming

# CERTIFICATE OF SERVICE

I, Beth E. Terrell hereby certify that on October 25, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

FOX ROTHSCHILD LLP

    Paul A. Rosenthal, CSBA #338994
    49 Market Street
    Morristown, NJ 07960
    Telephone: (973) 548-3388
    prosenthal@foxrothschild.com

*Attorneys for Petitioner*

I also serve a copy of the document by email on the following:

MORRIS LAW FIRM, APC

    Jacob A. Gillick, Esq.
    jgillick@morrislawfirmapc.com
    501 West Broadway, Ste. 1480
    San Diego, CA 92101
    Telephone: (619) 826-8060
    Facsimile: (619) 826-8065

*Attorneys for Respondent*

DATED this 25th day of October, 2022.

                                         By: /s/ Beth E. Terrell, CSB #178181
                                              Beth E. Terrell, CSB #178181