| | |
|---|---|
| 1 | Chiharu G. Sekino, CSB #306589 |
| | Email: cgsekino@millershah.com |
| 2 | MILLER SHAH LLP |
| | 1230 Columbia Street, Suite 1140 |
| 3 | San Diego, CA 92101 |
| | Telephone: (866) 540-5505 |
| 4 | Facsimile: (866) 300-7367 |
| 5 | [Additional Counsel Appear on Signature Page] |
| 6 | *Attorneys for non-parties Toby Hoy and Constance Kennedy, plaintiffs in the underlying action* |

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HI Q, INC. d/b/a HEALTH IQ, | Case No. 22-cv-1440-LL-MDD |
| Petitioner, | **NOTICE OF APPEARANCE OF CHIHARU G. SEKINO** |
| v. | **The Hon. Mitchell D. Dembin** |
| ZEETOGROUP, LLC, | |
| Respondent. | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Chiharu G. Sekino of the law firm Miller Shah LLP hereby enters her appearance as counsel of record in this matter for non-parties Toby Hoy and Constance Kennedy, who are the Plaintiffs in the underlying

1 action. All further papers, pleadings, filings, and electronic filings, except original
2 process should also be directed to:
3     MILLER SHAH LLP
      Chiharu G. Sekino, CSB #306589
4     Email: cgsekino@millershah.com
      1230 Columbia Street, Suite 1140
5     San Diego, CA 92101
      Telephone: (866) 540-5505
6     Facsimile: (866) 300-7367

7
        RESPECTFULLY SUBMITTED AND DATED this 20th day of January,
8  2022.
9                           MILLER SHAH LLP
10
                            By: /s/ Chiharu G. Sekino, CSB #306589
11                              Chiharu G. Sekino, CSB #306589
                                Email: cgsekino@millershah.com
12                              1230 Columbia Street, Suite 1140
                                San Diego, CA 92101
13                              Telephone: (866) 540-5505
                                Facsimile: (866) 300-7367
14
                                Beth E. Terrell, CSB #178181
15                              Email: bterrell@terrellmarshall.com
                                Jennifer Rust Murray*
16                              Email: jmurray@terrellmarshall.com
                                TERRELL MARSHALL LAW GROUP PLLC
17                              936 North 34th Street, Suite 300
                                Seattle, Washington 98103
18                              Telephone: (206) 816-6603
                                Facsimile: (206) 319-5450
19
                            *Attorneys for non-parties Toby Hoy and Constance*
20                          *Kennedy, plaintiffs in the underlying action*
                            * Pro Hac vice forthcoming
21

# CERTIFICATE OF SERVICE

I, Beth E. Terrell hereby certify that on October 25, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

FOX ROTHSCHILD LLP

    Paul A. Rosenthal, CSBA #338994
    49 Market Street
    Morristown, NJ 07960
    Telephone: (973) 548-3388
    prosenthal@foxrothschild.com

*Attorneys for Petitioner*

I also served a copy of the document by email on the following:

MORRIS LAW FIRM, APC

    Jacob A. Gillick, Esq.
    jgillick@morrislawfirmapc.com
    501 West Broadway, Ste. 1480
    San Diego, CA 92101
    Telephone: (619) 826-8060
    Facsimile: (619) 826-8065

*Attorneys for Respondent*

DATED this 25th day of October, 2022.

                                        By: /s/ Beth E. Terrell, CSB #178181
                                            Beth E. Terrell, CSB #178181