Chiharu G. Sekino, CSB #306589
Email: cgsekino@millershah.com
MILLER SHAH LLP
1230 Columbia Street, Suite 1140
San Diego, CA 92101
Telephone: (866) 540-5505
Facsimile: (866) 300-7367

[Additional Counsel Appear on Signature Page]

*Attorneys for non-parties Toby Hoy and Constance Kennedy, plaintiffs in the underlying action*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HI Q, INC. d/b/a HEALTH IQ, <br><br> Petitioner, <br><br> v. <br><br> ZEETOGROUP, LLC, <br><br> Respondent. | Case No. 3:22-cv-1440-LL-MDD <br><br> **NOTICE OF WITHDRAWAL OF CHIHARU G. SEKINO** <br><br> **The Hon. Mitchell D. Dembin** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Chiharu G. Sekino of the law firm Miller Shah LLP hereby withdraws her appearance (ECF No. 9) as counsel of record in

this matter for non-parties Toby Hoy and Constance Kennedy, who are the Plaintiffs in the underlying action.

RESPECTFULLY SUBMITTED AND DATED this 28th day of October, 2022.

MILLER SHAH LLP

By: /s/ Chiharu G. Sekino, CSB #306589
Chiharu G. Sekino, CSB #306589
Email: cgsekino@millershah.com
1230 Columbia Street, Suite 1140
San Diego, CA 92101
Telephone: (866) 540-5505
Facsimile: (866) 300-7367

Beth E. Terrell, CSB #178181
Email: bterrell@terrellmarshall.com
Jennifer Rust Murray*
Email: jmurray@terrellmarshall.com
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

*Attorneys for non-parties Toby Hoy and Constance Kennedy, plaintiffs in the underlying action*
*\* Pro Hac vice forthcoming*

2
Case No. 3:22-cv-1440-LL-MDD

# CERTIFICATE OF SERVICE

I, Chiharu G. Sekino hereby certify that on October 28, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

FOX ROTHSCHILD LLP

    Paul A. Rosenthal, CSBA #338994
    49 Market Street
    Morristown, NJ 07960
    Telephone: (973) 548-3388
    prosenthal@foxrothschild.com

*Attorneys for Petitioner*

    I also served a copy of the document by email on the following:

MORRIS LAW FIRM, APC

    Jacob A. Gillick, Esq.
    jgillick@morrislawfirmapc.com
    501 West Broadway, Ste. 1480
    San Diego, CA 92101
    Telephone: (619) 826-8060
    Facsimile: (619) 826-8065

*Attorneys for Respondent*

    DATED this 28th day of October, 2022.

                                            By: /s/ Chiharu G. Sekino, CSB #306589
                                                  Chiharu G. Sekino, CSB #306589