Jacob A. Gillick, Esq. 312336
jgillick@PHGLawGroup.com
PHG Law Group
501 West Broadway, Suite 1480
San Diego, CA 92101
Telephone: (619) 826-8060
Facsimile: (619) 826-8065

Attorneys for Respondent Zeetogroup, LLC,

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HI.Q. INC D/B/A HEALTH IQ,<br><br>Petitioner,<br><br>v.<br><br>ZEETOGROUP, LLC,<br><br>Respondent. | Case No. 22-cv-1440-WQH-WVG<br><br>**NOTICE OF APPEARANCE FOR RESPONDENT ZEETOGROUP, LLC** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Jacob A. Gillick makes this appearance as counsel for Respondent Zeetogroup, LLC in the above-entitled matter. Mr. Gillick's office address and telephone number are: PHG Law Group, 501 West Broadway, Suite 1480, San Diego, California 92101, (619) 826-8060.

**PHG Law Group**

Dated: October 31, 2022
 *s/ Jacob A. Gillick*
Jacob A. Gillick, Esq.
jgillick@PHGLawGroup.com
Attorneys for Respondent Zeetogroup, LLC