Chiharu G. Sekino, CSB #306589
Email: cgsekino@millershah.com
MILLER SHAH LLP
1230 Columbia Street, Suite 1140
San Diego, CA 92101
Telephone: (866) 540-5505
Facsimile: (866) 300-7367

*Attorneys for Non-Parties Toby Hoy and Constance Kennedy*

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOBY HOY and CONSTANCE KENNEDY, individually and on behalf all others similarly situated,<br><br>Petitioners,<br><br>v.<br><br>ZEETOGROUP, LLC,<br><br>Respondent. | Case No.: 3:22-cv-01440-LL-MDD<br><br>**NOTICE AND MOTION TO COMPEL COMPLIANCE WITH OUT-OF-DISTRICT SUBPOENA TO NON-PARTY CARLEY MILLER, AN EMPLOYEE OF ZEETOGROUP, LLC**<br><br>Judge: Mitchell D. Dembin |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that at a date and time to be set by the above-entitled Court located at 333 West Broadway, San Diego, CA 92101, Non-Party Toby Hoy will appear and move this Court for an order requiring Carley Miller, an

NOTICE AND MOTION TO COMPEL COMPLIANCE WITH OUT-OF-DISTRICT SUBPOENA TO NON-PARTY CARLEY MILLER, AN EMPLOYEE OF ZEETOGROUP, LLC
Case No.: 3:22-cv-01440-LL-MDD

1 | employee of ZeetoGroup, LLC, to comply with the subpoena served by Mr. Hoy.

2 |     This Motion relates to an action currently pending in the U.S. District Court

3 | for the Northern District of California, *Hoy v. Hi. Q, Inc.*, 4:21-cv-04875 (N.D. Cal.

4 | Filed June 24, 2021). The subpoena issued from that court was served on Carly

5 | Miller's attorney, and Mis. Miller resides in the Southern District of California.

6 |     RESPECTFULLY SUBMITTED AND DATED this 25th day of May, 2023.

7 |

8 |                       TERRELL MARSHALL LAW GROUP PLLC

                        By: /s/ Beth E. Terrell, CSB #178181

9 |                             Beth E. Terrell, CSB #178181
                            Email: bterrell@terrellmarshall.com

10 |                             Jennifer Rust Murray*
                            Email: jmurray@terrellmarshall.com

11 |                             936 North 34th Street, Suite 300
                            Seattle, Washington 98103

12 |                             Telephone: (206) 816-6603
                            Facsimile: (206) 319-5450

13 |

14 |                             Chiharu G. Sekino, CSB #306589
                            Email: cgsekino@millershah.com

15 |                             MILLER SHAH LLP
                            1230 Columbia Street, Suite 1140

16 |                             San Diego, CA 92101
                            Telephone: (866) 540-5505
                            Facsimile: (866) 300-7367

17 |

                          *Attorneys for Non-Parties Toby Hoy*

18 |                           *and Constance Kennedy*

19 |

20 | NOTICE AND MOTION TO COMPEL COMPLIANCE WITH OUT-
OF-DISTRICT SUBPOENA TO NON-PARTY CARLEY MILLER, AN
EMPLOYEE OF ZEETOGROUP, LLC
Case No.: 3:22-cv-01440-LL-MDD

## CERTIFICATE OF SERVICE

I, Beth E. Terrell hereby certify that on May 25, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Paul A. Rosenthal, CSB #338994
Email: prosenthal@foxrothschild.com
FOX ROTHSCHILD LLP
49 Market Street
Morristown, New Jersey 07960
Telephone: (973) 548-3388

*Attorneys for Petitioner Hi Q Inc.*

Jacob A. Gillick, CSB #312336
Email: jgillick@morrislawfirmapc.com
PHG LAW GROUP
501 West Broadway, Ste. 1480
San Diego, California 92101
Telephone: (619) 826-8060

*Attorneys for Respondent Zeetogroup, LLC*

DATED this 25th day of May, 2023.

By: /s/ Beth E. Terrell, CSB #178181
Beth E. Terrell, CSB #178181

NOTICE AND MOTION TO COMPEL COMPLIANCE WITH OUT-OF-DISTRICT SUBPOENA TO NON-PARTY CARLEY MILLER, AN EMPLOYEE OF ZEETOGROUP, LLC
Case No.: 3:22-cv-01440-LL-MDD