1  Chiharu G. Sekino, CSB #306589
   Email: cgsekino@millershah.com
2  MILLER SHAH LLP
   1230 Columbia Street, Suite 1140
3  San Diego, CA 92101
   Telephone: (866) 540-5505
4  Facsimile: (866) 300-7367

5  *Attorneys for Non-Parties Toby Hoy and*
   *Constance Kennedy*

6  [Additional Counsel Appear on Signature Page]

7

8                      UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF CALIFORNIA
9

10  TOBY HOY and CONSTANCE KENNEDY,          Case No.: 3:22-cv-1440-LL-MDD
    individually and on behalf all others
    similarly situated,                      **DECLARATION OF ANTHONY
11                                           PARONICH IN SUPPORT OF NON-
                      Petitioners,           PARTIES' MEMORANDUM OF
12                                           POINTS AND AUTHORITIES IN
            v.                               SUPPORT OF MOTION TO COMPEL
13                                           COMPLIANCE WITH OUT-OF-
    ZEETOGROUP, LLC,                         DISTRICT SUBPOENA TO NON-
14                                           PARTY CARLEY MILLER, AN
                      Respondent.            EMPLOYEE OF ZEETOGROUP, LLC**

15                                           Judge: Mitchell D. Dembin

16

17

18

19  DECLARATION OF ANTHONY PARONICH IN SUPPORT OF NON-
    PARTIES' MEMORANDUM OF POINTS AND AUTHORITIES IN
    SUPPORT OF MOTION TO COMPEL COMPLIANCE WITH OUT-
20  OF-DISTRICT SUBPOENA TO NON-PARTY CARLEY MILLER, AN
    EMPLOYEE OF ZEETOGROUP, LLC
    Case No.: 3:22-cv-01440-LL-MDD

1    I, Anthony I. Paronich, declare as follows:

2    1.    I am a member of Paronich Law, P.C., co-counsel of record for

3    Petitioner in this matter. I am a member in good standing of the bar of the state

4    of Massachusetts. I respectfully submit this declaration in support of Petitioner's

5    Motion to Compel. Except as otherwise noted, I have personal knowledge of the

6    facts set forth in this declaration, and could testify competently to them if called

7    upon to do so.

8    2.    On September 27, 2021, Judge Gonzalez Rogers held a scheduling

9    conference in the underlying litigation and denied Health IQ's request for

10    bifurcation. Attached as Exhibit 1 is a true and correct copy of excerpts of the

11    Transcript of Proceedings from the September 27, 2021 scheduling conference.

12    3.    On October 6, 2021, Judge Gonzalez Rogers entered the parties'

13    stipulated protective order, ECF No. 27. Attached as Exhibit 2 is a true and correct

14    copy of the stipulated protective order filed in the underlying action at ECF No.

15    27.

16    4.    Health IQ told Mr. Hoy that it had contracted with Enfuego to

17    provide the telephone numbers for the calls and that Enfuego would have more

18

19    DECLARATION OF ANTHONY PARONICH IN SUPPORT OF NON-
PARTIES' MEMORANDUM OF POINTS AND AUTHORITIES IN
SUPPORT OF MOTION TO COMPEL COMPLIANCE WITH OUT-
20    OF-DISTRICT SUBPOENA TO NON-PARTY CARLEY MILLER, AN
EMPLOYEE OF ZEETOGROUP, LLC - 1
Case No.: 3:22-cv-01440-LL-MDD

1  complete evidence of any consent to calls from Health IQ that Mr. Hoy and

2  proposed class members may have provided.

3       5.    Mr. Hoy sent a subpoena to Enfuego, who produced documents

4  confirming that Mr. Hoy's telephone number was generated through a webform

5  on the www.getitfree.us website.

6       6.    Get it Free is a trade name of ZeetoGroup, LLC.

7       7.    Enfuego also produced data showing that hundreds of thousands of

8  leads were generated exclusively through Get It Free/ZeetoGroup websites with

9  the same "consent" language allegedly associated with Mr. Hoy's lead.

10       8.    Health IQ produced records of more than 100 million calls it placed

11  during the Class period as a result of leads it obtained from Enfuego. Mr. Hoy's

12  expert analyzed that data and identified more that more than 146,000 unique

13  telephone numbers were sent more than 744,000 pre-recorded calls from Health

14  IQ as a result of the data that Get it Free/ZeetoGroup sold to Enguego.

15       9.    On November 29, 2022, this Court compelled ZeetoGroup to comply

16  with subpoenas seeking information, documents, and testimony relevant to

17  Plaintiffs' claims.

18

19  DECLARATION OF ANTHONY PARONICH IN SUPPORT OF NON-
PARTIES' MEMORANDUM OF POINTS AND AUTHORITIES IN
SUPPORT OF MOTION TO COMPEL COMPLIANCE WITH OUT-

20  OF-DISTRICT SUBPOENA TO NON-PARTY CARLEY MILLER, AN
EMPLOYEE OF ZEETOGROUP, LLC - 2
Case No.: 3:22-cv-01440-LL-MDD

1    10.    On January 19, 2023, ZeetoGroup appeared for a deposition.

2    However, when the parties asked questions regarding the type of language

3    ZeetoGroup had on its website, the language ZeetoGroup disclosed to consumers,

4    and whether ZeetoGroup maintained records regarding the same, ZeetoGroup's

5    representative could not provide complete answers, and was unable to answer

6    certain questions posed altogether.

7    11.    With respect to several questions, ZeetoGroup's representative

8    specifically mentioned that an employee, Carley Miller, would have information

9    regarding the relevant topics. As a result, after coordinating with counsel for

10    ZeetoGroup on a date and time that was convenient for Ms. Miller, Plaintiffs

11    issued a deposition subpoena to Ms. Miller. A true and correct copy of the

12    deposition subpoena is attached as Exhibit 3.

13    12.    Days prior to the deposition, Ms. Miller's counsel served written

14    objections and refused to produce the witness or meet and confer prior to the

15    agreed deposition date. Ms. Miller then failed to appear for the deposition. A true

16    and correct copy of the objections is attached as Exhibit 4.

17    13.    When Ms. Miller failed to appear for her deposition, Plaintiffs noted

18
19
20

DECLARATION OF ANTHONY PARONICH IN SUPPORT OF NON-
PARTIES' MEMORANDUM OF POINTS AND AUTHORITIES IN
SUPPORT OF MOTION TO COMPEL COMPLIANCE WITH OUT-
OF-DISTRICT SUBPOENA TO NON-PARTY CARLEY MILLER, AN
EMPLOYEE OF ZEETOGROUP, LLC - 3
Case No.: 3:22-cv-01440-LL-MDD

1  her non-appearance on the record. A true and correct copy of the transcript is

2  attached as Exhibit 5.

3      14.    On May 8, 2023, counsel for both parties conducted a meet and

4  confer with counsel for Ms. Miller, who did not dispute that Ms. Miller possessed

5  relevant information or that they had agreed to a date and time for her

6  deposition. A true and correct copy of correspondence exchanged regarding the

7  meet and confer is attached as Exhibit 6.

8      15.    Attached as Exhibit 7 is a true and correct copy of correspondence

9  confirming that Plaintiffs do not seek documents from Ms. Miller.

10     I declare under penalty of perjury under the laws of the United States of

11  America that the foregoing is true and correct.

12     EXECUTED this 25th day of May, 2023.

13                                    By: */s/ Anthony I. Paronich*_____
                                          Anthony I. Paronich

14

15

16

17

18

19  DECLARATION OF ANTHONY PARONICH IN SUPPORT OF NON-
    PARTIES' MEMORANDUM OF POINTS AND AUTHORITIES IN
    SUPPORT OF MOTION TO COMPEL COMPLIANCE WITH OUT-
20  OF-DISTRICT SUBPOENA TO NON-PARTY CARLEY MILLER, AN
    EMPLOYEE OF ZEETOGROUP, LLC - 4
    Case No.: 3:22-cv-01440-LL-MDD

1

<u>CERTIFICATE OF SERVICE</u>

2

I, Beth E. Terrell hereby certify that on May 25, 2023, I electronically filed

3

the foregoing with the Clerk of the Court using the CM/ECF system which will

4

send notification of such filing to the following:

5

Paul A. Rosenthal, CSB #338994
Email: prosenthal@foxrothschild.com

6

FOX ROTHSCHILD LLP
49 Market Street

7

Morristown, New Jersey 07960
Telephone: (973) 548-3388

8

9

*Attorneys for Petitioner Hi Q Inc.*

10

Jacob A. Gillick, CSB #312336
Email: jgillick@morrislawfirmapc.com

11

PHG LAW GROUP
501 West Broadway, Ste. 1480

12

San Diego, California 92101
Telephone: (619) 826-8060

13

*Attorneys for Respondent Zeetogroup, LLC*

14

DATED this 25th day of May, 2023.

15

16

By: <u>/s/ Beth E. Terrell, CSB #178181</u>
Beth E. Terrell, CSB #178181

17

18

19

DECLARATION OF ANTHONY PARONICH IN SUPPORT OF NON-PARTIES' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO COMPEL COMPLIANCE WITH OUT-OF-DISTRICT SUBPOENA TO NON-PARTY CARLEY MILLER, AN EMPLOYEE OF ZEETOGROUP, LLC - 5
Case No.: 3:22-cv-01440-LL-MDD

20