- Exhibit 1 -

Case 3:22-cv-00461-LL-DDD Document 15-3 Filed 05/12/23 PageID.91 Page 1 of 5

**CERTIFIED COPY**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable YVONNE GONZALEZ ROGERS, Judge

| | |
|---|---|
| TOBY HOY, individually and on behalf of all others similarly situated, ) ) ) ) | **Initial Case Management Conference** |
| Plaintiff, ) ) | |
| vs. ) ) | NO. C 21-04875 YGR |
| HI.Q, INC. d/b/a HEALTH IQ, ) ) | Pages 1 - 16 |
| Defendant. ) _____) | Oakland, California Monday, September 27, 2021 |

**REPORTER'S TRANSCRIPT OF ZOOM WEBINAR PROCEEDINGS**

**APPEARANCES VIA ZOOM:**

For Plaintiff:  Paronich Law, P.C.
                350 Lincoln Street, Suite 2400
                Hingham, Massachusetts  02043
            BY: ANTHONY L. PARONICH, ATTORNEY AT LAW


For Defendant:  Kelley Drye & Warren LLP
                1800 Century Park East, Suite 600
                Los Angeles, California  90067
            BY: PAUL A. ROSENTHAL,
                BECCA J. WAHLQUIST, ATTORNEYS AT LAW


Reported By:    Raynee H. Mercado, CSR No. 8258


    Proceedings reported by electronic/mechanical stenography;
transcript produced by computer-aided transcription.

*RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR, CCRR (510) 565-7228*

Exhibit 1 - Page 1

Case 3:22-cv-00461-LB Document 15-3 Filed 02/15/23 Page 43 of 53
Case 3:22-cv-00461-LB Document 154-3 Filed 07/17/23 Page 3 of 5

2

```
1    Monday, September 27, 2021                          9:01 a.m.
2                        P R O C E E D I N G S
3                           (Zoom Webinar)
4           THE CLERK:  Calling civil action 21-0875 [sic], Toby
5    Hoy versus Hi.Q, Inc.
6        Counsel, please state your appearances.
7           MR. PARONICH:  Good morning, Your Honor.  Anthony
8    Paronich for the plaintiff.
9           MR. ROSENTHAL:  Paul Rosenthal for Hi.Q, Inc. doing
10   business as Health IQ.  And with me is my partner Becca
11   Wahlquist.
12          THE COURT:  Okay.  Good morning.
13       So you need a schedule.
14       I'm not bifurcating discovery.  I don't do that typically.
15       If you find that the plaintiff is not similarly situated
16   or doesn't have a claim him or herself, then you can bring a
17   motion for summary judgment or you can negotiate what you're
18   going to do.  You can find yourself a new plaintiff.  Lots of
19   different things that can happen, but we're going to move
20   forward.
21          MR. ROSENTHAL:  Understood, Your Honor.  And -- and
22   the parties have had some additional discussions concerning
23   discovery and a potential mediation of the claims at an
24   earlier stage than had originally been planned and so the
25   bifurcation issue is -- is sort of withdrawn or -- or at least
```

*RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR, CCRR (510) 565-7228*

Exhibit 1 - Page 2

```
 1    plaintiff would -- you know, they can resolve against one
 2    plaintiff, and they resolved against that plaintiff, they
 3    don't -- then there's no point in bringing class cert 'cause
 4    you don't have a plaintiff, right?
 5         So I don't know how this one's going to work out, but
 6    that's -- need to revise the schedule based upon what you --
 7    you can always ask to be put back on my calendar.
 8              MR. ROSENTHAL:  Thank you, Your Honor.  We'll keep
 9    that in mind.
10              MR. PARONICH:  Thank you, Your Honor.
11              THE COURT:  Now, I'm not going to give you a trial
12    date yet because TCPA cases typically, you're not going to try
13    it; although, I don't know if you know or not, I have tried a
14    TCPA case.  $267 million was the award.
15         Let me just say, the reason that that award was so high --
16    math -- number of calls times $500.  That is the math.  One of
17    the problems that the defendant had in that case is they
18    refused to provide discovery on their processes.
19         And when they got to trial, they wanted to bring that
20    evidence into trial.  The answer was "denied."  You do not
21    produce in advance during the discovery process per the rules,
22    as -- as it is, you do not get to bring that in at trial so
23    they didn't, which made their defenses very weak, and the jury
24    found in favor of the plaintiff.  We did the math,
25    $267 million.
```

Case 3:22-cv-00461-LB Document 15-3 Filed 02/15/23 Page 45 of 55
Case 3:22-cv-00461-LB Document 14 Filed 07/12/23 Page 5 of 5

16

```
 1    and see if counsel hear you.
 2              THE COURT:  Can you hear me?
 3       Can you hear me?
 4              MR. PARONICH:  We can.
 5              MR. ROSENTHAL:  (Nods head.)
 6              THE COURT:  All right.  I pressed the right button.
 7       Thank you to William here.
 8              THE COURT:  We appreciate that.  That helped us.
 9       Have a good day.  Stay safe.
10              MR. ROSENTHAL:  Thank you, Your Honor.
11              (Proceedings were concluded at 9:23 A.M.)
12                              --oOo--
13
14                      **CERTIFICATE OF REPORTER**
15
16           I certify that the foregoing is a correct transcript
17    from the record of proceedings in the above-entitled matter.
18    I further certify that I am neither counsel for, related to,
19    nor employed by any of the parties to the action in which this
20    hearing was taken, and further that I am not financially nor
21    otherwise interested in the outcome of the action.
22
23           _____/s/ Raynee H. Mercado_____
24              Raynee H. Mercado, CSR, RMR, CRR, FCRR, CCRR
25                    Thursday, January 6, 2022
```