1  Jacob A. Gillick, Esq. 312336
2  jgillick@PHGLawGroup.com
   PHG Law Group
3  501 West Broadway, Suite 1480
4  San Diego, CA 92101
   Telephone: (619) 826-8060
5  Facsimile: (619) 826-8065

6
   Attorneys for Deponent Carley Miller
7

8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA

10 | TOBY HOY,                          | Case No. 4:21-cv-04875-YGR
11 |                                    |
12 |                    Plaintiff,      | **OBJECTIONS TO SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**
13 |       v.                           |
14 | HI.Q, INC. d/b/a HEALTH IQ,        |
15 |                                    |
16 |                    Defendants.     |

1

1    Responding Party objects to this subpoena on the grounds that the custodian
2 is located more than 100 miles from the place of production.
3    The subpoena identifies testimony commanded from the Deponent as set
4 forth in an attachment specified as "See the attached Schedule A" however no
5 schedule A is attached to the subpoena.
6    The subpoena also calls for a production of documents as "All documents
7 responsive to the previously served subpoenas." This is improper and does not
8 include any specific requests to this individual versus the corporate representatives
9 previously subpoenaed.
10    The subpoena is beyond the scope of general discovery and burdensome. Ms.
11 Miller as an individual has nothing to do with the instant lawsuit or the alleged
12 purpose of the deposition. A deposition of Ms. Miller as an individual will not
13 produce any relevant information to the party's claim or defense, nor is it
14 proportional to the needs of the case considering the importance of the issues at
15 stake in the action, the amount in controversy, the parties' relative access to
16 relevant information, the parties' resources, the importance of the discovery in
17 resolving the issues, and whether the burden or expense of the proposed discovery
18 outweighs its likely benefit. Ms. Miller should be noticed, if at all, as an employee
19 in order to ensure her deposition is proper and reasonably tailored. The burden for
20 her to prepare for a deposition which references every aspect of her life is improper,
21 overbroad, and burdensome.
22    Responding Party objects that this request seeks disclosure of confidential
23 and proprietary business records/information, including but not limited to financial
24 information and information containing a third party's private information,
25 disclosure of which would violate Article I, Sec. I of the California Constitution
26 and Federal law. Ms. Miller as an individual is improper for this deposition and
27 should not be made to disclose all of her personal financial information and/or
28 employment file. This subpoena should have been issued to the person most

knowledgeable regarding the limited issue the subpoenaing party needs for its deposition. Instead, a subpoena has been issued to an individual who is now in danger of having to disclose her entire life for no reason other than harassment. Responding Party objects on the grounds that Ms. Miller is not an officer of the company and because the subpoena is not reasonably tailored, there is a concern over the disclosure of privileged business information unrelated to the instant lawsuit or the very narrow issue in dispute here. Had the subpoena been narrowly tailored to the relevant information at issue, this would not cause any problems.

PHG Law Group

Dated: April 17, 2023

_____
Jacob A. Gillick, Esq.
jgillick@phglawgroup.com
Attorneys for Deponent Carley Miller

PROOF OF SERVICE

I, the undersigned, am employed in the county of San Diego, State of California. I am over the age of 18 and not a patty to the within action; my business address is 501 West Broadway, Suite 1480, San Diego, CA, 92101.

On April 17, 2023, I caused to be served the following document(s):

- OBJECTIONS TO SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

on the parties in this action as follows:

| Anthony Paronich, Esq.<br>anthony@paronichlaw.com | Jennifer Murray<br>jmurray@terrellmarshall.com |
|---|---|
| Paul A. Rosenthal<br>prosenthal@foxrothschild.com | Quinn Gardner<br>quinn.gardner@lewisbrisbois.com |
| William Pallares<br>William.pallares@lewisbrisbois.com | |

X    BY EMAIL - Based on an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the person at the electronic notification addresses listed above.

I declare under penalty of perjury under the laws of the State of California, that the above is true and correct.

Executed on April 17, 2023, at San Diego, California.

*/s/ Leanna Pierce*