

Anthony Paronich <anthony@paronichlaw.com>

---

## RE: Meet and Confer Call today
1 message

---

**Anthony Paronich** <anthony@paronichlaw.com>  Mon, May 8, 2023 at 8:12 PM
To: "Rosenthal, Paul A." <PRosenthal@foxrothschild.com>, Jacob Gillick <jgillick@phglawgroup.com>
Bcc: Anthony Paronich <anthony@paronichlaw.com>

Jacob:

This is also my point exactly regarding the topics. If we were seeking a corporate representative deposition without topics, that would be a problem. But this is an individual fact witness, no topics should have been expected when you agreed to accept a deposition subpoena for the witness.

To your point about why we won't conduct a deposition via written question: it's because we're not obligated to as we want the right to ask questions following up on answers, just like we did with Mr. Cardwell.

Your point about Paul's raised voice also doesn't make sense, he's not the one who said things on the call such as "try to keep up" and "you're only half listening". To that end, I appreciate you agreeing that Ms. Miller is not irrelevant, which is why I brought it up. It didn't make any sense when you said it, but you did say it.

So, where we've left the meet and confer process is (a) we all agree that Ms. Miller has relevant information (b) we agree that your accepted her deposition subpoena with a specified date and time that you provided and (c) you did not appear for that deposition because we did not limit the topics of testimony, which you've provided no legal support of case law for.

If I've misstated anything, please let me know.

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400

Hingham, MA 02043
[o] (617) 485-0018

[c] (508) 221-1510
[f] (508) 318-8100


This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

**From:** Rosenthal, Paul A. <PRosenthal@foxrothschild.com>
**Sent:** Monday, May 8, 2023 4:45 PM
**To:** Jacob Gillick <jgillick@phglawgroup.com>; Anthony Paronich <anthony@paronichlaw.com>
**Subject:** RE: Meet and Confer Call today

Jacob,

Your characterization of my response is not accurate. The only time my voice raised was to be heard over your interruption wherein you said that you did not trust us to conduct a valid deposition of Ms. Miller. Your unproductive, obstructionist approach in this case has already resulted in an order compelling production of documents and testimony from your client. Your current refusal to present a relevant fact witness (after agreeing to a date and time for her deposition to be held) only further wastes my client's time and resources. This dispute has been manufactured by you without any valid legal support. Your statement that you do not trust counsel to adhere to the limits of Rule 26 during a deposition of your client is as offensive as it is meritless. There is no obligation for the parties to provide topics for a 30(b)(1) deposition witness and there is no duty to accept written discovery from a non-party witness.

Health IQ will similarly seek to recover its fees and all appropriate relief arising from your improper conduct and meritless arguments throughout the course of this matter.

Paul

**Paul Rosenthal**
Partner
**Fox Rothschild LLP**
(973) 548-3388 - direct
PRosenthal@foxrothschild.com

www.foxrothschild.com

**From:** Jacob Gillick <jgillick@phglawgroup.com>
**Sent:** May 8, 2023 4:29 PM
**To:** Anthony Paronich <anthony@paronichlaw.com>; Rosenthal, Paul A. <PRosenthal@foxrothschild.com>
**Subject:** [EXT] RE: Meet and Confer Call today

Mr. Paronich:

You had the objections to the depositions with enough time not to attend or incur costs. You were also given warning that it would be a waste of money. You made the decision to waste your own resources, and now I am concerned about my client's resources being wasted. I strongly disagree with your characterization of the phone call. How can I say she was irrelevant while also offering to do written discovery and requesting a limited in scope subpoena? Your position does not make sense.

It is extremely unnerving that instead of working with me or any of the solutions I have offered, you would rather continue as described below. Mr. Rosenthal's emotional response with a raised voice was also concerning. Why not issue an appropriate and limited subpoena or take my offer on written and verified responses? From an objective point of view, there are too many red-flags, and I would not be doing my job if I just threw my client and its employees at you without the proper procedures or law being followed.

Best,

Jacob A. Gillick, Esq.

**PHG Law Group**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel. (619) 826-8060

Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Sent:** Monday, May 8, 2023 1:19 PM
**To:** Jacob Gillick <jgillick@phglawgroup.com>; Rosenthal, Paul A. <PRosenthal@foxrothschild.com>
**Subject:** RE: Meet and Confer Call today

Jacob:

Thank you for attending this meet and confer that we had to reschedule, as you mention below.

As I indicated, we have put in writing that Ms. Miller is not obligated to produce any documents. Furthermore, your claim that Ms. Miller is irrelevant is simply untrue, as Mr. Cardwell's deposition reveals. Indeed, the fact that your claim that we can issue a deposition upon written question reveals that Ms. Miller has discoverable information. She's a fact witness and we intended to ask her questions related to her job responsibilities that were at issue. We intended to do so on a date and time you provided for her deposition pursuant to a subpoena that you accepted on her behalf.

Unfortunately, I believe the end of the call with your statement that "you don't trust us" reveals your client's true issue here, and as Paul correctly pointed out, our law firms and our clients are required to comply with Rule 26. We will be moving for a Court Order related your client's failure to attend their deposition, which you did not seek a protective order related to a validly served subpoena.

If your client would like to reconsider their position and simply schedule the deposition, we will agree to waive our costs and fees associated with moving to compel the deposition that Ms. Miller failed to appear for.

Regards,

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400

Hingham, MA 02043
[o] (617) 485-0018

[c] (508) 221-1510
[f] (508) 318-8100


This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.


**From:** Anthony Paronich <anthony@paronichlaw.com>
**Sent:** Friday, May 5, 2023 9:24 AM
**To:** 'Jacob Gillick' <jgillick@phglawgroup.com>; 'Rosenthal, Paul A.' <PRosenthal@foxrothschild.com>
**Subject:** RE: Meet and Confer Call today


I can do the evening EST of 5/8 if that works for Paul


**From:** Jacob Gillick <jgillick@phglawgroup.com>
**Sent:** Wednesday, May 3, 2023 5:26 PM
**To:** Anthony Paronich <anthony@paronichlaw.com>; Rosenthal, Paul A. <PRosenthal@foxrothschild.com>
**Subject:** RE: Meet and Confer Call today


All,


I just realized that this meeting and been mis-calendared. I am so sorry to have missed the time. It was a genuine mistake. Is tomorrow ok? I can make myself available for you both. My apologies again.


Jacob A. Gillick, Esq.

**PHG Law Group**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel. (619) 826-8060

Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Sent:** Wednesday, May 3, 2023 7:13 AM
**To:** Jacob Gillick <jgillick@phglawgroup.com>; Rosenthal, Paul A. <PRosenthal@foxrothschild.com>
**Subject:** Meet and Confer Call today

Hello, all. We can use this dial in for the call: (617) 812-4542 (no passcode necessary)

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400

Hingham, MA 02043
[o] (617) 485-0018

[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.