
Anthony Paronich <anthony@paronichlaw.com>

## RE: Hoy v. HealthIQ
1 message

**Anthony Paronich** <anthony@paronichlaw.com>                                  Fri, Feb 24, 2023 at 1:43 PM
To: Jacob Gillick <jgillick@phglawgroup.com>
Cc: Jennifer Murray <jmurray@terrellmarshall.com>, "Paul A. Rosenthal" <PRosenthal@foxrothschild.com>, william.pallares@lewisbrisbois.com
Bcc: Anthony Paronich <anthony@paronichlaw.com>

Thanks, the subpoena is attached. Let's discuss the dates when you get a chance. We're not requesting any documents at this time because all of the documents that Ms. Miller could have would be documents that we should have already received from her employer.

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400

Hingham, MA 02043
[o] (617) 485-0018

[c] (508) 221-1510
[f] (508) 318-8100


This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.




**From:** Jacob Gillick <jgillick@phglawgroup.com>
**Sent:** Tuesday, February 21, 2023 3:21 PM
**To:** Anthony Paronich <anthony@paronichlaw.com>
**Cc:** Jennifer Murray <jmurray@terrellmarshall.com>; Paul A. Rosenthal <PRosenthal@foxrothschild.com>; william.pallares@lewisbrisbois.com
**Subject:** RE: Hoy v. HealthIQ


Hey Anthony,

I have spoke with my client and I think the best way to move forward would be to issue your subpoena (I will accept service) with a unilaterally set date and we will likely have to discuss the topics and documents requested. Once we get that taken care of, we can set a date to get this done with. Please send us the subpoena and we will get going.

Best,

Jacob A. Gillick, Esq.

**PHG Law Group**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel. (619) 826-8060

Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Sent:** Wednesday, February 15, 2023 3:31 PM
**To:** Jacob Gillick <jgillick@phglawgroup.com>
**Cc:** Jennifer Murray <jmurray@terrellmarshall.com>; Paul A. Rosenthal <PRosenthal@foxrothschild.com>; william.pallares@lewisbrisbois.com
**Subject:** Re: Hoy v. HealthIQ

Hello, Jacob. Would Ms. Miller like counsel to propose some available dates or does she have some in March that she'd like to propose?

----

Anthony Paronich

Paronich Law, P.C.

350 Lincoln Street, Suite 2400

Hingham, MA 02043

[o] (617) 485-0018

[c] (508) 221-1510

[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

On Fri, Feb 3, 2023 at 1:50 PM Jacob Gillick <jgillick@phglawgroup.com> wrote:

> Anthony,
>
> Please see the attached communications and let me know if you have any questions. We are able to accept service for Ms. Miller.
>
> Best,
>
> Jacob A. Gillick, Esq.
>
> **PHG Law Group**
>
> 501 West Broadway, Suite 1480
>
> San Diego, CA 92101
>
> Tel. (619) 826-8060
>
> Fax. (619) 826-8065
>
> CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.
>
> **From:** Anthony Paronich <anthony@paronichlaw.com>
> **Sent:** Tuesday, January 31, 2023 1:00 PM
> **To:** Jacob Gillick <jgillick@phglawgroup.com>; Jacob Gillick <jgillick@morrislawfirmapc.com>
> **Cc:** Jennifer Murray <jmurray@terrellmarshall.com>; Paul A. Rosenthal <PRosenthal@foxrothschild.com>
> **Subject:** Hoy v. HealthIQ
>
> Jacob:
>
> I am writing concerning two issues that relate to ZeetoGroup.
>
> First, there was an on the record dispute about a privilege log and communications that had not been produced. We need a date certain, we suggest February 10, 2023, to get the documents or the privilege log. We are reserving all positions with respect to the fact that the privilege objection has been overruled.
>
> Second, we intend to issue a deposition subpoena for Carley Miller. Are you able to accept service?

Regards,

----

Anthony Paronich

Paronich Law, P.C.

350 Lincoln Street, Suite 2400

Hingham, MA 02043

[o] (617) 485-0018

[c] (508) 221-1510

[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

---

**Deposition Subpoena to Carley Miller -- 2.24.23.pdf**
192K