Chiharu G. Sekino, CSB #306589
Email: cgsekino@millershah.com
MILLER SHAH LLP
1230 Columbia Street, Suite 1140
San Diego, CA 92101
Telephone: (866) 540-5505
Facsimile: (866) 300-7367

[Additional Counsel Appear on Signature Page]

*Attorneys for Non-Parties Toby Hoy and Constance Kennedy*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HI Q, INC. d/b/a HEALTH IQ,<br><br>Petitioner,<br><br>v.<br><br>ZEETOGROUP, LLC,<br><br>Respondent. | Case No. 22-cv-1440-LL-DDL<br><br>**DECLARATION OF BETH E. TERRELL REGARDING FEES AND COSTS INCURRED IN BRINGING MOTION TO COMPEL COMPLIANCE WITH OUT-OF-DISTRICT SUBPOENA TO NON-PARTY CARLEY MILLER, AN EMPLOYEE OF ZEETO GROUP, LLC**<br><br>**The Hon. David D. Leshner** |

I, Beth E. Terrell, declare as follows:

1. I am a member of the law firm of Terrell Marshall Law Group PLLC, co-counsel of record for Toby Hoy and Constance Kennedy, who filed a motion to compel compliance with an out-of-district subpoena issued to Carley Miller, who

is a employee of Respondent ZeetoGroup, LLC (Dkt. 15) and who failed to appear for her deposition pursuant to a duly-noted and properly-served deposition subpoena.

2. I am admitted to practice before this Court and am a member in good standing of the bars of the state of Washington and California. Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so.

3. I submit this declaration in response to the Court's minute order dated May 31, 2023 (Dkt. No. 17) ("Minute Order").

4. The Minute Order requires Hi Q, Inc. d/b/a Health IQ ("Health IQ") to file a declaration setting forth their fees and costs in bringing the Motion. *See* Dkt. No. 17. But Health IQ did not bring the Motion. My clients, Mr. Hoy and Ms. Kennedy, brought the Motion. As counsel of record for Mr. Hoy and Ms. Kennedy, I submit this declaration to itemize the fees and costs Mr. Hoy and Ms. Kennedy incurred bringing the Motion.

5. Mr. Hoy and Ms. Kennedy incurred $4,287.50 in fees bringing the Motion. I have itemized those fees in the following chart, which is based on time records contemporaneously kept by attorneys at my firm and my co-counsel's firm:

| Timekeeper | Rate | Hours | Total |
|---|---|---|---|
| Anthony Paronich, Partner<br>Paronich Law, P.C. | $550 | 4.5 | $2,475 |
| Adrienne D. McEntee, Partner<br>Terrell Marshall Law Group PLLC | $725 | 2.5 | $1,812.50 |

6. In addition to the fees they incurred, Mr. Hoy and Ms. Kennedy also paid $830 in out-of-pocket costs as a result Carley Miller's failure to appear pursuant to the deposition subpoena Mr. Hoy and Ms. Kennedy issued. Attached to this declaration as <u>Exhibit A</u> is a true and correct copy of an invoice from Magna Legal Services itemizing court reporter costs for Ms. Miller's deposition.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

EXECUTED this 6th day of June, 2023 at Seattle, Washington.

By: <u>/s/ Beth E. Terrell, CSB #178181</u>
Beth E. Terrell, CSB #178181

## CERTIFICATE OF SERVICE

I, Beth E. Terrell hereby certify that on June 6, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Paul A. Rosenthal, CSB #338994
>Email: prosenthal@foxrothschild.com
>FOX ROTHSCHILD LLP
>49 Market Street
>Morristown, New Jersey 07960
>Telephone: (973) 548-3388
>
>*Attorneys for Petitioner Hi Q Inc.*
>
>Jacob A. Gillick, CSB #312336
>Email: jgillick@morrislawfirmapc.com
>PHG LAW GROUP
>501 West Broadway, Ste. 1480
>San Diego, California 92101
>Telephone: (619) 826-8060
>
>*Attorneys for Respondent Zeetogroup, LLC*

DATED this 6th day of June, 2023.

By: /s/ Beth E. Terrell, CSB #178181
    Beth E. Terrell, CSB #178181