- Exhibit A -

# STATEMENT

1 of 1

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 866-624-6221  F: 215-207-2322

| Account No. | Date |
|---|---|
| C159769 | 6/6/2023 |

| 1 - 30 days | 31 - 60 days | 61 - 90 days |
|---|---|---|
| $830.00 | $0.00 | $0.00 |
| **91 - 120 days** | **121 days & Over** | **Total Due** |
| $0.00 | $0.00 | **$830.00** |

Anthony Paronich, Esq.
Paronich Law, P.C
350 Lincoln Street, Suite 2400
Hingham, MA 02043

| Invoice Date | Invoice No. | Balance | Job No. | Job Date | Witness | Case |
|---|---|---|---|---|---|---|
| 5/15/2023 | 1060895 | 830.00 | 955165 | 4/20/2023 | Carley Miller | Toby Hoy v. HI.Q. Inc. d/b/a Health IQ |

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Anthony Paronich, Esq.
Paronich Law, P.C
350 Lincoln Street, Suite 2400
Hingham, MA 02043

Account No. : C159769
Date          : 6/6/2023

**Total Due** : **$830.00**

Remit To: **Magna Legal Services LLC**
          **P.O. Box 822804**
          **Philadelphia, PA 19182-2804**

# I N V O I C E

1 of 1

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 866-624-6221  F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1060895 | 5/15/2023 | 955165 |
| Job Date | | Case No. |
| 4/20/2023 | | 4:21-cv-04875 |
| Case Name | | |
| Toby Hoy v. HI.Q. Inc. d/b/a Health IQ | | |
| Payment Terms | | |
| Due upon receipt | | |

Anthony Paronich, Esq.
Paronich Law, P.C
350 Lincoln Street, Suite 2400
Hingham, MA 02043

Carley Miller

| | | | |
|---|---|---|---|
| Certificate of Non Appearance | 1.00 @ | 450.000 | 450.00 |
| Attendance Fee | 1.00 @ | 300.000 | 300.00 |
| GoGreenScripts Lit Package | 1.00 @ | 45.000 | 45.00 |
| MLV Connect | 1.00 Access @ | 35.000 | 35.00 |

**TOTAL DUE   >>>**                                                    **$830.00**

Location of Job    : VIRTUAL
                     REQUESTED, CA

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

(-) Payments/Credits:                 0.00
(+) Finance Charges/Debits:           0.00
(=) New Balance:                   $830.00

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Anthony Paronich, Esq.
Paronich Law, P.C
350 Lincoln Street, Suite 2400
Hingham, MA 02043

Job No.      : 955165          BU ID        : PHILA
Case No.     : 4:21-cv-04875
Case Name    : Toby Hoy v. HI.Q. Inc. d/b/a Health IQ

Invoice No.  : 1060895         Invoice Date : 5/15/2023
**Total Due**    : **$830.00**

Remit To: **Magna Legal Services LLC**
          **P.O. Box 822804**
          **Philadelphia, PA 19182-2804**

| **PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA |
|---|
| Cardholder's Name: |
| Card Number: |
| Exp. Date:                    Phone#: |
| Billing Address: |
| Zip:             Card Security Code: |
| Amount to Charge: |
| Cardholder's Signature: |
| Email: |