| | |
|---|---|
| 1 | Jacob A. Gillick, Esq. 312336 |
| 2 | jgillick@PHGLawGroup.com |
| | PHG Law Group |
| 3 | 501 West Broadway, Suite 1480 |
| 4 | San Diego, CA 92101 |
| | Telephone: (619) 826-8060 |
| 5 | Facsimile: (619) 826-8065 |
| 6 | |
| 7 | Attorneys for Deponent Carley Miller |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| TOBY HOY, | Case No. 3:22-cv-01440-LL-DDL |
|---|---|
| Plaintiff, | **NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER REGARDING THE DEPOSITION OF CARLEY MILLER** |
| v. | |
| HI.Q, INC. d/b/a HEALTH IQ, | |
| Defendants. | |

1

NOTICE - MOTION FOR PROTECTIVE ORDER          3:22-CV-01440-LL-DDL

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that at a date and time to be set by the above entitled Court located at 333 West Broadway, San Diego, CA 92101, Non-Party employee of ZeetoGroup, LLC, Carley Miller moved this Court for a Protective Order regarding her deposition subpoena.

This Motion relates to an action currently pending in the U.S. District Court for the Northern District of California, *Hoy v. Hi. Q, Inc.*, 4:21-cv-04875 (N.D. Cal. Filed June 24, 2021).

**PHG Law Group**

Dated: June 7, 2023     *s/ Jacob A. Gillick*
Jacob A. Gillick, Esq.
jgillick@phglawgroup.com
Attorneys for Deponent Carley Miller