Jacob A. Gillick, Esq. 312336
jgillick@PHGLawGroup.com
PHG Law Group
501 West Broadway, Suite 1480
San Diego, CA 92101
Telephone: (619) 826-8060
Facsimile: (619) 826-8065

Attorneys for Deponent Carley Miller

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| TOBY HOY, | Case No. 3:22-cv-01440-LL-DDL |
|---|---|
| Plaintiff, | **DECLARATION OF JACOB A. GILLICK IN SUPPORT OF MOTION FOR PROTECTIVE ORDER REGARDING THE DEPOSITION OF CARLEY MILLER** |
| v. | |
| HI.Q, INC. d/b/a HEALTH IQ, | |
| Defendants. | |

I, Jacob A. Gillick, declare as follows:

1. I am a partner with PHG Law Group and represent Deponent Carley Miller and ZeetoGroup, LLC. I have personal knowledge of the facts contained in this declaration and, if called as a witness, could and would testify as such.

2. The parties met and conferred on May 8, 2023, to discuss the deposition subpoena for Carley Miller.

3. During the meet-and-confer process, I requested that the subpoena be re-issued to Ms. Miller as an employee of Zeeto instead of personally, that the topics be identified, and that the time be limited to something reasonable. No agreement was reached.

4. On January 19, 2023, Moving Party took the deposition of Shayne Cardwell, the Chief Revenue Officer of Zeeto. Attached hereto as "Exhibit 1" is a true and correct copy of relevant excerpts from Mr. Cardwell's deposition that address Carley Miller.

I declare under penalty of perjury, under the laws of the United States and California that the foregoing is true and correct. Executed this 7th day of June, 2022, in San Diego, California.

s/ Jacob A. Gillick
Jacob A. Gillick

EXHIBIT 1

```
                                                                    Page 1
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3                    OAKLAND DIVISION

 4

 5   TOBY HOY and CONSTANCE KENNEDY,

 6   individually and on behalf of

 7   all others similarly situated,

 8              Plaintiffs,

 9      v.                            No. 3:21-cv-04875

10   HI.Q, INC., d/b/a HEALTH IQ,

11              Defendant.

12

13

14         REMOTE DEPOSITION OF SHAYNE CARDWELL

15              THURSDAY, JANUARY 19, 2023

16                 SAN DIEGO, CALIFORNIA

17

18

19

20

21

22

23   TSG Job No.:  220969

24   Reported by:  Marilynn Hoover, RPR

25                 California CSR No. 8841
```

Page 38

```
 1        Q.    So Carley Howdy is a name used by Carley
 2   Miller?
 3        A.    Yeah, I think she's probably being funny;
 4   but, yes.
 5        Q.    Okay.  So not -- not an alias or a changed
 6   name; just -- just a name she was using on the system?
 7        A.    Correct.
 8        Q.    And so you said that Ms. Miller pulled this
 9   screen shot for the production?
10        A.    That's correct.
11        Q.    Do you know when Ms. Miller pulled this
12   document?
13        A.    I do not know specifically.
14        Q.    Do you know approximately when Ms. Miller
15   pulled this screen shot?
16        A.    It would have been in the production of the
17   items that were acquired in the subpoena, so I believe
18   that was in December of 2022.
19        Q.    So sometime during the last two months since
20   the court's order is when she pulled this information
21   out of Tibrio's system?
22        A.    That's correct.
23        Q.    Did you speak with Ms. Miller in preparation
24   for today's deposition?
25        A.    I did not.  Other than the production of the
```

Page 42

```
 1   right?
 2        A.    Not necessarily.  I think this was when that
 3   revision was made.
 4        Q.    So the revision that's being referenced in
 5   this document is January of 2022; correct?
 6        A.    Yes.
 7        Q.    Right underneath that date of revision,
 8   there's a row that says "title," followed by two
 9   columns that are each identified as "related
10   advertisers."
11              Do you see that?
12        A.    Yes.
13        Q.    And so what does that mean in terms of what
14   we're looking at here?
15        A.    The left column has a heading that says
16   "removed" and the right column has a heading of
17   "added."
18        Q.    And what does that mean in the context of
19   the related advertisers page on the Getitfree website?
20        A.    So the "added" would be the updated version
21   of the list that would be rendered on the page that's
22   viewable.
23        Q.    And about three quarters of the way down,
24   under "added," it says "Health IQ."
25              Do you see that?
```

Page 43

```
 1        A.    Yes.
 2        Q.    And the word "added" is actually on there in
 3   red font next to it.
 4              Do you see that?
 5        A.    Correct.  Yes.
 6        Q.    Do those red marks appear in the Tibrio
 7   system?
 8        A.    No.  It's -- This is, I believe, added by
 9   Carley separate from it, based on the request that I
10   made for the information.
11        Q.    Did Ms. Miller add annotations to every
12   coding log referenced for Health IQ in connection with
13   the Getitfree website?
14        A.    I don't believe so.  I think she made it
15   specifically to the ones where there was a change or
16   no change.
17        Q.    So if there was a change related to
18   Health IQ on the related advertisers page, would
19   Ms. Miller have marked that in the documents that were
20   produced?
21        A.    Yes.  That's my understanding.
22        Q.    And this document only shows changes to the
23   website; right?
24        A.    This shows changes to the code that would be
25   rendered on the website.  That is correct.
```

Page 167

1   that have access to it.
2       Q.   And when someone logs on to that account,
3   what information is available to them?
4       A.   Whatever information is available about that
5   website and the things that we've done on that
6   website.
7       Q.   Does each website have its own user name and
8   password?
9       A.   I don't know.
10      Q.   And so can you explain to me the process
11  that was undertaken in order to produce information
12  about Getitfree.us
13      A.   As it pertains to what we produced here, I
14  submitted a request via Slack to Carley Miller, as I
15  testified earlier; and Carley has access to those
16  platforms, and then she produced the items that were
17  requested.
18      Q.   Was there any record created by Ms. Miller
19  of the steps she took?
20      A.   That was included in the information that we
21  provided, yes.
22      Q.   And what document is that?
23              (Sotto voce remarks.)
24          THE WITNESS:  I don't remember the names of
25  all of the documents.  It was -- It was included in

Page 169

```
 1   available about this website is what we're permitted
 2   to ask questions about under the court's order?
 3        A.   Sure.
 4        Q.   Okay.  So, then, with respect to Drupal, did
 5   Ms. Miller also go into the Drupal account to search
 6   for similar information?
 7             MR. GILLICK:  Calls for speculation as to
 8   what she did.  If you know, you can answer.
 9             THE WITNESS:  I don't know.  It would
10   depend.  There were three sites that were requested as
11   part of the discovery:  It was OkWow, the Savvy
12   Sampler, and Getitfree.  I know Getitfree is on
13   WordPress.  The other two, I don't know whether
14   they're on WordPress or Drupal; it's immaterial to me.
15        Q.   BY MR. PARONICH:  I understand that it's
16   immaterial to you, but I'm asking questions under the
17   court's order to understand what happened in order to
18   produce documents required by the court order, so...
19        A.   If those two sites were on Drupal, then she
20   would have gone in there to produce those, because we
21   produced the same information you saw on Getitfree for
22   the other two sites as well.
23        Q.   Okay.  And did she create a document about
24   the steps she took for those two websites -- Let me
25   strike that.
```

Page 172

```
 1        Q.    Do you know what this document -- what this
 2   document represents?
 3        A.    It looks like a log of the date that the
 4   related advertiser list was changed.
 5        Q.    What's a revision ID?
 6        A.    I don't know.
 7        Q.    And is that information that you'd be able
 8   to ask Ms. Miller?
 9        A.    Yes.
10        Q.    Do you have any idea if a revision ID stores
11   any changes that are made?
12              MR. GILLICK:  He's already testified that he
13   does not know what it does, so it calls for
14   speculation.
15        Q.    BY MR. PARONICH:  You can answer my question
16   if you know.
17              THE WITNESS:  The -- I know that the
18   revision date, every time those dates were changed,
19   there's a record of the logs.  In terms of how those
20   are ID'd, I don't know if that's done in WordPress or
21   whether that's something that we do; but I would
22   imagine that within the architecture of the system
23   there's two distinct things that happen, but I don't
24   know for certain.  I don't think -- Again, I'm not in
25   WordPress or Drupal.
```

Page 179

```
 1      Q.   And so can you explain to me what this
 2   document is, please?
 3      A.   It's a change log and a screen shot from
 4   WordPress for the related advertisers.
 5      Q.   And so with respect to Health IQ, what does
 6   this document demonstrate in connection with the
 7   related advertiser list?
 8      A.   It's on the removed list and not the added
 9   list, so it would have been removed.
10      Q.   And so when this list is published,
11   Health IQ's name does not appear as a related
12   advertiser?
13      A.   That's correct.
14      Q.   Do you know if, in WordPress, your company
15   has the capability to search for a specific entry,
16   such as "Health IQ," and isolate any removed or added
17   activities across a single website property?
18      A.   I do not know whether they have that ability
19   in WordPress or not.
20      Q.   If that's a question that you wanted to ask
21   someone at your company, would you ask Ms. Miller or
22   someone else?
23      A.   She would be one of a few people that could
24   give me that answer, yes.
25      Q.   Would the other people be those same three
```

TSG Reporting - Worldwide    877-702-9580

Page 213

```
 1   STATE OF CALIFORNIA      )
                              )  SS.
 2   COUNTY OF SAN DIEGO      )

 3        I, MARILYNN HOOVER, CSR No. 8841 for the State of
 4   California, do hereby certify:
 5        That prior to being examined, the witness named
 6   in the foregoing deposition was duly sworn to testify
 7   the truth, the whole truth, and nothing but the truth;
 8        That said deposition was taken down by me in
 9   shorthand at the time and place therein named, and
10   thereafter reduced by me to typewritten form; and that
11   the same is a true, correct, and complete transcript
12   of the said proceedings.
13        Before completion of the deposition, review of
14   the transcript [X] was [ ] was not requested.  If
15   requested, any changes made by the deponent (and
16   provided to the reporter) during the period allowed
17   shall be appended hereto.
18        I further certify that I am not interested in the
19   outcome of the action.
20        Witness my hand this 31st day of January 2023.
```

*[Signature: Marilynn Hoover]*

Marilynn Hoover, RPR
California CSR No. 8841

Page 215

CERTIFICATE OF WITNESS

    I, SHAYNE CARDWELL, do hereby certify that I have read the foregoing portion of the transcript of my deposition taken on Thursday, the 19th day of January 2023, and that the said transcript is true and correct except for such corrections as I may have noted.

_____

SHAYNE CARDWELL

Subscribed and sworn to before me this _____ day of _____ 2023.

_____
Notary Public, State of _____
My Commission Expires: _____