Jacob A. Gillick, Esq. 312336
jgillick@PHGLawGroup.com
PHG Law Group
501 West Broadway, Suite 1480
San Diego, CA 92101
Telephone: (619) 826-8060
Facsimile: (619) 826-8065

Attorneys for Deponent Carley Miller

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| TOBY HOY,<br><br>                  Plaintiff,<br><br>  v.<br><br>HI.Q, INC. d/b/a HEALTH IQ,<br><br>                  Defendants. | Case No. 3:22-cv-01440-LL-DDL<br><br>**DECLARATION OF JACOB A. GILLICK IN SUPPORT OF OPPOSITION TO NON-PARTY TOBY HOY AND CONSTANCE KENNEDY'S MOTION TO COMPEL COMPLIANCE WITH OUT-OF-DISTRICT SUBPOENA TO NON-PARTY CARLEY MILLER, AN EMPLOYEE OF ZEETOGROUP, LLC** |
|---|---|

I, Jacob A. Gillick, declare as follows:

1. I am a partner with PHG Law Group and represent Deponent Carley Miller. I have personal knowledge of the facts contained in this declaration and, if called as a witness, could and would testify as such.

2. Carley Miller's name was brought up during the deposition of ZeetoGroup, LLC's ("Zeeto") Chief Revenue Officer Shayne Cardwell. During Mr. Cardwell's deposition there were very specific and narrow items where he stated that Carley Miller may have more information. In response to that, Moving Parties issued a subpoena for Carley Miller as an individual, instead of as an employee of Zeeto, requiring her to compile all of the previous document requests, review the documents, and then sit for a deposition without any kind of safeguards from topics outside of the very narrow issues uncovered during Mr. Cardwell's deposition. Ms. Miller is not a C-level employee and deserves as much protection as possible from harassment. I attempted to work out these issues and thought they had been resolved.

3. During the meet and confer a date for Ms. Miller's deposition was proposed.

4. Instead of issuing a subpoena compliant with the meet and confer discussions, Moving Parties issued a broad and facially defective subpoena demanding documents and information Ms. Miller would not have been able to prepare before the deposition date.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

5. Had Moving Parties complied with the agreements and procedural safeguards for Ms. Miller, there would likely be no issues here. Instead of re-issuing a proper subpoena as requested repeatedly by Ms. Miller's counsel, Moving Parties filed a Motion to Compel.

I declare under penalty of perjury, under the laws of the United States and California that the foregoing is true and correct. Executed this 7th day of June, 2022, in San Diego, California.

s/ Jacob A. Gillick
Jacob A. Gillick