| | |
|---|---|
| Chiharu G. Sekino, CSB #306589<br>Email: cgsekino@millershah.com<br>MILLER SHAH LLP<br>1230 Columbia Street, Suite 1140<br>San Diego, CA 92101<br>Telephone: (866) 540-5505<br>Facsimile: (866) 300-7367<br><br>[Additional Counsel Appear on Signature Page]<br><br>*Attorneys for Non-Parties Toby Hoy and Constance Kennedy* | |

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HI Q, INC. d/b/a HEALTH IQ,<br><br>Petitioner,<br><br>v.<br><br>ZEETOGROUP, LLC,<br><br>Respondent. | Case No. 22-cv-1440-LL-DDL<br><br>**JOINT NOTICE THAT COUNSEL FOR TCPA PLAINTIFFS AND HI Q INTEND TO APPEAR REMOTELY FOR JULY 6, 2023 HEARING TO SHOW CAUSE**<br><br>**The Hon. David D. Leshner** |

This is a subpoena enforcement action. Counsel for Plaintiffs and Defendants in the underlying action, *Hoy v. Hi Q, Inc. d/b/a Health IQ*, Case No. 3:21-cv-04875-TLT (N.D. Cal.), jointly notify the Court that they intend to attend the show cause hearing set for July 6, 2023 at 12:00 p.m. remotely. *See* Dkt. No. 22 (permitting counsel for Plaintiffs and Defendants in the underlying action to

appear for the hearing remotely). Counsel for the subpoenaed party, Carley Miller, does not oppose counsel's remote participation in the hearing.

DATED this 29th day of June, 2023.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Beth E. Terrell
    Beth E. Terrell, CSB #178181
    Email: bterrell@terrellmarshall.com
    Jennifer Rust Murray*
    Email: jmurray@terrellmarshall.com
    936 North 34th Street, Suite 300
    Seattle, Washington 98103
    Telephone: (206) 816-6603
    Facsimile: (206) 319-5450

    Chiharu G. Sekino, CSB #306589
    Email: cgsekino@millershah.com
    MILLER SHAH LLP
    1230 Columbia Street, Suite 1140
    San Diego, CA 92101
    Telephone: (866) 540-5505
    Facsimile: (866) 300-7367

    *Attorneys for Non Party Toby Hoy and Constance Kennedy*
    *\* Pro Hac Vice forthcoming*

FOX ROTHSCHILD LLP

By: /s/ Paul A. Rosenthal
    Paul A. Rosenthal, CSB #338994
    Email: prosenthal@foxrothschild.com
    49 Market Street
    Morristown, New Jersey 07960
    Telephone: (973) 548-3388

    *Attorneys for Petitioner Hi Q Inc.*

PHG LAW GROUP

By: /s/ *Jacob A. Gillick*
    Jacob A. Gillick, CSB #312336
    Email: jgillick@morrislawfirmapc.com
    501 West Broadway, Ste. 1480
    San Diego, California 92101
    Telephone: (619) 826-8060

*Attorneys for Respondent Zeetogroup, LLC and Carley Miller*

# CERTIFICATE OF SERVICE

I, Beth E. Terrell hereby certify that on June 29, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Paul A. Rosenthal, CSB #338994
>Email: prosenthal@foxrothschild.com
>FOX ROTHSCHILD LLP
>49 Market Street
>Morristown, New Jersey 07960
>Telephone: (973) 548-3388
>
>*Attorneys for Petitioner Hi Q Inc.*
>
>Jacob A. Gillick, CSB #312336
>Email: jgillick@morrislawfirmapc.com
>PHG LAW GROUP
>501 West Broadway, Ste. 1480
>San Diego, California 92101
>Telephone: (619) 826-8060
>
>*Attorneys for Respondent Zeetogroup, LLC*

DATED this 29th day of June, 2023.

>By: /s/ Beth E. Terrell, CSB #178181
>    Beth E. Terrell, CSB #178181