# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

HI. Q, INC. D/B/A HEALTH IQ

Plaintiff,

v.

ZEETOGROUP, LLC

Defendant.

Case No. 3:22-cv-01440-LL-DDL

**PRO HAC VICE APPLICATION**

Hi. Q, Inc. d/b/a Health IQ
Party Represented

I, Krista N. Hartrum (Applicant) hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

My firm name: Fox Rothschild LLP
Street address: 49 Market Street
City, State, ZIP: Morristown, New Jersey 07960
Phone number: 973-548-3391
Email: khartrum@foxrothschild.com

That on December 6, 2022 (Date) I was admitted to practice before Supreme Court of New Jersey (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I [ ] have) [✓] have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case
Case Number _____ Date of Application _____
Application: [ ] Granted  [ ] Denied

I declare under penalty of perjury that the foregoing is true and correct.

_(Signature of Applicant)_

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Paul A. Rosenthal (CA Bar No. 338994)    973-548-3388
(Name)                                    (Telephone)

Fox Rothschild LLP
(Firm)

49 Market Street        Morristown              07960
(Street)                (City)                  (Zip code)

_(Signature of Applicant)_

I hereby consent to the above designation.

_(Signature of Designee Attorney)_