UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HI Q, INC. d/b/a HEALTH IQ,<br><br>                             Petitioner,<br>v.<br><br>ZEETOGROUP, LLC,<br><br>                            Respondent. | Case No.: 22-cv-1440-LL-DDL<br><br>**FILED ON PUBLIC DOCKET**<br><br>**NOTICE OF VIDEOCONFERENCE INFORMATION FOR ORDER TO SHOW CAUSE HEARING** |

      An Order to Show Cause Hearing has been scheduled in this matter for **July 6, 2023** at **12:00 p.m.** Pursuant to the Court's June 20, 2023 Order, Jacob Gillick and Carley Miller must appear in person. Dkt. No. 22. Counsel for TCPA Plaintiffs and Hi Q, Inc. have advised the Court they intend to appear by videoconference. Dkt. No. 23. Counsel appearing remotely must use the videoconference link below to appear at the Order to Show Cause Hearing and should plan to log in at least five minutes prior to the scheduled start time.

      IT PC Support is inviting you to a scheduled ZoomGov meeting.

Topic: CASD 7 – Courtroom 3C
Date: July 6, 2023

1

Join ZoomGov Meeting
https://casd-uscourts-gov.zoomgov.com/j/1617037088?pwd=M0xsTjJReXVFVFFrZWFydmFkbGxDdz09

Meeting ID: 161 703 7088
Passcode: 2022
One tap mobile
+16692545252,,1617037088#,,,,*2022# US (San Jose)
+14154494000,,1617037088#,,,,*2022# US (US Spanish Line)

Dial by your location
+1 669 254 5252 US (San Jose)
+1 415 449 4000 US (US Spanish Line)
+1 669 216 1590 US (San Jose)
+1 646 828 7666 US (New York)
+1 646 964 1167 US (US Spanish Line)
+1 551 285 1373 US
Meeting ID: 161 703 7088
Passcode: 2022
Find your local number: https://casd-uscourts-gov.zoomgov.com/u/adwZKNqlgV

Join by SIP
1617037088@sip.zoomgov.com

Join by H.323
161.199.138.10 (US West)
161.199.136.10 (US East)
Meeting ID: 161 703 7088
Passcode: 2022

The Order to Show Cause Hearing is not a confidential proceeding and the Clerk of Court is respectfully requested to file this notice on the public docket. Any questions regarding the Order to Show Cause Hearing may be directed to the Court's staff at (619) 837-6526.