| | |
|---|---|
| 1<br>2<br>3<br>4 | **FOX ROTHSCHILD LLP**<br>Paul A. Rosenthal (CA Bar 338994)<br>49 Market Street<br>Morristown, New Jersey 07960-5122<br>Telephone:    973.992.4800<br>Facsimile:     973.992.9125<br>PRosenthal@foxrothschild.com |
| 5 | *Attorneys for Petitioner, Hi. Q, Inc. d/b/a Health IQ* |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HI. Q, INC. D/B/A HEALTH IQ,<br><br>Petitioner,<br><br>v.<br><br>ZEETOGROUP LLC,<br><br>Respondent. | Case No. 3:22-cv-01440-LL-DDL<br><br>**NOTICE TO THE COURT OF ZEETOGROUP LLC'S FAILURE TO COMPLY WITH COURT ORDER AND REQUEST FOR ORDER COMPELLING COMPLIANCE** |

We write to seek further assistance from the Court concerning Petitioner Hi.Q, Inc. d/b/a Health IQ's request for a complete production of relevant and responsive documents and information from Respondent ZeetoGroup LLC ("Zeeto").

On November 29, 2022, this Court granted Health IQ's motion to compel Zeeto's response to Health IQ's July 12, 2022 Subpoena. (Dkt. No. 14.) That Order also said that Health IQ was "directed to inform this Court" if Zeeto failed to comply with the Court's Order (*Id.* at p. 32.) Unfortunately, evidence has now been produced suggesting that relevant and responsive documents and information continue to be withheld by Zeeto.

On July 12, 2022, Health IQ served Zeeto with a subpoena requesting documents relevant to the underlying action, captioned *Hoy & Kennedy v. Hi. Q, Inc. d/b/a Health IQ*, No. 4:21-cv-04875-TLT (the "Hoy Action"), currently pending in the Northern District of California. (Exhibit 1.) Following good faith attempts to meet and confer, Health IQ moved to compel Zeeto to produce

1

documents in response to its subpoena and to produce a designated corporate representative for deposition. (Dkt. No. 1.) On November 29, 2022, the Court ordered Zeeto to produce the subpoenaed materials within twenty-one days and make a corporate representative available for deposition within thirty days of such production. (Dkt. No. 14.) On December 20, 2022, Zeeto produced documents responsive to Health IQ's subpoena. On January 19, 2023, the parties took the deposition of Zeeto's corporate representative, Shayne Cardwell. During the deposition of Mr. Cardwell, he identified additional, responsive communications relevant to Health IQ's subpoena that had not been produced. Zeeto served a supplemental production of documents on February 3, 2023. (Ex. 2.)

During Zeeto's deposition, Mr. Cardwell was unprepared to answer certain questions pertaining to specific documents produced by Zeeto and identified Zeeto employee Carley Miller as the person most knowledgeable regarding the open questions. As the Court is aware, on June 20, 2023, Ms. Miller was compelled to appear for her deposition in the Hoy Action. (Dkt. Nos. 22, 30.) Ms. Miller's July 12, 2023 deposition identified additional responsive information and documents in Zeeto's possession that do not appear to have been produced in response to Health IQ's subpoena or the Court's November 29 Order.

Specifically, Ms. Miller identified documents and information within Zeeto's databases that reflect relevant consumers' interactions with the GetItFree.com Website, including questions and information presented to those consumers, responsive information from the consumers, and certain disclosures that may have been made to the consumers as they interacted with the Website. Ms. Miller testified that Zeeto maintains a "Snowflake database" as well as data accessible through the "Looker Analytics Tool" that are responsive to Health IQ's Subpoena, but does not appear to have been produced.

The consumer interaction data described by Ms. Miller appears responsive to, at minimum, Health IQ's Request No. 11, which seeks "All web session data for any lead that YOU sold to Cege." (Ex. 1.) In addition, this information may be responsive to Request No. 10, which seeks "DOCUMENTS sufficient to show consent collected by YOU for telemarketing calls including the use of pre-recorded voice messages by or on behalf of HEALTH IQ, during the RELEVANT TIME

PERIOD." (*Id.*) Shortly after the conclusion of Ms. Miller's deposition, Health IQ requested that Zeeto produce "all data from the Snowflake database and/or available through the Looker Analytics Tool for each relevant lead that ZeetoGroup/Tibrio sold to Enfuego Holdings." (Ex. 3.) As of this submission, no response has been received from Zeeto.

Based on the Court's November 29 Order, Health IQ respectfully requests this Court compel Zeeto to produce all data from its Snowflake database and/or available through the Looker Analytics Tool for each relevant lead that ZeetoGroup/Tibrio sold to Enfuego Holdings. In addition, Health IQ requests that this Court award Health IQ recovery for the added costs and fees incurred from being required to pursue information relevant and responsive to Health IQ's subpoena and previously compelled by the Court's November 29 Order, as well as all other appropriate relief.

Respectfully submitted,

Dated: July 14, 2023

**FOX ROTHSCHILD LLP**

*/s/ Paul A. Rosenthal*
Paul A. Rosenthal
*Attorneys for Petitioner,
Hi. Q, Inc. d/b/a Health IQ*