# EXHIBIT 2

| From: | Jacob Gillick |
|---|---|
| To: | Anthony Paronich |
| Cc: | Jennifer Murray; Rosenthal, Paul A. |
| Subject: | [EXT] RE: Hoy v. HealthIQ |
| Date: | February 3, 2023 1:51:55 PM |
| Attachments: | AC Communications pt. 2.pdf |
| | AC Communications pt 1..pdf |
| | AC Communications pt 3..pdf |

Anthony,

Please see the attached communications and let me know if you have any questions. We are able to accept service for Ms. Miller.

Best,

Jacob A. Gillick, Esq.
**PHG Law Group**
501 West Broadway, Suite 1480
San Diego, CA 92101
Tel. (619) 826-8060
Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Sent:** Tuesday, January 31, 2023 1:00 PM
**To:** Jacob Gillick <jgillick@phglawgroup.com>; Jacob Gillick <jgillick@morrislawfirmapc.com>
**Cc:** Jennifer Murray <jmurray@terrellmarshall.com>; Paul A. Rosenthal <PRosenthal@foxrothschild.com>
**Subject:** Hoy v. HealthIQ

Jacob:

I am writing concerning two issues that relate to ZeetoGroup.

First, there was an on the record dispute about a privilege log and communications that had not been produced. We need a date certain, we suggest February 10, 2023, to get the documents or the privilege log. We are reserving all positions with respect to the fact that the privilege objection has been overruled.

Second, we intend to issue a deposition subpoena for Carley Miller. Are you able to accept service?

Regards,

From: **Leanna Pierce via DocuSign** dse_NA3@docusign.net
Subject: Completed: Please DocuSign: Zeeto Declaration jag.docx
Date: July 1, 2022 at 7:28 AM
To: Shayne Cardwell shayne@zeeto.io



**DocuSign**



Your document has been completed

VIEW COMPLETED DOCUMENT

**Leanna Pierce**
lpierce@morrislawfirmapc.com

All parties have completed Please DocuSign: Zeeto Declaration jag.docx.

**Do Not Share This Email**
This email contains a secure link to DocuSign. Please do not share this email, link, or access code with others.

**Alternate Signing Method**
Visit DocuSign.com, click 'Access Documents', and enter the security code:
21250771B80442599BCAC0BD89CA99883

**About DocuSign**
Sign documents electronically in just minutes. It's safe, secure, and legally binding. Whether you're in an office, at home, on-the-go -- or even across the globe -- DocuSign provides a professional trusted solution for Digital Transaction Management™.

**Questions about the Document?**
If you need to modify the document or have questions about the details in the document, please reach out to the sender by emailing them directly.

CONFIDENTIAL

**Stop receiving this email**
Report this email or read more about Declining to sign and Managing notifications.

If you are having trouble signing the document, please visit the Help with Signing page on
our Support Center.

 Download the DocuSign App

This message was sent to you by Leanna Pierce who is using the DocuSign Electronic Signature Service. If you
would rather not receive email from this sender you may contact the sender with your request.

PDF
Zeeto
Declar...cx.pdf

**From:** **Leanna Pierce via DocuSign** dse_NA3@docusign.net
**Subject:** Completed: Please DocuSign: Zeeto Declaration jag.docx
**Date:** June 29, 2022 at 9:22 AM
**To:** Shayne Cardwell shayne@zeeto.io





## Your document has been completed

**VIEW COMPLETED DOCUMENT**

**Leanna Pierce**
lpierce@morrislawfirmapc.com

All parties have completed Please DocuSign: Zeeto Declaration jag.docx.

**Do Not Share This Email**
This email contains a secure link to DocuSign. Please do not share this email, link, or access code with others.

**Alternate Signing Method**
Visit DocuSign.com, click 'Access Documents', and enter the security code:
4E225AAAB2334DEBADED6C719EB70D443

**About DocuSign**
Sign documents electronically in just minutes. It's safe, secure, and legally binding. Whether you're in an office, at home, on-the-go -- or even across the globe -- DocuSign provides a professional trusted solution for Digital Transaction Management™.

**Questions about the Document?**
If you need to modify the document or have questions about the details in the document, please reach out to the sender by emailing them directly.

CONFIDENTIAL

**Stop receiving this email**
Report this email or read more about Declining to sign and Managing notifications.

If you are having trouble signing the document, please visit the Help with Signing page on
our Support Center.

 Download the DocuSign App

This message was sent to you by Leanna Pierce who is using the DocuSign Electronic Signature Service. If you
would rather not receive email from this sender you may contact the sender with your request.

Zeeto
Declar...cx.pdf

CONFIDENTIAL

From: **Leanna Pierce** lpierce@phglawgroup.com
Subject: RE: Declaration for Hoy vs HealthIQ
Date: December 2, 2022 at 12:07 PM
To: Shayne Cardwell shayne@zeeto.io



See attached.  Let me know if you need anything else.

*Leanna Pierce*
Legal Assistant
**PHG Law Group**
501 West Broadway, Suite 1480
San Diego, CA 92101
Tel: (619) 826-8060
Fax (619) 826-8065
lpierce@PHGLawGroup.com
https://www.PHGLawGroup.com

-

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Shayne Cardwell <shayne@zeeto.io>
**Sent:** Friday, December 2, 2022 11:30 AM
**To:** Leanna Pierce <lpierce@phglawgroup.com>
**Subject:** Declaration for Hoy vs HealthIQ

Hi Leanna,

I know Jake is tied up, and I need to gather some items to satisfy the subpoena in this case, so I need your help in getting the documents they reference together.  Can you please send me the following:

March 10, 2022 Declaration
June 29, 2002 Declaration
July 1, 2022 Declaration

Thanks,
Shayne



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

  

CONFIDENTIAL

CARDWELL          Zeeto          Zeeto
DECLA...- 1.PDF   Declar...- 1.pdf   Declar...cx.pdf

From: **Jacob Gillick** jgillick@phglawgroup.com
Subject: RE: Discovery Requests & Notice
Date: October 3, 2022 at 12:04 PM
To: Shayne Cardwell shayne@zeeto.io



Hey!

We have served discovery in Power Source. In DMS we have filed a motion for summary judgment—so that matter is in a bit of a stand still. We just responded to Lapin's discovery and I have been compiling a big dump of requests for him that is going out today or tomorrow.

The Enguego/Cege/PolicyScout matter is still going on. The Plaintiff, Hoy, filed a motion to compel more documents. Ill send a separate e-mail with details. He is unhappy with the declaration-surprise.

Thanks!

Jacob A. Gillick, Esq.
**PHG Law Group**
501 West Broadway, Suite 1480
San Diego, CA 92101
Tel. (619) 826-8060
Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Shayne Cardwell <shayne@zeeto.io>
**Sent:** Monday, October 3, 2022 8:31 AM
**To:** Jacob Gillick <jgillick@phglawgroup.com>
**Subject:** Discovery Requests & Notice

Jake,

Just following up on a couple of areas so that I know where we stand.

Have we submitted our list of discovery requests to either (1) Powersource, (2) DMS, or (3) Lapin? I want to apply pressure to get these to settle since the facts are on our side.

Did we serve formal notice to Enfuego/Cege/PolicyScout that they need to indemnify us? I want to bill them ASAP.

Shayne



**Shayne Cardwell**
Chief Revenue Officer

CONFIDENTIAL



Phone: (561) 716-3100

Email: shayne@zeeto.io

**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

CONFIDENTIAL

**From:** **Shayne Cardwell** shayne@zeeto.io
**Subject:** Re: Discovery Requests & Notice
**Date:** October 3, 2022 at 1:06 PM
**To:** Jacob Gillick jgillick@phglawgroup.com

SC

I want to put PolicyScout on formal notice that they are required to indemnify us so I can invoice them for our legal costs on this to date. Can you draft that for me to review and then I'll have you send it to them. That should do the trick.

**zeeto**

**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

On Mon, Oct 3, 2022 at 12:04 PM Jacob Gillick <jgillick@phglawgroup.com> wrote:

Hey!

We have served discovery in Power Source. In DMS we have filed a motion for summary judgment—so that matter is in a bit of a stand still. We just responded to Lapin's discovery and I have been compiling a big dump of requests for him that is going out today or tomorrow.

The Enguego/Cege/PolicyScout matter is still going on. The Plaintiff, Hoy, filed a motion to compel more documents. Ill send a separate e-mail with details. He is unhappy with the declaration- surprise.

Thanks!

Jacob A. Gillick, Esq.

**PHG Law Group**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel. (619) 826-8060

Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Shayne Cardwell <shayne@zeeto.io>
**Sent:** Monday, October 3, 2022 8:31 AM
**To:** Jacob Gillick <jgillick@phglawgroup.com>
**Subject:** Discovery Requests & Notice

Jake,

CONFIDENTIAL

Just following up on a couple of areas so that I know where we stand.


Have we submitted our list of discovery requests to either (1) Powersource, (2) DMS, or (3) Lapin?  I want to apply pressure to get these to settle since the facts are on our side.


Did we serve formal notice to Enfuego/Cege/PolicyScout that they need to indemnify us?  I want to bill them ASAP.


Shayne




**Shayne Cardwell**

Chief Revenue Officer

Phone: (561) 716-3100

Email: shayne@zeeto.io

**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

From: **Jacob Gillick** jgillick@phglawgroup.com
Subject: RE: Discovery Requests & Notice
Date: October 3, 2022 at 4:07 PM
To: Shayne Cardwell  shayne@zeeto.io

JG

You got it. Will have something tomorrow AM.

Thanks!

Jacob A. Gillick, Esq.
**PHG Law Group**
501 West Broadway, Suite 1480
San Diego, CA 92101
Tel. (619) 826-8060
Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Shayne Cardwell <shayne@zeeto.io>
**Sent:** Monday, October 3, 2022 1:06 PM
**To:** Jacob Gillick <jgillick@phglawgroup.com>
**Subject:** Re: Discovery Requests & Notice

I want to put PolicyScout on formal notice that they are required to indemnify us so I can invoice them for our legal costs on this to date.  Can you draft that for me to review and then I'll have you send it to them.  That should do the trick.



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

On Mon, Oct 3, 2022 at 12:04 PM Jacob Gillick <jgillick@phglawgroup.com> wrote:

Hey!

We have served discovery in Power Source. In DMS we have filed a motion for summary judgment—so that matter is in a bit of a stand still. We just responded to Lapin's discovery and I have been compiling a big dump of requests for him that is going out today or tomorrow.

The Enguego/Cege/PolicyScout matter is still going on. The Plaintiff, Hoy, filed a motion to compel more documents. Ill send a separate e-mail with details. He is unhappy with the declaration- surprise.

declaration surprise.

Thanks!

Jacob A. Gillick, Esq.
**PHG Law Group**
501 West Broadway, Suite 1480
San Diego, CA 92101
Tel. (619) 826-8060
Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Shayne Cardwell <shayne@zeeto.io>
**Sent:** Monday, October 3, 2022 8:31 AM
**To:** Jacob Gillick <jgillick@phglawgroup.com>
**Subject:** Discovery Requests & Notice

Jake,

Just following up on a couple of areas so that I know where we stand.

Have we submitted our list of discovery requests to either (1) Powersource, (2) DMS, or (3) Lapin? I want to apply pressure to get these to settle since the facts are on our side.

Did we serve formal notice to Enfuego/Cege/PolicyScout that they need to indemnify us? I want to bill them ASAP.

Shayne



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**



**From:** **Jacob Gillick** jgillick@phglawgroup.com
**Subject:** Re: Discovery Requests & Notice
**Date:** October 4, 2022 at 6:03 PM
**To:** Shayne Cardwell  shayne@zeeto.io

Hey- I got caught up in court. Didn't forget this. Sorry for the delay.

> On Oct 3, 2022, at 4:07 PM, Jacob Gillick <jgillick@phglawgroup.com> wrote:
>
> You got it. Will have something tomorrow AM.
>
> Thanks!
>
> Jacob A. Gillick, Esq.
> **PHG Law Group**
> 501 West Broadway, Suite 1480
> San Diego, CA 92101
> Tel. (619) 826-8060
> Fax. (619) 826-8065
>
> CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.
>
> **From:** Shayne Cardwell <shayne@zeeto.io>
> **Sent:** Monday, October 3, 2022 1:06 PM
> **To:** Jacob Gillick <jgillick@phglawgroup.com>
> **Subject:** Re: Discovery Requests & Notice
>
> I want to put PolicyScout on formal notice that they are required to indemnify us so I can invoice them for our legal costs on this to date.  Can you draft that for me to review and then I'll have you send it to them.  That should do the trick.
>
> 
>
> **Shayne Cardwell**
> Chief Revenue Officer
> Phone: (561) 716-3100
> Email: shayne@zeeto.io
> **zeeto.io**
>
> **Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**
>
> On Mon, Oct 3, 2022 at 12:04 PM Jacob Gillick <jgillick@phglawgroup.com> wrote:
>> Hey!
>>
>> We have served discovery in Power Source. In DMS we have filed a motion for summary judgment—so that matter is in a bit of a stand still. We just responded to Lapin's discovery and I have been compiling a big dump of requests for him that is going out today or tomorrow.

tomorrow.

The Enguego/Cege/PolicyScout matter is still going on. The Plaintiff, Hoy, filed a motion to compel more documents. Ill send a separate e-mail with details. He is unhappy with the declaration- surprise.

Thanks!

Jacob A. Gillick, Esq.
**PHG Law Group**
501 West Broadway, Suite 1480
San Diego, CA 92101
Tel. (619) 826-8060
Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Shayne Cardwell <shayne@zeeto.io>
**Sent:** Monday, October 3, 2022 8:31 AM
**To:** Jacob Gillick <jgillick@phglawgroup.com>
**Subject:** Discovery Requests & Notice

Jake,

Just following up on a couple of areas so that I know where we stand.

Have we submitted our list of discovery requests to either (1) Powersource, (2) DMS, or (3) Lapin?  I want to apply pressure to get these to settle since the facts are on our side.

Did we serve formal notice to Enfuego/Cege/PolicyScout that they need to indemnify us?  I want to bill them ASAP.

Shayne



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

CONFIDENTIAL



From: **Jacob Gillick** jgillick@phglawgroup.com
Subject: RE: Discovery Requests & Notice
Date: October 5, 2022 at 8:32 AM
To: Shayne Cardwell shayne@zeeto.io

Can you please send me the Policyscout agreement and confirm how much in legal fees has been
spent on this matter?

Thank you!

Jacob A. Gillick, Esq.
**PHG Law Group**
501 West Broadway, Suite 1480
San Diego, CA 92101
Tel. (619) 826-8060
Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain
information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or
regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in
this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any
attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Shayne Cardwell <shayne@zeeto.io>
**Sent:** Monday, October 3, 2022 1:06 PM
**To:** Jacob Gillick <jgillick@phglawgroup.com>
**Subject:** Re: Discovery Requests & Notice

I want to put PolicyScout on formal notice that they are required to indemnify us so I can invoice
them for our legal costs on this to date. Can you draft that for me to review and then I'll have you
send it to them. That should do the trick.



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

On Mon, Oct 3, 2022 at 12:04 PM Jacob Gillick <jgillick@phglawgroup.com> wrote:

> Hey!
>
> We have served discovery in Power Source. In DMS we have filed a motion for summary
> judgment—so that matter is in a bit of a stand still. We just responded to Lapin's discovery and
> I have been compiling a big dump of requests for him that is going out today or tomorrow.
>
> The Enguego/Cege/PolicyScout matter is still going on. The Plaintiff, Hoy, filed a motion to
> compel more documents. Ill send a separate e-mail with details. He is unhappy with the

compel more documents. Il send a separate e-mail with details. He is unhappy with the declaration- surprise.

Thanks!

Jacob A. Gillick, Esq.
**PHG Law Group**
501 West Broadway, Suite 1480
San Diego, CA 92101
Tel. (619) 826-8060
Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Shayne Cardwell <shayne@zeeto.io>
**Sent:** Monday, October 3, 2022 8:31 AM
**To:** Jacob Gillick <jgillick@phglawgroup.com>
**Subject:** Discovery Requests & Notice

Jake,

Just following up on a couple of areas so that I know where we stand.

Have we submitted our list of discovery requests to either (1) Powersource, (2) DMS, or (3) Lapin?  I want to apply pressure to get these to settle since the facts are on our side.

Did we serve formal notice to Enfuego/Cege/PolicyScout that they need to indemnify us?  I want to bill them ASAP.

Shayne



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

From: **Shayne Cardwell** shayne@zeeto.io
Subject: Re: Discovery Requests & Notice
Date: October 5, 2022 at 10:01 AM
To: Jacob Gillick jgillick@phglawgroup.com

SC

Looking at December 2021 through August in both Morris and PHG invoices, I show $10,475 invoiced to date.  Here is their agreement.



| | **Shayne Cardwell** |
|---|---|
| | Chief Revenue Officer |
| | Phone: (561) 716-3100 |
| | Email: shayne@zeeto.io |
| | **zeeto.io** |

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

On Wed, Oct 5, 2022 at 8:32 AM Jacob Gillick <jgillick@phglawgroup.com> wrote:

> Can you please send me the Policyscout agreement and confirm how much in legal fees has been spent on this matter?
>
> Thank you!
>
> Jacob A. Gillick, Esq.
>
> **PHG Law Group**
>
> 501 West Broadway, Suite 1480
>
> San Diego, CA 92101
>
> Tel. (619) 826-8060
>
> Fax (619) 826-8065
>
> CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments.  Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.
>
> ---
>
> **From:** Shayne Cardwell <shayne@zeeto.io>
> **Sent:** Monday, October 3, 2022 1:06 PM
> **To:** Jacob Gillick <jgillick@phglawgroup.com>
> **Subject:** Re: Discovery Requests & Notice
>
> I want to put PolicyScout on formal notice that they are required to indemnify us so I can invoice them for our legal costs on this to date.  Can you draft that for me to review and then I'll have you send it to them.  That should do the trick.



> | | **Shayne Cardwell** |
> |---|---|
> | | Chief Revenue Officer |
> | | Phone: (561) 716-3100 |
> | | Email: shayne@zeeto.io |

**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

On Mon, Oct 3, 2022 at 12:04 PM Jacob Gillick <jgillick@phglawgroup.com> wrote:

Hey!

We have served discovery in Power Source. In DMS we have filed a motion for summary judgment—so that matter is in a bit of a stand still. We just responded to Lapin's discovery and I have been compiling a big dump of requests for him that is going out today or tomorrow.

The Enguego/Cege/PolicyScout matter is still going on. The Plaintiff, Hoy, filed a motion to compel more documents. Ill send a separate e-mail with details. He is unhappy with the declaration- surprise.

Thanks!

Jacob A. Gillick, Esq.

**PHG Law Group**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel. (619) 826-8060

Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** Shayne Cardwell <shayne@zeeto.io>
**Sent:** Monday, October 3, 2022 8:31 AM
**To:** Jacob Gillick <jgillick@phglawgroup.com>
**Subject:** Discovery Requests & Notice

Jake,

Just following up on a couple of areas so that I know where we stand.

Have we submitted our list of discovery requests to either (1) Powersource, (2) DMS, or (3) Lapin?  I want to apply pressure to get these to settle since the facts are on our side.

Did we serve formal notice to Enfuego/Cege/PolicyScout that they need to indemnify us?  I want to bill them ASAP.

CONFIDENTIAL

Shayne



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io

**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**


Tibrio Client
Terms...10).pdf

From:      **Jacob Gillick** jgillick@phglawgroup.com
Subject:   RE: Discovery Requests & Notice
Date:      October 5, 2022 at 11:05 AM
To:        Shayne Cardwell  shayne@zeeto.io

JG

Thank you, sir. Finishing it right now. You still good for dinner tomorrow?

Jacob A. Gillick, Esq.
**PHG Law Group**
501 West Broadway, Suite 1480
San Diego, CA 92101
Tel. (619) 826-8060
Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Shayne Cardwell <shayne@zeeto.io>
**Sent:** Wednesday, October 5, 2022 10:02 AM
**To:** Jacob Gillick <jgillick@phglawgroup.com>
**Subject:** Re: Discovery Requests & Notice

Looking at December 2021 through August in both Morris and PHG invoices, I show $10,475 invoiced to date.  Here is their agreement.



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

On Wed, Oct 5, 2022 at 8:32 AM Jacob Gillick <jgillick@phglawgroup.com> wrote:

Can you please send me the Policyscout agreement and confirm how much in legal fees has been spent on this matter?

Thank you!

Jacob A. Gillick, Esq.
**PHG Law Group**
501 West Broadway, Suite 1480
San Diego, CA 92101
Tel. (619) 826-8060
Fax. (619) 826-8065

CONFIDENTIAL

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Shayne Cardwell <shayne@zeeto.io>
**Sent:** Monday, October 3, 2022 1:06 PM
**To:** Jacob Gillick <jgillick@phglawgroup.com>
**Subject:** Re: Discovery Requests & Notice

I want to put PolicyScout on formal notice that they are required to indemnify us so I can invoice them for our legal costs on this to date. Can you draft that for me to review and then I'll have you send it to them. That should do the trick.



Shayne Cardwell
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

On Mon, Oct 3, 2022 at 12:04 PM Jacob Gillick <jgillick@phglawgroup.com> wrote:

> Hey!
>
> We have served discovery in Power Source. In DMS we have filed a motion for summary judgment—so that matter is in a bit of a stand still. We just responded to Lapin's discovery and I have been compiling a big dump of requests for him that is going out today or tomorrow.
>
> The Enguego/Cege/PolicyScout matter is still going on. The Plaintiff, Hoy, filed a motion to compel more documents. Ill send a separate e-mail with details. He is unhappy with the declaration- surprise.
>
> Thanks!
>
> Jacob A. Gillick, Esq.
> **PHG Law Group**
> 501 West Broadway, Suite 1480
> San Diego, CA 92101
> Tel. (619) 826-8060
> Fax. (619) 826-8065
>
> CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all

CONFIDENTIAL

copies of this message and any attachments.  Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Shayne Cardwell <<u>shayne@zeeto.io</u>>
**Sent:** Monday, October 3, 2022 8:31 AM
**To:** Jacob Gillick <<u>jgillick@phglawgroup.com</u>>
**Subject:** Discovery Requests & Notice

Jake,

Just following up on a couple of areas so that I know where we stand.

Have we submitted our list of discovery requests to either (1) Powersource, (2) DMS, or (3) Lapin?  I want to apply pressure to get these to settle since the facts are on our side.

Did we serve formal notice to Enfuego/Cege/PolicyScout that they need to indemnify us?  I want to bill them ASAP.

Shayne



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: <u>shayne@zeeto.io</u>
**<u>zeeto.io</u>**

**Now hiring!** Click here for open positions: **<u>https://zeeto.io/open-positions</u>**

CONFIDENTIAL

**From:** Shayne Cardwell shayne@zeeto.io
**Subject:** Re: Discovery Requests & Notice
**Date:** October 5, 2022 at 11:35 AM
**To:** Jacob Gillick jgillick@phglawgroup.com

SC

Yep!  Looking forward to it.



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

On Wed, Oct 5, 2022 at 11:05 AM Jacob Gillick <jgillick@phglawgroup.com> wrote:

Thank you, sir. Finishing it right now. You still good for dinner tomorrow?

Jacob A. Gillick, Esq.

**PHG Law Group**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel. (619) 826-8060

Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments.  Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Shayne Cardwell <shayne@zeeto.io>
**Sent:** Wednesday, October 5, 2022 10:02 AM
**To:** Jacob Gillick <jgillick@phglawgroup.com>
**Subject:** Re: Discovery Requests & Notice

Looking at December 2021 through August in both Morris and PHG invoices, I show $10,475 invoiced to date.  Here is their agreement.



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

On Wed, Oct 5, 2022 at 8:32 AM Jacob Gillick <jgillick@phglawgroup.com> wrote:

> Can you please send me the Policyscout agreement and confirm how much in legal fees has been spent on this matter?
>
> Thank you!
>
> ## Jacob A. Gillick, Esq.
>
> **PHG Law Group**
>
> 501 West Broadway, Suite 1480
>
> San Diego, CA 92101
>
> Tel. (619) 826-8060
>
> Fax. (619) 826-8065
>
> CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.
>
> ---
>
> **From:** Shayne Cardwell <shayne@zeeto.io>
> **Sent:** Monday, October 3, 2022 1:06 PM
> **To:** Jacob Gillick <jgillick@phglawgroup.com>
> **Subject:** Re: Discovery Requests & Notice
>
> I want to put PolicyScout on formal notice that they are required to indemnify us so I can invoice them for our legal costs on this to date. Can you draft that for me to review and then I'll have you send it to them. That should do the trick.
>
> 
>
> **Shayne Cardwell**
> Chief Revenue Officer
> Phone: (561) 716-3100
> Email: shayne@zeeto.io
> **zeeto.io**
>
> **Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

On Mon, Oct 3, 2022 at 12:04 PM Jacob Gillick <jgillick@phglawgroup.com> wrote:

> Hey!
>
> We have served discovery in Power Source. In DMS we have filed a motion for summary judgment—so that matter is in a bit of a stand still. We just responded to Lapin's discovery and I have been compiling a big dump of requests for him that is going out today or tomorrow.

CONFIDENTIAL

The Enguego/Cege/PolicyScout matter is still going on. The Plaintiff, Hoy, filed a motion to compel more documents. Ill send a separate e-mail with details. He is unhappy with the declaration- surprise.


Thanks!

Jacob A. Gillick, Esq.

**PHG Law Group**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel. (619) 826-8060

Fax. (619) 826-8065


CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** Shayne Cardwell <shayne@zeeto.io>
**Sent:** Monday, October 3, 2022 8:31 AM
**To:** Jacob Gillick <jgillick@phglawgroup.com>
**Subject:** Discovery Requests & Notice


Jake,


Just following up on a couple of areas so that I know where we stand.


Have we submitted our list of discovery requests to either (1) Powersource, (2) DMS, or (3) Lapin?  I want to apply pressure to get these to settle since the facts are on our side.


Did we serve formal notice to Enfuego/Cege/PolicyScout that they need to indemnify us?  I want to bill them ASAP.


Shayne




**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

New hiring! Click here for open positions: **https://zeeto.io/open-positions**

CONFIDENTIAL

| | | **Now hiring!** Click here for open positions. **https://zeeto.io/open-positions**

CONFIDENTIAL

From: **Jacob Gillick** jgillick@phglawgroup.com
Subject: RE: Discovery Requests & Notice
Date: October 5, 2022 at 1:36 PM
To: Shayne Cardwell shayne@zeeto.io



Same. See the attached for your review!

Thanks!

Jacob A. Gillick, Esq.
**PHG Law Group**
501 West Broadway, Suite 1480
San Diego, CA 92101
Tel. (619) 826-8060
Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Shayne Cardwell <shayne@zeeto.io>
**Sent:** Wednesday, October 5, 2022 11:35 AM
**To:** Jacob Gillick <jgillick@phglawgroup.com>
**Subject:** Re: Discovery Requests & Notice

Yep!  Looking forward to it.



Shayne Cardwell
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

On Wed, Oct 5, 2022 at 11:05 AM Jacob Gillick <jgillick@phglawgroup.com> wrote:

> Thank you, sir. Finishing it right now. You still good for dinner tomorrow?
>
> Jacob A. Gillick, Esq.
> **PHG Law Group**
> 501 West Broadway, Suite 1480
> San Diego, CA 92101
> Tel. (619) 826-8060
> Fax. (619) 826-8065
>
> CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Shayne Cardwell <shayne@zeeto.io>
**Sent:** Wednesday, October 5, 2022 10:02 AM
**To:** Jacob Gillick <jgillick@phglawgroup.com>
**Subject:** Re: Discovery Requests & Notice

Looking at December 2021 through August in both Morris and PHG invoices, I show $10,475 invoiced to date. Here is their agreement.



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

On Wed, Oct 5, 2022 at 8:32 AM Jacob Gillick <jgillick@phglawgroup.com> wrote:

> Can you please send me the Policyscout agreement and confirm how much in legal fees has been spent on this matter?
>
> Thank you!
>
> Jacob A. Gillick, Esq.
> **PHG Law Group**
> 501 West Broadway, Suite 1480
> San Diego, CA 92101
> Tel. (619) 826-8060
> Fax. (619) 826-8065
>
> CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Shayne Cardwell <shayne@zeeto.io>
**Sent:** Monday, October 3, 2022 1:06 PM
**To:** Jacob Gillick <jgillick@phglawgroup.com>
**Subject:** Re: Discovery Requests & Notice

I want to put PolicyScout on formal notice that they are required to indemnify us so I can invoice them for our legal costs on this to date. Can you draft that for me to review and then I'll have you send it to them. That should do the trick.

CONFIDENTIAL



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

On Mon, Oct 3, 2022 at 12:04 PM Jacob Gillick <jgillick@phglawgroup.com> wrote:

Hey!

We have served discovery in Power Source. In DMS we have filed a motion for summary judgment—so that matter is in a bit of a stand still. We just responded to Lapin's discovery and I have been compiling a big dump of requests for him that is going out today or tomorrow.

The Enguego/Cege/PolicyScout matter is still going on. The Plaintiff, Hoy, filed a motion to compel more documents. Ill send a separate e-mail with details. He is unhappy with the declaration- surprise.

Thanks!

Jacob A. Gillick, Esq.
**PHG Law Group**
501 West Broadway, Suite 1480
San Diego, CA 92101
Tel. (619) 826-8060
Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Shayne Cardwell <shayne@zeeto.io>
**Sent:** Monday, October 3, 2022 8:31 AM
**To:** Jacob Gillick <jgillick@phglawgroup.com>
**Subject:** Discovery Requests & Notice

Jake,

Just following up on a couple of areas so that I know where we stand.

Have we submitted our list of discovery requests to either (1) Powersource, (2) DMS, or (3) Lapin? I want to apply pressure to get these to settle since the facts are on our side.

CONFIDENTIAL

Did we serve formal notice to Enfuego/Cege/PolicyScout that they need to indemnify us?
I want to bill them ASAP.

Shayne



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**



Indemnity Ltr for
Cege.docx

**From:** Shayne Cardwell shayne@zeeto.io
**Subject:** Re: Discovery Requests & Notice
**Date:** October 5, 2022 at 2:09 PM
**To:** Jacob Gillick jgillick@phglawgroup.com, Nais Mouret nais@zeeto.io



Looks good.  Alex Cate is the President in case that helps.  Let's get this out to them.



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

On Wed, Oct 5, 2022 at 1:36 PM Jacob Gillick <jgillick@phglawgroup.com> wrote:

Same. See the attached for your review!

Thanks!

Jacob A. Gillick, Esq.

**PHG Law Group**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel. (619) 826-8060

Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments.  Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Shayne Cardwell <shayne@zeeto.io>
**Sent:** Wednesday, October 5, 2022 11:35 AM
**To:** Jacob Gillick <jgillick@phglawgroup.com>
**Subject:** Re: Discovery Requests & Notice

Yep!  Looking forward to it.



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
zeeto.io

zeeto.io

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

On Wed, Oct 5, 2022 at 11:05 AM Jacob Gillick <jgillick@phglawgroup.com> wrote:

Thank you, sir. Finishing it right now. You still good for dinner tomorrow?

Jacob A. Gillick, Esq.

**PHG Law Group**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel. (619) 826-8060

Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments.  Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Shayne Cardwell <shayne@zeeto.io>
**Sent:** Wednesday, October 5, 2022 10:02 AM
**To:** Jacob Gillick <jgillick@phglawgroup.com>
**Subject:** Re: Discovery Requests & Notice

Looking at December 2021 through August in both Morris and PHG invoices, I show $10,475 invoiced to date.  Here is their agreement.



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io

**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

On Wed, Oct 5, 2022 at 8:32 AM Jacob Gillick <jgillick@phglawgroup.com> wrote:

Can you please send me the Policyscout agreement and confirm how much in legal fees has been spent on this matter?

Thank you!

CONFIDENTIAL

Jacob A. Gillick, Esq.

**PHG Law Group**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel. (619) 826-8060

Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Shayne Cardwell <shayne@zeeto.io>
**Sent:** Monday, October 3, 2022 1:06 PM
**To:** Jacob Gillick <jgillick@phglawgroup.com>
**Subject:** Re: Discovery Requests & Notice

I want to put PolicyScout on formal notice that they are required to indemnify us so I can invoice them for our legal costs on this to date. Can you draft that for me to review and then I'll have you send it to them. That should do the trick.



| | **Shayne Cardwell** |
|---|---|
| | Chief Revenue Officer |
| | Phone: (561) 716-3100 |
| | Email: shayne@zeeto.io |
| | **zeeto.io** |

Now hiring! Click here for open positions: **https://zeeto.io/open-positions**

On Mon, Oct 3, 2022 at 12:04 PM Jacob Gillick <jgillick@phglawgroup.com> wrote:

> Hey!
>
> We have served discovery in Power Source. In DMS we have filed a motion for summary judgment—so that matter is in a bit of a stand still. We just responded to Lapin's discovery and I have been compiling a big dump of requests for him that is going out today or tomorrow.
>
> The Enguego/Cege/PolicyScout matter is still going on. The Plaintiff, Hoy, filed a motion to compel more documents. Ill send a separate e-mail with details. He is unhappy with the declaration- surprise.
>
> Thanks!
>
> Jacob A. Gillick, Esq.

Jacob A. Gillick, Esq.

**PHG Law Group**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel. (619) 826-8060

Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments.  Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Shayne Cardwell <shayne@zeeto.io>
**Sent:** Monday, October 3, 2022 8:31 AM
**To:** Jacob Gillick <jgillick@phglawgroup.com>
**Subject:** Discovery Requests & Notice

Jake,

Just following up on a couple of areas so that I know where we stand.

Have we submitted our list of discovery requests to either (1) Powersource, (2) DMS, or (3) Lapin?  I want to apply pressure to get these to settle since the facts are on our side.

Did we serve formal notice to Enfuego/Cege/PolicyScout that they need to indemnify us?  I want to bill them ASAP.

Shayne



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

CONFIDENTIAL

ENF - 000221



From: **Jacob Gillick** jgillick@phglawgroup.com
Subject: RE: Discovery Requests & Notice
Date: October 5, 2022 at 2:37 PM
To: Shayne Cardwell shayne@zeeto.io, Nais Mouret nais@zeeto.io

You got it. Thanks!

Jacob A. Gillick, Esq.
**PHG Law Group**
501 West Broadway, Suite 1480
San Diego, CA 92101
Tel. (619) 826-8060
Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Shayne Cardwell <shayne@zeeto.io>
**Sent:** Wednesday, October 5, 2022 2:09 PM
**To:** Jacob Gillick <jgillick@phglawgroup.com>; Nais Mouret <nais@zeeto.io>
**Subject:** Re: Discovery Requests & Notice

Looks good.  Alex Cate is the President in case that helps.  Let's get this out to them.



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

On Wed, Oct 5, 2022 at 1:36 PM Jacob Gillick <jgillick@phglawgroup.com> wrote:

Same. See the attached for your review!

Thanks!

Jacob A. Gillick, Esq.
**PHG Law Group**
501 West Broadway, Suite 1480
San Diego, CA 92101
Tel. (619) 826-8060
Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality

laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Shayne Cardwell <shayne@zeeto.io>
**Sent:** Wednesday, October 5, 2022 11:35 AM
**To:** Jacob Gillick <jgillick@phglawgroup.com>
**Subject:** Re: Discovery Requests & Notice

Yep! Looking forward to it.



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

On Wed, Oct 5, 2022 at 11:05 AM Jacob Gillick <jgillick@phglawgroup.com> wrote:

> Thank you, sir. Finishing it right now. You still good for dinner tomorrow?
>
> Jacob A. Gillick, Esq.
> **PHG Law Group**
> 501 West Broadway, Suite 1480
> San Diego, CA 92101
> Tel. (619) 826-8060
> Fax. (619) 826-8065
>
> CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.
>
> **From:** Shayne Cardwell <shayne@zeeto.io>
> **Sent:** Wednesday, October 5, 2022 10:02 AM
> **To:** Jacob Gillick <jgillick@phglawgroup.com>
> **Subject:** Re: Discovery Requests & Notice
>
> Looking at December 2021 through August in both Morris and PHG invoices, I show $10,475 invoiced to date. Here is their agreement.



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io

[zeeto.io](zeeto.io)

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

On Wed, Oct 5, 2022 at 8:32 AM Jacob Gillick <jgillick@phglawgroup.com> wrote:

> Can you please send me the Policyscout agreement and confirm how much in legal fees
> has been spent on this matter?
>
> Thank you!
>
> Jacob A. Gillick, Esq.
> **PHG Law Group**
> 501 West Broadway, Suite 1480
> San Diego, CA 92101
> Tel. (619) 826-8060
> Fax. (619) 826-8065
>
> CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Shayne Cardwell <shayne@zeeto.io>
**Sent:** Monday, October 3, 2022 1:06 PM
**To:** Jacob Gillick <jgillick@phglawgroup.com>
**Subject:** Re: Discovery Requests & Notice

I want to put PolicyScout on formal notice that they are required to indemnify us so I can
invoice them for our legal costs on this to date. Can you draft that for me to review and
then I'll have you send it to them. That should do the trick.



> **Shayne Cardwell**
> Chief Revenue Officer
> Phone: (561) 716-3100
> Email: shayne@zeeto.io
> [zeeto.io](zeeto.io)

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

On Mon, Oct 3, 2022 at 12:04 PM Jacob Gillick <jgillick@phglawgroup.com> wrote:

> Hey!
>
> We have served discovery in Power Source. In DMS we have filed a motion for
> summary judgment—so that matter is in a bit of a stand still. We just responded to
> Lapin's discovery and I have been compiling a big dump of requests for him that is

going out today or tomorrow.

The Enguego/Cege/PolicyScout matter is still going on. The Plaintiff, Hoy, filed a motion to compel more documents. Ill send a separate e-mail with details. He is unhappy with the declaration- surprise.

Thanks!

Jacob A. Gillick, Esq.
**PHG Law Group**
501 West Broadway, Suite 1480
San Diego, CA 92101
Tel. (619) 826-8060
Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Shayne Cardwell <shayne@zeeto.io>
**Sent:** Monday, October 3, 2022 8:31 AM
**To:** Jacob Gillick <jgillick@phglawgroup.com>
**Subject:** Discovery Requests & Notice

Jake,

Just following up on a couple of areas so that I know where we stand.

Have we submitted our list of discovery requests to either (1) Powersource, (2) DMS, or (3) Lapin?  I want to apply pressure to get these to settle since the facts are on our side.

Did we serve formal notice to Enfuego/Cege/PolicyScout that they need to indemnify us?  I want to bill them ASAP.

Shayne



Shayne Cardwell
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

CONFIDENTIAL

ENF - 000226

**From:** **Shayne Cardwell** shayne@zeeto.io
**Subject:** Fwd: Discovery Requests & Notice
**Date:** October 25, 2022 at 7:24 AM
**To:** Ivana Ermitage ivana@zeetogroup.com, David Baka david@zeeto.io, Chris McKibbin chris.m@zeeto.io

SC

Here is the notice Jake sent to PolicyScout.



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

---------- Forwarded message ---------
From: **Jacob Gillick** <jgillick@phglawgroup.com>
Date: Wed, Oct 5, 2022 at 4:36 PM
Subject: RE: Discovery Requests & Notice
To: Shayne Cardwell <shayne@zeeto.io>


Same. See the attached for your review!


Thanks!


Jacob A. Gillick, Esq.

**PHG Law Group**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel. (619) 826-8060

Fax. (619) 826-8065


CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** Shayne Cardwell <shayne@zeeto.io>
**Sent:** Wednesday, October 5, 2022 11:35 AM
**To:** Jacob Gillick <jgillick@phglawgroup.com>
**Subject:** Re: Discovery Requests & Notice


Yep!  Looking forward to it.


**Shayne Cardwell**



Shayne Cardwell
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

On Wed, Oct 5, 2022 at 11:05 AM Jacob Gillick <jgillick@phglawgroup.com> wrote:

Thank you, sir. Finishing it right now. You still good for dinner tomorrow?

Jacob A. Gillick, Esq.

**PHG Law Group**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel. (619) 826-8060

Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Shayne Cardwell <shayne@zeeto.io>
**Sent:** Wednesday, October 5, 2022 10:02 AM
**To:** Jacob Gillick <jgillick@phglawgroup.com>
**Subject:** Re: Discovery Requests & Notice

Looking at December 2021 through August in both Morris and PHG invoices, I show $10,475 invoiced to date. Here is their agreement.



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

On Wed, Oct 5, 2022 at 8:32 AM Jacob Gillick <jgillick@phglawgroup.com> wrote:

Can you please send me the Policyscout agreement and confirm how much in legal fees has been spent on this matter?

Thank you!

Jacob A. Gillick, Esq.

**PHG Law Group**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel. (619) 826-8060

Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Shayne Cardwell <shayne@zeeto.io>
**Sent:** Monday, October 3, 2022 1:06 PM
**To:** Jacob Gillick <jgillick@phglawgroup.com>
**Subject:** Re: Discovery Requests & Notice

I want to put PolicyScout on formal notice that they are required to indemnify us so I can invoice them for our legal costs on this to date. Can you draft that for me to review and then I'll have you send it to them. That should do the trick.



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io

**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

On Mon, Oct 3, 2022 at 12:04 PM Jacob Gillick <jgillick@phglawgroup.com> wrote:

Hey!

We have served discovery in Power Source. In DMS we have filed a motion for summary judgment—so that matter is in a bit of a stand still. We just responded to Lapin's discovery and I have been compiling a big dump of requests for him that is going out today or tomorrow.

The Enguego/Cege/PolicyScout matter is still going on. The Plaintiff, Hoy, filed a motion to compel more documents. Ill send a separate e-mail with details. He is unhappy with the declaration- surprise.

Thanks!

Jacob A. Gillick, Esq.

**PHG Law Group**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel. (619) 826-8060

Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws and regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Shayne Cardwell <shayne@zeeto.io>
**Sent:** Monday, October 3, 2022 8:31 AM
**To:** Jacob Gillick <jgillick@phglawgroup.com>
**Subject:** Discovery Requests & Notice

Jake,

Just following up on a couple of areas so that I know where we stand.

Have we submitted our list of discovery requests to either (1) Powersource, (2) DMS, or (3) Lapin? I want to apply pressure to get these to settle since the facts are on our side.

Did we serve formal notice to Enfuego/Cege/PolicyScout that they need to indemnify us? I want to bill them ASAP.

Shayne



**Shayne Cardwell**

Chief Revenue Officer

Phone: (561) 716-3100

Email: shayne@zeeto.io

**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**



CONFIDENTIAL

Indemnity Ltr for
Cege.docx

ENF - 000231



**From:** **Shayne Cardwell** shayne@zeeto.io
**Subject:** Discovery Requests & Notice
**Date:** October 3, 2022 at 8:31 AM
**To:** Jacob Gillick jgillick@phglawgroup.com

Jake,

Just following up on a couple of areas so that I know where we stand.

Have we submitted our list of discovery requests to either (1) Powersource, (2) DMS, or (3) Lapin?  I want to apply pressure to get these to settle since the facts are on our side.

Did we serve formal notice to Enfuego/Cege/PolicyScout that they need to indemnify us?  I want to bill them ASAP.

Shayne



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**



**From:** Shayne Cardwell shayne@zeeto.io
**Subject:** Re: FW: Get it Free Subpoena
**Date:** January 4, 2022 at 11:25 AM
**To:** Jacob Gillick jgillick@morrislawfirmapc.com

No problem.  I can make time for you anytime after noon PT.  Just let me know what works best for you.

Shayne



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

On Tue, Jan 4, 2022 at 11:20 AM Jacob Gillick <jgillick@morrislawfirmapc.com> wrote:

Hey Shayne,

Do you have time for a call today or tomorrow on the below? I know it is unacceptable. I think we should re-produce the attached and tell them to basically pound sand. We can also discuss other options if you want to avoid a fight and have no problem with a confidential disclosure. Think about it and lets talk.

Thanks!

Jacob A. Gillick, Esq.

**MORRIS LAW FIRM, APC**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel. (619) 826-8060

Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments.  Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Date:** Thursday, December 30, 2021 at 1:27 PM
**To:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Subject:** Re: Get it Free Subpoena

Jacob:

CONFIDENTIAL

Thank you for speaking with me. As we discussed, we'd be willing to hold in abeyance our request for a deposition until after the parties mediation if GetitFree agrees to produce:

1. The leads that were sold to CEGE Media/Enfuego. At this time, we would only need the phone numbers.

2. A statement confirming that HealthIQ's name never appeared in their lead flow/consent statement on their website.

However, we would need this information and an affidavit provided by January 7, 2022. Please let me know if we can reach an agreement on this prior to that date so we can meet that deadline.

Regards,

----

Anthony Paronich

Paronich Law, P.C.

350 Lincoln Street, Suite 2400

Hingham, MA 02043

[o] (617) 485-0018

[c] (508) 221-1510

[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

On Mon, Dec 27, 2021 at 12:14 PM Jacob Gillick <jgillick@morrislawfirmapc.com> wrote:

> Yes that does. Thank you again.

> Best,

> Jacob A. Gillick, Esq.

> **MORRIS LAW FIRM, APC**

> 501 West Broadway, Suite 1480

> San Diego, CA 92101

> Tel. (619) 826-8060

> Fax. (619) 826-8065

CONFIDENTIAL

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Date:** Monday, December 27, 2021 at 11:13 AM
**To:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Cc:** Leanna Pierce <lpierce@morrislawfirmapc.com>,
"PaulRosenthal@kelleydrye.com" <PaulRosenthal@kelleydrye.com>
**Subject:** RE: Get it Free Subpoena

Does 2:00 EST work?

**From:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Sent:** Monday, December 27, 2021 11:51 AM
**To:** Anthony Paronich <anthony@paronichlaw.com>
**Cc:** Leanna Pierce <lpierce@morrislawfirmapc.com>; PaulRosenthal@kelleydrye.com
**Subject:** Re: Get it Free Subpoena

Thursday ok?

> On Dec 27, 2021, at 10:19 AM, Anthony Paronich <anthony@paronichlaw.com> wrote:
>
> Is there a time this week we can do?

**From:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Sent:** Monday, December 27, 2021 11:19 AM
**To:** Anthony Paronich <anthony@paronichlaw.com>
**Cc:** Leanna Pierce <lpierce@morrislawfirmapc.com>; PaulRosenthal@kelleydrye.com
**Subject:** Re: Get it Free Subpoena

Hey Anthony,

Hope all is well! I had some thoughts on this matter over the holiday. I am trying to see what my clients can dig-up that may be helpful/avoid my client having to sit for a deposition.

I am still available today if you wish to speak. However, if we could push this call back a couple of days so my client can get back to me—I think it would make our conversation more productive.

Best,

Jacob A. Gillick, Esq.

CONFIDENTIAL

Jacob A. Gillick, Esq.

**MORRIS LAW FIRM, APC**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel. (619) 826-8060

Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Date:** Friday, December 24, 2021 at 10:26 AM
**To:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Cc:** Leanna Pierce <lpierce@morrislawfirmapc.com>,
"PaulRosenthal@kelleydrye.com"
<PaulRosenthal@kelleydrye.com>
**Subject:** Re: Get it Free Subpoena

Will do, thanks.

----

Anthony Paronich

Paronich Law, P.C.

350 Lincoln Street, Suite 2400

Hingham, MA 02043

[o] (617) 485-0018

[c] (508) 221-1510

[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

On Wed, Dec 22, 2021 at 3:15 PM Jacob Gillick <jgillick@morrislawfirmapc.com> wrote:

> That works. Thank you. Please call me at 760-805-5507 when you are ready.

Best,

Jacob Gillick

> On Dec 21, 2021, at 10:38 AM, Anthony Paronich <anthony@paronichlaw.com> wrote:
>
> Hello, Jacob. I certainly don't see our subpoena as seeking "everything", but happy to meet and confer about each category in more detail on Monday. Does noon EST work for you?
>
> Anthony

---

**From:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Sent:** Tuesday, December 21, 2021 11:18 AM
**To:** Anthony Paronich <anthony@paronichlaw.com>; Leanna Pierce <lpierce@morrislawfirmapc.com>; PaulRosenthal@kelleydrye.com>
**Subject:** Re: Get it Free Subpoena

Hey Anthony,

My week is packed before the holiday. Next week? Let me know a day and time that works for you.

It would also  be helpful for my client to understand exactly what information yours is looking for through the deposition. I see the subpoena as extremely broad and essentially boils down to "everything." If we know what we are getting into- my client may be less concerned about the disclosure of trade secrets or third party information.

Best,

Jacob A. Gillick, Esq.

**MORRIS LAW FIRM, APC**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel. (619) 826-8060

Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or

any other privilege.

---

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Date:** Monday, December 20, 2021 at 5:30 PM
**To:** Leanna Pierce <lpierce@morrislawfirmapc.com>,
"PaulRosenthal@kelleydrye.com"
<PaulRosenthal@kelleydrye.com>
**Cc:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Subject:** RE: Get it Free Subpoena


Jacob:


Are you available to confer on this tomorrow?



----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400

Hingham, MA 02043
[o] (617) 485-0018

[c] (508) 221-1510
[f] (508) 318-8100



This email message may contain legally privileged and/or
confidential information.  If you are not the intended recipient(s), or
the employee or agent responsible for delivery of this message to
the intended recipient(s), you are hereby notified that any
dissemination, distribution or copying of this e-mail message is
strictly prohibited. If you have received this message in error, please
immediately notify the sender and delete this e-mail message from
your computer.



---

**From:** Leanna Pierce <lpierce@morrislawfirmapc.com>
**Sent:** Monday, December 20, 2021 4:53 PM
**To:** PaulRosenthal@KelleyDrye.com; anthony@paronichlaw.com
**Subject:** Get it Free Subpoena


# Dear Counsel,

Please find attached Get It Free's objections to the subpoena for deposition.  Please be advised that we will not be producing a witness on December 23, 2021, for deposition.

Thank you.

*Leanna Pierce*

Legal Assistant

**MORRIS LAW FIRM APC**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel: (619) 826-8060

Fax (619) 826-8065

lpierce@morrislawfirmapc.com

https://www.morrislawfirmapc.com

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments.  Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

CONFIDENTIAL

ENF - 000271

CONFIDENTIAL

**From:** **Shayne Cardwell** shayne@zeeto.io
**Subject:** Re: FW: Get it Free Subpoena
**Date:** January 4, 2022 at 4:24 PM
**To:** Jacob Gillick jgillick@morrislawfirmapc.com



I'm going to finish the day from home.  Feel free to call me tonight or send me an invite for tomorrow when I'm open either between 9am and 10am or 1pm and 3pm (PT).

Shayne



| | **Shayne Cardwell** |
|---|---|
| | Chief Revenue Officer |
| | Phone: (561) 716-3100 |
| | Email: shayne@zeeto.io |
| | **zeeto.io** |

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

On Tue, Jan 4, 2022 at 11:25 AM Shayne Cardwell <shayne@zeeto.io> wrote:
No problem.  I can make time for you anytime after noon PT.  Just let me know what works best for you.

Shayne



| | **Shayne Cardwell** |
|---|---|
| | Chief Revenue Officer |
| | Phone: (561) 716-3100 |
| | Email: shayne@zeeto.io |
| | **zeeto.io** |

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

On Tue, Jan 4, 2022 at 11:20 AM Jacob Gillick <jgillick@morrislawfirmapc.com> wrote:
Hey Shayne,

Do you have time for a call today or tomorrow on the below? I know it is unacceptable. I think we should re-produce the attached and tell them to basically pound sand. We can also discuss other options if you want to avoid a fight and have no problem with a confidential disclosure. Think about it and lets talk.

Thanks!

Jacob A. Gillick, Esq.

**MORRIS LAW FIRM, APC**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel. (619) 826-8060

Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information

contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Date:** Thursday, December 30, 2021 at 1:27 PM
**To:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Subject:** Re: Get it Free Subpoena

Jacob:

Thank you for speaking with me. As we discussed, we'd be willing to hold in abeyance our request for a deposition until after the parties mediation if GetitFree agrees to produce:

1. The leads that were sold to CEGE Media/Enfuego. At this time, we would only need the phone numbers.

2. A statement confirming that HealthIQ's name never appeared in their lead flow/consent statement on their website.

However, we would need this information and an affidavit provided by January 7, 2022. Please let me know if we can reach an agreement on this prior to that date so we can meet that deadline.

Regards,

----

Anthony Paronich

Paronich Law, P.C.

350 Lincoln Street, Suite 2400

Hingham, MA 02043

[o] (617) 485-0018

[c] (508) 221-1510

[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

On Mon, Dec 27, 2021 at 12:14 PM Jacob Gillick <jgillick@morrislawfirmapc.com> wrote:

> Yes that does. Thank you again.
>
> Best,

Jacob A. Gillick, Esq.

**MORRIS LAW FIRM, APC**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel. (619) 826-8060

Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Date:** Monday, December 27, 2021 at 11:13 AM
**To:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Cc:** Leanna Pierce <lpierce@morrislawfirmapc.com>,
"PaulRosenthal@kelleydrye.com" <PaulRosenthal@kelleydrye.com>
**Subject:** RE: Get it Free Subpoena

Does 2:00 EST work?

---

**From:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Sent:** Monday, December 27, 2021 11:51 AM
**To:** Anthony Paronich <anthony@paronichlaw.com>
**Cc:** Leanna Pierce <lpierce@morrislawfirmapc.com>; PaulRosenthal@kelleydrye.com
**Subject:** Re: Get it Free Subpoena

Thursday ok?

> On Dec 27, 2021, at 10:19 AM, Anthony Paronich <anthony@paronichlaw.com> wrote:
>
> Is there a time this week we can do?

---

**From:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Sent:** Monday, December 27, 2021 11:19 AM
**To:** Anthony Paronich <anthony@paronichlaw.com>
**Cc:** Leanna Pierce <lpierce@morrislawfirmapc.com>; PaulRosenthal@kelleydrye.com
**Subject:** Re: Get it Free Subpoena

Hey Anthony,

Hope all is well! I had some thoughts on this matter over the holiday. I am trying to see what my clients can dig-up that may be helpful/avoid my client having to sit for a deposition.

I am still available today if you wish to speak. However, if we could push this call back a couple of days so my client can get back to me—I think it would make our conversation more productive.

Best,

Jacob A. Gillick, Esq.

**MORRIS LAW FIRM, APC**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel. (619) 826-8060

Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Date:** Friday, December 24, 2021 at 10:26 AM
**To:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Cc:** Leanna Pierce <lpierce@morrislawfirmapc.com>,
"PaulRosenthal@kelleydrye.com"
<PaulRosenthal@kelleydrye.com>
**Subject:** Re: Get it Free Subpoena

Will do, thanks.

----

Anthony Paronich

Paronich Law, P.C.

350 Lincoln Street, Suite 2400

Hingham, MA 02043

[o] (617) 485-0018

[c] (508) 221-1510

CONFIDENTIAL

[c] (508) 221-1010

[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

On Wed, Dec 22, 2021 at 3:15 PM Jacob Gillick <jgillick@morrislawfirmapc.com> wrote:

> That works. Thank you. Please call me at 760-805-5507 when you are ready.
>
>
> Best,
>
>
> Jacob Gillick
>
>
>> On Dec 21, 2021, at 10:38 AM, Anthony Paronich <anthony@paronichlaw.com> wrote:
>>
>> Hello, Jacob. I certainly don't see our subpoena as seeking "everything", but happy to meet and confer about each category in more detail on Monday. Does noon EST work for you?
>>
>>
>> Anthony
>>
>> _____
>>
>> **From:** Jacob Gillick <jgillick@morrislawfirmapc.com>
>> **Sent:** Tuesday, December 21, 2021 11:18 AM
>> **To:** Anthony Paronich <anthony@paronichlaw.com>; Leanna Pierce <lpierce@morrislawfirmapc.com>; PaulRosenthal@kelleydrye.com
>> **Subject:** Re: Get it Free Subpoena
>>
>>
>> Hey Anthony,
>>
>>
>> My week is packed before the holiday. Next week? Let me know a day and time that works for you.
>>
>>
>> It would also  be helpful for my client to understand exactly what information yours is looking for through the deposition. I see the subpoena as extremely broad and essentially boils down to "everything." If we know what we are getting into- my client may be less concerned about the disclosure of trade secrets or third party information.
>>
>>
>> Best,
>>
>>
>> Jacob A. Gillick, Esq.
>>
>> **MORRIS LAW FIRM, APC**

CONFIDENTIAL

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel. (619) 826-8060

Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments.  Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Date:** Monday, December 20, 2021 at 5:30 PM
**To:** Leanna Pierce <lpierce@morrislawfirmapc.com>, "PaulRosenthal@kelleydrye.com" <PaulRosenthal@kelleydrye.com>
**Cc:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Subject:** RE: Get it Free Subpoena

Jacob:

Are you available to confer on this tomorrow?

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400

Hingham, MA 02043
[o] (617) 485-0018

[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is

strictly prohibited. If you have received this message in error,
please immediately notify the sender and delete this e-mail
message from your computer.

---

**From:** Leanna Pierce <lpierce@morrislawfirmapc.com>
**Sent:** Monday, December 20, 2021 4:53 PM
**To:** PaulRosenthal@KelleyDrye.com; anthony@paronichlaw.com
**Subject:** Get it Free Subpoena

Dear Counsel,

Please find attached Get It Free's objections to the
subpoena for deposition.  Please be advised that we
will not be producing a witness on December 23,
2021, for deposition.

Thank you.

*Leanna Pierce*

Legal Assistant

**MORRIS LAW FIRM APC**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel: (619) 826-8060

Fax (619) 826-8065

lpierce@morrislawfirmapc.com

https://www.morrislawfirmapc.com

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the
sole use of the intended recipient(s) and may contain information protected by the attorney-client
privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws
or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or
distribute this message or any of the information contained in this message to anyone. If you are
not the intended recipient, please contact the sender by reply email and destroy all copies of this
message and any attachments.  Unintended transmission shall not constitute waiver of the
attorney-client or any other privilege.

CONFIDENTIAL

ENF - 000279

CONFIDENTIAL

ENF - 000280

CONFIDENTIAL



**From:** **Shayne Cardwell** shayne@zeeto.io
**Subject:** Re: FW: Get it Free Subpoena
**Date:** January 5, 2022 at 12:23 PM
**To:** Jacob Gillick jgillick@morrislawfirmapc.com

Hey Jake,

I was hoping to talk through this with you.  I hope everything is ok there.  In the interest of time given we have a deadline of Friday to comply, here are my quick thoughts.

I have no interest in sending them all of the data/leads/user PII that Cege purchased without a court order requiring us to do so.  I couldn't even do it by Friday if I wanted to given that key people are either away on holiday or out with COVID.  Let me know how much we can push back on this.

I'm fine providing a specific affidavit about the actual ad unit the user, Mr. Frueh, saw and opted into rather than something that is specific to HealthIQ. I'm still uncertain of the chain of events that lead up to the complaint, so I prefer to keep this limited to what I know for sure. I was able to pull the specific creative and disclosure shown which is attached.  I'd like to be specific in that document in stating Zeeto operates a self-serve platform, Cege is entirely responsible for the creatives and disclosures, and that our platform agreement and system functionality requires compliant disclosures shown to the user with the opt-in, as shown.  It also supports 3rd party validations such as Trusted Forn and LeadID, but those were not used by Cege for this specific campaign.

Thoughts?



**Shayne Cardwell**

Chief Revenue Officer

Phone: (561) 716-3100

Email: shayne@zeeto.io

**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

On Tue, Jan 4, 2022 at 4:24 PM Shayne Cardwell <shayne@zeeto.io> wrote:
I'm going to finish the day from home.  Feel free to call me tonight or send me an invite for tomorrow when I'm open either between 9am and 10am or 1pm and 3pm (PT).

Shayne



**Shayne Cardwell**

Chief Revenue Officer

Phone: (561) 716-3100

Email: shayne@zeeto.io

**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

On Tue, Jan 4, 2022 at 11:25 AM Shayne Cardwell <shayne@zeeto.io> wrote:
No problem.  I can make time for you anytime after noon PT.  Just let me know what works best for you.

Shayne



**Shayne Cardwell**

Chief Revenue Officer

Phone: (561) 716-3100

Email: shayne@zeeto.io

**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

On Tue, Jan 4, 2022 at 11:20 AM Jacob Gillick <jgillick@morrislawfirmapc.com> wrote:
Hey Shayne,

Do you have time for a call today or tomorrow on the below? I know it is unacceptable. I think we should re-produce the attached and tell them to basically pound sand. We can also discuss other options if you want to avoid a fight and have no problem with a confidential disclosure. Think about it and lets talk.


Thanks!


Jacob A. Gillick, Esq.

**MORRIS LAW FIRM, APC**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel. (619) 826-8060

Fax. (619) 826-8065


CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Date:** Thursday, December 30, 2021 at 1:27 PM
**To:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Subject:** Re: Get it Free Subpoena


Jacob:


Thank you for speaking with me. As we discussed, we'd be willing to hold in abeyance our request for a deposition until after the parties mediation if GetitFree agrees to produce:


1. The leads that were sold to CEGE Media/Enfuego. At this time, we would only need the phone numbers.

2. A statement confirming that HealthIQ's name never appeared in their lead flow/consent statement on their website.


However, we would need this information and an affidavit provided by January 7, 2022. Please let me know if we can reach an agreement on this prior to that date so we can meet that deadline.


Regards,


----

Anthony Paronich

Paronich Law, P.C.

350 Lincoln Street, Suite 2400

Hingham, MA 02043

[o] (617) 485-0018

[c] (508) 221-1510

[f] (508) 318-8100


This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.


On Mon, Dec 27, 2021 at 12:14 PM Jacob Gillick <jgillick@morrislawfirmapc.com> wrote:

Yes that does. Thank you again.


Best,


Jacob A. Gillick, Esq.

**MORRIS LAW FIRM, APC**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel. (619) 826-8060

Fax. (619) 826-8065


CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.


**From:** Anthony Paronich <anthony@paronichlaw.com>
**Date:** Monday, December 27, 2021 at 11:13 AM
**To:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Cc:** Leanna Pierce <lpierce@morrislawfirmapc.com>,
"PaulRosenthal@kelleydrye.com" <PaulRosenthal@kelleydrye.com>
**Subject:** RE: Get it Free Subpoena


Does 2:00 EST work?

**From:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Sent:** Monday, December 27, 2021 11:51 AM
**To:** Anthony Paronich <anthony@paronichlaw.com>
**Cc:** Leanna Pierce <lpierce@morrislawfirmapc.com>; PaulRosenthal@kelleydrye.com
**Subject:** Re: Get it Free Subpoena

Thursday ok?

> On Dec 27, 2021, at 10:19 AM, Anthony Paronich <anthony@paronichlaw.com> wrote:
>
> Is there a time this week we can do?
>
> **From:** Jacob Gillick <jgillick@morrislawfirmapc.com>
> **Sent:** Monday, December 27, 2021 11:19 AM
> **To:** Anthony Paronich <anthony@paronichlaw.com>
> **Cc:** Leanna Pierce <lpierce@morrislawfirmapc.com>; PaulRosenthal@kelleydrye.com
> **Subject:** Re: Get it Free Subpoena
>
> Hey Anthony,
>
> Hope all is well! I had some thoughts on this matter over the holiday. I am trying to see what my clients can dig-up that may be helpful/avoid my client having to sit for a deposition.
>
> I am still available today if you wish to speak. However, if we could push this call back a couple of days so my client can get back to me—I think it would make our conversation more productive.
>
> Best,
>
> Jacob A. Gillick, Esq.
>
> **MORRIS LAW FIRM, APC**
>
> 501 West Broadway, Suite 1480
>
> San Diego, CA 92101
>
> Tel. (619) 826-8060
>
> Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Date:** Friday, December 24, 2021 at 10:26 AM
**To:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Cc:** Leanna Pierce <lpierce@morrislawfirmapc.com>,
"PaulRosenthal@kelleydrye.com"
<PaulRosenthal@kelleydrye.com>
**Subject:** Re: Get it Free Subpoena

Will do, thanks.

----

Anthony Paronich

Paronich Law, P.C.

350 Lincoln Street, Suite 2400

Hingham, MA 02043

[o] (617) 485-0018

[c] (508) 221-1510

[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the
intended recipient(s), or the employee or agent responsible for delivery of this message to the intended
recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail
message is strictly prohibited. If you have received this message in error, please immediately notify the
sender and delete this e-mail message from your computer.

On Wed, Dec 22, 2021 at 3:15 PM Jacob Gillick <jgillick@morrislawfirmapc.com> wrote:

> That works. Thank you. Please call me at 760-805-5507 when you are ready.
>
> Best,
>
> Jacob Gillick
>
>> On Dec 21, 2021, at 10:38 AM, Anthony Paronich <anthony@paronichlaw.com>
>> wrote:
>>
>> Hello, Jacob. I certainly don't see our subpoena as seeking "everything", but
>> happy to meet and confer about each category in more detail on Monday. Does
>> noon EST work for you?
>>
>> Anthony
>>
>> ----
>>
>> **From:** Jacob Gillick <jgillick@morrislawfirmapc.com>
>> **Sent:** Tuesday, December 21, 2021 11:18 AM
>> **To:** Anthony Paronich <anthony@paronichlaw.com>; Leanna Pierce
>> <lpierce@morrislawfirmapc.com>; PaulRosenthal@kelleydrye.com
>> **Subject:** Re: Get it Free Subpoena

CONFIDENTIAL

Hey Anthony,

My week is packed before the holiday. Next week? Let me know a day and time
that works for you.

It would also  be helpful for my client to understand exactly what information yours
is looking for through the deposition. I see the subpoena as extremely broad and
essentially boils down to "everything." If we know what we are getting into- my
client may be less concerned about the disclosure of trade secrets or third party
information.

Best,

Jacob A. Gillick, Esq.

**MORRIS LAW FIRM, APC**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel. (619) 826-8060

Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for
the sole use of the intended recipient(s) and may contain information protected by the
attorney-client privilege, the attorney work product doctrine or other applicable privileges or
confidentiality laws or regulations. If you are not an intended recipient, you may not review,
use, copy, disclose or distribute this message or any of the information contained in this
message to anyone. If you are not the intended recipient, please contact the sender by reply
email and destroy all copies of this message and any attachments.  Unintended transmission
shall not constitute waiver of the attorney-client or any other privilege.

**From:** Anthony Paronich
<anthony@paronichlaw.com>
**Date:** Monday, December 20, 2021 at 5:30 PM
**To:** Leanna Pierce
<lpierce@morrislawfirmapc.com>,
"PaulRosenthal@kelleydrye.com"
<PaulRosenthal@kelleydrye.com>
**Cc:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Subject:** RE: Get it Free Subpoena

Jacob:

Are you available to confer on this tomorrow?

CONFIDENTIAL

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400

Hingham, MA 02043
[o] (617) 485-0018

[c] (508) 221-1510
[f] (508) 318-8100


This email message may contain legally privileged and/or
confidential information.  If you are not the intended
recipient(s), or the employee or agent responsible for delivery
of this message to the intended recipient(s), you are hereby
notified that any dissemination, distribution or copying of this e-
mail message is strictly prohibited. If you have received this
message in error, please immediately notify the sender and
delete this e-mail message from your computer.

---

**From:** Leanna Pierce <lpierce@morrislawfirmapc.com>
**Sent:** Monday, December 20, 2021 4:53 PM
**To:** PaulRosenthal@KelleyDrye.com; anthony@paronichlaw.com
**Subject:** Get it Free Subpoena


Dear Counsel,


Please find attached Get It Free's objections to the
subpoena for deposition.  Please be advised that
we will not be producing a witness on December
23, 2021, for deposition.


Thank you.


*Leanna Pierce*

Legal Assistant

**MORRIS LAW FIRM APC**

501 West Broadway, Suite 1480

San Diego, CA 92101

CONFIDENTIAL

Tel: (619) 826-8060

Fax (619) 826-8065

lpierce@morrislawfirmapc.com

https://www.morrislawfirmapc.com

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.



CONFIDENTIAL

ENF - 000289

CONFIDENTIAL

From: **Jacob Gillick** jgillick@morrislawfirmapc.com
Subject: FW: Get it Free Subpoena
Date: January 4, 2022 at 11:20 AM
To: Shayne Cardwell shayne@zeeto.io



Hey Shayne,

Do you have time for a call today or tomorrow on the below? I know it is unacceptable. I think we should re-produce the attached and tell them to basically pound sand. We can also discuss other options if you want to avoid a fight and have no problem with a confidential disclosure. Think about it and lets talk.

Thanks!

Jacob A. Gillick, Esq.
**MORRIS LAW FIRM, APC**
501 West Broadway, Suite 1480
San Diego, CA 92101
Tel. (619) 826-8060
Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Date:** Thursday, December 30, 2021 at 1:27 PM
**To:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Subject:** Re: Get it Free Subpoena

Jacob:

Thank you for speaking with me. As we discussed, we'd be willing to hold in abeyance our request for a deposition until after the parties mediation if GetitFree agrees to produce:

1. The leads that were sold to CEGE Media/Enfuego. At this time, we would only need the phone numbers.
2. A statement confirming that HealthIQ's name never appeared in their lead flow/consent statement on their website.

However, we would need this information and an affidavit provided by January 7, 2022. Please let me know if we can reach an agreement on this prior to that date so we can meet that deadline.

Regards,

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not
the intended recipient(s), or the employee or agent responsible for delivery of this message to
the intended recipient(s), you are hereby notified that any dissemination, distribution or copying
of this e-mail message is strictly prohibited. If you have received this message in error, please
immediately notify the sender and delete this e-mail message from your computer.

On Mon, Dec 27, 2021 at 12:14 PM Jacob Gillick <jgillick@morrislawfirmapc.com> wrote:

> Yes that does. Thank you again.
>
> Best,
>
> Jacob A. Gillick, Esq.
> **MORRIS LAW FIRM, APC**
> 501 West Broadway, Suite 1480
> San Diego, CA 92101
> Tel. (619) 826-8060
> Fax. (619) 826-8065
>
> CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.
>
> ---
> **From:** Anthony Paronich <anthony@paronichlaw.com>
> **Date:** Monday, December 27, 2021 at 11:13 AM
> **To:** Jacob Gillick <jgillick@morrislawfirmapc.com>
> **Cc:** Leanna Pierce <lpierce@morrislawfirmapc.com>, "PaulRosenthal@kelleydrye.com"
> <PaulRosenthal@kelleydrye.com>
> **Subject:** RE: Get it Free Subpoena
>
> Does 2:00 EST work?
>
> ---
> **From:** Jacob Gillick <jgillick@morrislawfirmapc.com>
> **Sent:** Monday, December 27, 2021 11:51 AM
> **To:** Anthony Paronich <anthony@paronichlaw.com>
> **Cc:** Leanna Pierce <lpierce@morrislawfirmapc.com>; PaulRosenthal@kelleydrye.com

**Cc:** Leanna Pierce <lpierce@morrislawfirmapc.com>, PaulRosenthal@kelleydrye.com
**Subject:** Re: Get it Free Subpoena

Thursday ok?

> On Dec 27, 2021, at 10:19 AM, Anthony Paronich <anthony@paronichlaw.com>
> wrote:
>
> Is there a time this week we can do?

**From:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Sent:** Monday, December 27, 2021 11:19 AM
**To:** Anthony Paronich <anthony@paronichlaw.com>
**Cc:** Leanna Pierce <lpierce@morrislawfirmapc.com>;
PaulRosenthal@kelleydrye.com
**Subject:** Re: Get it Free Subpoena

Hey Anthony,

Hope all is well! I had some thoughts on this matter over the holiday. I am trying
to see what my clients can dig-up that may be helpful/avoid my client having to
sit for a deposition.

I am still available today if you wish to speak. However, if we could push this call
back a couple of days so my client can get back to me—I think it would make our
conversation more productive.

Best,

Jacob A. Gillick, Esq.
**MORRIS LAW FIRM, APC**
501 West Broadway, Suite 1480
San Diego, CA 92101
Tel. (619) 826-8060
Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Date:** Friday, December 24, 2021 at 10:26 AM
**To:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Cc:** Leanna Pierce <lpierce@morrislawfirmapc.com>,

"PaulRosenthal@kelleydrye.com" <PaulRosenthal@kelleydrye.com>
**Subject:** Re: Get it Free Subpoena

Will do, thanks.
----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential
information.  If you are not the intended recipient(s), or the employee or agent
responsible for delivery of this message to the intended recipient(s), you are
hereby notified that any dissemination, distribution or copying of this e-mail
message is strictly prohibited. If you have received this message in error, please
immediately notify the sender and delete this e-mail message from your
computer.


On Wed, Dec 22, 2021 at 3:15 PM Jacob Gillick <jgillick@morrislawfirmapc.com>
wrote:

> That works. Thank you. Please call me at 760-805-5507 when you are ready.
>
> Best,
>
> Jacob Gillick
>
>
>> On Dec 21, 2021, at 10:38 AM, Anthony Paronich
>> <anthony@paronichlaw.com> wrote:
>>
>> Hello, Jacob. I certainly don't see our subpoena as seeking
>> "everything", but happy to meet and confer about each category
>> in more detail on Monday. Does noon EST work for you?
>>
>> Anthony
>>
>> **From:** Jacob Gillick <jgillick@morrislawfirmapc.com>
>> **Sent:** Tuesday, December 21, 2021 11:18 AM
>> **To:** Anthony Paronich <anthony@paronichlaw.com>; Leanna
>> Pierce <lpierce@morrislawfirmapc.com>;
>> PaulRosenthal@kelleydrye.com
>> **Subject:** Re: Get it Free Subpoena

Hey Anthony,

My week is packed before the holiday. Next week? Let me know a
day and time that works for you.

It would also  be helpful for my client to understand exactly what
information yours is looking for through the deposition. I see the
subpoena as extremely broad and essentially boils down to
"everything." If we know what we are getting into- my client may
be less concerned about the disclosure of trade secrets or third
party information.

Best,

Jacob A. Gillick, Esq.
**MORRIS LAW FIRM, APC**
501 West Broadway, Suite 1480
San Diego, CA 92101
Tel. (619) 826-8060
Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole
use of the intended recipient(s) and may contain information protected by the attorney-client privilege,
the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations.
If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message
or any of the information contained in this message to anyone. If you are not the intended recipient,
please contact the sender by reply email and destroy all copies of this message and any attachments.
Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Date:** Monday, December 20, 2021 at 5:30 PM
**To:** Leanna Pierce <lpierce@morrislawfirmapc.com>,
"PaulRosenthal@kelleydrye.com"
<PaulRosenthal@kelleydrye.com>
**Cc:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Subject:** RE: Get it Free Subpoena

Jacob:

Are you available to confer on this tomorrow?


----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043

[o] (617) 485-0018
[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

---

**From:** Leanna Pierce <lpierce@morrislawfirmapc.com>
**Sent:** Monday, December 20, 2021 4:53 PM
**To:** PaulRosenthal@KelleyDrye.com; anthony@paronichlaw.com
**Subject:** Get it Free Subpoena

Dear Counsel,

Please find attached Get It Free's objections to the subpoena for deposition.  Please be advised that we will not be producing a witness on December 23, 2021, for deposition.

Thank you.

*Leanna Pierce*
Legal Assistant
**MORRIS LAW FIRM APC**
501 West Broadway, Suite 1480
San Diego, CA 92101
Tel: (619) 826-8060
Fax (619) 826-8065
lpierce@morrislawfirmapc.com
https://www.morrislawfirmapc.com

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.



robert_frueh[1]

CONFIDENTIAL

robert_fruen[1].
xlsm

CONFIDENTIAL

**From:** **Jacob Gillick** jgillick@morrislawfirmapc.com
**Subject:** RE: FW: Hoy Subpoena
**Date:** April 1, 2022 at 9:38 AM
**To:** Shayne Cardwell shayne@zeeto.io



This is really helpful. Thank you!!

Jacob A. Gillick, Esq.
**MORRIS LAW FIRM, APC**
501 West Broadway, Suite 1480
San Diego, CA 92101
Tel. (619) 826-8060
Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Shayne Cardwell <shayne@zeeto.io>
**Sent:** Wednesday, March 30, 2022 11:43 AM
**To:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Subject:** Re: FW: Hoy Subpoena

Hey Jake,

From what I can gather in talking with my team and looking at the logs, it appears Caleb Krambule with Cege (aka Enfuego aka PolicyScout) requested that we add HealthIQ to our marketing partner's list in January of this year and that request came via Slack (which means it is no longer retrievable due to the short retention window in Slack). The screenshots and logs all confirm that this change was indeed made in January of this year as well.

Attached are the screenshots of the Wordpress log for GetItFree.us showing HealthIQ was only added at the last update (dated 1/24 and attached) and that when we reviewed logs from previous updates 9/23 also attached), HealthIQ was not included in the list of marketing partners.

Happy to jump on a quick call to discuss if that helps.

Shayne



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

On Wed, Mar 30, 2022 at 9:35 AM Shayne Cardwell <shayne@zeeto.io> wrote:

> We use Wordpress to manage content for our O&O sites so I have Product looking into what
> we are logging for WordPress for each site.  I'll forward whatever they can dig up later today.



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

On Tue, Mar 29, 2022 at 12:56 PM Jacob Gillick <jgillick@morrislawfirmapc.com> wrote:

> Hey Shayne,
>
> Please see the below. I just wanted to double check with you. I remember us not having
> access.
>
> Thanks!
>
> Jacob A. Gillick, Esq.
> **MORRIS LAW FIRM, APC**
> 501 West Broadway, Suite 1480
> San Diego, CA 92101
> Tel. (619) 826-8060
> Fax. (619) 826-8065
>
> CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may
> contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality
> laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the
> information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all
> copies of this message and any attachments.  Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.
>
> **From:** Cameron, Jordan <jordan.cameron@dentons.com>
> **Sent:** Tuesday, March 29, 2022 11:43 AM
> **To:** Jacob Gillick <jgillick@morrislawfirmapc.com>
> **Subject:** RE: Hoy Subpoena
>
> Jacob,
>
> Does Zeeto use a source code repository that it could access to find the time stamp for when
> Health IQ was added to its code?
>
>  Jordan Cameron
> Shareholder

CONFIDENTIAL

What's Next? The answer is Talent. With more than 20,000 people, 12,000 lawyers and 200 locations, Dentons has the talent for what you need, where you need it.

O +1 801 375 6600  |  US Internal 804790
jordan.cameron@dentons.com
Bio  |  Website

Dentons Durham Jones Pinegar P.C.
3301 North Thanksgiving Way, Suite 400, Lehi, UT 84043

Fernanda Lopes & Associados > Guevara & Gutierrez > Paz Horowitz Abogados > Sirote > Adepetun Caxton-Martins Agbor & Segun > Davis Brown > East African Law Chambers > Eric Silwamba, Jalasi and Linyama > Durham Jones & Pinegar > LEAD Advogados > Rattagan Macchiavello Arocena > Jiménez de Aréchaga, Viana & Brause > For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this email from your systems. Dentons records and stores emails sent to us or our affiliates in keeping with our internal policies and procedures. Please see dentons.com for Legal Notices.

CONFIDENTIAL



**From:** Shayne Cardwell shayne@zeeto.io
**Subject:** Re: FW: Hoy Subpoena
**Date:** April 1, 2022 at 10:07 AM
**To:** Jacob Gillick jgillick@morrislawfirmapc.com

No problem.  I have some time today and this weekend, so if you need any additional help with this, just LMK.



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

On Fri, Apr 1, 2022 at 9:38 AM Jacob Gillick <jgillick@morrislawfirmapc.com> wrote:

This is really helpful. Thank you!!

Jacob A. Gillick, Esq.

**MORRIS LAW FIRM, APC**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel. (619) 826-8060

Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments.  Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Shayne Cardwell <shayne@zeeto.io>
**Sent:** Wednesday, March 30, 2022 11:43 AM
**To:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Subject:** Re: FW: Hoy Subpoena

Hey Jake,

From what I can gather in talking with my team and looking at the logs, it appears Caleb Krambule with Cege (aka Enfuego aka PolicyScout) requested that we add HealthIQ to our marketing partner's list in January of this year and that request came via Slack (which means it is no longer retrievable due to the short retention window in Slack).  The screenshots and logs all confirm that this change was indeed made in January of this year as well.

Attached are the screenshots of the Wordpress log for GetItFree.us showing HealthIQ was only added at the last update (dated 1/24 and attached) and that when we reviewed logs from previous updates 9/23 also attached), HealthIQ was not included in the list of marketing partners.

Happy to jump on a quick call to discuss if that helps.

Shayne



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

On Wed, Mar 30, 2022 at 9:35 AM Shayne Cardwell <shayne@zeeto.io> wrote:

We use Wordpress to manage content for our O&O sites so I have Product looking into what we are logging for WordPress for each site. I'll forward whatever they can dig up later today.



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

On Tue, Mar 29, 2022 at 12:56 PM Jacob Gillick <jgillick@morrislawfirmapc.com> wrote:

Hey Shayne,

Please see the below. I just wanted to double check with you. I remember us not having access.

Thanks!

Jacob A. Gillick, Esq.

**MORRIS LAW FIRM, APC**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel. (619) 826-8060

Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may

CONFIDENTIAL

contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments.  Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Cameron, Jordan <jordan.cameron@dentons.com>
**Sent:** Tuesday, March 29, 2022 11:43 AM
**To:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Subject:** RE: Hoy Subpoena

Jacob,

Does Zeeto use a source code repository that it could access to find the time stamp for when Health IQ was added to its code?



Jordan Cameron
Shareholder

What's Next? The answer is Talent. With more than 20,000 people, 12,000 lawyers and 200 locations, Dentons has the talent for what you need, where you need it.

O +1 801 375 6600   |   US Internal 804790
jordan.cameron@dentons.com
Bio   |   Website

Dentons Durham Jones Pinegar P.C.
3301 North Thanksgiving Way, Suite 400, Lehi, UT 84043

Fernanda Lopes & Associados > Guevara & Gutierrez > Paz Horowitz Abogados > Sirote > Adepetun Caxton-Martins Agbor & Segun > Davis Brown > East African Law Chambers > Eric Silwamba, Jalasi and Linyama > Durham Jones & Pinegar > LEAD Advogados > Rattagan Macchiavello Arocena > Jiménez de Aréchaga, Viana & Brause > For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this email from your systems. Dentons records and stores emails sent to us or our affiliates in keeping with our internal policies and procedures. Please see dentons.com for Legal Notices.

CONFIDENTIAL

ENF - 000303

CONFIDENTIAL



From: **Jacob Gillick** jgillick@morrislawfirmapc.com
Subject: FW: Hoy Subpoena
Date: June 29, 2022 at 7:17 AM
To: Shayne Cardwell shayne@zeeto.io

Jacob A. Gillick, Esq.
**PHG Law Group**
501 West Broadway, Suite 1480
San Diego, CA 92101
Tel. (619) 826-8060
Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Shayne Cardwell <shayne@zeeto.io>
**Date:** Wednesday, March 30, 2022 at 11:43 AM
**To:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Subject:** Re: FW: Hoy Subpoena

Hey Jake,

From what I can gather in talking with my team and looking at the logs, it appears Caleb Krambule with Cege (aka Enfuego aka PolicyScout) requested that we add HealthIQ to our marketing partner's list in January of this year and that request came via Slack (which means it is no longer retrievable due to the short retention window in Slack). The screenshots and logs all confirm that this change was indeed made in January of this year as well.

Attached are the screenshots of the Wordpress log for GetItFree.us showing HealthIQ was only added at the last update (dated 1/24 and attached) and that when we reviewed logs from previous updates 9/23 also attached), HealthIQ was not included in the list of marketing partners.

Happy to jump on a quick call to discuss if that helps.

Shayne



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

On Wed, Mar 30, 2022 at 9:35 AM Shayne Cardwell <shayne@zeeto.io> wrote:

> We use Wordpress to manage content for our O&O sites so I have Product looking into what
> we are logging for WordPress for each site.  I'll forward whatever they can dig up later today.



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

On Tue, Mar 29, 2022 at 12:56 PM Jacob Gillick <jgillick@morrislawfirmapc.com> wrote:

> Hey Shayne,
>
> Please see the below. I just wanted to double check with you. I remember us not having
> access.
>
> Thanks!
>
> Jacob A. Gillick, Esq.
> **MORRIS LAW FIRM, APC**
> 501 West Broadway, Suite 1480
> San Diego, CA 92101
> Tel. (619) 826-8060
> Fax. (619) 826-8065
>
>
> CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may
> contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or
> confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any
> of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and
> destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other
> privilege.
>
> **From:** Cameron, Jordan <jordan.cameron@dentons.com>
> **Sent:** Tuesday, March 29, 2022 11:43 AM
> **To:** Jacob Gillick <jgillick@morrislawfirmapc.com>
> **Subject:** RE: Hoy Subpoena
>
> Jacob,
>
> Does Zeeto use a source code repository that it could access to find the time stamp for when
> Health IQ was added to its code?
>
> 
>
> Jordan Cameron
> Shareholder
>
> What's Next? The answer is Talent. With more than 20,000

CONFIDENTIAL

people, 12,000 lawyers and 200 locations, Dentons has the
talent for what you need, where you need it.

O +1 801 375 6600   |   US Internal 804790
jordan.cameron@dentons.com
Bio   |   Website

Dentons Durham Jones Pinegar P.C.
3301 North Thanksgiving Way, Suite 400, Lehi, UT 84043

Fernanda Lopes & Associados > Guevara & Gutierrez >
Paz Horowitz Abogados > Sirote > Adepetun Caxton-
Martins Agbor & Segun > Davis Brown > East African Law
Chambers > Eric Silwamba, Jalasi and Linyama > Durham
Jones & Pinegar > LEAD Advogados > Rattagan
Macchiavello Arocena > Jiménez de Aréchaga, Viana &
Brause > For more information on the firms that have come
together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services
worldwide through its member firms and affiliates. This email
may be confidential and protected by legal privilege. If you are
not the intended recipient, disclosure, copying, distribution and
use are prohibited; please notify us immediately and delete this
email from your systems. Dentons records and stores emails
sent to us or our affiliates in keeping with our internal policies
and procedures. Please see dentons.com for Legal Notices.







CONFIDENTIAL

ENF - 000309

CONFIDENTIAL



**From:** **Shayne Cardwell** shayne@zeeto.io
**Subject:** Re: FW: Hoy Subpoena
**Date:** March 30, 2022 at 11:43 AM
**To:** Jacob Gillick jgillick@morrislawfirmapc.com

---

Hey Jake,

From what I can gather in talking with my team and looking at the logs, it appears Caleb Krambule with Cege (aka Enfuego aka PolicyScout) requested that we add HealthIQ to our marketing partner's list in January of this year and that request came via Slack (which means it is no longer retrievable due to the short retention window in Slack). The screenshots and logs all confirm that this change was indeed made in January of this year as well.

Attached are the screenshots of the Wordpress log for GetItFree.us showing HealthIQ was only added at the last update (dated 1/24 and attached) and that when we reviewed logs from previous updates 9/23 also attached), HealthIQ was not included in the list of marketing partners.

Happy to jump on a quick call to discuss if that helps.

Shayne



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

Now hiring! Click here for open positions: **https://zeeto.io/open-positions**

On Wed, Mar 30, 2022 at 9:35 AM Shayne Cardwell <shayne@zeeto.io> wrote:
We use Wordpress to manage content for our O&O sites so I have Product looking into what we are logging for WordPress for each site. I'll forward whatever they can dig up later today.



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

Now hiring! Click here for open positions: **https://zeeto.io/open-positions**

On Tue, Mar 29, 2022 at 12:56 PM Jacob Gillick <jgillick@morrislawfirmapc.com> wrote:
Hey Shayne,


Please see the below. I just wanted to double check with you. I remember us not having access.


Thanks!


Jacob A. Gillick, Esq.

**MORRIS LAW FIRM, APC**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel. (619) 826-8060

Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** Cameron, Jordan <jordan.cameron@dentons.com>
**Sent:** Tuesday, March 29, 2022 11:43 AM
**To:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Subject:** RE: Hoy Subpoena

Jacob,

Does Zeeto use a source code repository that it could access to find the time stamp for when Health IQ was added to its code?



## Jordan Cameron
Shareholder

What's Next? The answer is Talent. With more than 20,000 people, 12,000 lawyers and 200 locations, Dentons has the talent for what you need, where you need it.

O +1 801 375 6600   |   US Internal 804790
jordan.cameron@dentons.com
Bio   |   Website

Dentons Durham Jones Pinegar P.C.
3301 North Thanksgiving Way, Suite 400, Lehi, UT 84043

Fernanda Lopes & Associados > Guevara & Gutierrez > Paz Horowitz Abogados > Sirote > Adepetun Caxton-Martins Agbor & Segun > Davis Brown > East African Law Chambers > Eric Silwamba, Jalasi and Linyama > Durham Jones & Pinegar > LEAD Advogados > Rattagan Macchiavello Arocena > Jiménez de Aréchaga, Viana & Brause > For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this email from your systems. Dentons records and stores emails sent to us or our affiliates in keeping with our internal policies and procedures. Please see dentons.com for Legal Notices.





CONFIDENTIAL





From: **Jacob Gillick** jgillick@morrislawfirmapc.com
Subject: Re: P 3 change
Date: June 29, 2022 at 7:54 AM
To: Shayne Cardwell shayne@zeeto.io



Any final changes? Let me know and ill get you the DocuSign in the next couple of minutes.

Jacob A. Gillick, Esq.
**PHG Law Group**
501 West Broadway, Suite 1480
San Diego, CA 92101
Tel. (619) 826-8060
Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Shayne Cardwell <shayne@zeeto.io>
**Date:** Wednesday, June 29, 2022 at 7:16 AM
**To:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Subject:** P 3 change

     1.      ZeetoGroup, LLC and its sister company Tibrio, LLC, collectively referred to herein as Zeeto ("Zeeto"), is in the business of building data discovery technology, using questions to discover data about users, and showing ads against that data.  When a consumer visits one of Zeeto's advertisements for a specific sample, they are taken to a "survey path" where the consumer answers a survey, provides contact information for the free sample, and a consents to disclosure of their information.



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

Now hiring! Click here for open positions: **https://zeeto.io/open-positions**



Zeeto
Declar...g.docx

ENF - 000368

From: **Elizabeth Chu** elizabeth.c@zeeto.io
Subject: Fwd: Subpoena to Get it Free
Date: October 22, 2021 at 10:15 AM
To: Jacob Gillick jgillick@morrislawfirmapc.com
Cc: Leanna Pierce lpierce@morrislawfirmapc.com, Chris Morris cmorris@morrislawfirmapc.com

EC

Hello Jacob,

It's nice to e-meet you.  I had spoken with Mr. Paronich in the past for a similar subpoena and I had responded with similar objections.  Last time they pushed a bit but didn't pursue anything further.  This time they have followed up by requesting we accept service for a deposition that they'd like to do remotely in December.

The plaintiff in the case did go through a Get it Free path but did not opt-in via a Health IQ offer.  As you will note from the email chain, Mr. Paronich is attempting to get information for Cege/Enfuego Holdings, an offer that the plaintiff did opt into via Get it Free.  However, Cege was not a named defendant at the time (I am unsure if they have been added), so I refused to provide any information.  At this point, Get it Free has not contacted Cege or Health IQ for an indemnification request.

I've attached the original subpoena, my reply, and the plaintiff's opt-in information for Get it Free.  I'm happy to help Zeeto with general matters, however, I will need to pass this on.  Please let me know if you have any questions on this matter and please let me know if I can share your contact information with Mr. Paronich to accept service for a subpoena for deposition.

Thank you,

Elizabeth Cole
214-686-3607

---------- Forwarded message ---------
From: **Legal Department GetItFree** <legal@getitfree.us>
Date: Fri, Sep 24, 2021 at 9:16 AM
Subject: Re: Subpoena to Get it Free
To: Anthony Paronich <anthony@paronichlaw.com>


Hello and Happy Friday,

I have spoken with my client and they continue to maintain the position of requiring a court order prior to providing the information you are currently requesting.  As Enfuego Holdings, LLC is not a named defendant in the case, we cannot provide information regarding a non-party for confidentiality purposes.

Thank you,

Elizabeth Cole
214-686-3607


On Thu, Sep 23, 2021 at 11:35 AM Anthony Paronich <anthony@paronichlaw.com> wrote:

> Hello:
>
>
> Yes, please do clarify something:
>
>
> Here, if the Defendant claims that another party, Enfuego Holdings LLC d/b/a Cege Media LLC, obtained the Plaintiff's phone number from Get it Free, and secured consent to allow the Defendant to contact Plaintiff and others promoting the Defendant's goods and services, is that information that Get It Free contests?  The limitation below "Get it Free does not have any documents relating to selling Plaintiff's phone number to the Defendant, nor does it have any documents relating to Defendant's failure or nonfailure to obtain Plaintiff's consent to be contacted" does not directly respond to a scenario where Get it Free sells that number to someone else who sells it to Defendant.
>
>
> Anthony
>
>
>
> **From:** Legal Department GetItFree <legal@getitfree.us>
> **Sent:** Thursday, September 23, 2021 2:31 PM
> **To:** Anthony Paronich <anthony@paronichlaw.com>

**Subject:** Re: Subpoena to Get it Free

Hello Mr. Paronich,

In Get it Free's opinion, Request No. 3 is overly broad and is not related to the case at hand.  Whether or not Get it Free contains documents relating to the Plaintiff is irrelevant if Defendant is not involved in the request.  Get it Free will not produce documents that are not related to the case without a protective order or an order from the court.  To clarify, Get it Free does not have any documents relating to selling Plaintiff's phone number to the Defendant, nor does it have any documents relating to Defendant's failure or nonfailure to obtain Plaintiff's consent to be contacted.

Please let me know if I can clarify further.

Thank you,

Elizabeth Cole

214-686-3607

On Tue, Sep 21, 2021 at 10:14 AM Anthony Paronich <anthony@paronichlaw.com> wrote:

Thank you, Ms. Cole. As an initial matter we wanted to meet and confer about the following:

1. Get it Free claims that it does not have information with respect to Request No. 1 representing documents claiming that the Plaintiff provided consent for calls from the Defendant.
2. However, Get it Free objects to providing information related to the Plaintiff and his phone number in Request No. 3. If Get it Free sold or provided the Plaintiff's information or information related to his phone number, those documents should be produced. Alternatively, if Get it Free claims that any information about the Plaintiff or his phone number that it sold or provided did not include consent to be contacted, that should be made clear.

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400

Hingham, MA 02043
[o] (617) 485-0018

[c] (508) 221-1510
[f] (508) 318-8100

https://www.paronichlaw.com

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

**From:** Legal Department GetItFree <legal@getitfree.us>
**Sent:** Tuesday, September 21, 2021 12:22 PM

**To:** Anthony Paronich <anthony@paronichlaw.com>
**Subject:** Re: Subpoena to Get it Free

Hello Mr. Paronich,

I hope you had a great weekend.  Please see Get it Free's objections and responses to the subpoena.  Please feel free to reach out with any questions.

Thanks,

Elizabeth Cole

214-686-3607

On Tue, Sep 7, 2021 at 1:23 PM Anthony Paronich <anthony@paronichlaw.com> wrote:

> Thank you, you as well. The subpoena is attached.
>
>
>
> ----
> Anthony Paronich
> Paronich Law, P.C.
> 350 Lincoln Street, Suite 2400
>
> Hingham, MA 02043
> [o] (617) 485-0018
>
> [c] (508) 221-1510
> [f] (508) 318-8100
>
> https://www.paronichlaw.com
>
>
> This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.
>
>
>
>
> _____
>
> **From:** Legal Department GetItFree <legal@getitfree.us>
> **Sent:** Friday, September 3, 2021 2:55 PM
> **To:** Anthony Paronich <anthony@paronichlaw.com>
> **Subject:** Re: Subpoena to Get it Free
>
>
> Hello,
>
>
> Yes, I will accept service of the subpoena.  Have a great Labor Day Weekend!
>
>
> Elizabeth Cole
>
> 214-686-3607

On Wed, Sep 1, 2021 at 1:45 PM Anthony Paronich <anthony@paronichlaw.com> wrote:

Ms. Cole:

I hope all is well. I represent a Plaintiff that is going to be issuing a subpoena to Get it Free. Are you able to accept service of that subpoena?

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400

Hingham, MA 02043
[o] (617) 485-0018

[c] (508) 221-1510
[f] (508) 318-8100

https://www.paronichlaw.com

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.


robert_frueh.xls
m


Get it Free
Objecti...oy.pdf


Subpoena to
Get it F....21.pdf

CONFIDENTIAL

ENF - 000440

From: **Elizabeth Chu** elizabeth.c@zeeto.io
Subject: Re: Subpoena to Get it Free
Date: October 26, 2021 at 9:12 PM
To: Jacob Gillick jgillick@morrislawfirmapc.com
Cc: Leanna Pierce lpierce@morrislawfirmapc.com, Chris Morris cmorris@morrislawfirmapc.com, Shayne Cardwell Shayne@zeeto.io

EC

Hi Jacob,

Please let me know if I can share your contact information with Mr. Paronich to accept service for a subpoena for deposition.

Thanks,
Elizabeth

On Fri, Oct 22, 2021 at 10:15 AM Elizabeth Chu <elizabeth.c@zeeto.io> wrote:
Hello Jacob,

It's nice to e-meet you. I had spoken with Mr. Paronich in the past for a similar subpoena and I had responded with similar objections. Last time they pushed a bit but didn't pursue anything further. This time they have followed up by requesting we accept service for a deposition that they'd like to do remotely in December.

The plaintiff in the case did go through a Get it Free path but did not opt-in via a Health IQ offer. As you will note from the email chain, Mr. Paronich is attempting to get information for Cege/Enfuego Holdings, an offer that the plaintiff did opt into via Get it Free. However, Cege was not a named defendant at the time (I am unsure if they have been added), so I refused to provide any information. At this point, Get it Free has not contacted Cege or Health IQ for an indemnification request.

I've attached the original subpoena, my reply, and the plaintiff's opt-in information for Get it Free. I'm happy to help Zeeto with general matters, however, I will need to pass this on. Please let me know if you have any questions on this matter and please let me know if I can share your contact information with Mr. Paronich to accept service for a subpoena for deposition.

Thank you,

Elizabeth Cole
214-686-3607

---------- Forwarded message ---------
From: **Legal Department GetItFree** <legal@getitfree.us>
Date: Fri, Sep 24, 2021 at 9:16 AM
Subject: Re: Subpoena to Get it Free
To: Anthony Paronich <anthony@paronichlaw.com>

Hello and Happy Friday,

I have spoken with my client and they continue to maintain the position of requiring a court order prior to providing the information you are currently requesting. As Enfuego Holdings, LLC is not a named defendant in the case, we cannot provide information regarding a non-party for confidentiality purposes.

Thank you,

Elizabeth Cole
214-686-3607

On Thu, Sep 23, 2021 at 11:35 AM Anthony Paronich <anthony@paronichlaw.com> wrote:

Hello:

Yes, please do clarify something:

Here, if the Defendant claims that another party, Enfuego Holdings LLC d/b/a Cege Media LLC, obtained the Plaintiff's phone number from Get it Free, and secured consent to allow the Defendant to contact Plaintiff and others promoting the Defendant's goods and services, is that information that Get It Free contests? The limitation below "Get it Free does not have any documents relating to selling Plaintiff's phone number to the Defendant, nor does it have any documents relating to Defendant's failure or nonfailure to obtain Plaintiff's consent to be contacted" does not directly respond to a scenario where Get it Free sells that number to someone else who sells it to Defendant.

Anthony

---

**From:** Legal Department GetItFree <legal@getitfree.us>
**Sent:** Thursday, September 23, 2021 2:31 PM
**To:** Anthony Paronich <anthony@paronichlaw.com>
**Subject:** Re: Subpoena to Get it Free

Hello Mr. Paronich,

In Get it Free's opinion, Request No. 3 is overly broad and is not related to the case at hand. Whether or not Get it Free contains documents relating to the Plaintiff is irrelevant if Defendant is not involved in the request. Get it Free will not produce documents that are not related to the case without a protective order or an order from the court. To clarify, Get it Free does not have any documents relating to selling Plaintiff's phone number to the Defendant, nor does it have any documents relating to Defendant's failure or nonfailure to obtain Plaintiff's consent to be contacted.

Please let me know if I can clarify further.

Thank you,

Elizabeth Cole

214-686-3607

On Tue, Sep 21, 2021 at 10:14 AM Anthony Paronich <anthony@paronichlaw.com> wrote:

> Thank you, Ms. Cole. As an initial matter we wanted to meet and confer about the following:

> 1. Get it Free claims that it does not have information with respect to Request No. 1 representing documents claiming that the Plaintiff provided consent for calls from the Defendant.
> 2. However, Get it Free objects to providing information related to the Plaintiff and his phone number in Request No. 3. If Get it Free sold or provided the Plaintiff's information or information related to his phone number, those documents should be produced. Alternatively, if Get it Free claims that any information about the Plaintiff or his phone number that it sold or provided did not include consent to be contacted, that should be made clear.

> ----
> Anthony Paronich
> Paronich Law, P.C.
> 350 Lincoln Street, Suite 2400

> Hingham, MA 02043
> [o] (617) 485-0018

> [c] (508) 221-1510
> [f] (508) 318-8100

> https://www.paronichlaw.com

This email message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

**From:** Legal Department GetItFree <legal@getitfree.us>
**Sent:** Tuesday, September 21, 2021 12:22 PM
**To:** Anthony Paronich <anthony@paronichlaw.com>
**Subject:** Re: Subpoena to Get it Free

Hello Mr. Paronich,

I hope you had a great weekend.  Please see Get it Free's objections and responses to the subpoena.  Please feel free to reach out with any questions.

Thanks,

Elizabeth Cole

214-686-3607

On Tue, Sep 7, 2021 at 1:23 PM Anthony Paronich <anthony@paronichlaw.com> wrote:

> Thank you, you as well. The subpoena is attached.
>
>
> ----
> Anthony Paronich
> Paronich Law, P.C.
> 350 Lincoln Street, Suite 2400
>
> Hingham, MA 02043
> [o] (617) 485-0018
>
> [c] (508) 221-1510
> [f] (508) 318-8100
>
> https://www.paronichlaw.com
>
>
> This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

**From:** Legal Department GetItFree <legal@getitfree.us>
**Sent:** Friday, September 3, 2021 2:55 PM
**To:** Anthony Paronich <anthony@paronichlaw.com>
**Subject:** Re: Subpoena to Get it Free

Hello,

CONFIDENTIAL

Yes, I will accept service of the subpoena.  Have a great Labor Day Weekend!


Elizabeth Cole

214-686-3607


On Wed, Sep 1, 2021 at 1:45 PM Anthony Paronich <anthony@paronichlaw.com> wrote:

> Ms. Cole:
>
> I hope all is well. I represent a Plaintiff that is going to be issuing a subpoena to Get it Free. Are you able to accept service of that subpoena?
>
>
> ----
> Anthony Paronich
> Paronich Law, P.C.
> 350 Lincoln Street, Suite 2400
>
> Hingham, MA 02043
> [o] (617) 485-0018
>
> [c] (508) 221-1510
> [f] (508) 318-8100
>
> https://www.paronichlaw.com
>
>
> This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

CONFIDENTIAL

ENF - 000445



From: **Jacob Gillick** jgillick@morrislawfirmapc.com
Subject: Re: Subpoena to Get it Free
Date: October 26, 2021 at 9:28 PM
To: Elizabeth Chu elizabeth.c@zeeto.io
Cc: Leanna Pierce lpierce@morrislawfirmapc.com, Chris Morris cmorris@morrislawfirmapc.com, Shayne Cardwell shayne@zeeto.io

Absolutely. Thank you.

## Jacob A. Gillick, Esq.

# MORRIS LAW FIRM, APC

Sent from iPhone. Please excuse any errors.

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may
contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or
confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this
message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the
sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute
waiver of the attorney-client or any other privilege. Sent from my iPhone

On Oct 26, 2021, at 9:12 PM, Elizabeth Chu <elizabeth.c@zeeto.io> wrote:

Hi Jacob,

Please let me know if I can share your contact information with Mr. Paronich to accept service for a subpoena for deposition.

Thanks,
Elizabeth

On Fri, Oct 22, 2021 at 10:15 AM Elizabeth Chu <elizabeth.c@zeeto.io> wrote:
Hello Jacob,

It's nice to e-meet you. I had spoken with Mr. Paronich in the past for a similar subpoena and I had responded with similar
objections. Last time they pushed a bit but didn't pursue anything further. This time they have followed up by requesting we
accept service for a deposition that they'd like to do remotely in December.

The plaintiff in the case did go through a Get it Free path but did not opt-in via a Health IQ offer. As you will note from the email
chain, Mr. Paronich is attempting to get information for Cege/Enfuego Holdings, an offer that the plaintiff did opt into via Get it
Free. However, Cege was not a named defendant at the time (I am unsure if they have been added), so I refused to provide any
information. At this point, Get it Free has not contacted Cege or Health IQ for an indemnification request.

I've attached the original subpoena, my reply, and the plaintiff's opt-in information for Get it Free. I'm happy to help Zeeto with
general matters, however, I will need to pass this on. Please let me know if you have any questions on this matter and please let
me know if I can share your contact information with Mr. Paronich to accept service for a subpoena for deposition.

Thank you,

Elizabeth Cole
214-686-3607

---------- Forwarded message ---------
From: **Legal Department GetItFree** <legal@getitfree.us>
Date: Fri, Sep 24, 2021 at 9:16 AM
Subject: Re: Subpoena to Get it Free
To: Anthony Paronich <anthony@paronichlaw.com>

Hello and Happy Friday,

I have spoken with my client and they continue to maintain the position of requiring a court order prior to providing the information
you are currently requesting. As Enfuego Holdings, LLC is not a named defendant in the case, we cannot provide information
regarding a non-party for confidentiality purposes.

Thank you,

Elizabeth Cole
214-686-3607

214-686-3607

On Thu, Sep 23, 2021 at 11:35 AM Anthony Paronich <anthony@paronichlaw.com> wrote:

> Hello:
>
> Yes, please do clarify something:
>
> Here, if the Defendant claims that another party, Enfuego Holdings LLC d/b/a Cege Media LLC, obtained the Plaintiff's phone
> number from Get it Free, and secured consent to allow the Defendant to contact Plaintiff and others promoting the Defendant's
> goods and services, is that information that Get It Free contests?  The limitation below "Get it Free does not have any
> documents relating to selling Plaintiff's phone number to the Defendant, nor does it have any documents relating to Defendant's
> failure or nonfailure to obtain Plaintiff's consent to be contacted" does not directly respond to a scenario where Get it Free sells
> that number to someone else who sells it to Defendant.
>
> Anthony
>
> _____
>
> **From:** Legal Department GetItFree <legal@getitfree.us>
> **Sent:** Thursday, September 23, 2021 2:31 PM
> **To:** Anthony Paronich <anthony@paronichlaw.com>
> **Subject:** Re: Subpoena to Get it Free
>
> Hello Mr. Paronich,
>
> In Get it Free's opinion, Request No. 3 is overly broad and is not related to the case at hand.  Whether or not Get it Free
> contains documents relating to the Plaintiff is irrelevant if Defendant is not involved in the request.  Get it Free will not produce
> documents that are not related to the case without a protective order or an order from the court.  To clarify, Get it Free does not
> have any documents relating to selling Plaintiff's phone number to the Defendant, nor does it have any documents relating to
> Defendant's failure or nonfailure to obtain Plaintiff's consent to be contacted.
>
> Please let me know if I can clarify further.
>
> Thank you,
>
> Elizabeth Cole
>
> 214-686-3607
>
> On Tue, Sep 21, 2021 at 10:14 AM Anthony Paronich <anthony@paronichlaw.com> wrote:
>
>> Thank you, Ms. Cole. As an initial matter we wanted to meet and confer about the following:
>>
>>    1. Get it Free claims that it does not have information with respect to Request No. 1 representing documents claiming
>>       that the Plaintiff provided consent for calls from the Defendant.
>>    2. However, Get it Free objects to providing information related to the Plaintiff and his phone number in Request No.
>>       3. If Get it Free sold or provided the Plaintiff's information or information related to his phone number, those
>>       documents should be produced. Alternatively, if Get it Free claims that any information about the Plaintiff or his
>>       phone number that it sold or provided did not include consent to be contacted, that should be made clear.
>>
>>
>> ----
>> Anthony Paronich

Paronich Law, P.C.
350 Lincoln Street, Suite 2400

Hingham, MA 02043
[o] (617) 485-0018

[c] (508) 221-1510
[f] (508) 318-8100

https://www.paronichlaw.com

This email message may contain legally privileged and/or confidential information.  If you are
not the intended recipient(s), or the employee or agent responsible for delivery of this message
to the intended recipient(s), you are hereby notified that any dissemination, distribution or
copying of this e-mail message is strictly prohibited. If you have received this message in error,
please immediately notify the sender and delete this e-mail message from your computer.

---

**From:** Legal Department GetItFree <legal@getitfree.us>
**Sent:** Tuesday, September 21, 2021 12:22 PM
**To:** Anthony Paronich <anthony@paronichlaw.com>
**Subject:** Re: Subpoena to Get it Free

Hello Mr. Paronich,

I hope you had a great weekend.  Please see Get it Free's objections and responses to the subpoena.  Please feel free to
reach out with any questions.

Thanks,

Elizabeth Cole

214-686-3607

On Tue, Sep 7, 2021 at 1:23 PM Anthony Paronich <anthony@paronichlaw.com> wrote:

> Thank you, you as well. The subpoena is attached.
>
>
>
> ----
> Anthony Paronich
> Paronich Law, P.C.
> 350 Lincoln Street, Suite 2400
>
> Hingham, MA 02043
> [o] (617) 485-0018
>
> [c] (508) 221-1510
> [f] (508) 318-8100
>
> https://www.paronichlaw.com
>
> This email message may contain legally privileged and/or confidential information.  If you are
> not the intended recipient(s), or the employee or agent responsible for delivery of this

message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

---

**From:** Legal Department GetItFree <legal@getitfree.us>
**Sent:** Friday, September 3, 2021 2:55 PM
**To:** Anthony Paronich <anthony@paronichlaw.com>
**Subject:** Re: Subpoena to Get it Free

Hello,

Yes, I will accept service of the subpoena.  Have a great Labor Day Weekend!

Elizabeth Cole

214-686-3607

On Wed, Sep 1, 2021 at 1:45 PM Anthony Paronich <anthony@paronichlaw.com> wrote:

> Ms. Cole:
>
> I hope all is well. I represent a Plaintiff that is going to be issuing a subpoena to Get it Free. Are you able to accept service of that subpoena?
>
>
> ----
> Anthony Paronich
> Paronich Law, P.C.
> 350 Lincoln Street, Suite 2400
>
> Hingham, MA 02043
> [o] (617) 485-0018
>
> [c] (508) 221-1510
> [f] (508) 318-8100
>
> https://www.paronichlaw.com
>
>
> This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

CONFIDENTIAL

ENF - 000450



**From:** **Jacob Gillick** jgillick@morrislawfirmapc.com
**Subject:** Re: Subpoena to Get it Free
**Date:** December 27, 2021 at 9:10 AM
**To:** Elizabeth Chu elizabeth.c@zeeto.io

Hey Elizabeth,

Would you mind giving me a call on the below when you have a second? I just have a couple of
quick questions.

Thanks!

Jacob A. Gillick, Esq.
**MORRIS LAW FIRM, APC**
501 West Broadway, Suite 1480
San Diego, CA 92101
Tel. (619) 826-8060
Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Elizabeth Chu <elizabeth.c@zeeto.io>
**Date:** Friday, October 22, 2021 at 12:15 PM
**To:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Cc:** Leanna Pierce <lpierce@morrislawfirmapc.com>, Chris Morris
<cmorris@morrislawfirmapc.com>
**Subject:** Fwd: Subpoena to Get it Free

Hello Jacob,

It's nice to e-meet you. I had spoken with Mr. Paronich in the past for a similar subpoena and I
had responded with similar objections. Last time they pushed a bit but didn't pursue anything
further. This time they have followed up by requesting we accept service for a deposition that
they'd like to do remotely in December.

The plaintiff in the case did go through a Get it Free path but did not opt-in via a Health IQ offer.
As you will note from the email chain, Mr. Paronich is attempting to get information for
Cege/Enfuego Holdings, an offer that the plaintiff did opt into via Get it Free. However, Cege was
not a named defendant at the time (I am unsure if they have been added), so I refused to provide
any information. At this point, Get it Free has not contacted Cege or Health IQ for an
indemnification request.

I've attached the original subpoena, my reply, and the plaintiff's opt-in information for Get it
Free. I'm happy to help Zeeto with general matters, however, I will need to pass this on. Please

let me know if you have any questions on this matter and please let me know if I can share your contact information with Mr. Paronich to accept service for a subpoena for deposition.

Thank you,

Elizabeth Cole
214-686-3607

---------- Forwarded message ---------
From: **Legal Department GetItFree** <legal@getitfree.us>
Date: Fri, Sep 24, 2021 at 9:16 AM
Subject: Re: Subpoena to Get it Free
To: Anthony Paronich <anthony@paronichlaw.com>


Hello and Happy Friday,

I have spoken with my client and they continue to maintain the position of requiring a court order prior to providing the information you are currently requesting.  As Enfuego Holdings, LLC is not a named defendant in the case, we cannot provide information regarding a non-party for confidentiality purposes.

Thank you,

Elizabeth Cole
214-686-3607


On Thu, Sep 23, 2021 at 11:35 AM Anthony Paronich <anthony@paronichlaw.com> wrote:

> Hello:
>
> Yes, please do clarify something:
>
> Here, if the Defendant claims that another party, Enfuego Holdings LLC d/b/a Cege Media LLC, obtained the Plaintiff's phone number from Get it Free, and secured consent to allow the Defendant to contact Plaintiff and others promoting the Defendant's goods and services, is that information that Get It Free contests?  The limitation below "Get it Free does not have any documents relating to selling Plaintiff's phone number to the Defendant, nor does it have any documents relating to Defendant's failure or nonfailure to obtain Plaintiff's consent to be contacted" does not directly respond to a scenario where Get it Free sells that number to someone else who sells it to Defendant.
>
> Anthony
>
> **From:** Legal Department GetItFree <legal@getitfree.us>
> **Sent:** Thursday, September 23, 2021 2:31 PM
> **To:** Anthony Paronich <anthony@paronichlaw.com>

CONFIDENTIAL

**Subject:** Re: Subpoena to Get it Free

Hello Mr. Paronich,

In Get it Free's opinion, Request No. 3 is overly broad and is not related to the case at hand. Whether or not Get it Free contains documents relating to the Plaintiff is irrelevant if Defendant is not involved in the request.  Get it Free will not produce documents that are not related to the case without a protective order or an order from the court.  To clarify, Get it Free does not have any documents relating to selling Plaintiff's phone number to the Defendant, nor does it have any documents relating to Defendant's failure or nonfailure to obtain Plaintiff's consent to be contacted.

Please let me know if I can clarify further.

Thank you,
Elizabeth Cole
214-686-3607

On Tue, Sep 21, 2021 at 10:14 AM Anthony Paronich <anthony@paronichlaw.com> wrote:

> Thank you, Ms. Cole. As an initial matter we wanted to meet and confer about the following:
>
> 1. Get it Free claims that it does not have information with respect to Request No. 1 representing documents claiming that the Plaintiff provided consent for calls from the Defendant.
> 2. However, Get it Free objects to providing information related to the Plaintiff and his phone number in Request No. 3. If Get it Free sold or provided the Plaintiff's information or information related to his phone number, those documents should be produced. Alternatively, if Get it Free claims that any information about the Plaintiff or his phone number that it sold or provided did not include consent to be contacted, that should be made clear.
>
>
> ----
> Anthony Paronich
> Paronich Law, P.C.
> 350 Lincoln Street, Suite 2400
> Hingham, MA 02043
> [o] (617) 485-0018
> [c] (508) 221-1510
> [f] (508) 318-8100
> https://www.paronichlaw.com
>
> This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

**From:** Legal Department GetItFree <legal@getitfree.us>
**Sent:** Tuesday, September 21, 2021 12:22 PM
**To:** Anthony Paronich <anthony@paronichlaw.com>
**Subject:** Re: Subpoena to Get it Free

Hello Mr. Paronich,

I hope you had a great weekend.  Please see Get it Free's objections and responses to the subpoena.  Please feel free to reach out with any questions.

Thanks,
Elizabeth Cole
214-686-3607

On Tue, Sep 7, 2021 at 1:23 PM Anthony Paronich <anthony@paronichlaw.com> wrote:

> Thank you, you as well. The subpoena is attached.
>
>
> ----
> Anthony Paronich
> Paronich Law, P.C.
> 350 Lincoln Street, Suite 2400
> Hingham, MA 02043
> [o] (617) 485-0018
> [c] (508) 221-1510
> [f] (508) 318-8100
> https://www.paronichlaw.com
>
> This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

**From:** Legal Department GetItFree <legal@getitfree.us>
**Sent:** Friday, September 3, 2021 2:55 PM
**To:** Anthony Paronich <anthony@paronichlaw.com>
**Subject:** Re: Subpoena to Get it Free

Hello,

Yes, I will accept service of the subpoena.  Have a great Labor Day Weekend!

Elizabeth Cole
214-686-3607

On Wed, Sep 1, 2021 at 1:45 PM Anthony Paronich <anthony@paronichlaw.com> wrote:

> Ms. Cole:
>
> I hope all is well. I represent a Plaintiff that is going to be issuing a subpoena to Get it Free. Are you able to accept service of that subpoena?
>
> ----
> Anthony Paronich
> Paronich Law, P.C.
> 350 Lincoln Street, Suite 2400
> Hingham, MA 02043
> [o] (617) 485-0018
> [c] (508) 221-1510
> [f] (508) 318-8100
> https://www.paronichlaw.com
>
> This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.



From: **Elizabeth Chu** elizabeth.c@zeeto.io
Subject: Re: Subpoena to Get it Free
Date: December 27, 2021 at 4:17 PM
To: Jacob Gillick jgillick@morrislawfirmapc.com



Hi Jacob,

I just tried your office number and missed you.  Feel free to call me back when you are free at 214-686-3607.

Thanks,
Elizabeth
On Mon, Dec 27, 2021 at 9:10 AM Jacob Gillick <jgillick@morrislawfirmapc.com> wrote:

> Hey Elizabeth,
>
> Would you mind giving me a call on the below when you have a second? I just have a couple of quick questions.
>
> Thanks!
>
> Jacob A. Gillick, Esq.
>
> **MORRIS LAW FIRM, APC**
>
> 501 West Broadway, Suite 1480
>
> San Diego, CA 92101
>
> Tel. (619) 826-8060
>
> Fax. (619) 826-8065
>
>
> CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain
> information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or
> regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained
> in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and
> any attachments.  Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.
>
>
> ---
>
> **From:** Elizabeth Chu <elizabeth.c@zeeto.io>
> **Date:** Friday, October 22, 2021 at 12:15 PM
> **To:** Jacob Gillick <jgillick@morrislawfirmapc.com>
> **Cc:** Leanna Pierce <lpierce@morrislawfirmapc.com>, Chris Morris
> <cmorris@morrislawfirmapc.com>
> **Subject:** Fwd: Subpoena to Get it Free
>
> Hello Jacob,
>
> It's nice to e-meet you.  I had spoken with Mr. Paronich in the past for a similar subpoena and I had responded with similar
> objections.  Last time they pushed a bit but didn't pursue anything further.  This time they have followed up by requesting we accept
> service for a deposition that they'd like to do remotely in December.

The plaintiff in the case did go through a Get it Free path but did not opt-in via a Health IQ offer.  As you will note from the email chain, Mr. Paronich is attempting to get information for Cege/Enfuego Holdings, an offer that the plaintiff did opt into via Get it Free. However, Cege was not a named defendant at the time (I am unsure if they have been added), so I refused to provide any information.  At this point, Get it Free has not contacted Cege or Health IQ for an indemnification request.

I've attached the original subpoena, my reply, and the plaintiff's opt-in information for Get it Free.  I'm happy to help Zeeto with general matters, however, I will need to pass this on.  Please let me know if you have any questions on this matter and please let me know if I can share your contact information with Mr. Paronich to accept service for a subpoena for deposition.

Thank you,

Elizabeth Cole

214-686-3607

---------- Forwarded message ---------
From: **Legal Department GetItFree** <legal@getitfree.us>
Date: Fri, Sep 24, 2021 at 9:16 AM
Subject: Re: Subpoena to Get it Free
To: Anthony Paronich <anthony@paronichlaw.com>

Hello and Happy Friday,

I have spoken with my client and they continue to maintain the position of requiring a court order prior to providing the information you are currently requesting.  As Enfuego Holdings, LLC is not a named defendant in the case, we cannot provide information regarding a non-party for confidentiality purposes.

Thank you,

Elizabeth Cole

214-686-3607

On Thu, Sep 23, 2021 at 11:35 AM Anthony Paronich <anthony@paronichlaw.com> wrote:

> Hello,
>
> Yes, please do clarify something:
>
> Here, if the Defendant claims that another party, Enfuego Holdings LLC d/b/a Cege Media LLC, obtained the Plaintiff's phone number from Get it Free, and secured consent to allow the Defendant to contact Plaintiff and others promoting the Defendant's goods and services, is that information that Get It Free contests?  The limitation below "Get it Free does not have any documents relating to selling Plaintiff's phone number to the Defendant, nor does it have any documents relating to Defendant's failure or nonfailure to obtain Plaintiff's consent to be contacted" does not directly respond to a scenario where Get it Free sells that number to someone else who sells it to Defendant.
>
> Anthony
>
> ――――――――――――――――――――――――――――――――――――
>
> **From:** Legal Department GetItFree <legal@getitfree.us>

CONFIDENTIAL

**From:** Legal Department GetItFree <legal@getitfree.us>
**Sent:** Thursday, September 23, 2021 2:31 PM
**To:** Anthony Paronich <anthony@paronichlaw.com>
**Subject:** Re: Subpoena to Get it Free

Hello Mr. Paronich,

In Get it Free's opinion, Request No. 3 is overly broad and is not related to the case at hand.  Whether or not Get it Free contains documents relating to the Plaintiff is irrelevant if Defendant is not involved in the request.  Get it Free will not produce documents that are not related to the case without a protective order or an order from the court.  To clarify, Get it Free does not have any documents relating to selling Plaintiff's phone number to the Defendant, nor does it have any documents relating to Defendant's failure or nonfailure to obtain Plaintiff's consent to be contacted.

Please let me know if I can clarify further.

Thank you,

Elizabeth Cole

214-686-3607

On Tue, Sep 21, 2021 at 10:14 AM Anthony Paronich <anthony@paronichlaw.com> wrote:

> Thank you, Ms. Cole. As an initial matter we wanted to meet and confer about the following:
>
> 1. Get it Free claims that it does not have information with respect to Request No. 1 representing documents claiming that the Plaintiff provided consent for calls from the Defendant.
> 2. However, Get it Free objects to providing information related to the Plaintiff and his phone number in Request No. 3. If Get it Free sold or provided the Plaintiff's information or information related to his phone number, those documents should be produced. Alternatively, if Get it Free claims that any information about the Plaintiff or his phone number that it sold or provided did not include consent to be contacted, that should be made clear.
>
>
> ----
> Anthony Paronich
> Paronich Law, P.C.
> 350 Lincoln Street, Suite 2400
>
> Hingham, MA 02043
> [o] (617) 485-0018
>
> [c] (508) 221-1510
> [f] (508) 318-8100
>
> https://www.paronichlaw.com
>
>
> This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

**From:** Legal Department GetItFree <legal@getitfree.us>
**Sent:** Tuesday, September 21, 2021 12:22 PM
**To:** Anthony Paronich <anthony@paronichlaw.com>
**Subject:** Re: Subpoena to Get it Free


Hello Mr. Paronich,


I hope you had a great weekend.  Please see Get it Free's objections and responses to the subpoena.  Please feel free to reach out with any questions.


Thanks,

Elizabeth Cole

214-686-3607

On Tue, Sep 7, 2021 at 1:23 PM Anthony Paronich <anthony@paronichlaw.com> wrote:

> Thank you, you as well. The subpoena is attached.
>
>
>
> ----
> Anthony Paronich
> Paronich Law, P.C.
> 350 Lincoln Street, Suite 2400
>
> Hingham, MA 02043
> [o] (617) 485-0018
>
> [c] (508) 221-1510
> [f] (508) 318-8100
>
> https://www.paronichlaw.com
>
>
> This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

**From:** Legal Department GetItFree <legal@getitfree.us>
**Sent:** Friday, September 3, 2021 2:55 PM
**To:** Anthony Paronich <anthony@paronichlaw.com>
**Subject:** Re: Subpoena to Get it Free


Hello,


Yes, I will accept service of the subpoena.  Have a great Labor Day Weekend!

Elizabeth Cole

214-686-3607

On Wed, Sep 1, 2021 at 1:45 PM Anthony Paronich <anthony@paronichlaw.com> wrote:

Ms. Cole:

I hope all is well. I represent a Plaintiff that is going to be issuing a subpoena to Get it Free. Are you able to accept service of that subpoena?

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400

Hingham, MA 02043
[o] (617) 485-0018

[c] (508) 221-1510
[f] (508) 318-8100

https://www.paronichlaw.com

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

CONFIDENTIAL

ENF - 000461



From: **Elizabeth Chu** elizabeth.c@zeeto.io
Subject: Fwd: Subpoena to Get it Free
Date: January 7, 2022 at 10:26 AM
To: Nais Mouret nais@zeeto.io

Hi Nais,

I've attached everything I have for Robert Frueh. I passed this on to Morris Law Firm in October. Jacob emailed me that he wanted to get on a call but never called me. I haven't had the best experience with Morris Law Firm in receiving a response so I'm not really sure how or if they have handled the matter.

Elizabeth

---------- Forwarded message ---------
From: **Elizabeth Chu** <elizabeth.c@zeeto.io>
Date: Fri, Oct 22, 2021 at 10:15 AM
Subject: Fwd: Subpoena to Get it Free
To: Jacob Gillick <jgillick@morrislawfirmapc.com>
Cc: Leanna Pierce <lpierce@morrislawfirmapc.com>, Chris Morris <cmorris@morrislawfirmapc.com>

Hello Jacob,

It's nice to e-meet you. I had spoken with Mr. Paronich in the past for a similar subpoena and I had responded with similar objections. Last time they pushed a bit but didn't pursue anything further. This time they have followed up by requesting we accept service for a deposition that they'd like to do remotely in December.

The plaintiff in the case did go through a Get it Free path but did not opt-in via a Health IQ offer. As you will note from the email chain, Mr. Paronich is attempting to get information for Cege/Enfuego Holdings, an offer that the plaintiff did opt into via Get it Free. However, Cege was not a named defendant at the time (I am unsure if they have been added), so I refused to provide any information. At this point, Get it Free has not contacted Cege or Health IQ for an indemnification request.

I've attached the original subpoena, my reply, and the plaintiff's opt-in information for Get it Free. I'm happy to help Zeeto with general matters, however, I will need to pass this on. Please let me know if you have any questions on this matter and please let me know if I can share your contact information with Mr. Paronich to accept service for a subpoena for deposition.

Thank you,

Elizabeth Cole
214-686-3607

---------- Forwarded message ---------
From: **Legal Department GetItFree** <legal@getitfree.us>
Date: Fri, Sep 24, 2021 at 9:16 AM
Subject: Re: Subpoena to Get it Free
To: Anthony Paronich <anthony@paronichlaw.com>

Hello and Happy Friday,

I have spoken with my client and they continue to maintain the position of requiring a court order prior to providing the information you are currently requesting. As Enfuego Holdings, LLC is not a named defendant in the case, we cannot provide information regarding a non-party for confidentiality purposes.

Thank you,

Elizabeth Cole
214-686-3607

On Thu, Sep 23, 2021 at 11:35 AM Anthony Paronich <anthony@paronichlaw.com> wrote:

> Hello:
>
> Yes, please do clarify something:
>
> Here, if the Defendant claims that another party, Enfuego Holdings LLC d/b/a Cege Media LLC, obtained the Plaintiff's phone number from Get it Free, and secured consent to allow the Defendant to contact Plaintiff and others promoting the Defendant's

number from Get It Free, and secured consent to allow the Defendant to contact Plaintiff and others promoting the Defendant's goods and services, is that information that Get It Free contests?  The limitation below "Get it Free does not have any documents relating to selling Plaintiff's phone number to the Defendant, nor does it have any documents relating to Defendant's failure or nonfailure to obtain Plaintiff's consent to be contacted" does not directly respond to a scenario where Get it Free sells that number to someone else who sells it to Defendant.


Anthony

---

**From:** Legal Department GetItFree <legal@getitfree.us>
**Sent:** Thursday, September 23, 2021 2:31 PM
**To:** Anthony Paronich <anthony@paronichlaw.com>
**Subject:** Re: Subpoena to Get it Free


Hello Mr. Paronich,


In Get it Free's opinion, Request No. 3 is overly broad and is not related to the case at hand.  Whether or not Get it Free contains documents relating to the Plaintiff is irrelevant if Defendant is not involved in the request.  Get it Free will not produce documents that are not related to the case without a protective order or an order from the court.  To clarify, Get it Free does not have any documents relating to selling Plaintiff's phone number to the Defendant, nor does it have any documents relating to Defendant's failure or nonfailure to obtain Plaintiff's consent to be contacted.


Please let me know if I can clarify further.


Thank you,

Elizabeth Cole

214-686-3607


On Tue, Sep 21, 2021 at 10:14 AM Anthony Paronich <anthony@paronichlaw.com> wrote:

> Thank you, Ms. Cole. As an initial matter we wanted to meet and confer about the following:
>
>    1. Get it Free claims that it does not have information with respect to Request No. 1 representing documents claiming that the Plaintiff provided consent for calls from the Defendant.
>    2. However, Get it Free objects to providing information related to the Plaintiff and his phone number in Request No. 3. If Get it Free sold or provided the Plaintiff's information or information related to his phone number, those documents should be produced. Alternatively, if Get it Free claims that any information about the Plaintiff or his phone number that it sold or provided did not include consent to be contacted, that should be made clear.
>
>
>
> ----
> Anthony Paronich
> Paronich Law, P.C.
> 350 Lincoln Street, Suite 2400
>
> Hingham, MA 02043
> [o] (617) 485-0018
>
> [c] (508) 221-1510
> [f] (508) 318-8100
>
> https://www.paronichlaw.com

This email message may contain legally privileged and/or confidential information.  If you are not

the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

---

**From:** Legal Department GetItFree <legal@getitfree.us>
**Sent:** Tuesday, September 21, 2021 12:22 PM
**To:** Anthony Paronich <anthony@paronichlaw.com>
**Subject:** Re: Subpoena to Get it Free

Hello Mr. Paronich,

I hope you had a great weekend.  Please see Get it Free's objections and responses to the subpoena.  Please feel free to reach out with any questions.

Thanks,

Elizabeth Cole

214-686-3607

On Tue, Sep 7, 2021 at 1:23 PM Anthony Paronich <anthony@paronichlaw.com> wrote:

> Thank you, you as well. The subpoena is attached.
>
>
> ----
> Anthony Paronich
> Paronich Law, P.C.
> 350 Lincoln Street, Suite 2400
>
> Hingham, MA 02043
> [o] (617) 485-0018
>
> [c] (508) 221-1510
> [f] (508) 318-8100
>
> https://www.paronichlaw.com
>
>
> This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.
>
>
> ---
>
> **From:** Legal Department GetItFree <legal@getitfree.us>
> **Sent:** Friday, September 3, 2021 2:55 PM

**To:** Anthony Paronich <anthony@paronichlaw.com>
**Subject:** Re: Subpoena to Get it Free

Hello,

Yes, I will accept service of the subpoena. Have a great Labor Day Weekend!

Elizabeth Cole

214-686-3607

On Wed, Sep 1, 2021 at 1:45 PM Anthony Paronich <anthony@paronichlaw.com> wrote:

Ms. Cole:

I hope all is well. I represent a Plaintiff that is going to be issuing a subpoena to Get it Free. Are you able to accept service of that subpoena?

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400

Hingham, MA 02043
[o] (617) 485-0018

[c] (508) 221-1510
[f] (508) 318-8100

https://www.paronichlaw.com

This email message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.



robert_frueh.xls
m



Get it Free
Objecti...oy.pdf



Subpoena to
Get it F....21.pdf

CONFIDENTIAL

From: **Nais Mouret** nais@zeeto.io
Subject: Fwd: Subpoena to Get it Free
Date: January 7, 2022 at 10:31 AM
To: Shayne Cardwell shayne@zeeto.io



Hi Shayne,

I am forwarding you Elizabeth's email on Robert Frueh. She gathered the information she had on this matter.

I am unsure whether this would still relevant but sharing in case that might help in any way!

Best,
Naïs



**Naïs Mouret**
Head of Legal Affairs
Email: nais@zeeto.io
**zeeto.io**

---------- Forwarded message ---------
From: **Elizabeth Chu** <elizabeth.c@zeeto.io>
Date: Fri, Jan 7, 2022 at 7:26 PM
Subject: Fwd: Subpoena to Get it Free
To: Nais Mouret <nais@zeeto.io>

Hi Nais,

I've attached everything I have for Robert Frueh. I passed this on to Morris Law Firm in October. Jacob emailed me that he wanted to get on a call but never called me. I haven't had the best experience with Morris Law Firm in receiving a response so I'm not really sure how or if they have handled the matter.

Elizabeth

---------- Forwarded message ---------
From: **Elizabeth Chu** <elizabeth.c@zeeto.io>
Date: Fri, Oct 22, 2021 at 10:15 AM
Subject: Fwd: Subpoena to Get it Free
To: Jacob Gillick <jgillick@morrislawfirmapc.com>
Cc: Leanna Pierce <lpierce@morrislawfirmapc.com>, Chris Morris <cmorris@morrislawfirmapc.com>

Hello Jacob,

It's nice to e-meet you. I had spoken with Mr. Paronich in the past for a similar subpoena and I had responded with similar objections. Last time they pushed a bit but didn't pursue anything further. This time they have followed up by requesting we accept service for a deposition that they'd like to do remotely in December.

The plaintiff in the case did go through a Get it Free path but did not opt-in via a Health IQ offer. As you will note from the email chain, Mr. Paronich is attempting to get information for Cege/Enfuego Holdings, an offer that the plaintiff did opt into via Get it Free. However, Cege was not a named defendant at the time (I am unsure if they were added), so I refused to provide any information. At this point, Get it Free has not contacted Cege or Health IQ for an indemnification request.

I've attached the original subpoena, my reply, and the plaintiff's opt-in information for Get it Free. I'm happy to help Zeeto with general matters, however, I will need to pass this on. Please let me know if you have any questions on this matter and please let me know if I can share your contact information with Mr. Paronich to accept service for a subpoena for deposition.

Thank you,

Elizabeth Cole
214-686-3607

---------- Forwarded message ---------
From: **Legal Department GetItFree** <legal@getitfree.us>
Date: Fri, Sep 24, 2021 at 9:16 AM
Subject: Re: Subpoena to Get it Free
To: Anthony Paronich <anthony@paronichlaw.com>

Hello and Happy Friday,

I have spoken with my client and they continue to maintain the position of requiring a court order prior to providing the information you are currently requesting.  As Enfuego Holdings, LLC is not a named defendant in the case, we cannot provide information regarding a non-party for confidentiality purposes.

Thank you,

Elizabeth Cole
214-686-3607

On Thu, Sep 23, 2021 at 11:35 AM Anthony Paronich <anthony@paronichlaw.com> wrote:

> Hello:
>
> Yes, please do clarify something:
>
> Here, if the Defendant claims that another party, Enfuego Holdings LLC d/b/a Cege Media LLC, obtained the Plaintiff's phone number from Get it Free, and secured consent to allow the Defendant to contact Plaintiff and others promoting the Defendant's goods and services, is that information that Get It Free contests?  The limitation below "Get it Free does not have any documents relating to selling Plaintiff's phone number to the Defendant, nor does it have any documents relating to Defendant's failure or nonfailure to obtain Plaintiff's consent to be contacted" does not directly respond to a scenario where Get it Free sells that number to someone else who sells it to Defendant.
>
> Anthony
>
> ---
>
> **From:** Legal Department GetItFree <legal@getitfree.us>
> **Sent:** Thursday, September 23, 2021 2:31 PM
> **To:** Anthony Paronich <anthony@paronichlaw.com>
> **Subject:** Re: Subpoena to Get it Free
>
> Hello Mr. Paronich,
>
> In Get it Free's opinion, Request No. 3 is overly broad and is not related to the case at hand.  Whether or not Get it Free contains documents relating to the Plaintiff is irrelevant if Defendant is not involved in the request.  Get it Free will not produce documents that are not related to the case without a protective order or an order from the court.  To clarify, Get it Free does not have any documents relating to selling Plaintiff's phone number to the Defendant, nor does it have any documents relating to Defendant's failure or nonfailure to obtain Plaintiff's consent to be contacted.
>
> Please let me know if I can clarify further.
>
> Thank you,
>
> Elizabeth Cole
>
> 214-686-3607
>
> On Tue, Sep 21, 2021 at 10:14 AM Anthony Paronich <anthony@paronichlaw.com> wrote:
>
>> Thank you, Ms. Cole. As an initial matter we wanted to meet and confer about the following:
>>
>> 1.  Get it Free claims that it does not have information with respect to Request No. 1 representing documents claiming that

1. Get it Free claims that it does not have information with respect to Request No. 1 representing documents claiming that the Plaintiff provided consent for calls from the Defendant.

2. However, Get it Free objects to providing information related to the Plaintiff and his phone number in Request No. 3. If Get it Free sold or provided the Plaintiff's information or information related to his phone number, those documents should be produced. Alternatively, if Get it Free claims that any information about the Plaintiff or his phone number that it sold or provided did not include consent to be contacted, that should be made clear.

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400

Hingham, MA 02043
[o] (617) 485-0018

[c] (508) 221-1510
[f] (508) 318-8100

https://www.paronichlaw.com

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

---

**From:** Legal Department GetItFree <legal@getitfree.us>
**Sent:** Tuesday, September 21, 2021 12:22 PM
**To:** Anthony Paronich <anthony@paronichlaw.com>
**Subject:** Re: Subpoena to Get it Free

Hello Mr. Paronich,

I hope you had a great weekend.  Please see Get it Free's objections and responses to the subpoena.  Please feel free to reach out with any questions.

Thanks,

Elizabeth Cole

214-686-3607

On Tue, Sep 7, 2021 at 1:23 PM Anthony Paronich <anthony@paronichlaw.com> wrote:

> Thank you, you as well. The subpoena is attached.
>
>
> ----
> Anthony Paronich
> Paronich Law, P.C.
> 350 Lincoln Street, Suite 2400
>
> Hingham, MA 02043

Hingham, MA 02043
[o] (617) 485-0018

[c] (508) 221-1510
[f] (508) 318-8100

https://www.paronichlaw.com

This email message may contain legally privileged and/or confidential information.  If you are
not the intended recipient(s), or the employee or agent responsible for delivery of this message to
the intended recipient(s), you are hereby notified that any dissemination, distribution or
copying of this e-mail message is strictly prohibited. If you have received this message in error,
please immediately notify the sender and delete this e-mail message from your computer.

---

**From:** Legal Department GetItFree <legal@getitfree.us>
**Sent:** Friday, September 3, 2021 2:55 PM
**To:** Anthony Paronich <anthony@paronichlaw.com>
**Subject:** Re: Subpoena to Get it Free

Hello,

Yes, I will accept service of the subpoena.  Have a great Labor Day Weekend!

Elizabeth Cole

214-686-3607

On Wed, Sep 1, 2021 at 1:45 PM Anthony Paronich <anthony@paronichlaw.com> wrote:

> Ms. Cole:
>
> I hope all is well. I represent a Plaintiff that is going to be issuing a subpoena to Get it Free. Are you able to accept
> service of that subpoena?
>
> ----
> Anthony Paronich
> Paronich Law, P.C.
> 350 Lincoln Street, Suite 2400
>
> Hingham, MA 02043
> [o] (617) 485-0018
>
> [c] (508) 221-1510
> [f] (508) 318-8100
>
> https://www.paronichlaw.com
>
> This email message may contain legally privileged and/or confidential information.  If you are
> not the intended recipient(s), or the employee or agent responsible for delivery of this
> message to the intended recipient(s), you are hereby notified that any dissemination,
> distribution or copying of this e-mail message is strictly prohibited. If you have received this

CONFIDENTIAL

message in error, please immediately notify the sender and delete this e-mail message from your computer.



robert_frueh.xls
m



Get it Free
Objecti...oy.pdf



Subpoena to
Get it F....21.pdf

CONFIDENTIAL

ENF - 000472

From: **Nais Mouret** nais@zeeto.io
Subject: Re: Subpoena to Get it Free
Date: January 7, 2022 at 10:37 AM
To: Elizabeth Chu elizabeth.c@zeeto.io



Hi Elizabeth,

Many thanks for sending this over. I have shared the information with Shayne, he now handles the complaints we receive. I will follow-up if we need any additional details.

Have a wonderful weekend!

Best,
Naïs



**Naïs Mouret**
Head of Legal Affairs
Email: nais@zeeto.io

**zeeto.io**

On Fri, Jan 7, 2022 at 7:26 PM Elizabeth Chu <elizabeth.c@zeeto.io> wrote:
Hi Nais,

I've attached everything I have for Robert Frueh. I passed this on to Morris Law Firm in October. Jacob emailed me that he wanted to get on a call but never called me. I haven't had the best experience with Morris Law Firm in receiving a response so I'm not really sure how or if they have handled the matter.

Elizabeth

---------- Forwarded message ---------
From: **Elizabeth Chu** <elizabeth.c@zeeto.io>
Date: Fri, Oct 22, 2021 at 10:15 AM
Subject: Fwd: Subpoena to Get it Free
To: Jacob Gillick <jgillick@morrislawfirmapc.com>
Cc: Leanna Pierce <lpierce@morrislawfirmapc.com>, Chris Morris <cmorris@morrislawfirmapc.com>

Hello Jacob,

It's nice to e-meet you. I had spoken with Mr. Paronich in the past for a similar subpoena and I had responded with similar objections. Last time they pushed a bit but didn't pursue anything further. This time they have followed up by requesting we accept service for a deposition that they'd like to do remotely in December.

The plaintiff in the case did go through a Get it Free path but did not opt-in via a Health IQ offer. As you will note from the email chain, Mr. Paronich is attempting to get information for Cege/Enfuego Holdings, an offer that the plaintiff did opt into via Get it Free. However, Cege was not a named defendant at the time (I am unsure if they have been added), so I refused to provide any information. At this point, Get it Free has not contacted Cege or Health IQ for an indemnification request.

I've attached the original subpoena, my reply, and the plaintiff's opt-in information for Get it Free. I'm happy to help Zeeto with general matters, however, I will need to pass this on. Please let me know if you have any questions on this matter and please let me know if I can share your contact information with Mr. Paronich to accept service for a subpoena for deposition.

Thank you,

Elizabeth Cole
214-686-3607

---------- Forwarded message ---------
From: **Legal Department GetitFree** <legal@getitfree.us>
Date: Fri, Sep 24, 2021 at 9:16 AM
Subject: Re: Subpoena to Get it Free
To: Anthony Paronich <anthony@paronichlaw.com>

Hello and Happy Friday,

I have spoken with my client and they continue to maintain the position of requiring a court order prior to providing the information

you are currently requesting.  As Enfuego Holdings, LLC is not a named defendant in the case, we cannot provide information regarding a non-party for confidentiality purposes.

Thank you,

Elizabeth Cole
214-686-3607

On Thu, Sep 23, 2021 at 11:35 AM Anthony Paronich <anthony@paronichlaw.com> wrote:

> Hello:
>
> Yes, please do clarify something:
>
> Here, if the Defendant claims that another party, Enfuego Holdings LLC d/b/a Cege Media LLC, obtained the Plaintiff's phone number from Get it Free, and secured consent to allow the Defendant to contact Plaintiff and others promoting the Defendant's goods and services, is that information that Get It Free contests?  The limitation below "Get it Free does not have any documents relating to selling Plaintiff's phone number to the Defendant, nor does it have any documents relating to Defendant's failure or nonfailure to obtain Plaintiff's consent to be contacted" does not directly respond to a scenario where Get it Free sells that number to someone else who sells it to Defendant.
>
> Anthony
>
> _____
>
> **From:** Legal Department GetItFree <legal@getitfree.us>
> **Sent:** Thursday, September 23, 2021 2:31 PM
> **To:** Anthony Paronich <anthony@paronichlaw.com>
> **Subject:** Re: Subpoena to Get it Free
>
> Hello Mr. Paronich,
>
> In Get it Free's opinion, Request No. 3 is overly broad and is not related to the case at hand.  Whether or not Get it Free contains documents relating to the Plaintiff is irrelevant if Defendant is not involved in the request.  Get it Free will not produce documents that are not related to the case without a protective order or an order from the court.  To clarify, Get it Free does not have any documents relating to selling Plaintiff's phone number to the Defendant, nor does it have any documents relating to Defendant's failure or nonfailure to obtain Plaintiff's consent to be contacted.
>
> Please let me know if I can clarify further.
>
> Thank you,
>
> Elizabeth Cole
>
> 214-686-3607
>
> On Tue, Sep 21, 2021 at 10:14 AM Anthony Paronich <anthony@paronichlaw.com> wrote:
>
>> Thank you, Ms. Cole. As an initial matter we wanted to meet and confer about the following:
>>
>> 1. Get it Free claims that it does not have information with respect to Request No. 1 representing documents claiming that the Plaintiff provided consent for calls from the Defendant.
>> 2. However, Get it Free objects to providing information related to the Plaintiff and his phone number in Request No. 3. If Get it Free sold or provided the Plaintiff's information or information related to his phone number, those documents should be produced. Alternatively, if Get it Free claims that any information about the Plaintiff or his phone number that it sold or provided did not include consent to be contacted, that should be made clear.

that it sold or provided did not include consent to be contacted, that should be made clear.

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400

Hingham, MA 02043
[o] (617) 485-0018

[c] (508) 221-1510
[f] (508) 318-8100

https://www.paronichlaw.com

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

---

**From:** Legal Department GetItFree <legal@getitfree.us>
**Sent:** Tuesday, September 21, 2021 12:22 PM
**To:** Anthony Paronich <anthony@paronichlaw.com>
**Subject:** Re: Subpoena to Get it Free

Hello Mr. Paronich,

I hope you had a great weekend.  Please see Get it Free's objections and responses to the subpoena.  Please feel free to reach out with any questions.

Thanks,

Elizabeth Cole

214-686-3607

On Tue, Sep 7, 2021 at 1:23 PM Anthony Paronich <anthony@paronichlaw.com> wrote:

Thank you, you as well. The subpoena is attached.

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400

Hingham, MA 02043
[o] (617) 485-0018

[c] (508) 221-1510
[f] (508) 318-8100

https://www.paronichlaw.com

This email message may contain legally privileged and/or confidential information.  If you are
not the intended recipient(s), or the employee or agent responsible for delivery of this
message to the intended recipient(s), you are hereby notified that any dissemination,
distribution or copying of this e-mail message is strictly prohibited. If you have received this
message in error, please immediately notify the sender and delete this e-mail message from
your computer.

---

**From:** Legal Department GetItFree <legal@getitfree.us>
**Sent:** Friday, September 3, 2021 2:55 PM
**To:** Anthony Paronich <anthony@paronichlaw.com>
**Subject:** Re: Subpoena to Get it Free

Hello,

Yes, I will accept service of the subpoena.  Have a great Labor Day Weekend!

Elizabeth Cole

214-686-3607

On Wed, Sep 1, 2021 at 1:45 PM Anthony Paronich <anthony@paronichlaw.com> wrote:

> Ms. Cole:
>
> I hope all is well. I represent a Plaintiff that is going to be issuing a subpoena to Get it Free. Are you able to accept
> service of that subpoena?
>
>
> ----
> Anthony Paronich
> Paronich Law, P.C.
> 350 Lincoln Street, Suite 2400
>
> Hingham, MA 02043
> [o] (617) 485-0018
>
> [c] (508) 221-1510
> [f] (508) 318-1100
>
> https://www.paronichlaw.com
>
>
> This email message may contain legally privileged and/or confidential information.  If you
> are not the intended recipient(s), or the employee or agent responsible for delivery of this
> message to the intended recipient(s), you are hereby notified that any dissemination,
> distribution or copying of this e-mail message is strictly prohibited. If you have received this
> message in error, please immediately notify the sender and delete this e-mail message
> from your computer.

CONFIDENTIAL

ENF - 000477

From: **Shayne Cardwell** shayne@zeeto.io
Subject: Fwd: Subpoena to Get it Free
Date: January 7, 2022 at 10:56 AM
To: Jacob Gillick jgillick@morrislawfirmapc.com



I'm glad you got the subpoena because Elizabeth just sent it to me... nothing like the last minute.  Are you good with your response to this?  Anything else you need from me?

Shayne



|  | **Shayne Cardwell** |
|---|---|
|  | Chief Revenue Officer |
|  | Phone: (561) 716-3100 |
|  | Email: shayne@zeeto.io |
|  | **zeeto.io** |

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

---------- Forwarded message ---------
From: **Nais Mouret** <nais@zeeto.io>
Date: Fri, Jan 7, 2022 at 10:31 AM
Subject: Fwd: Subpoena to Get it Free
To: Shayne Cardwell <shayne@zeeto.io>

Hi Shayne,

I am forwarding you Elizabeth's email on Robert Frueh. She gathered the information she had on this matter.

I am unsure whether this would still relevant but sharing in case that might help in any way!

Best,
Naïs



|  | **Naïs Mouret** |
|---|---|
|  | Head of Legal Affairs |
|  | Email: nais@zeeto.io |
|  | **zeeto.io** |

---------- Forwarded message ---------
From: **Elizabeth Chu** <elizabeth.c@zeeto.io>
Date: Fri, Jan 7, 2022 at 7:26 PM
Subject: Fwd: Subpoena to Get it Free
To: Nais Mouret <nais@zeeto.io>

Hi Nais,

I've attached everything I have for Robert Frueh.  I passed this on to Morris Law Firm in October.  Jacob emailed me that he wanted to get on a call but never called me.  I haven't had the best experience with Morris Law Firm in receiving a response so I'm not really sure how or if they have handled the matter.

Elizabeth

---------- Forwarded message ---------
From: **Elizabeth Chu** <elizabeth.c@zeeto.io>
Date: Fri, Oct 22, 2021 at 10:15 AM
Subject: Fwd: Subpoena to Get it Free
To: Jacob Gillick <jgillick@morrislawfirmapc.com>
Cc: Leanna Pierce <lpierce@morrislawfirmapc.com>, Chris Morris <cmorris@morrislawfirmapc.com>

Hello Jacob,

It's nice to e-meet you.  I had spoken with Mr. Paronich in the past for a similar subpoena and I had responded with similar objections. Last time they pushed a bit but didn't pursue anything further.  This time they have followed up by requesting we accept service for a deposition that they'd like to do remotely in December.

The plaintiff in the case did go through a Get it Free path but did not opt-in via a Health IQ offer.  As you will note from the email chain, Mr. Paronich is attempting to get information for Cege/Enfuego Holdings, an offer that the plaintiff did opt into via Get it Free. However, Cege was not a named defendant at the time (I am unsure if they have been added), so I refused to provide any information.  At this point, Get it Free has not contacted Cege or Health IQ for an indemnification request.

I've attached the original subpoena, my reply, and the plaintiff's opt-in information for Get it Free.  I'm happy to help Zeeto with general matters, however, I will need to pass this on.  Please let me know if you have any questions on this matter and please let me know if I can share your contact information with Mr. Paronich to accept service for a subpoena for deposition.

Thank you,

Elizabeth Cole
214-686-3607

---------- Forwarded message ---------
From: **Legal Department GetItFree** <legal@getitfree.us>
Date: Fri, Sep 24, 2021 at 9:16 AM
Subject: Re: Subpoena to Get it Free
To: Anthony Paronich <anthony@paronichlaw.com>


Hello and Happy Friday,

I have spoken with my client and they continue to maintain the position of requiring a court order prior to providing the information you are currently requesting.  As Enfuego Holdings, LLC is not a named defendant in the case, we cannot provide information regarding a non-party for confidentiality purposes.

Thank you,

Elizabeth Cole
214-686-3607


On Thu, Sep 23, 2021 at 11:35 AM Anthony Paronich <anthony@paronichlaw.com> wrote:

> Hello:
>
>
> Yes, please do clarify something:
>
>
> Here, if the Defendant claims that another party, Enfuego Holdings LLC d/b/a Cege Media LLC, obtained the Plaintiff's phone
> number from Get it Free, and secured consent to allow the Defendant to contact Plaintiff and others promoting the Defendant's
> goods and services, is that information that Get It Free contests?  The limitation below "Get it Free does not have any documents
> relating to selling Plaintiff's phone number to the Defendant, nor does it have any documents relating to Defendant's failure or
> nonfailure to obtain Plaintiff's consent to be contacted" does not directly respond to a scenario where Get it Free sells that number
> to someone else who sells it to Defendant.
>
>
>
> Anthony
>
>
> _____
>
> **From:** Legal Department GetItFree <legal@getitfree.us>
> **Sent:** Thursday, September 23, 2021 2:31 PM
> **To:** Anthony Paronich <anthony@paronichlaw.com>
> **Subject:** Re: Subpoena to Get it Free
>
>
> Hello Mr. Paronich,
>
>
> In Get it Free's opinion, Request No. 3 is overly broad and is not related to the case at hand.  Whether or not Get it Free contains
> documents relating to the Plaintiff is irrelevant if Defendant is not involved in the request.  Get it Free will not produce documents

documents relating to the Plaintiff is irrelevant if Defendant is not involved in the request. Get it Free will not produce documents that are not related to the case without a protective order or an order from the court. To clarify, Get it Free does not have any documents relating to selling Plaintiff's phone number to the Defendant, nor does it have any documents relating to Defendant's failure or nonfailure to obtain Plaintiff's consent to be contacted.

Please let me know if I can clarify further.

Thank you,

Elizabeth Cole

214-686-3607

On Tue, Sep 21, 2021 at 10:14 AM Anthony Paronich <anthony@paronichlaw.com> wrote:

Thank you, Ms. Cole. As an initial matter we wanted to meet and confer about the following:

1. Get it Free claims that it does not have information with respect to Request No. 1 representing documents claiming that the Plaintiff provided consent for calls from the Defendant.
2. However, Get it Free objects to providing information related to the Plaintiff and his phone number in Request No. 3. If Get it Free sold or provided the Plaintiff's information or information related to his phone number, those documents should be produced. Alternatively, if Get it Free claims that any information about the Plaintiff or his phone number that it sold or provided did not include consent to be contacted, that should be made clear.

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400

Hingham, MA 02043
[o] (617) 485-0018

[c] (508) 221-1510
[f] (508) 318-8100

https://www.paronichlaw.com

This email message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

**From:** Legal Department GetItFree <legal@getitfree.us>
**Sent:** Tuesday, September 21, 2021 12:22 PM
**To:** Anthony Paronich <anthony@paronichlaw.com>
**Subject:** Re: Subpoena to Get it Free

Hello Mr. Paronich,

I hope you had a great weekend.  Please see Get it Free's objections and responses to the subpoena.  Please feel free to reach out with any questions.


Thanks,

Elizabeth Cole

214-686-3607

On Tue, Sep 7, 2021 at 1:23 PM Anthony Paronich <anthony@paronichlaw.com> wrote:

> Thank you, you as well. The subpoena is attached.
>
>
>
>
> ----
> Anthony Paronich
> Paronich Law, P.C.
> 350 Lincoln Street, Suite 2400
>
> Hingham, MA 02043
> [o] (617) 485-0018
>
> [c] (508) 221-1510
> [f] (508) 318-8100
>
> https://www.paronichlaw.com
>
>
> This email message may contain legally privileged and/or confidential information.  If you are
> not the intended recipient(s), or the employee or agent responsible for delivery of this message
> to the intended recipient(s), you are hereby notified that any dissemination, distribution or
> copying of this e-mail message is strictly prohibited. If you have received this message in error,
> please immediately notify the sender and delete this e-mail message from your computer.

**From:** Legal Department GetItFree <legal@getitfree.us>
**Sent:** Friday, September 3, 2021 2:55 PM
**To:** Anthony Paronich <anthony@paronichlaw.com>
**Subject:** Re: Subpoena to Get it Free


Hello,


Yes, I will accept service of the subpoena.  Have a great Labor Day Weekend!


Elizabeth Cole

214-686-3607


On Wed, Sep 1, 2021 at 1:45 PM Anthony Paronich <anthony@paronichlaw.com> wrote:

> Ms. Cole:
>
> I hope all is well. I represent a Plaintiff that is going to be issuing a subpoena to Get it Free. Are you able to accept

CONFIDENTIAL

I hope all is well. I represent a Plaintiff that is going to be issuing a subpoena to Get it Free. Are you able to accept service of that subpoena?


----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400

Hingham, MA 02043
[o] (617) 485-0018

[c] (508) 221-1510
[f] (508) 318-8100

https://www.paronichlaw.com


This email message may contain legally privileged and/or confidential information.  If you are
not the intended recipient(s), or the employee or agent responsible for delivery of this
message to the intended recipient(s), you are hereby notified that any dissemination,
distribution or copying of this e-mail message is strictly prohibited. If you have received this
message in error, please immediately notify the sender and delete this e-mail message from
your computer.



robert_frueh.xls
m



Get it Free
Objecti...oy.pdf



Subpoena to
Get it F....21.pdf

CONFIDENTIAL

ENF - 000483



**From:** **Jacob Gillick** jgillick@morrislawfirmapc.com
**Subject:** Re: Subpoena to Get it Free
**Date:** January 7, 2022 at 11:00 AM
**To:** Shayne Cardwell  shayne@zeeto.io

---

Nope- all good! Thank you!

On Jan 7, 2022, at 10:56 AM, Shayne Cardwell <shayne@zeeto.io> wrote:

I'm glad you got the subpoena because Elizabeth just sent it to me... nothing like the last minute.  Are you good with your response to this?  Anything else you need from me?

Shayne



**Shayne Cardwell**

Chief Revenue Officer

Phone: (561) 716-3100

Email: shayne@zeeto.io

**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

---------- Forwarded message ---------
From: **Naïs Mouret** <nais@zeeto.io>
Date: Fri, Jan 7, 2022 at 10:31 AM
Subject: Fwd: Subpoena to Get it Free
To: Shayne Cardwell <shayne@zeeto.io>

Hi Shayne,

I am forwarding you Elizabeth's email on Robert Frueh. She gathered the information she had on this matter.

I am unsure whether this would still relevant but sharing in case that might help in any way!

Best,
Naïs



**Naïs Mouret**

Head of Legal Affairs

Email: nais@zeeto.io

**zeeto.io**

---------- Forwarded message ---------
From: **Elizabeth Chu** <elizabeth.c@zeeto.io>
Date: Fri, Jan 7, 2022 at 7:26 PM
Subject: Fwd: Subpoena to Get it Free
To: Nais Mouret <nais@zeeto.io>

Hi Nais,

I've attached everything I have for Robert Frueh.  I passed this on to Morris Law Firm in October.  Jacob emailed me that he wanted to get on a call but never called me.  I haven't had the best experience with Morris Law Firm in receiving a response so I'm not really sure how or if they have handled the matter.

Elizabeth

---------- Forwarded message ---------
From: **Elizabeth Chu** <elizabeth.c@zeeto.io>
Date: Fri, Oct 22, 2021 at 10:15 AM
Subject: Fwd: Subpoena to Get it Free
To: Jacob Gillick <jgillick@morrislawfirmapc.com>

Cc: Leanna Pierce <lpierce@morrislawfirmapc.com>, Chris Morris <cmorris@morrislawfirmapc.com>

Hello Jacob,

It's nice to e-meet you.  I had spoken with Mr. Paronich in the past for a similar subpoena and I had responded with similar objections.  Last time they pushed a bit but didn't pursue anything further.  This time they have followed up by requesting we accept service for a deposition that they'd like to do remotely in December.

The plaintiff in the case did go through a Get it Free path but did not opt-in via a Health IQ offer.  As you will note from the email chain, Mr. Paronich is attempting to get information for Cege/Enfuego Holdings, an offer that the plaintiff did opt into via Get it Free.  However, Cege was not a named defendant at the time (I am unsure if they have been added), so I refused to provide any information.  At this point, Get it Free has not contacted Cege or Health IQ for an indemnification request.

I've attached the original subpoena, my reply, and the plaintiff's opt-in information for Get it Free.  I'm happy to help Zeeto with general matters, however, I will need to pass this on.  Please let me know if you have any questions on this matter and please let me know if I can share your contact information with Mr. Paronich to accept service for a subpoena for deposition.

Thank you,

Elizabeth Cole
214-686-3607

---------- Forwarded message ---------
From: **Legal Department GetItFree** <legal@getitfree.us>
Date: Fri, Sep 24, 2021 at 9:16 AM
Subject: Re: Subpoena to Get it Free
To: Anthony Paronich <anthony@paronichlaw.com>

Hello and Happy Friday,

I have spoken with my client and they continue to maintain the position of requiring a court order prior to providing the information you are currently requesting.  As Enfuego Holdings, LLC is not a named defendant in the case, we cannot provide information regarding a non-party for confidentiality purposes.

Thank you,

Elizabeth Cole
214-686-3607

On Thu, Sep 23, 2021 at 11:35 AM Anthony Paronich <anthony@paronichlaw.com> wrote:

> Hello:
>
>
> Yes, please do clarify something:
>
>
> Here, if the Defendant claims that another party, Enfuego Holdings LLC d/b/a Cege Media LLC, obtained the Plaintiff's phone number from Get it Free, and secured consent to allow the Defendant to contact Plaintiff and others promoting the Defendant's goods and services, is that information that Get It Free contests?  The limitation below "Get it Free does not have any documents relating to selling Plaintiff's phone number to the Defendant, nor does it have any documents relating to Defendant's failure or nonfailure to obtain Plaintiff's consent to be contacted" does not directly respond to a scenario where Get it Free sells that number to someone else who sells it to Defendant.
>
>
> Anthony
>
>
> _____
>
> **From:** Legal Department GetItFree <legal@getitfree.us>
> **Sent:** Thursday, September 23, 2021 2:31 PM
> **To:** Anthony Paronich <anthony@paronichlaw.com>
> **Subject:** Re: Subpoena to Get it Free

Hello Mr. Paronich,

In Get it Free's opinion, Request No. 3 is overly broad and is not related to the case at hand.  Whether or not Get it Free contains documents relating to the Plaintiff is irrelevant if Defendant is not involved in the request.  Get it Free will not produce documents that are not related to the case without a protective order or an order from the court.  To clarify, Get it Free does not have any documents relating to selling Plaintiff's phone number to the Defendant, nor does it have any documents relating to Defendant's failure or nonfailure to obtain Plaintiff's consent to be contacted.

Please let me know if I can clarify further.

Thank you,

Elizabeth Cole

214-686-3607

On Tue, Sep 21, 2021 at 10:14 AM Anthony Paronich <anthony@paronichlaw.com> wrote:

Thank you, Ms. Cole. As an initial matter we wanted to meet and confer about the following:

1. Get it Free claims that it does not have information with respect to Request No. 1 representing documents claiming that the Plaintiff provided consent for calls from the Defendant.
2. However, Get it Free objects to providing information related to the Plaintiff and his phone number in Request No. 3. If Get it Free sold or provided the Plaintiff's information or information related to his phone number, those documents should be produced. Alternatively, if Get it Free claims that any information about the Plaintiff or his phone number that it sold or provided did not include consent to be contacted, that should be made clear.

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400

Hingham, MA 02043
[o] (617) 485-0018

[c] (508) 221-1510
[f] (508) 318-8100

https://www.paronichlaw.com

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

**From:** Legal Department GetItFree <legal@getitfree.us>
**Sent:** Tuesday, September 21, 2021 12:22 PM
**To:** Anthony Paronich <anthony@paronichlaw.com>
**Subject:** Re: Subpoena to Get it Free

Hello Mr. Paronich,

I hope you had a great weekend.  Please see Get it Free's objections and responses to the subpoena.  Please feel free to reach out with any questions.

Thanks,

Elizabeth Cole

214-686-3607

On Tue, Sep 7, 2021 at 1:23 PM Anthony Paronich <anthony@paronichlaw.com> wrote:

> Thank you, you as well. The subpoena is attached.
>
>
>
> ----
> Anthony Paronich
> Paronich Law, P.C.
> 350 Lincoln Street, Suite 2400
>
> Hingham, MA 02043
> [o] (617) 485-0018
>
> [c] (508) 221-1510
> [f] (508) 318-8100
>
> https://www.paronichlaw.com
>
>
> This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.
>
>
> ---
>
> **From:** Legal Department GetItFree <legal@getitfree.us>
> **Sent:** Friday, September 3, 2021 2:55 PM
> **To:** Anthony Paronich <anthony@paronichlaw.com>
> **Subject:** Re: Subpoena to Get it Free
>
>
> Hello,
>
>
> Yes, I will accept service of the subpoena.  Have a great Labor Day Weekend!
>
>
> Elizabeth Cole
>
> 214-686-3607

On Wed, Sep 1, 2021 at 1:45 PM Anthony Paronich <anthony@paronichlaw.com> wrote:

Ms. Cole:

I hope all is well. I represent a Plaintiff that is going to be issuing a subpoena to Get it Free. Are you able to accept service of that subpoena?


----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400

Hingham, MA 02043
[o] (617) 485-0018

[c] (508) 221-1510
[f] (508) 318-8100

https://www.paronichlaw.com


This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.


robert_frueh.xls
m


Get it Free
Objecti...oy.pdf


Subpoena to
Get it F....21.pdf

CONFIDENTIAL

ENF - 000489

From: **Legal Department GetItFree** legal@getitfree.us
Subject: Fwd: Subpoena to Get it Free
Date: October 22, 2021 at 10:05 AM
To: Elizabeth Chu Zeeto elizabeth.c@zeetogroup.com



---------- Forwarded message ---------
From: **Legal Department GetItFree** <legal@getitfree.us>
Date: Fri, Sep 24, 2021 at 9:16 AM
Subject: Re: Subpoena to Get it Free
To: Anthony Paronich <anthony@paronichlaw.com>

Hello and Happy Friday,

I have spoken with my client and they continue to maintain the position of requiring a court order prior to providing the information you are currently requesting.  As Enfuego Holdings, LLC is not a named defendant in the case, we cannot provide information regarding a non-party for confidentiality purposes.

Thank you,

Elizabeth Cole
214-686-3607


On Thu, Sep 23, 2021 at 11:35 AM Anthony Paronich <anthony@paronichlaw.com> wrote:

> Hello:
>
> Yes, please do clarify something:
>
> Here, if the Defendant claims that another party, Enfuego Holdings LLC d/b/a Cege Media LLC, obtained the Plaintiff's phone number from Get it Free, and secured consent to allow the Defendant to contact Plaintiff and others promoting the Defendant's goods and services, is that information that Get It Free contests?  The limitation below "Get it Free does not have any documents relating to selling Plaintiff's phone number to the Defendant, nor does it have any documents relating to Defendant's failure or nonfailure to obtain Plaintiff's consent to be contacted" does not directly respond to a scenario where Get it Free sells that number to someone else who sells it to Defendant.
>
> Anthony
>
> ----------------------------------------------
>
> **From:** Legal Department GetItFree <legal@getitfree.us>
> **Sent:** Thursday, September 23, 2021 2:31 PM
> **To:** Anthony Paronich <anthony@paronichlaw.com>
> **Subject:** Re: Subpoena to Get it Free
>
> Hello Mr. Paronich,
>
> In Get it Free's opinion, Request No. 3 is overly broad and is not related to the case at hand.  Whether or not Get it Free contains documents relating to the Plaintiff is irrelevant if Defendant is not involved in the request.  Get it Free will not produce documents that are not related to the case without a protective order or an order from the court.  To clarify, Get it Free does not have any documents relating to selling Plaintiff's phone number to the Defendant, nor does it have any documents relating to Defendant's failure or nonfailure to obtain Plaintiff's consent to be contacted.
>
> Please let me know if I can clarify further.
>
> Thank you,

CONFIDENTIAL

Elizabeth Cole

214-686-3607

On Tue, Sep 21, 2021 at 10:14 AM Anthony Paronich <anthony@paronichlaw.com> wrote:

Thank you, Ms. Cole. As an initial matter we wanted to meet and confer about the following:

1. Get it Free claims that it does not have information with respect to Request No. 1 representing documents claiming that the Plaintiff provided consent for calls from the Defendant.
2. However, Get it Free objects to providing information related to the Plaintiff and his phone number in Request No. 3. If Get it Free sold or provided the Plaintiff's information or information related to his phone number, those documents should be produced. Alternatively, if Get it Free claims that any information about the Plaintiff or his phone number that it sold or provided did not include consent to be contacted, that should be made clear.

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400

Hingham, MA 02043
[o] (617) 485-0018

[c] (508) 221-1510
[f] (508) 318-8100

https://www.paronichlaw.com

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

---

**From:** Legal Department GetItFree <legal@getitfree.us>
**Sent:** Tuesday, September 21, 2021 12:22 PM
**To:** Anthony Paronich <anthony@paronichlaw.com>
**Subject:** Re: Subpoena to Get it Free

Hello Mr. Paronich,

I hope you had a great weekend.  Please see Get it Free's objections and responses to the subpoena.  Please feel free to reach out with any questions.

Thanks,

Elizabeth Cole

214-686-3607

On Tue, Sep 7, 2021 at 1:23 PM Anthony Paronich <anthony@paronichlaw.com> wrote:

Thank you, you as well. The subpoena is attached.

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400

Hingham, MA 02043
[o] (617) 485-0018

[c] (508) 221-1510
[f] (508) 318-8100

https://www.paronichlaw.com

This email message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

**From:** Legal Department GetItFree <legal@getitfree.us>
**Sent:** Friday, September 3, 2021 2:55 PM
**To:** Anthony Paronich <anthony@paronichlaw.com>
**Subject:** Re: Subpoena to Get it Free

Hello,

Yes, I will accept service of the subpoena. Have a great Labor Day Weekend!

Elizabeth Cole

214-686-3607

On Wed, Sep 1, 2021 at 1:45 PM Anthony Paronich <anthony@paronichlaw.com> wrote:

> Ms. Cole:
>
> I hope all is well. I represent a Plaintiff that is going to be issuing a subpoena to Get it Free. Are you able to accept service of that subpoena?
>
> ----
> Anthony Paronich
> Paronich Law, P.C.
> 350 Lincoln Street, Suite 2400
>
> Hingham, MA 02043
> [o] (617) 485-0018

[c] (508) 221-1510
[f] (508) 318-8100

https://www.paronichlaw.com

This email message may contain legally privileged and/or confidential information.  If you are
not the intended recipient(s), or the employee or agent responsible for delivery of this
message to the intended recipient(s), you are hereby notified that any dissemination,
distribution or copying of this e-mail message is strictly prohibited. If you have received this
message in error, please immediately notify the sender and delete this e-mail message from
your computer.


robert_frueh.xls
m


Get it Free
Objecti...oy.pdf


Subpoena to
Get it F....21.pdf

CONFIDENTIAL

ENF - 000494



**From:** **Jacob Gillick** jgillick@morrislawfirmapc.com
**Subject:** Re: Can you check this for me, please?
**Date:** March 15, 2022 at 12:17 PM
**To:** Shayne Cardwell shayne@zeeto.io

This is PERFECT!! Thank you!

On Mar 15, 2022, at 12:02 PM, Shayne Cardwell <shayne@zeeto.io> wrote:

The materials requested in the subpoena are problematic in that the Plaintiff fails to sufficiently explain the relationship between Zeeto and HealthIQ to justify the document request, and the time and labor to produce all of the items requested will be unproductive and overly burdensome to Zeeto.

PolicyScout (referred to as "Cege" and "En Fuego" by Plaintiff) is Zeeto's client. PolicyScout manages advertising campaigns to promote its insurance products and services using Zeeto's proprietary technology.  HealthIQ does not have a contractual relationship with Zeeto. HealthIQ was added to Zeeto marketing partners or affiliates page at PolicyScout's request.  Zeeto had no direct knowledge of the relationship between HealthIQ and PolicyScout aside from the advertisements PolicyScout runs on Zeeto's platform.  Zeeto did not deliver any leads or consumer data directly to HealthIQ.  Since PolicyScout is the disclosing party, it is PolicyScout's responsibility to validate consumer data it chose to share with HealthIQ was gained and/or transferred in a legal and compliant manner.

Zeeto reviewed the list of 24,000+ consumer phone numbers and randomly selected 26 of these records as a representative sample.  Zeeto then successfully matched each of the phone numbers to our database and our records show PolicyScout generated a lead for each of these records.

To the extent Zeeto needs to show that it appropriately gained consumer consent for these consumer records, Zeeto's technology integrates with 3rd party solutions that certify each consumer's journey on Zeeto platform. The cost and responsibility associated with claiming, storing, and retrieving these 3rd party validations traditionally falls to the advertiser purchasing the leads or data – not Zeeto.   In this specific case, PolicyScout uses Jornaya's LeadID as their 3rd Party certification tool.  Zeeto's platform deploys the Jornaya code which captures keystroke and click data to recreate a "visual playback" which is stored by Jornaya.  Zeeto also passes a LeadID certificate number with each lead or data record purchased from Zeeto by PolicyScout as part of the standard lead delivery. It is Zeeto's view that PolicyScout bears the burden of providing 3rd party consent.

To recover a LeadID certificate, the requesting party must manually enter each request individually, one at a time.  Jornaya then processes each request and returns a report/certificate for each record that it matches and successfully retrieves.  The requesting party must then manually inspect each certificate, view the playback, and then package and forward the matches to counsel. Manually processing all 24,000+ records in this manner would be extremely burdensome to Zeeto.

Zeeto.

Zeeto made reasonable efforts to comply with the information request despite its belief that this is PolicyScout's obligation, and randomly selected 26 phone records from the list provided to us with the subpoena. Each of the 26 randomly selected records had a 3rd party certificate, LeadID, generated by Jornaya. Each Jornaya LeadID stores the data each consumer provided on their certificate including first name, last name, email, phone, time & date stamp, and IP address.  It also includes a hyperlink to a "visual playback" tool that replicates the consumer's journey including keystrokes and clicks with a visual representation illustrating what the user saw at each step.  In some cases, the hyperlinks to the relevant disclosures, including marketing partners, are active on the visual playback allowing a viewer to confirm the information on those linked pages.

A spreadsheet with the data provided by each of those consumers in included.

A copy of the LeadID certificate for each of the 26 matched records is included.



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

On Mon, Mar 14, 2022 at 6:47 PM Jacob Gillick <jgillick@morrislawfirmapc.com> wrote:

Trying to make the relationships clear to the judge. This correct?

Plaintiff fails to sufficiently explain the relationship between the parties in an attempt to receive a complete document dump from Zeeto—which will be unproductive and overly burdensome. Defendant Health IQ is not a client of Zeeto. Third party Policyscout (referred to as "Cege" and "En Fuego" by Plaintiff) is Zeeto's client.

Over the years, Policyscout ran possibly hundreds of different campaigns for purposes outside the privy of Zeeto. After receiving over 24,000 consumer phone numbers from Plaintiff Hoy which were allegedly produced by Policyscout relevant to this litigation, Zeeto selected 26 different phone numbers and contacted Jornaya which uses a tool to provide "video playback" of the consent process consumers went through.  Given the extensive process this procedure requires, and the close deadline imposed by Plaintiff, Zeeto was only able to do a random sampling of 26 different numbers.

After reviewing the "video playbacks," it was uncovered that Policyscout ran the type of campaigns where they simply offered consumers a free sample in exchange for their phone number—not to run a specific campaign for someone like Health IQ. Zeeto has no idea what Policyscout did with the consumers information after receiving it. However, each and every "video playback" included a disclosure that the information would be shared with Zeeto's partners—which includes Policyscout. Policyscout is the proper party for any further disclosures about what was done with the information. Zeeto was simply hired to advertise the campaigns and there is nothing further Zeeto can provide without a complete dump of its entire business.

Jacob A. Gillick, Esq.

Jacob A. Gillick, Esq.

**MORRIS LAW FIRM, APC**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel. (619) 826-8060

Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** Shayne Cardwell <shayne@zeeto.io>
**Date:** Monday, March 14, 2022 at 12:16 PM
**To:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Subject:** Re: <no subject>

Here is the screenshot of the page where the consumer submitted their phone number and consented to us sharing that data with our partners.



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

On Mon, Mar 14, 2022 at 11:48 AM Shayne Cardwell <shayne@zeeto.io> wrote:

Attached are two screenshots of the page where the user provides their phone number with the appropriate disclosures including links to the Affiliates or Marketing Partners page.  I also entered the Personally Identifiable Information (PII) (First name, Last name, Email, and Phone Number) associated with the LeadID into the Jornaya Form for each which confirms the specific consumers and those matched with Mitzi Medsker and Ronica Hite.  It appears from the Visual Playback for Hite that the consumer was on a mobile device which, in this case, moves the links over other text and makes some of those links hard to see, but they are there.

Feel free to give me a call and we can discuss.,

Shayne

**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

On Mon, Mar 14, 2022 at 11:12 AM Jacob Gillick <jgillick@morrislawfirmapc.com> wrote:

Hey,

A couple of examples. DFCF2 seems like there is affiliate disclosre at 2:38—but is it ok because its specific to e-mails?

Jacob A. Gillick, Esq.

**MORRIS LAW FIRM, APC**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel. (619) 826-8060

Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments.  Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

HIQ - 000026



From: **Shayne Cardwell** shayne@zeeto.io
Subject: Re: Can you check this for me, please?
Date: March 15, 2022 at 12:02 PM
To: Jacob Gillick jgillick@morrislawfirmapc.com

The materials requested in the subpoena are problematic in that the Plaintiff fails to sufficiently explain the relationship between Zeeto and HealthIQ to justify the document request, and the time and labor to produce all of the items requested will be unproductive and overly burdensome to Zeeto.

PolicyScout (referred to as "Cege" and "En Fuego" by Plaintiff) is Zeeto's client. PolicyScout manages advertising campaigns to promote its insurance products and services using Zeeto's proprietary technology.  HealthIQ does not have a contractual relationship with Zeeto. HealthIQ was added to Zeeto marketing partners or affiliates page at PolicyScout's request.  Zeeto had no direct knowledge of the relationship between HealthIQ and PolicyScout aside from the advertisements PolicyScout runs on Zeeto's platform.  Zeeto did not deliver any leads or consumer data directly to HealthIQ.  Since PolicyScout is the disclosing party, it is PolicyScout's responsibility to validate consumer data it chose to share with HealthIQ was gained and/or transferred in a legal and compliant manner.

Zeeto reviewed the list of 24,000+ consumer phone numbers and randomly selected 26 of these records as a representative sample.  Zeeto then successfully matched each of the phone numbers to our database and our records show PolicyScout generated a lead for each of these records.

To the extent Zeeto needs to show that it appropriately gained consumer consent for these consumer records, Zeeto's technology integrates with 3rd party solutions that certify each consumer's journey on Zeeto platform. The cost and responsibility associated with claiming, storing, and retrieving these 3rd party validations traditionally falls to the advertiser purchasing the leads or data – not Zeeto.   In this specific case, PolicyScout uses Jornaya's LeadID as their 3rd Party certification tool.  Zeeto's platform deploys the Jornaya code which captures keystroke and click data to recreate a "visual playback" which is stored by Jornaya. Zeeto also passes a LeadID certificate number with each lead or data record purchased from Zeeto by PolicyScout as part of the standard lead delivery.  It is Zeeto's view that PolicyScout bears the burden of providing 3rd party consent.

To recover a LeadID certificate, the requesting party must manually enter each request individually, one at a time.  Jornaya then processes each request and returns a report/certificate for each record that it matches and successfully retrieves.  The requesting party must then manually inspect each certificate, view the playback, and then package and forward the matches to counsel. Manually processing all 24,000+ records in this manner would be extremely burdensome to Zeeto.

Zeeto made reasonable efforts to comply with the information request despite its belief that this is PolicyScout's obligation, and randomly selected 26

phone records from the list provided to us with the subpoena. Each of the 26 randomly selected records had a 3rd party certificate, LeadID, generated by Jornaya. Each Jornaya LeadID stores the data each consumer provided on their certificate including first name, last name, email, phone, time & date stamp, and IP address. It also includes a hyperlink to a "visual playback" tool that replicates the consumer's journey including keystrokes and clicks with a visual representation illustrating what the user saw at each step. In some cases, the hyperlinks to the relevant disclosures, including marketing partners, are active on the visual playback allowing a viewer to confirm the information on those linked pages.

     A spreadsheet with the data provided by each of those consumers in included.

     A copy of the LeadID certificate for each of the 26 matched records is included.



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

Now hiring! Click here for open positions: **https://zeeto.io/open-positions**

On Mon, Mar 14, 2022 at 6:47 PM Jacob Gillick <jgillick@morrislawfirmapc.com> wrote:

    Trying to make the relationships clear to the judge. This correct?

    Plaintiff fails to sufficiently explain the relationship between the parties in an attempt to receive a complete document dump from Zeeto—which will be unproductive and overly burdensome. Defendant Health IQ is not a client of Zeeto. Third party Policyscout (referred to as "Cege" and "En Fuego" by Plaintiff) is Zeeto's client.

    Over the years, Policyscout ran possibly hundreds of different campaigns for purposes outside the privy of Zeeto. After receiving over 24,000 consumer phone numbers from Plaintiff Hoy which were allegedly produced by Policyscout relevant to this litigation, Zeeto selected 26 different phone numbers and contacted Jornaya which uses a tool to provide "video playback" of the consent process consumers went through. Given the extensive process this procedure requires, and the close deadline imposed by Plaintiff, Zeeto was only able to do a random sampling of 26 different numbers.

    After reviewing the "video playbacks," it was uncovered that Policyscout ran the type of campaigns where they simply offered consumers a free sample in exchange for their phone number—not to run a specific campaign for someone like Health IQ. Zeeto has no idea what Policyscout did with the consumers information after receiving it. However, each and every "video playback" included a disclosure that the information would be shared with Zeeto's partners—which includes Policyscout. Policyscout is the proper party for any further disclosures about what was done with the information. Zeeto was simply hired to advertise the campaigns and there is nothing further Zeeto can provide without a complete dump of its entire business.

Jacob A. Gillick, Esq.

**MORRIS LAW FIRM, APC**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel. (619) 826-8060

Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Shayne Cardwell <shayne@zeeto.io>
**Date:** Monday, March 14, 2022 at 12:16 PM
**To:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Subject:** Re: <no subject>

Here is the screenshot of the page where the consumer submitted their phone number and consented to us sharing that data with our partners.



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

Now hiring! Click here for open positions: **https://zeeto.io/open-positions**

On Mon, Mar 14, 2022 at 11:48 AM Shayne Cardwell <shayne@zeeto.io> wrote:

> Attached are two screenshots of the page where the user provides their phone number with the appropriate disclosures including links to the Affiliates or Marketing Partners page.  I also entered the Personally Identifiable Information (PII) (First name, Last name, Email, and Phone Number) associated with the LeadID into the Jornaya Form for each which confirms the specific consumers and those matched with Mitzi Medsker and Ronica Hite.  It appears from the Visual Playback for Hite that the consumer was on a mobile device which, in this case, moves the links over other text and makes some of those links hard to see, but they are there.
>
>
> Feel free to give me a call and we can discuss.,
>
>
> Shayne
>
>
>
>
> **Shayne Cardwell**
> Chief Revenue Officer
> Phone: (561) 716-3100
> Email: shayne@zeeto.io
> **zeeto.io**
>
> **Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**
>
>
>
> On Mon, Mar 14, 2022 at 11:12 AM Jacob Gillick <jgillick@morrislawfirmapc.com> wrote:
>
>> Hey,
>>
>>
>> A couple of examples. DFCF2 seems like there is affiliate disclosre at 2:38—but is it ok because its specific to e-mails?
>>
>>
>> Jacob A. Gillick, Esq.
>> **MORRIS LAW FIRM, APC**
>> 501 West Broadway, Suite 1480
>> San Diego, CA 92101
>> Tel. (619) 826-8060
>> Fax. (619) 826-8065
>>
>>
>> CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments.  Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

HIQ - 000031

**From:** **Jacob Gillick** jgillick@morrislawfirmapc.com
**Subject:** Re: Cardwell Declaration
**Date:** March 10, 2022 at 1:20 PM
**To:** Shayne Cardwell shayne@zeeto.io



This is perfect!!! I'll get you a DocuSign ASAP

On Mar 10, 2022, at 1:08 PM, Shayne Cardwell <shayne@zeeto.io> wrote:

Hey Jake,

I just wrapped up an Exec Meeting and reviewed the Declaration. I made a few tweaks to try to clarify a few points. My edited version is attached. If you are good with these edits, let me know what we need to do to execute this (Docusign, print and sign, notarized, etc).

Shayne



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io

**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

On Thu, Mar 10, 2022 at 10:46 AM Jacob Gillick <jgillick@morrislawfirmapc.com> wrote:

Hey Shayne,

Can you please take a look at the attached and let me know of any changes, please? I would like to get this off to the other side ASAP.

Thanks for everything!

Jacob A. Gillick, Esq.

**MORRIS LAW FIRM, APC**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel. (619) 826-8060

Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.



Cardwell
Declar...).docx



**From:** **Shayne Cardwell** shayne@zeeto.io
**Subject:** Re: Cardwell Declaration
**Date:** March 10, 2022 at 1:07 PM
**To:** Jacob Gillick jgillick@morrislawfirmapc.com

---

Hey Jake,

I just wrapped up an Exec Meeting and reviewed the Declaration. I made a few tweaks to try to clarify a few points. My edited version is attached. If you are good with these edits, let me know what we need to do to execute this (Docusign, print and sign, notarized, etc).

Shayne



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

Now hiring! Click here for open positions: **https://zeeto.io/open-positions**

On Thu, Mar 10, 2022 at 10:46 AM Jacob Gillick <jgillick@morrislawfirmapc.com> wrote:

Hey Shayne,

Can you please take a look at the attached and let me know of any changes, please? I would like to get this off to the other side ASAP.

Thanks for everything!

Jacob A. Gillick, Esq.

**MORRIS LAW FIRM, APC**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel. (619) 826-8060

Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.



Cardwell

Declar...).docx

From: **Leanna Pierce via DocuSign** dse_NA3@docusign.net
Subject: Completed: Please DocuSign: Zeeto Declaration jag.docx
Date: July 1, 2022 at 7:28 AM
To: Shayne Cardwell shayne@zeeto.io





## Your document has been completed

**VIEW COMPLETED DOCUMENT**

**Leanna Pierce**
lpierce@morrislawfirmapc.com

All parties have completed Please DocuSign: Zeeto Declaration jag.docx.

**Do Not Share This Email**
This email contains a secure link to DocuSign. Please do not share this email, link, or access code with others.

**Alternate Signing Method**
Visit DocuSign.com, click 'Access Documents', and enter the security code:
21250771B80442599BCAC0BD89CA99883

**About DocuSign**
Sign documents electronically in just minutes. It's safe, secure, and legally binding. Whether you're in an office, at home, on-the-go -- or even across the globe -- DocuSign provides a professional trusted solution for Digital Transaction Management™.

**Questions about the Document?**
If you need to modify the document or have questions about the details in the document, please reach out to the sender by emailing them directly.

**Stop receiving this email**
Report this email or read more about Declining to sign and Managing notifications.

If you are having trouble signing the document, please visit the Help with Signing page on our Support Center.

 Download the DocuSign App

This message was sent to you by Leanna Pierce who is using the DocuSign Electronic Signature Service. If you would rather not receive email from this sender you may contact the sender with your request.

PDF
Zeeto
Declar...cx.pdf

<table>
<tr><td>From:</td><td>**Leanna Pierce via DocuSign** dse_NA3@docusign.net</td></tr>
<tr><td>Subject:</td><td>Completed: Please DocuSign: Zeeto Declaration jag.docx</td></tr>
<tr><td>Date:</td><td>June 29, 2022 at 9:22 AM</td></tr>
<tr><td>To:</td><td>Shayne Cardwell shayne@zeeto.io</td></tr>
</table>



**DocuSign**



Your document has been completed

VIEW COMPLETED DOCUMENT

**Leanna Pierce**
lpierce@morrislawfirmapc.com

All parties have completed Please DocuSign: Zeeto Declaration jag.docx.

**Do Not Share This Email**
This email contains a secure link to DocuSign. Please do not share this email, link, or
access code with others.

**Alternate Signing Method**
Visit DocuSign.com, click 'Access Documents', and enter the security code:
4E225AAAB2334DEBADED6C719EB70D443

**About DocuSign**
Sign documents electronically in just minutes. It's safe, secure, and legally binding.
Whether you're in an office, at home, on-the-go -- or even across the globe -- DocuSign
provides a professional trusted solution for Digital Transaction Management™.

**Questions about the Document?**
If you need to modify the document or have questions about the details in the document,
please reach out to the sender by emailing them directly.

**Stop receiving this email**
Report this email or read more about Declining to sign and Managing notifications.

If you are having trouble signing the document, please visit the Help with Signing page on our Support Center.

 Download the DocuSign App

This message was sent to you by Leanna Pierce who is using the DocuSign Electronic Signature Service. If you would rather not receive email from this sender you may contact the sender with your request.

Zeeto
Declar...cx.pdf



From: **Leanna Pierce** lpierce@phglawgroup.com
Subject: RE: Declaration for Hoy vs HealthIQ
Date: December 2, 2022 at 12:07 PM
To: Shayne Cardwell shayne@zeeto.io

See attached.  Let me know if you need anything else.

*Leanna Pierce*
Legal Assistant
**PHG Law Group**
501 West Broadway, Suite 1480
San Diego, CA 92101
Tel: (619) 826-8060
Fax (619) 826-8065
lpierce@PHGLawGroup.com
https://www.PHGLawGroup.com

-

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Shayne Cardwell <shayne@zeeto.io>
**Sent:** Friday, December 2, 2022 11:30 AM
**To:** Leanna Pierce <lpierce@phglawgroup.com>
**Subject:** Declaration for Hoy vs HealthIQ

Hi Leanna,

I know Jake is tied up, and I need to gather some items to satisfy the subpoena in this case, so I need your help in getting the documents they reference together.  Can you please send me the following:

March 10, 2022 Declaration
June 29, 2002 Declaration
July 1, 2022 Declaration

Thanks,
Shayne



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

  

CARDWELL          Zeeto           Zeeto
DECLA...- 1.PDF   Declar...- 1.pdf   Declar...cx.pdf



From: **Shayne Cardwell** shayne@zeeto.io
Subject: Declaration for Hoy vs HealthIQ
Date: December 2, 2022 at 11:29 AM
To: Leanna Pierce lpierce@phglawgroup.com

Hi Leanna,

I know Jake is tied up, and I need to gather some items to satisfy the subpoena in this case, so I need your help in getting the documents they reference together.  Can you please send me the following:

March 10, 2022 Declaration
June 29, 2002 Declaration
July 1, 2022 Declaration

Thanks,
Shayne



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**



**From:** **Big Tabasco Room** zeetogroup.com_3939393730393372d343737@resource.calendar.google.com
**Subject:** Declined: HealthIQ - ZAN Demo @ Thu Mar 22, 2018 10am - 11am (PDT) (Big Tabasco Room)
**Date:** March 21, 2018 at 9:28 AM
**To:** james.fink@zeetogroup.com

---

**Big Tabasco Room has declined this invitation.**

# HealthIQ - ZAN Demo

HealthIQ - ZAN Demo
Thu, Mar 22, 2018 10:00 AM - 11:00 AM PDT

Please join my meeting from your computer, tablet or smartphone.
https://global.gotomeeting.com/join/906375461

You can also dial in using your phone.
United States: +1 (646) 749-3112

Access Code: 906-375-461

First GoToMeeting? Let's do a quick system check:https://link.gotomeeting.com/system-check

| | |
|---|---|
| When | Thu Mar 22, 2018 10am – 11am Pacific Time |
| Video call | https://hangouts.google.com/hangouts/_/zeetogroup.com/healthiq-zan |
| Calendar | Big Tabasco Room |
| Who | • james.fink@zeetogroup.com - organizer <br> • Shayne Cardwell <br> • chang@healthiq.com |

Invitation from **Google Calendar**

You are receiving this email at the account james.fink@zeetogroup.com because you are subscribed for invitation replies on calendar Big Tabasco Room.

To stop receiving these emails, please log in to https://www.google.com/calendar/ and change your notification settings for this calendar.

Forwarding this invitation could allow any recipient to modify your RSVP response. **Learn More**.



Mail Attachment



invite.ics

**From:** Jacob Gillick jgillick@morrislawfirmapc.com
**Subject:** FW: [External] Hoy v. ZeetoGroup - Status Check
**Date:** June 27, 2022 at 1:17 PM
**To:** Shayne Cardwell shayne@zeeto.io
**Cc:** Leanna Pierce lpierce@morrislawfirmapc.com



Hey Shayne,

Please take a look at the attached re received from the other side. Let's discuss. You available in the AM?

Jacob A. Gillick, Esq.
**PHG Law Group**
501 West Broadway, Suite 1480
San Diego, CA 92101
Tel. (619) 826-8060
Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Sent:** Friday, June 24, 2022 9:52 AM
**To:** Jacob Gillick <jgillick@morrislawfirmapc.com>; Jennifer Murray <jmurray@terrellmarshall.com>; Rosenthal, Paul A. <PRosenthal@foxrothschild.com>
**Cc:** Ben Drachler <bdrachler@terrellmarshall.com>
**Subject:** RE: [External] Hoy v. ZeetoGroup - Status Check

Hello, Jacob. Per the below, attached is a draft declaration that leaves spots for the information needed from your client. So we may have a chance to review and approve prior to the status conference, please send us back a draft early next week.


----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

**From:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Sent:** Wednesday, June 22, 2022 5:17 PM
**To:** Jennifer Murray <jmurray@terrellmarshall.com>; Anthony Paronich <anthony@paronichlaw.com>; Rosenthal, Paul A. <PRosenthal@foxrothschild.com>
**Cc:** Ben Drachler <bdrachler@terrellmarshall.com>
**Subject:** RE: [External] Hoy v. ZeetoGroup - Status Check

Sounds good. Did you want to take a stab at drafting the declaration to avoid any misinterpretations?

Jacob A. Gillick, Esq.
**PHG Law Group**
501 West Broadway, Suite 1480
San Diego, CA 92101
Tel. (619) 826-8060
Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Jennifer Murray <jmurray@terrellmarshall.com>
**Sent:** Wednesday, June 22, 2022 2:10 PM
**To:** Jacob Gillick <jgillick@morrislawfirmapc.com>; Anthony Paronich <anthony@paronichlaw.com>; Rosenthal, Paul A. <PRosenthal@foxrothschild.com>
**Cc:** Ben Drachler <bdrachler@terrellmarshall.com>
**Subject:** RE: [External] Hoy v. ZeetoGroup - Status Check

Thanks Jacob. We were going to ask the court to set a deadline of one week for a check in (either another telephonic conference or a written joint status report), whichever he prefers. We think he will appreciate it if the parties keep things moving.

**From:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Sent:** Wednesday, June 22, 2022 1:58 PM
**To:** Anthony Paronich <anthony@paronichlaw.com>; Rosenthal, Paul A. <PRosenthal@foxrothschild.com>
**Cc:** Jennifer Murray <jmurray@terrellmarshall.com>; Ben Drachler <bdrachler@terrellmarshall.com>
**Subject:** RE: [External] Hoy v. ZeetoGroup - Status Check

This looks ok to us and thank you for sending over. My client and I will have to discuss each point in detail, but it looks correct.

I think we should request another telephonic conference 3 weeks out and if we resolve, we will
call chambers and have it taken off if they let us.

Thanks!

Jacob A. Gillick, Esq.
**MORRIS LAW FIRM, APC**
501 West Broadway, Suite 1480
San Diego, CA 92101
Tel. (619) 826-8060
Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may
contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality
laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information
contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this
message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Sent:** Wednesday, June 22, 2022 12:38 PM
**To:** Jacob Gillick <jgillick@morrislawfirmapc.com>; Rosenthal, Paul A.
<PRosenthal@foxrothschild.com>
**Cc:** Jennifer Murray <jmurray@terrellmarshall.com>; Ben Drachler
<bdrachler@terrellmarshall.com>
**Subject:** RE: [External] Hoy v. ZeetoGroup - Status Check

Jacob:

Thanks for producing this. We've reviewed and have the following proposal, if ZeetoGroup
provides a declaration that

- Authenticates the documents produced
- States that between June 24, 2017 and January 14, 2022 Health IQ did not appear on
  the marketing partner list or otherwise on Zeeto's website.
- The marketing partner and purported consent list of companies is the same across all
  Zeeto website properties, including all websites we list in the subpoena
- States that Health IQ was added in response to a Slack message from Cege in January of
  2022
- Explains that the prior Cardwell declaration confirming that Health IQ was on the
  marketing partner list was done by reviewing coding logs from after January 14, 2022

and this process is completed by June 29, 2022, the Plaintiff will then withdraw the pending
subpoenas and discovery action.

Please let us know this week and confirm that our bullet points are accurate.

Anthony

**From:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Sent:** Wednesday, June 22, 2022 2:47 PM
**To:** Rosenthal, Paul A. <PRosenthal@foxrothschild.com>
**Cc:** Jennifer Murray <jmurray@terrellmarshall.com>; Ben Drachler
<bdrachler@terrellmarshall.com>; Anthony Paronich <anthony@paronichlaw.com>
**Subject:** RE: [External] Hoy v. ZeetoGroup - Status Check

Paul,

My apologies for the slow correspondence. Mr. Morris was appointed to the bench here in San
Diego on Friday so we have been shutting down Morris Law Firm and getting PHG Law Group
up and running. I will gladly explain this to the Judge today.

Please see the attached. We went through our logs to determine the date of when Health IQ
was added per Policyscout's request.

With regards to the consumer information, the only other thing we were able to find was
Snowflake. Which is a data cloud Zeeto and Tibrio use to house information for its own internal
purposes later. In order to protect individual information from being disclosed, all of the
information has been coded. We tried to see what was involved in de-coding everything and
the burden is very high. Therefore, we believe the most prudent route is Jornaya reports.

Best,

Jacob A. Gillick, Esq.
**PHG Law Group**
501 West Broadway, Suite 1480
San Diego, CA 92101
Tel. (619) 826-8060
Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Rosenthal, Paul A. <PRosenthal@foxrothschild.com>
**Sent:** Tuesday, June 21, 2022 7:33 AM
**To:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Cc:** Jennifer Murray <jmurray@terrellmarshall.com>; Ben Drachler
<bdrachler@terrellmarshall.com>; Anthony Paronich <anthony@paronichlaw.com>
**Subject:** RE: [External] Hoy v. ZeetoGroup - Status Check

Jacob,

Do you plan to produce any additional information or documents?  And if so, when?

Thanks,
Paul

**Paul Rosenthal**
Partner
**Fox Rothschild LLP**
(973) 548-3388 - direct
PRosenthal@foxrothschild.com
www.foxrothschild.com

---

**From:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Sent:** June 16, 2022 4:17 PM
**To:** Ben Drachler <bdrachler@terrellmarshall.com>; Anthony Paronich
<anthony@paronichlaw.com>; Rosenthal, Paul A. <PRosenthal@foxrothschild.com>
**Cc:** Jennifer Murray <jmurray@terrellmarshall.com>
**Subject:** [EXT] RE: [External] Hoy v. ZeetoGroup - Status Check

Hey Ben,

Sorry for the delayed response. Mr. Morris has been appointed to the bench and Morris Law
Firm is closing down. My new firm will be taking over the matter but I hope you can appreciate
things are a little chaotic. I have a call into my client for this information and should receive
something back soon.

Thanks!

Jacob A. Gillick, Esq.
**MORRIS LAW FIRM, APC**
501 West Broadway, Suite 1480
San Diego, CA 92101
Tel. (619) 826-8060
Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** Ben Drachler <bdrachler@terrellmarshall.com>
**Sent:** Thursday, June 16, 2022 11:21 AM
**To:** Anthony Paronich <anthony@paronichlaw.com>; Jacob Gillick
<jgillick@morrislawfirmapc.com>; Rosenthal, Paul A. <PRosenthal@foxrothschild.com>
**Cc:** Jennifer Murray <jmurray@terrellmarshall.com>

Cc: Jennifer Murray <jmurray@terrellmarshall.com>
**Subject:** RE: [External] Hoy v. ZeetoGroup - Status Check

Hello Jacob,

Following up on my email below.

Thanks,

Ben Drachler (*he*, *him*, *his*)
**Terrell | Marshall Law Group PLLC**
936 N 34th Street, Suite 300 | Seattle, WA 98103
T 206.816.6603 | F 206.319.5450

**STATEMENT REGARDING COVID-19 AS WE CONTINUE TO PROVIDE LEGAL SERVICES.**
Please know that Terrell Marshall Law Group PLLC remains committed to providing legal services to the firm's
clients during this unprecedented time. Our attorneys and staff are working via secure remote connections.
As such, we expect little-to-no business interruption on our end.

We kindly ask that you refrain from mailing documents to the firm's physical address unless absolutely
necessary. And if you do so, please send an email notifying the person to whom the documents are
addressed. We are currently out of the office but will do our best to retrieve the mailing at the earliest
opportunity.  Thank you.

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Sent:** Wednesday, June 15, 2022 8:35 AM
**To:** Ben Drachler <bdrachler@terrellmarshall.com>; Jacob Gillick
<jgillick@morrislawfirmapc.com>; Rosenthal, Paul A. <PRosenthal@foxrothschild.com>
**Subject:** RE: [External] Hoy v. ZeetoGroup - Status Check

Hello, all. I'm copying Paul's current e-mail address.

Anthony

**From:** Ben Drachler <bdrachler@terrellmarshall.com>
**Sent:** Monday, June 13, 2022 10:36 PM
**To:** Jacob Gillick <jgillick@morrislawfirmapc.com>; Rosenthal, Paul A. (NJ)
<PaulRosenthal@KelleyDrye.com>
**Cc:** Anthony Paronich <anthony@paronichlaw.com>
**Subject:** RE: [External] Hoy v. ZeetoGroup - Status Check

Jacob,

Thank you. That is helpful information, but your response does not answer either of my
questions.

First, if you do not have the slack message(s), could you please clarify how your client was able
to determine that HealthIQ was added in January of 2022 at the request of Caleb Krambule of
Cege? As we've said several times, we need documentary evidence establishing when HealthIQ

was added to the marketing partners list. We think the best (and likely most accessible) evidence is going to be the coding logs showing when HealthIQ was added to the flow, but we are open to discussing alternatives if you can tell us what other documents or data Zeeto has in its possession.

Second, to navigate any path forward on consent evidence, we need to know what documents or data *Zeeto* has memorializing consumer visits to the websites in operates. That question is a critical part of the meet and confer process, which is why both parties have asked. If the answer is none, fine, but we need to know what's out there to decide how to proceed. If your client won't provide insight into what's available, that will short-circuit the parties' efforts to confer, and we will need to inform the Court. Again, if there is a concern about burden, please provide specifics about what that is so we can evaluate.

Thanks,

Ben Drachler (*he*, *him*, *his*)
**Terrell | Marshall Law Group PLLC**
936 N 34th Street, Suite 300 | Seattle, WA 98103
T 206.816.6603 | F 206.319.5450

**STATEMENT REGARDING COVID-19 AS WE CONTINUE TO PROVIDE LEGAL SERVICES.**
Please know that Terrell Marshall Law Group PLLC remains committed to providing legal services to the firm's clients during this unprecedented time. Our attorneys and staff are working via secure remote connections. As such, we expect little-to-no business interruption on our end.

We kindly ask that you refrain from mailing documents to the firm's physical address unless absolutely necessary. And if you do so, please send an email notifying the person to whom the documents are addressed. We are currently out of the office but will do our best to retrieve the mailing at the earliest opportunity.  Thank you.

---

**From:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Sent:** Monday, June 13, 2022 3:00 PM
**To:** Ben Drachler <bdrachler@terrellmarshall.com>; Rosenthal, Paul A. (NJ) <PaulRosenthal@KelleyDrye.com>
**Cc:** Anthony Paronich <anthony@paronichlaw.com>
**Subject:** RE: [External] Hoy v. ZeetoGroup - Status Check

Ben,

It looks like Health IQ was added at the request of a Caleb Krambule with Cege in January of 2022. The request came via slack so there is no record of it. With regards to customer visits, the best and most efficient information is available through the Jornaya reports unless someone has another idea.

Best,

Jacob A. Gillick, Esq.
**MORRIS LAW FIRM, APC**
501 West Broadway, Suite 1480

501 West Broadway, Suite 1480
San Diego, CA 92101
Tel. (619) 826-8060
Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Ben Drachler <bdrachler@terrellmarshall.com>
**Sent:** Thursday, June 9, 2022 12:54 PM
**To:** Jacob Gillick <jgillick@morrislawfirmapc.com>; Rosenthal, Paul A. (NJ)
<PaulRosenthal@KelleyDrye.com>
**Cc:** Anthony Paronich <anthony@paronichlaw.com>
**Subject:** RE: [External] Hoy v. ZeetoGroup - Status Check

Jacob,
The Court ordered the parties to work together to get the necessary consent evidence produced. Your suggestion that we bypass Zeeto is not consistent with the Court's instructions. We are prepared to work with you (and Paul) to agree on a path forward, but we need to know first what consent information Zeeto has in its possession, in what form, and how it can be produced to have any meaningful discussion about how to proceed. From our perspective, there are two questions we need answered at this point:
First, what documents or data does Zeeto have in its possession identifying the date range(s) when Health IQ was listed as a marketing partner on GetItFree?
Second, what documents or data does Zeeto have in its possession memorializing consumer visits to the websites it operates?
If the answer to these questions is "none," so be it. But we need to understand what information Zeeto has for any conversations about next steps to be productive. To the extent there is a concern about burden, please provide specifics about what that is so we can properly evaluate.
Thanks,

Ben Drachler (*he*, *him*, *his*)
**Terrell | Marshall Law Group PLLC**
936 N 34th Street, Suite 300 | Seattle, WA 98103
T 206.816.6603 | F 206.319.5450

**STATEMENT REGARDING COVID-19 AS WE CONTINUE TO PROVIDE LEGAL SERVICES.**
Please know that Terrell Marshall Law Group PLLC remains committed to providing legal services to the firm's clients during this unprecedented time. Our attorneys and staff are working via secure remote connections. As such, we expect little-to-no business interruption on our end.

We kindly ask that you refrain from mailing documents to the firm's physical address unless absolutely necessary. And if you do so, please send an email notifying the person to whom the documents are addressed. We are currently out of the office but will do our best to retrieve the mailing at the earliest opportunity.  Thank you.

**From:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Sent:** Wednesday, June 8, 2022 11:11 AM
**To:** Rosenthal, Paul A. (NJ) <PaulRosenthal@KelleyDrye.com>
**Cc:** Ben Drachler <bdrachler@terrellmarshall.com>; Anthony Paronich <anthony@paronichlaw.com>
**Subject:** Re: [External] Hoy v. ZeetoGroup - Status Check

Hey Paul,

Let me check on the timeline. As for the other information, I have spoken with my client and based on the Court's discussion, we believe the parties have the contact information and should go directly to Jornaya to obtain the reports.

Best,

Jacob A. Gillick, Esq.
**MORRIS LAW FIRM, APC**
501 West Broadway, Suite 1480
San Diego, CA 92101
Tel. (619) 826-8060
Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** "Rosenthal, Paul A. (NJ)" <PaulRosenthal@KelleyDrye.com>
**Date:** Tuesday, June 7, 2022 at 1:31 PM
**To:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Cc:** "bdrachler@terrellmarshall.com" <bdrachler@terrellmarshall.com>, Anthony Paronich <anthony@paronichlaw.com>
**Subject:** RE: Hoy v. ZeetoGroup - Status Check

Jacob,

That is not consistent with my understanding of the Judge's directive. In order for the parties to even propose a path forward, we need to understand what ZeetoGroup is willing and able to provide in order to provide unfettered access to the consent records and other information that is outside the possession of the litigants and within the possession of ZeetoGroup. Health IQ prepared to work with you and Plaintiff's counsel to obtain that information, but your client is the one subject to the motion and ZeetoGroup needs to be an active participant in telling us exactly what you have and the options for how it can be provided. The Court directed ZeetoGroup and Plaintiff (the parties to the motion) to meet and confer on a path forward and Health IQ agreed to voluntarily participate in those discussions. We stand ready to honor that commitment, but need active input and information from ZeetoGroup for any discussion to be

productive.

As a threshold issue, during the hearing, you committed to identifying the date range when Health IQ was identified on GetItFree as a marketing partner. Can you please provide that information as a context-setting data point for the further meet and confer discussions?

Thanks,
Paul

**PAUL ROSENTHAL**

**Kelley Drye & Warren LLP**
Tel: (973) 503-5943

---

**From:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Sent:** Tuesday, June 7, 2022 3:46 PM
**To:** Rosenthal, Paul A. (NJ) <PaulRosenthal@KelleyDrye.com>
**Subject:** RE: Hoy v. ZeetoGroup - Status Check

**CAUTION: This message originated outside of Kelley Drye and was sent by:**
**jgillick@morrislawfirmapc.com**

---

Hi Paul,

My understanding from the hearing was that the parties to the lawsuit were supposed to come up with a plan and they would reach out. Has that been done yet? I think the judge made it clear that the burden was not on Zeeto.

Best,

Jacob A. Gillick, Esq.
**MORRIS LAW FIRM, APC**
501 West Broadway, Suite 1480
San Diego, CA 92101
Tel. (619) 826-8060
Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Rosenthal, Paul A. (NJ) <PaulRosenthal@KelleyDrye.com>
**Sent:** Tuesday, June 7, 2022 7:47 AM
**To:** Jacob Gillick <jgillick@morrislawfirmapc.com>

**Cc:** bdrachler@terrellmarshall.com; Anthony Paronich <anthony@paronichlaw.com>
**Subject:** Hoy v. ZeetoGroup - Status Check

Jacob,

Following the May 25 hearing, I wanted to touch base and confirm whether you've had an opportunity to develop a proposal on what ZeetoGroup will be producing and when in connection with the Hoy matter?  Not sure if you've already circulated something to Plaintiff's counsel, but Health IQ remains interested in the outcome of these negotiations and I'm happy to join a meet-and-confer call or otherwise discuss to ensure that Health IQ and Plaintiff are provided with the unfettered access to relevant information envisioned by the Court.

Thanks,
Paul

**PAUL ROSENTHAL**
Partner

**Kelley Drye & Warren LLP**
One Jefferson Road
Parsippany, NJ 07054
Tel: (973) 503-5943

paulrosenthal@kelleydrye.com

This message is subject to Kelley Drye & Warren LLP's email communication policy.
KDW-Disclaimer

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in

you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.



Zeeto
Declar...n.docx



**From:** **Shayne Cardwell** shayne@zeeto.io
**Subject:** Re: FW: Get it Free Subpoena
**Date:** January 4, 2022 at 11:25 AM
**To:** Jacob Gillick jgillick@morrislawfirmapc.com

No problem.  I can make time for you anytime after noon PT.  Just let me know what works best for you.

Shayne



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

On Tue, Jan 4, 2022 at 11:20 AM Jacob Gillick <jgillick@morrislawfirmapc.com> wrote:

Hey Shayne,

Do you have time for a call today or tomorrow on the below? I know it is unacceptable. I think we should re-produce the attached and tell them to basically pound sand. We can also discuss other options if you want to avoid a fight and have no problem with a confidential disclosure. Think about it and lets talk.

Thanks!

Jacob A. Gillick, Esq.

**MORRIS LAW FIRM, APC**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel. (619) 826-8060

Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments.  Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Date:** Thursday, December 30, 2021 at 1:27 PM
**To:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Subject:** Re: Get it Free Subpoena

Jacob:

Thank you for speaking with me. As we discussed, we'd be willing to hold in abeyance our request for a deposition until after the parties mediation if GetitFree agrees to produce:

1. The leads that were sold to CEGE Media/Enfuego. At this time, we would only need the phone numbers.

2. A statement confirming that HealthIQ's name never appeared in their lead flow/consent statement on their website.

However, we would need this information and an affidavit provided by January 7, 2022. Please let me know if we can reach an agreement on this prior to that date so we can meet that deadline.

Regards,

----

Anthony Paronich

Paronich Law, P.C.

350 Lincoln Street, Suite 2400

Hingham, MA 02043

[o] (617) 485-0018

[c] (508) 221-1510

[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

On Mon, Dec 27, 2021 at 12:14 PM Jacob Gillick <jgillick@morrislawfirmapc.com> wrote:

Yes that does. Thank you again.

Best,

Jacob A. Gillick, Esq.

**MORRIS LAW FIRM, APC**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel. (619) 826-8060

Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments.  Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Date:** Monday, December 27, 2021 at 11:13 AM
**To:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Cc:** Leanna Pierce <lpierce@morrislawfirmapc.com>,
"PaulRosenthal@kelleydrye.com" <PaulRosenthal@kelleydrye.com>
**Subject:** RE: Get it Free Subpoena

Does 2:00 EST work?

---

**From:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Sent:** Monday, December 27, 2021 11:51 AM
**To:** Anthony Paronich <anthony@paronichlaw.com>
**Cc:** Leanna Pierce <lpierce@morrislawfirmapc.com>; PaulRosenthal@kelleydrye.com
**Subject:** Re: Get it Free Subpoena

Thursday ok?

> On Dec 27, 2021, at 10:19 AM, Anthony Paronich <anthony@paronichlaw.com> wrote:
>
> Is there a time this week we can do?

---

**From:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Sent:** Monday, December 27, 2021 11:19 AM
**To:** Anthony Paronich <anthony@paronichlaw.com>
**Cc:** Leanna Pierce <lpierce@morrislawfirmapc.com>; PaulRosenthal@kelleydrye.com
**Subject:** Re: Get it Free Subpoena

Hey Anthony,

Hope all is well! I had some thoughts on this matter over the holiday. I am trying to see what my clients can dig-up that may be helpful/avoid my client having to sit for a deposition.

I am still available today if you wish to speak. However, if we could push this call back a couple of days so my client can get back to me—I think it would make our conversation more productive.

Best,

Jacob A. Gillick, Esq.

Jacob A. Gillick, Esq.

**MORRIS LAW FIRM, APC**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel. (619) 826-8060

Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Date:** Friday, December 24, 2021 at 10:26 AM
**To:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Cc:** Leanna Pierce <lpierce@morrislawfirmapc.com>,
"PaulRosenthal@kelleydrye.com"
<PaulRosenthal@kelleydrye.com>
**Subject:** Re: Get it Free Subpoena

Will do, thanks.

----

Anthony Paronich

Paronich Law, P.C.

350 Lincoln Street, Suite 2400

Hingham, MA 02043

[o] (617) 485-0018

[c] (508) 221-1510

[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

On Wed, Dec 22, 2021 at 3:15 PM Jacob Gillick <jgillick@morrislawfirmapc.com> wrote:

> That works. Thank you. Please call me at 760-805-5507 when you are ready.

Best,

Jacob Gillick

> On Dec 21, 2021, at 10:38 AM, Anthony Paronich <anthony@paronichlaw.com> wrote:
>
> Hello, Jacob. I certainly don't see our subpoena as seeking "everything", but happy to
> meet and confer about each category in more detail on Monday. Does noon EST work
> for you?
>
> Anthony

---

**From:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Sent:** Tuesday, December 21, 2021 11:18 AM
**To:** Anthony Paronich <anthony@paronichlaw.com>; Leanna Pierce
<lpierce@morrislawfirmapc.com>; PaulRosenthal@kelleydrye.com>
**Subject:** Re: Get it Free Subpoena

Hey Anthony,

My week is packed before the holiday. Next week? Let me know a day and time that
works for you.

It would also  be helpful for my client to understand exactly what information yours is
looking for through the deposition. I see the subpoena as extremely broad and
essentially boils down to "everything." If we know what we are getting into- my client may
be less concerned about the disclosure of trade secrets or third party information.

Best,

Jacob A. Gillick, Esq.

**MORRIS LAW FIRM, APC**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel. (619) 826-8060

Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the
sole use of the intended recipient(s) and may contain information protected by the attorney-client
privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or
regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute
this message or any of the information contained in this message to anyone. If you are not the
intended recipient, please contact the sender by reply email and destroy all copies of this message
and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or

any other privilege.

---

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Date:** Monday, December 20, 2021 at 5:30 PM
**To:** Leanna Pierce <lpierce@morrislawfirmapc.com>,
"PaulRosenthal@kelleydrye.com"
<PaulRosenthal@kelleydrye.com>
**Cc:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Subject:** RE: Get it Free Subpoena

Jacob:

Are you available to confer on this tomorrow?

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400

Hingham, MA 02043
[o] (617) 485-0018

[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

---

**From:** Leanna Pierce <lpierce@morrislawfirmapc.com>
**Sent:** Monday, December 20, 2021 4:53 PM
**To:** PaulRosenthal@KelleyDrye.com; anthony@paronichlaw.com
**Subject:** Get it Free Subpoena

Dear Counsel,

Please find attached Get It Free's objections to the subpoena for deposition.  Please be advised that we will not be producing a witness on December 23, 2021, for deposition.

Thank you.

*Leanna Pierce*

Legal Assistant

**MORRIS LAW FIRM APC**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel: (619) 826-8060

Fax (619) 826-8065

lpierce@morrislawfirmapc.com

https://www.morrislawfirmapc.com

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** **Shayne Cardwell** shayne@zeeto.io
**Subject:** Re: FW: Get it Free Subpoena
**Date:** January 4, 2022 at 4:24 PM
**To:** Jacob Gillick jgillick@morrislawfirmapc.com



I'm going to finish the day from home.  Feel free to call me tonight or send me an invite for tomorrow when I'm open either between 9am and 10am or 1pm and 3pm (PT).

Shayne



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

On Tue, Jan 4, 2022 at 11:25 AM Shayne Cardwell <shayne@zeeto.io> wrote:
No problem.  I can make time for you anytime after noon PT.  Just let me know what works best for you.

Shayne



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

On Tue, Jan 4, 2022 at 11:20 AM Jacob Gillick <jgillick@morrislawfirmapc.com> wrote:

Hey Shayne,


Do you have time for a call today or tomorrow on the below? I know it is unacceptable. I think we should re-produce the attached and tell them to basically pound sand. We can also discuss other options if you want to avoid a fight and have no problem with a confidential disclosure. Think about it and lets talk.


Thanks!

Jacob A. Gillick, Esq.

**MORRIS LAW FIRM, APC**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel. (619) 826-8060

Fax. (619) 826-8065


CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information

contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Date:** Thursday, December 30, 2021 at 1:27 PM
**To:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Subject:** Re: Get it Free Subpoena

Jacob:

Thank you for speaking with me. As we discussed, we'd be willing to hold in abeyance our request for a deposition until after the parties mediation if GetitFree agrees to produce:

1. The leads that were sold to CEGE Media/Enfuego. At this time, we would only need the phone numbers.

2. A statement confirming that HealthIQ's name never appeared in their lead flow/consent statement on their website.

However, we would need this information and an affidavit provided by January 7, 2022. Please let me know if we can reach an agreement on this prior to that date so we can meet that deadline.

Regards,

----

Anthony Paronich

Paronich Law, P.C.

350 Lincoln Street, Suite 2400

Hingham, MA 02043

[o] (617) 485-0018

[c] (508) 221-1510

[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

On Mon, Dec 27, 2021 at 12:14 PM Jacob Gillick <jgillick@morrislawfirmapc.com> wrote:

> Yes that does. Thank you again.
>
> Best,

Jacob A. Gillick, Esq.

**MORRIS LAW FIRM, APC**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel. (619) 826-8060

Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments.  Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Date:** Monday, December 27, 2021 at 11:13 AM
**To:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Cc:** Leanna Pierce <lpierce@morrislawfirmapc.com>,
"PaulRosenthal@kelleydrye.com" <PaulRosenthal@kelleydrye.com>
**Subject:** RE: Get it Free Subpoena

Does 2:00 EST work?

---

**From:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Sent:** Monday, December 27, 2021 11:51 AM
**To:** Anthony Paronich <anthony@paronichlaw.com>
**Cc:** Leanna Pierce <lpierce@morrislawfirmapc.com>; PaulRosenthal@kelleydrye.com
**Subject:** Re: Get it Free Subpoena

Thursday ok?

> On Dec 27, 2021, at 10:19 AM, Anthony Paronich <anthony@paronichlaw.com> wrote:
>
> Is there a time this week we can do?

---

**From:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Sent:** Monday, December 27, 2021 11:19 AM
**To:** Anthony Paronich <anthony@paronichlaw.com>
**Cc:** Leanna Pierce <lpierce@morrislawfirmapc.com>; PaulRosenthal@kelleydrye.com
**Subject:** Re: Get it Free Subpoena

Hey Anthony,

Hope all is well! I had some thoughts on this matter over the holiday. I am trying to see what my clients can dig-up that may be helpful/avoid my client having to sit for a deposition.

I am still available today if you wish to speak. However, if we could push this call back a couple of days so my client can get back to me—I think it would make our conversation more productive.

Best,


Jacob A. Gillick, Esq.

**MORRIS LAW FIRM, APC**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel. (619) 826-8060

Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Date:** Friday, December 24, 2021 at 10:26 AM
**To:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Cc:** Leanna Pierce <lpierce@morrislawfirmapc.com>,
"PaulRosenthal@kelleydrye.com"
<PaulRosenthal@kelleydrye.com>
**Subject:** Re: Get it Free Subpoena


Will do, thanks.

----

Anthony Paronich

Paronich Law, P.C.

350 Lincoln Street, Suite 2400

Hingham, MA 02043

[o] (617) 485-0018

[c] (508) 221-1510

[c] (508) 221-4919

[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

On Wed, Dec 22, 2021 at 3:15 PM Jacob Gillick <jgillick@morrislawfirmapc.com> wrote:

> That works. Thank you. Please call me at 760-805-5507 when you are ready.
>
>
> Best,
>
>
> Jacob Gillick
>
>
>> On Dec 21, 2021, at 10:38 AM, Anthony Paronich <anthony@paronichlaw.com> wrote:
>>
>> Hello, Jacob. I certainly don't see our subpoena as seeking "everything", but happy to meet and confer about each category in more detail on Monday. Does noon EST work for you?
>>
>>
>> Anthony
>>
>> _____
>>
>> **From:** Jacob Gillick <jgillick@morrislawfirmapc.com>
>> **Sent:** Tuesday, December 21, 2021 11:18 AM
>> **To:** Anthony Paronich <anthony@paronichlaw.com>; Leanna Pierce <lpierce@morrislawfirmapc.com>; PaulRosenthal@kelleydrye.com
>> **Subject:** Re: Get it Free Subpoena
>>
>>
>> Hey Anthony,
>>
>>
>> My week is packed before the holiday. Next week? Let me know a day and time that works for you.
>>
>>
>> It would also  be helpful for my client to understand exactly what information yours is looking for through the deposition. I see the subpoena as extremely broad and essentially boils down to "everything." If we know what we are getting into- my client may be less concerned about the disclosure of trade secrets or third party information.
>>
>>
>> Best,
>>
>>
>> Jacob A. Gillick, Esq.
>>
>> **MORRIS LAW FIRM, APC**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel. (619) 826-8060

Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments.  Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Anthony Paronich
<anthony@paronichlaw.com>
**Date:** Monday, December 20, 2021 at 5:30 PM
**To:** Leanna Pierce <lpierce@morrislawfirmapc.com>,
"PaulRosenthal@kelleydrye.com"
<PaulRosenthal@kelleydrye.com>
**Cc:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Subject:** RE: Get it Free Subpoena

Jacob:

Are you available to confer on this tomorrow?

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400

Hingham, MA 02043
[o] (617) 485-0018

[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or
confidential information.  If you are not the intended recipient(s), or
the employee or agent responsible for delivery of this message to
the intended recipient(s), you are hereby notified that any
dissemination, distribution or copying of this e-mail message is

strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

---

**From:** Leanna Pierce <lpierce@morrislawfirmapc.com>
**Sent:** Monday, December 20, 2021 4:53 PM
**To:** PaulRosenthal@KelleyDrye.com; anthony@paronichlaw.com
**Subject:** Get it Free Subpoena

Dear Counsel,

Please find attached Get It Free's objections to the subpoena for deposition.  Please be advised that we will not be producing a witness on December 23, 2021, for deposition.

Thank you.

*Leanna Pierce*

Legal Assistant

**MORRIS LAW FIRM APC**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel: (619) 826-8060

Fax (619) 826-8065

lpierce@morrislawfirmapc.com

https://www.morrislawfirmapc.com

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments.  Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

HIQ - 000096



**From:** **Shayne Cardwell** shayne@zeeto.io
**Subject:** Re: FW: Get it Free Subpoena
**Date:** January 5, 2022 at 12:23 PM
**To:** Jacob Gillick jgillick@morrislawfirmapc.com

Hey Jake,

I was hoping to talk through this with you.  I hope everything is ok there.  In the interest of time given we have a deadline of Friday to comply, here are my quick thoughts.

I have no interest in sending them all of the data/leads/user PII that Cege purchased without a court order requiring us to do so.  I couldn't even do it by Friday if I wanted to given that key people are either away on holiday or out with COVID.  Let me know how much we can push back on this.

I'm fine providing a specific affidavit about the actual ad unit the user, Mr. Frueh, saw and opted into rather than something that is specific to HealthIQ. I'm still uncertain of the chain of events that lead up to the complaint, so I prefer to keep this limited to what I know for sure. I was able to pull the specific creative and disclosure shown which is attached.  I'd like to be specific in that document in stating Zeeto operates a self-serve platform, Cege is entirely responsible for the creatives and disclosures, and that our platform agreement and system functionality requires compliant disclosures shown to the user with the opt-in, as shown.  It also supports 3rd party validations such as Trusted Forn and LeadID, but those were not used by Cege for this specific campaign.

Thoughts?



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

Now hiring! Click here for open positions: **https://zeeto.io/open-positions**

On Tue, Jan 4, 2022 at 4:24 PM Shayne Cardwell <shayne@zeeto.io> wrote:
I'm going to finish the day from home.  Feel free to call me tonight or send me an invite for tomorrow when I'm open either between 9am and 10am or 1pm and 3pm (PT).

Shayne



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

Now hiring! Click here for open positions: **https://zeeto.io/open-positions**

On Tue, Jan 4, 2022 at 11:25 AM Shayne Cardwell <shayne@zeeto.io> wrote:
No problem.  I can make time for you anytime after noon PT.  Just let me know what works best for you.

Shayne



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

Now hiring! Click here for open positions: **https://zeeto.io/open-positions**

On Tue, Jan 4, 2022 at 11:20 AM Jacob Gillick <jgillick@morrislawfirmapc.com> wrote:
Hey Shayne,

Do you have time for a call today or tomorrow on the below? I know it is unacceptable. I think we should re-produce the attached and tell them to basically pound sand. We can also discuss other options if you want to avoid a fight and have no problem with a confidential disclosure. Think about it and lets talk.


Thanks!


Jacob A. Gillick, Esq.

**MORRIS LAW FIRM, APC**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel. (619) 826-8060

Fax. (619) 826-8065


CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments.  Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Date:** Thursday, December 30, 2021 at 1:27 PM
**To:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Subject:** Re: Get it Free Subpoena


Jacob:


Thank you for speaking with me. As we discussed, we'd be willing to hold in abeyance our request for a deposition until after the parties mediation if GetitFree agrees to produce:


1. The leads that were sold to CEGE Media/Enfuego. At this time, we would only need the phone numbers.

2. A statement confirming that HealthIQ's name never appeared in their lead flow/consent statement on their website.


However, we would need this information and an affidavit provided by January 7, 2022. Please let me know if we can reach an agreement on this prior to that date so we can meet that deadline.


Regards,


----

Anthony Paronich

Paronich Law, P.C.

350 Lincoln Street, Suite 2400

Hingham, MA 02043

[o] (617) 485-0018

[c] (508) 221-1510

[f] (508) 318-8100


This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.


On Mon, Dec 27, 2021 at 12:14 PM Jacob Gillick <jgillick@morrislawfirmapc.com> wrote:

Yes that does. Thank you again.


Best,


Jacob A. Gillick, Esq.

**MORRIS LAW FIRM, APC**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel. (619) 826-8060

Fax. (619) 826-8065


CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments.  Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Date:** Monday, December 27, 2021 at 11:13 AM
**To:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Cc:** Leanna Pierce <lpierce@morrislawfirmapc.com>,
"PaulRosenthal@kelleydrye.com" <PaulRosenthal@kelleydrye.com>
**Subject:** RE: Get it Free Subpoena


Does 2:00 EST work?

**From:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Sent:** Monday, December 27, 2021 11:51 AM
**To:** Anthony Paronich <anthony@paronichlaw.com>
**Cc:** Leanna Pierce <lpierce@morrislawfirmapc.com>; PaulRosenthal@kelleydrye.com
**Subject:** Re: Get it Free Subpoena

Thursday ok?

> On Dec 27, 2021, at 10:19 AM, Anthony Paronich <anthony@paronichlaw.com> wrote:
>
> Is there a time this week we can do?
>
>
> **From:** Jacob Gillick <jgillick@morrislawfirmapc.com>
> **Sent:** Monday, December 27, 2021 11:19 AM
> **To:** Anthony Paronich <anthony@paronichlaw.com>
> **Cc:** Leanna Pierce <lpierce@morrislawfirmapc.com>; PaulRosenthal@kelleydrye.com
> **Subject:** Re: Get it Free Subpoena
>
>
> Hey Anthony,
>
>
> Hope all is well! I had some thoughts on this matter over the holiday. I am trying to see what my clients
> can dig-up that may be helpful/avoid my client having to sit for  a deposition.
>
>
> I am still available today if you wish to speak. However, if we could push this call back a couple of days
> so my client can get back to me—I think it would make our conversation more productive.
>
>
> Best,

Jacob A. Gillick, Esq.

**MORRIS LAW FIRM, APC**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel. (619) 826-8060

Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments.  Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Date:** Friday, December 24, 2021 at 10:26 AM
**To:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Cc:** Leanna Pierce <lpierce@morrislawfirmapc.com>,
"PaulRosenthal@kelleydrye.com"
<PaulRosenthal@kelleydrye.com>
**Subject:** Re: Get it Free Subpoena


Will do, thanks.

----

Anthony Paronich

Paronich Law, P.C.

350 Lincoln Street, Suite 2400

Hingham, MA 02043

[o] (617) 485-0018

[c] (508) 221-1510

[f] (508) 318-8100


This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.


On Wed, Dec 22, 2021 at 3:15 PM Jacob Gillick <jgillick@morrislawfirmapc.com> wrote:

> That works. Thank you. Please call me at 760-805-5507 when you are ready.
>
> Best,
>
> Jacob Gillick
>
>> On Dec 21, 2021, at 10:38 AM, Anthony Paronich <anthony@paronichlaw.com> wrote:
>>
>> Hello, Jacob. I certainly don't see our subpoena as seeking "everything", but happy to meet and confer about each category in more detail on Monday. Does noon EST work for you?
>>
>> Anthony
>>
>> _____
>>
>> **From:** Jacob Gillick <jgillick@morrislawfirmapc.com>
>> **Sent:** Tuesday, December 21, 2021 11:18 AM
>> **To:** Anthony Paronich <anthony@paronichlaw.com>; Leanna Pierce <lpierce@morrislawfirmapc.com>; PaulRosenthal@kelleydrye.com
>> **Subject:** Re: Get it Free Subpoena

Hey Anthony,

My week is packed before the holiday. Next week? Let me know a day and time that works for you.

It would also  be helpful for my client to understand exactly what information yours is looking for through the deposition. I see the subpoena as extremely broad and essentially boils down to "everything." If we know what we are getting into- my client may be less concerned about the disclosure of trade secrets or third party information.

Best,

Jacob A. Gillick, Esq.

**MORRIS LAW FIRM, APC**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel. (619) 826-8060

Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments.  Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Date:** Monday, December 20, 2021 at 5:30 PM
**To:** Leanna Pierce <lpierce@morrislawfirmapc.com>, "PaulRosenthal@kelleydrye.com" <PaulRosenthal@kelleydrye.com>
**Cc:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Subject:** RE: Get it Free Subpoena

Jacob:

Are you available to confer on this tomorrow?

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400

Hingham, MA 02043
[o] (617) 485-0018

[c] (508) 221-1510
[f] (508) 318-8100


This email message may contain legally privileged and/or
confidential information.  If you are not the intended
recipient(s), or the employee or agent responsible for delivery
of this message to the intended recipient(s), you are hereby
notified that any dissemination, distribution or copying of this e-
mail message is strictly prohibited. If you have received this
message in error, please immediately notify the sender and
delete this e-mail message from your computer.

---

**From:** Leanna Pierce <lpierce@morrislawfirmapc.com>
**Sent:** Monday, December 20, 2021 4:53 PM
**To:** PaulRosenthal@KelleyDrye.com; anthony@paronichlaw.com
**Subject:** Get it Free Subpoena


Dear Counsel,


Please find attached Get It Free's objections to the
subpoena for deposition.  Please be advised that
we will not be producing a witness on December
23, 2021, for deposition.


Thank you.


*Leanna Pierce*

Legal Assistant

**MORRIS LAW FIRM APC**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel: (619) 826-8060

Fax (619) 826-8065

lpierce@morrislawfirmapc.com

https://www.morrislawfirmapc.com

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.





**From:** **Jacob Gillick** jgillick@morrislawfirmapc.com
**Subject:** FW: Get it Free Subpoena
**Date:** January 4, 2022 at 11:20 AM
**To:** Shayne Cardwell  shayne@zeeto.io

Hey Shayne,

Do you have time for a call today or tomorrow on the below? I know it is unacceptable. I think we should re-produce the attached and tell them to basically pound sand. We can also discuss other options if you want to avoid a fight and have no problem with a confidential disclosure. Think about it and lets talk.

Thanks!

Jacob A. Gillick, Esq.
**MORRIS LAW FIRM, APC**
501 West Broadway, Suite 1480
San Diego, CA 92101
Tel. (619) 826-8060
Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Date:** Thursday, December 30, 2021 at 1:27 PM
**To:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Subject:** Re: Get it Free Subpoena

Jacob:

Thank you for speaking with me. As we discussed, we'd be willing to hold in abeyance our request for a deposition until after the parties mediation if GetitFree agrees to produce:

1. The leads that were sold to CEGE Media/Enfuego. At this time, we would only need the phone numbers.
2. A statement confirming that HealthIQ's name never appeared in their lead flow/consent statement on their website.

However, we would need this information and an affidavit provided by January 7, 2022. Please let me know if we can reach an agreement on this prior to that date so we can meet that deadline.

Regards,

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

On Mon, Dec 27, 2021 at 12:14 PM Jacob Gillick <jgillick@morrislawfirmapc.com> wrote:

Yes that does. Thank you again.

Best,

Jacob A. Gillick, Esq.
**MORRIS LAW FIRM, APC**
501 West Broadway, Suite 1480
San Diego, CA 92101
Tel. (619) 826-8060
Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Date:** Monday, December 27, 2021 at 11:13 AM
**To:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Cc:** Leanna Pierce <lpierce@morrislawfirmapc.com>, "PaulRosenthal@kelleydrye.com" <PaulRosenthal@kelleydrye.com>
**Subject:** RE: Get it Free Subpoena

Does 2:00 EST work?

**From:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Sent:** Monday, December 27, 2021 11:51 AM
**To:** Anthony Paronich <anthony@paronichlaw.com>
**Cc:** Leanna Pierce <lpierce@morrislawfirmapc.com>; PaulRosenthal@kelleydrye.com

**Cc:** Leanna Pierce <lpierce@morrislawfirmapc.com>, PaulRosenthal@kelleydrye.com
**Subject:** Re: Get it Free Subpoena

Thursday ok?

> On Dec 27, 2021, at 10:19 AM, Anthony Paronich <anthony@paronichlaw.com>
> wrote:
>
> Is there a time this week we can do?

**From:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Sent:** Monday, December 27, 2021 11:19 AM
**To:** Anthony Paronich <anthony@paronichlaw.com>
**Cc:** Leanna Pierce <lpierce@morrislawfirmapc.com>;
PaulRosenthal@kelleydrye.com
**Subject:** Re: Get it Free Subpoena

Hey Anthony,

Hope all is well! I had some thoughts on this matter over the holiday. I am trying
to see what my clients can dig-up that may be helpful/avoid my client having to
sit for  a deposition.

I am still available today if you wish to speak. However, if we could push this call
back a couple of days so my client can get back to me—I think it would make our
conversation more productive.

Best,

Jacob A. Gillick, Esq.
**MORRIS LAW FIRM, APC**
501 West Broadway, Suite 1480
San Diego, CA 92101
Tel. (619) 826-8060
Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended
recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other
applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy,
disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended
recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended
transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Date:** Friday, December 24, 2021 at 10:26 AM
**To:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Cc:** Leanna Pierce <lpierce@morrislawfirmapc.com>,

"[PaulRosenthal@kelleydrye.com](mailto:PaulRosenthal@kelleydrye.com)" <[PaulRosenthal@kelleydrye.com](mailto:PaulRosenthal@kelleydrye.com)>
**Subject:** Re: Get it Free Subpoena

Will do, thanks.
----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential
information.  If you are not the intended recipient(s), or the employee or agent
responsible for delivery of this message to the intended recipient(s), you are
hereby notified that any dissemination, distribution or copying of this e-mail
message is strictly prohibited. If you have received this message in error, please
immediately notify the sender and delete this e-mail message from your
computer.


On Wed, Dec 22, 2021 at 3:15 PM Jacob Gillick <[jgillick@morrislawfirmapc.com](mailto:jgillick@morrislawfirmapc.com)>
wrote:

> That works. Thank you. Please call me at 760-805-5507 when you are ready.
>
> Best,
>
> Jacob Gillick
>
>> On Dec 21, 2021, at 10:38 AM, Anthony Paronich
>> <[anthony@paronichlaw.com](mailto:anthony@paronichlaw.com)> wrote:
>>
>> Hello, Jacob. I certainly don't see our subpoena as seeking
>> "everything", but happy to meet and confer about each category
>> in more detail on Monday. Does noon EST work for you?
>>
>> Anthony
>>
>> **From:** Jacob Gillick <[jgillick@morrislawfirmapc.com](mailto:jgillick@morrislawfirmapc.com)>
>> **Sent:** Tuesday, December 21, 2021 11:18 AM
>> **To:** Anthony Paronich <[anthony@paronichlaw.com](mailto:anthony@paronichlaw.com)>; Leanna
>> Pierce <[lpierce@morrislawfirmapc.com](mailto:lpierce@morrislawfirmapc.com)>;
>> [PaulRosenthal@kelleydrye.com](mailto:PaulRosenthal@kelleydrye.com)
>> **Subject:** Re: Get it Free Subpoena

Hey Anthony,

My week is packed before the holiday. Next week? Let me know a day and time that works for you.

It would also be helpful for my client to understand exactly what information yours is looking for through the deposition. I see the subpoena as extremely broad and essentially boils down to "everything." If we know what we are getting into- my client may be less concerned about the disclosure of trade secrets or third party information.

Best,

Jacob A. Gillick, Esq.
**MORRIS LAW FIRM, APC**
501 West Broadway, Suite 1480
San Diego, CA 92101
Tel. (619) 826-8060
Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Date:** Monday, December 20, 2021 at 5:30 PM
**To:** Leanna Pierce <lpierce@morrislawfirmapc.com>, "PaulRosenthal@kelleydrye.com" <PaulRosenthal@kelleydrye.com>
**Cc:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Subject:** RE: Get it Free Subpoena

Jacob:

Are you available to confer on this tomorrow?


----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043

[o] (617) 485-0018
[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential
information.  If you are not the intended recipient(s), or the employee or
agent responsible for delivery of this message to the intended recipient(s),
you are hereby notified that any dissemination, distribution or copying of
this e-mail message is strictly prohibited. If you have received this message
in error, please immediately notify the sender and delete this e-mail
message from your computer.

---

**From:** Leanna Pierce <lpierce@morrislawfirmapc.com>
**Sent:** Monday, December 20, 2021 4:53 PM
**To:** PaulRosenthal@KelleyDrye.com; anthony@paronichlaw.com
**Subject:** Get it Free Subpoena

Dear Counsel,

Please find attached Get It Free's objections to the subpoena
for deposition.  Please be advised that we will not be
producing a witness on December 23, 2021, for deposition.

Thank you.

*Leanna Pierce*
Legal Assistant
**MORRIS LAW FIRM APC**
501 West Broadway, Suite 1480
San Diego, CA 92101
Tel: (619) 826-8060
Fax (619) 826-8065
lpierce@morrislawfirmapc.com
https://www.morrislawfirmapc.com

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole
use of the intended recipient(s) and may contain information protected by the attorney-client privilege,
the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations.
If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message
or any of the information contained in this message to anyone. If you are not the intended recipient,
please contact the sender by reply email and destroy all copies of this message and any attachments.
Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.



robert_frueh[1]

robert_fruen[1].
xlsm



**From:** **Jacob Gillick** jgillick@morrislawfirmapc.com
**Subject:** RE: FW: Hoy Subpoena
**Date:** April 1, 2022 at 9:38 AM
**To:** Shayne Cardwell shayne@zeeto.io

This is really helpful. Thank you!!

Jacob A. Gillick, Esq.
**MORRIS LAW FIRM, APC**
501 West Broadway, Suite 1480
San Diego, CA 92101
Tel. (619) 826-8060
Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Shayne Cardwell <shayne@zeeto.io>
**Sent:** Wednesday, March 30, 2022 11:43 AM
**To:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Subject:** Re: FW: Hoy Subpoena

Hey Jake,

From what I can gather in talking with my team and looking at the logs, it appears Caleb Krambule with Cege (aka Enfuego aka PolicyScout) requested that we add HealthIQ to our marketing partner's list in January of this year and that request came via Slack (which means it is no longer retrievable due to the short retention window in Slack). The screenshots and logs all confirm that this change was indeed made in January of this year as well.

Attached are the screenshots of the Wordpress log for GetItFree.us showing HealthIQ was only added at the last update (dated 1/24 and attached) and that when we reviewed logs from previous updates 9/23 also attached), HealthIQ was not included in the list of marketing partners.

Happy to jump on a quick call to discuss if that helps.

Shayne



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

On Wed, Mar 30, 2022 at 9:35 AM Shayne Cardwell <<u>shayne@zeeto.io</u>> wrote:

> We use Wordpress to manage content for our O&O sites so I have Product looking into what
> we are logging for WordPress for each site. I'll forward whatever they can dig up later today.



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: <u>shayne@zeeto.io</u>
**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

On Tue, Mar 29, 2022 at 12:56 PM Jacob Gillick <<u>jgillick@morrislawfirmapc.com</u>> wrote:

> Hey Shayne,
>
> Please see the below. I just wanted to double check with you. I remember us not having
> access.
>
> Thanks!
>
> Jacob A. Gillick, Esq.
> **MORRIS LAW FIRM, APC**
> 501 West Broadway, Suite 1480
> San Diego, CA 92101
> Tel. (619) 826-8060
> Fax. (619) 826-8065
>
> CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.
>
> **From:** Cameron, Jordan <<u>jordan.cameron@dentons.com</u>>
> **Sent:** Tuesday, March 29, 2022 11:43 AM
> **To:** Jacob Gillick <<u>jgillick@morrislawfirmapc.com</u>>
> **Subject:** RE: Hoy Subpoena
>
> Jacob,
>
> Does Zeeto use a source code repository that it could access to find the time stamp for when
> Health IQ was added to its code?
>
>  **Jordan Cameron**
> Shareholder

What's Next? The answer is Talent. With more than 20,000 people, 12,000 lawyers and 200 locations, Dentons has the talent for what you need, where you need it.

O +1 801 375 6600   |   US Internal 804790
jordan.cameron@dentons.com
Bio   |   Website

Dentons Durham Jones Pinegar P.C.
3301 North Thanksgiving Way, Suite 400, Lehi, UT 84043

Fernanda Lopes & Associados > Guevara & Gutierrez > Paz Horowitz Abogados > Sirote > Adepetun Caxton-Martins Agbor & Segun > Davis Brown > East African Law Chambers > Eric Silwamba, Jalasi and Linyama > Durham Jones & Pinegar > LEAD Advogados > Rattagan Macchiavello Arocena > Jiménez de Aréchaga, Viana & Brause > For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this email from your systems. Dentons records and stores emails sent to us or our affiliates in keeping with our internal policies and procedures. Please see dentons.com for Legal Notices.



From: **Shayne Cardwell** shayne@zeeto.io
Subject: Re: FW: Hoy Subpoena
Date: April 1, 2022 at 10:07 AM
To: Jacob Gillick jgillick@morrislawfirmapc.com

No problem.  I have some time today and this weekend, so if you need any additional help with this, just LMK.



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

Now hiring! Click here for open positions: **https://zeeto.io/open-positions**

On Fri, Apr 1, 2022 at 9:38 AM Jacob Gillick <jgillick@morrislawfirmapc.com> wrote:

This is really helpful. Thank you!!

Jacob A. Gillick, Esq.

**MORRIS LAW FIRM, APC**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel. (619) 826-8060

Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments.  Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Shayne Cardwell <shayne@zeeto.io>
**Sent:** Wednesday, March 30, 2022 11:43 AM
**To:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Subject:** Re: FW: Hoy Subpoena

Hey Jake,

From what I can gather in talking with my team and looking at the logs, it appears Caleb Krambule with Cege (aka Enfuego aka PolicyScout) requested that we add HealthIQ to our marketing partner's list in January of this year and that request came via Slack (which means it is no longer retrievable due to the short retention window in Slack).  The screenshots and logs all confirm that this change was indeed made in January of this year as well.

Attached are the screenshots of the Wordpress log for GetItFree.us showing HealthIQ was only added at the last update (dated 1/24 and attached) and that when we reviewed logs from previous updates 9/23 also attached), HealthIQ was not included in the list of marketing partners.

Happy to jump on a quick call to discuss if that helps.

Shayne



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

On Wed, Mar 30, 2022 at 9:35 AM Shayne Cardwell <shayne@zeeto.io> wrote:

We use Wordpress to manage content for our O&O sites so I have Product looking into what we are logging for WordPress for each site.  I'll forward whatever they can dig up later today.



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

On Tue, Mar 29, 2022 at 12:56 PM Jacob Gillick <jgillick@morrislawfirmapc.com> wrote:

Hey Shayne,

Please see the below. I just wanted to double check with you. I remember us not having access.

Thanks!

Jacob A. Gillick, Esq.

**MORRIS LAW FIRM, APC**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel. (619) 826-8060

Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may

contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Cameron, Jordan <jordan.cameron@dentons.com>
**Sent:** Tuesday, March 29, 2022 11:43 AM
**To:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Subject:** RE: Hoy Subpoena

Jacob,

Does Zeeto use a source code repository that it could access to find the time stamp for when Health IQ was added to its code?



### Jordan Cameron
Shareholder

What's Next? The answer is Talent. With more than 20,000 people, 12,000 lawyers and 200 locations, Dentons has the talent for what you need, where you need it.

O +1 801 375 6600   |   US Internal 804790
jordan.cameron@dentons.com
Bio   |   Website

Dentons Durham Jones Pinegar P.C.
3301 North Thanksgiving Way, Suite 400, Lehi, UT 84043

Fernanda Lopes & Associados > Guevara & Gutierrez > Paz Horowitz Abogados > Sirote > Adepetun Caxton-Martins Agbor & Segun > Davis Brown > East African Law Chambers > Eric Silwamba, Jalasi and Linyama > Durham Jones & Pinegar > LEAD Advogados > Rattagan Macchiavello Arocena > Jiménez de Aréchaga, Viana & Brause > For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this email from your systems. Dentons records and stores emails sent to us or our affiliates in keeping with our internal policies and procedures. Please see dentons.com for Legal Notices.

HIQ - 000119



**From: Jacob Gillick** jgillick@morrislawfirmapc.com
**Subject:** FW: Hoy Subpoena
**Date:** June 29, 2022 at 7:17 AM
**To:** Shayne Cardwell shayne@zeeto.io

Jacob A. Gillick, Esq.
**PHG Law Group**
501 West Broadway, Suite 1480
San Diego, CA 92101
Tel. (619) 826-8060
Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Shayne Cardwell <shayne@zeeto.io>
**Date:** Wednesday, March 30, 2022 at 11:43 AM
**To:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Subject:** Re: FW: Hoy Subpoena

Hey Jake,

From what I can gather in talking with my team and looking at the logs, it appears Caleb Krambule with Cege (aka Enfuego aka PolicyScout) requested that we add HealthIQ to our marketing partner's list in January of this year and that request came via Slack (which means it is no longer retrievable due to the short retention window in Slack). The screenshots and logs all confirm that this change was indeed made in January of this year as well.

Attached are the screenshots of the Wordpress log for GetItFree.us showing HealthIQ was only added at the last update (dated 1/24 and attached) and that when we reviewed logs from previous updates 9/23 also attached), HealthIQ was not included in the list of marketing partners.

Happy to jump on a quick call to discuss if that helps.

Shayne



    **Shayne Cardwell**
    Chief Revenue Officer
    Phone: (561) 716-3100
    Email: shayne@zeeto.io
    **zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

On Wed, Mar 30, 2022 at 9:35 AM Shayne Cardwell <shayne@zeeto.io> wrote:

> We use Wordpress to manage content for our O&O sites so I have Product looking into what
> we are logging for WordPress for each site.  I'll forward whatever they can dig up later today.



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

On Tue, Mar 29, 2022 at 12:56 PM Jacob Gillick <jgillick@morrislawfirmapc.com> wrote:

> Hey Shayne,
>
> Please see the below. I just wanted to double check with you. I remember us not having
> access.
>
> Thanks!
>
> Jacob A. Gillick, Esq.
> **MORRIS LAW FIRM, APC**
> 501 West Broadway, Suite 1480
> San Diego, CA 92101
> Tel. (619) 826-8060
> Fax. (619) 826-8065
>
> CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.
>
> **From:** Cameron, Jordan <jordan.cameron@dentons.com>
> **Sent:** Tuesday, March 29, 2022 11:43 AM
> **To:** Jacob Gillick <jgillick@morrislawfirmapc.com>
> **Subject:** RE: Hoy Subpoena
>
> Jacob,
>
> Does Zeeto use a source code repository that it could access to find the time stamp for when
> Health IQ was added to its code?
>
> 
>
> Jordan Cameron
> Shareholder
>
> What's Next? The answer is Talent. With more than 20,000

people, 12,000 lawyers and 200 locations, Dentons has the
talent for what you need, where you need it.

O +1 801 375 6600   |   US Internal 804790
jordan.cameron@dentons.com
Bio   |   Website

Dentons Durham Jones Pinegar P.C.
3301 North Thanksgiving Way, Suite 400, Lehi, UT 84043

Fernanda Lopes & Associados > Guevara & Gutierrez >
Paz Horowitz Abogados > Sirote > Adepetun Caxton-
Martins Agbor & Segun > Davis Brown > East African Law
Chambers > Eric Silwamba, Jalasi and Linyama > Durham
Jones & Pinegar > LEAD Advogados > Rattagan
Macchiavello Arocena > Jiménez de Aréchaga, Viana &
Brause > For more information on the firms that have come
together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services
worldwide through its member firms and affiliates. This email
may be confidential and protected by legal privilege. If you are
not the intended recipient, disclosure, copying, distribution and
use are prohibited; please notify us immediately and delete this
email from your systems. Dentons records and stores emails
sent to us or our affiliates in keeping with our internal policies
and procedures. Please see dentons.com for Legal Notices.



HIQ - 000122







**From:** **Shayne Cardwell** shayne@zeeto.io
**Subject:** Re: FW: Hoy Subpoena
**Date:** March 30, 2022 at 11:43 AM
**To:** Jacob Gillick jgillick@morrislawfirmapc.com

---

Hey Jake,

From what I can gather in talking with my team and looking at the logs, it appears Caleb Krambule with Cege (aka Enfuego aka PolicyScout) requested that we add HealthIQ to our marketing partner's list in January of this year and that request came via Slack (which means it is no longer retrievable due to the short retention window in Slack). The screenshots and logs all confirm that this change was indeed made in January of this year as well.

Attached are the screenshots of the Wordpress log for GetItFree.us showing HealthIQ was only added at the last update (dated 1/24 and attached) and that when we reviewed logs from previous updates 9/23 also attached), HealthIQ was not included in the list of marketing partners.

Happy to jump on a quick call to discuss if that helps.

Shayne



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

On Wed, Mar 30, 2022 at 9:35 AM Shayne Cardwell <shayne@zeeto.io> wrote:
We use Wordpress to manage content for our O&O sites so I have Product looking into what we are logging for WordPress for each site. I'll forward whatever they can dig up later today.



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

On Tue, Mar 29, 2022 at 12:56 PM Jacob Gillick <jgillick@morrislawfirmapc.com> wrote:
Hey Shayne,


Please see the below. I just wanted to double check with you. I remember us not having access.


Thanks!

Jacob A. Gillick, Esq.

**MORRIS LAW FIRM, APC**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel. (619) 826-8060

Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Cameron, Jordan <jordan.cameron@dentons.com>
**Sent:** Tuesday, March 29, 2022 11:43 AM
**To:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Subject:** RE: Hoy Subpoena

Jacob,

Does Zeeto use a source code repository that it could access to find the time stamp for when Health IQ was added to its code?



Jordan Cameron
Shareholder

What's Next? The answer is Talent. With more than 20,000 people, 12,000 lawyers and 200 locations, Dentons has the talent for what you need, where you need it.

O +1 801 375 6600   |   US Internal 804790
jordan.cameron@dentons.com
Bio   |   Website

Dentons Durham Jones Pinegar P.C.
3301 North Thanksgiving Way, Suite 400, Lehi, UT 84043

Fernanda Lopes & Associados > Guevara & Gutierrez > Paz Horowitz Abogados > Sirote > Adepetun Caxton-Martins Agbor & Segun > Davis Brown > East African Law Chambers > Eric Silwamba, Jalasi and Linyama > Durham Jones & Pinegar > LEAD Advogados > Rattagan Macchiavello Arocena > Jiménez de Aréchaga, Viana & Brause > For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this email from your systems. Dentons records and stores emails sent to us or our affiliates in keeping with our internal policies and procedures. Please see dentons.com for Legal Notices.







From: **Jacob Gillick** jgillick@morrislawfirmapc.com
Subject: RE: Health IQ
Date: February 11, 2022 at 12:55 PM
To: Shayne Cardwell shayne@zeeto.io



Yes- if you can check that would be great. I wasn't sure if the list indicating Health IQ would have
been included in the 3rd party certificates. If you think this may pose a problem for Z after you
check, lets discuss.


Jacob A. Gillick, Esq.
**MORRIS LAW FIRM, APC**
501 West Broadway, Suite 1480
San Diego, CA 92101
Tel. (619) 826-8060
Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain
information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or
regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in
this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any
attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Shayne Cardwell <shayne@zeeto.io>
**Sent:** Friday, February 11, 2022 12:38 PM
**To:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Subject:** Re: Health IQ

Isn't the right question, "was HealthIQ listed on the consent disclosure for these consumers?"?
I'd prefer to keep what we share limited to specific consumers. If they can randomly provide
those us a narrrow list, I can try to pull the 3rd party certificates to show exactly what the
consumer saw and agreed to.

That said, I can check to see if and when HealthIQ may or may not have been on our marketing
partners list where we gain global consent.

On Fri, Feb 11, 2022 at 12:26 PM Jacob Gillick <jgillick@morrislawfirmapc.com> wrote:

> Hey,
>
> Please see the below cut-and-paste correspondence from counsel I am having regarding the
> subpoena. I have pushed them off for as long as I could but they are ready to file a motion—
> which we will happily defend, but I want to give you all options to avoid the fees/time/stress.
> Do you have any ideas for the below? I do not think a document production would show this
> information. Could someone do an affidavit saying "yes," they remember adding and removing
> Health IQ from the list of marketing partners? Thanks!
>
>
> Topic 2 is seeking evidence that Health IQ was in the list of marketing partners for leads that
> would have been sold to Cege.  As I understand it, the flow information is solely in the

possession of Zeeto, and may be "dynamic" so there isn't one clear flow that we could re-create ourselves; however, the parties are looking for some evidence and confirmation of when/how Health IQ would have been listed as a marketing partner within the flow for consumers.  Is that something that your client can confirm?  Depending on the format, this might be subsumed by #1, but perhaps not.

On the second issue, I think it's a binary proposition. First, was Health IQ ever listed in the list of "marketing partners" that visitors to the websites saw? We have no seen any evidence that they were. If Health IQ was never in the list of Marketing Partners, I think a declaration should suffice. If they were, the subpoena seeks information on when and how those disclosures were made, as well as to who.

Jacob A. Gillick, Esq.
**MORRIS LAW FIRM, APC**
501 West Broadway, Suite 1480
San Diego, CA 92101
Tel. (619) 826-8060
Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments.  Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

--



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**



**From:** **Shayne Cardwell** shayne@zeeto.io
**Subject:** Re: Health IQ
**Date:** February 14, 2022 at 11:50 AM
**To:** Jacob Gillick jgillick@morrislawfirmapc.com

Hey Jake,

We maintain a log of the code deployed on the Tibrio O&O properties. One section of code includes the Marketing Partners data which includes HealthIQ as recently as January 2022. I've included a screenshot of the code for the Marketing Partners page. That means any user on our sites that clicked the Marketing Partners link would be directed to that page and HealthIQ would have been included on the list of disclosed partners.

Let me know if they are going to provide a list of consumers for us to pull or if this will suffice.

Shayne



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

Now hiring! Click here for open positions: **https://zeeto.io/open-positions**

On Fri, Feb 11, 2022 at 12:55 PM Jacob Gillick <jgillick@morrislawfirmapc.com> wrote:

> Yes- if you can check that would be great. I wasn't sure if the list indicating Health IQ would have been included in the 3rd party certificates. If you think this may pose a problem for Z after you check, lets discuss.
>
>
>
> Jacob A. Gillick, Esq.
>
> **MORRIS LAW FIRM, APC**
>
> 501 West Broadway, Suite 1480
>
> San Diego, CA 92101
>
> Tel. (619) 826-8060
>
> Fax. (619) 826-8065
>
>
> CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.
>
> ---
>
> **From:** Shayne Cardwell <shayne@zeeto.io>
> **Sent:** Friday, February 11, 2022 12:38 PM
> **To:** Jacob Gillick <jgillick@morrislawfirmapc.com>
> **Subject:** Re: Health IQ
>
>
> Isn't the right question, "was HealthIQ listed on the consent disclosure for these consumers?"? I'd prefer to keep what we share limited to specific consumers. If they can randomly provide those us a narrow list, I can try to pull the 3rd party certificates to show exactly what the consumer saw and agreed to.
>
> That said, I can check to see if and when HealthIQ may or may not have been on our marketing partners list where we gain global

consent.

On Fri, Feb 11, 2022 at 12:26 PM Jacob Gillick <jgillick@morrislawfirmapc.com> wrote:

Hey,

Please see the below cut-and-paste correspondence from counsel I am having regarding the subpoena. I have pushed them off for as long as I could but they are ready to file a motion—which we will happily defend, but I want to give you all options to avoid the fees/time/stress. Do you have any ideas for the below? I do not think a document production would show this information. Could someone do an affidavit saying "yes," they remember adding and removing Health IQ from the list of marketing partners? Thanks!

Topic 2 is seeking evidence that Health IQ was in the list of marketing partners for leads that would have been sold to Cege. As I understand it, the flow information is solely in the possession of Zeeto, and may be "dynamic" so there isn't one clear flow that we could re-create ourselves; however, the parties are looking for some evidence and confirmation of when/how Health IQ would have been listed as a marketing partner within the flow for consumers.  Is that something that your client can confirm? Depending on the format, this might be subsumed by #1, but perhaps not.

On the second issue, I think it's a binary proposition. First, was Health IQ ever listed in the list of "marketing partners" that visitors to the websites saw? We have no seen any evidence that they were. If Health IQ was never in the list of Marketing Partners, I think a declaration should suffice. If they were, the subpoena seeks information on when and how those disclosures were made, as well as to who.

Jacob A. Gillick, Esq.

**MORRIS LAW FIRM, APC**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel. (619) 826-8060

Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments.  Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

--



**Shayne Cardwell**

Chief Revenue Officer

Phone: (561) 716-3100

Email: shayne@zeeto.io

**zeeto.io**

Now hiring! Click here for open positions: **https://zeeto.io/open-positions**





**From: Jacob Gillick** jgillick@morrislawfirmapc.com
**Subject:** RE: Health IQ
**Date:** February 14, 2022 at 11:54 AM
**To:** Shayne Cardwell shayne@zeeto.io

My man!!!!

PERFECT!!

Jacob A. Gillick, Esq.
**MORRIS LAW FIRM, APC**
501 West Broadway, Suite 1480
San Diego, CA 92101
Tel. (619) 826-8060
Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Shayne Cardwell <shayne@zeeto.io>
**Sent:** Monday, February 14, 2022 11:51 AM
**To:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Subject:** Re: Health IQ

Hey Jake,

We maintain a log of the code deployed on the Tibrio O&O properties.  One section of code includes the Marketing Partners data which includes HealthIQ as recently as January 2022.  I've included a screenshot of the code for the Marketing Partners page.  That means any user on our sites that clicked the Marketing Partners link would be directed to that page and HealthIQ would have been included on the list of disclosed partners.

Let me know if they are going to provide a list of consumers for us to pull or if this will suffice.

Shayne



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

On Fri, Feb 11, 2022 at 12:55 PM Jacob Gillick <jgillick@morrislawfirmapc.com> wrote:

> Yes- if you can check that would be great. I wasn't sure if the list indicating Health IQ would have been included in the 3rd party certificates. If you think this may pose a problem for Z after

have been included in the 3ʳᵈ party certificates. If you think this may pose a problem for 2 after you check, lets discuss.

Jacob A. Gillick, Esq.
**MORRIS LAW FIRM, APC**
501 West Broadway, Suite 1480
San Diego, CA 92101
Tel. (619) 826-8060
Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Shayne Cardwell <shayne@zeeto.io>
**Sent:** Friday, February 11, 2022 12:38 PM
**To:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Subject:** Re: Health IQ

Isn't the right question, "was HealthIQ listed on the consent disclosure for these consumers?"? I'd prefer to keep what we share limited to specific consumers. If they can randomly provide those us a narrow list, I can try to pull the 3rd party certificates to show exactly what the consumer saw and agreed to.

That said, I can check to see if and when HealthIQ may or may not have been on our marketing partners list where we gain global consent.

On Fri, Feb 11, 2022 at 12:26 PM Jacob Gillick <jgillick@morrislawfirmapc.com> wrote:

> Hey,
>
> Please see the below cut-and-paste correspondence from counsel I am having regarding the subpoena. I have pushed them off for as long as I could but they are ready to file a motion—which we will happily defend, but I want to give you all options to avoid the fees/time/stress. Do you have any ideas for the below? I do not think a document production would show this information. Could someone do an affidavit saying "yes," they remember adding and removing Health IQ from the list of marketing partners? Thanks!
>
> Topic 2 is seeking evidence that Health IQ was in the list of marketing partners for leads that would have been sold to Cege. As I understand it, the flow information is solely in the possession of Zeeto, and may be "dynamic" so there isn't one clear flow that we could re-create ourselves; however, the parties are looking for some evidence and confirmation of when/how Health IQ would have been listed as a marketing partner within the flow for consumers. Is that something that your client can confirm? Depending on the format, this might be subsumed by #1, but perhaps not.

On the second issue, I think it's a binary proposition. First, was Health IQ ever listed in the list of "marketing partners" that visitors to the websites saw? We have no seen any evidence that they were. If Health IQ was never in the list of Marketing Partners, I think a declaration should suffice. If they were, the subpoena seeks information on when and how those disclosures were made, as well as to who.

Jacob A. Gillick, Esq.
**MORRIS LAW FIRM, APC**
501 West Broadway, Suite 1480
San Diego, CA 92101
Tel. (619) 826-8060
Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

--



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**



**From:** **Shayne Cardwell** shayne@zeeto.io
**Subject:** Re: Health IQ
**Date:** February 11, 2022 at 12:37 PM
**To:** Jacob Gillick jgillick@morrislawfirmapc.com

Isn't the right question, "was HealthIQ listed on the consent disclosure for these consumers?"?  I'd prefer to keep what we share limited to specific consumers. If they can randomly provide those us a narrrow list, I can try to pull the 3rd party certificates to show exactly what the consumer saw and agreed to.

That said, I can check to see if and when HealthIQ may or may not have been on our marketing partners list where we gain global consent.

On Fri, Feb 11, 2022 at 12:26 PM Jacob Gillick <jgillick@morrislawfirmapc.com> wrote:

> Hey,
>
> Please see the below cut-and-paste correspondence from counsel I am having regarding the subpoena. I have pushed them off for as long as I could but they are ready to file a motion—which we will happily defend, but I want to give you all options to avoid the fees/time/stress. Do you have any ideas for the below? I do not think a document production would show this information. Could someone do an affidavit saying "yes," they remember adding and removing Health IQ from the list of marketing partners? Thanks!
>
>
> Topic 2 is seeking evidence that Health IQ was in the list of marketing partners for leads that would have been sold to Cege.  As I understand it, the flow information is solely in the possession of Zeeto, and may be "dynamic" so there isn't one clear flow that we could re-create ourselves; however, the parties are looking for some evidence and confirmation of when/how Health IQ would have been listed as a marketing partner within the flow for consumers.  Is that something that your client can confirm?  Depending on the format, this might be subsumed by #1, but perhaps not.
>
>
> On the second issue, I think it's a binary proposition. First, was Health IQ ever listed in the list of "marketing partners" that visitors to the websites saw? We have no seen any evidence that they were. If Health IQ was never in the list of Marketing Partners, I think a declaration should suffice. If they were, the subpoena seeks information on when and how those disclosures were made, as well as to who.
>
>
>
>
> Jacob A. Gillick, Esq.
>
> **MORRIS LAW FIRM, APC**
>
> 501 West Broadway, Suite 1480
>
> San Diego, CA 92101
>
> Tel. (619) 826-8060
>
> Fax. (619) 826-8065
>
>
> CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.
>
> --



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**



**From:** **Shayne Cardwell** shayne@zeeto.io
**Subject:** Re: P 3 change
**Date:** June 29, 2022 at 8:45 AM
**To:** Jacob Gillick jgillick@morrislawfirmapc.com

We may want to clarify 12. In the previous Declaration there were two key points: (1) in paragraphs 4-9 I stated that I limited the scope of my review to 26 randomly selected records, pulled Jornaya LeadID's for each, and checked to see if HealthIQ was disclosed on the marketing partners list (which they were), and (2) in paragraph 10 I stated HealthIQ had never been removed from the Marketing Partners list.

Those were and are true. I attached that Declaration here as well.

This declaration further clarifies when HealthIQ was added to the list as well as the details around that link and managing the companies listed there.

One last item, we need to edit the [NAME} in the upper right before signing.



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

On Wed, Jun 29, 2022 at 10:54 AM Jacob Gillick <jgillick@morrislawfirmapc.com> wrote:

Any final changes? Let me know and ill get you the DocuSign in the next couple of minutes.

Jacob A. Gillick, Esq.

**PHG Law Group**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel. (619) 826-8060

Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Shayne Cardwell <shayne@zeeto.io>
**Date:** Wednesday, June 29, 2022 at 7:16 AM
**To:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Subject:** P 3 change

1.    ZeetoGroup, LLC and its sister company Tibrio, LLC,

collectively referred to herein as Zeeto ("Zeeto"), is in the business of building data discovery technology, using questions to discover data about users, and showing ads against that data.  When a consumer visits one of Zeeto's advertisements for a specific sample, they are taken to a "survey path" where the consumer answers a survey, provides contact information for the free sample, and a consents to disclosure of their information.



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**



Please_DocuSig
n_Card...cx.pdf



**From: Jacob Gillick** jgillick@morrislawfirmapc.com
**Subject:** Re: P 3 change
**Date:** June 29, 2022 at 7:54 AM
**To:** Shayne Cardwell  shayne@zeeto.io

Any final changes? Let me know and ill get you the DocuSign in the next couple of minutes.

Jacob A. Gillick, Esq.
**PHG Law Group**
501 West Broadway, Suite 1480
San Diego, CA 92101
Tel. (619) 826-8060
Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Shayne Cardwell <shayne@zeeto.io>
**Date:** Wednesday, June 29, 2022 at 7:16 AM
**To:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Subject:** P 3 change

1.      ZeetoGroup, LLC and its sister company Tibrio, LLC, collectively referred to herein as Zeeto ("Zeeto"), is in the business of building data discovery technology, using questions to discover data about users, and showing ads against that data.  When a consumer visits one of Zeeto's advertisements for a specific sample, they are taken to a "survey path" where the consumer answers a survey, provides contact information for the free sample, and a consents to disclosure of their information.



Shayne Cardwell
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**



Zeeto
Declar...g.docx

| From: | **Shayne Cardwell** shayne@zeeto.io |
|---|---|
| Subject: | Fwd: Discovery Requests & Notice |
| Date: | October 25, 2022 at 7:24 AM |
| To: | Ivana Ermitage ivana@zeetogroup.com, David Baka david@zeeto.io, Chris McKibbin chris.m@zeeto.io |



Here is the notice Jake sent to PolicyScout.


**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io

**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

---------- Forwarded message ---------
From: **Jacob Gillick** <jgillick@phglawgroup.com>
Date: Wed, Oct 5, 2022 at 4:36 PM
Subject: RE: Discovery Requests & Notice
To: Shayne Cardwell <shayne@zeeto.io>

Same. See the attached for your review!

Thanks!

Jacob A. Gillick, Esq.

**PHG Law Group**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel. (619) 826-8060

Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Shayne Cardwell <shayne@zeeto.io>
**Sent:** Wednesday, October 5, 2022 11:35 AM
**To:** Jacob Gillick <jgillick@phglawgroup.com>
**Subject:** Re: Discovery Requests & Notice

Yep!  Looking forward to it.

**Shayne Cardwell**



Shayne Cardwell
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

On Wed, Oct 5, 2022 at 11:05 AM Jacob Gillick <jgillick@phglawgroup.com> wrote:

Thank you, sir. Finishing it right now. You still good for dinner tomorrow?

Jacob A. Gillick, Esq.

**PHG Law Group**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel. (619) 826-8060

Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Shayne Cardwell <shayne@zeeto.io>
**Sent:** Wednesday, October 5, 2022 10:02 AM
**To:** Jacob Gillick <jgillick@phglawgroup.com>
**Subject:** Re: Discovery Requests & Notice

Looking at December 2021 through August in both Morris and PHG invoices, I show $10,475 invoiced to date. Here is their agreement.



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

On Wed, Oct 5, 2022 at 8:32 AM Jacob Gillick <jgillick@phglawgroup.com> wrote:

Can you please send me the Policyscout agreement and confirm how much in legal fees has been spent on this matter?

Thank you!

Jacob A. Gillick, Esq.

**PHG Law Group**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel. (619) 826-8060

Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** Shayne Cardwell <shayne@zeeto.io>
**Sent:** Monday, October 3, 2022 1:06 PM
**To:** Jacob Gillick <jgillick@phglawgroup.com>
**Subject:** Re: Discovery Requests & Notice

I want to put PolicyScout on formal notice that they are required to indemnify us so I can invoice them for our legal costs on this to date.  Can you draft that for me to review and then I'll have you send it to them.  That should do the trick.



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

On Mon, Oct 3, 2022 at 12:04 PM Jacob Gillick <jgillick@phglawgroup.com> wrote:

> Hey!
>
> We have served discovery in Power Source. In DMS we have filed a motion for summary judgment—so that matter is in a bit of a stand still. We just responded to Lapin's discovery and I have been compiling a big dump of requests for him that is going out today or tomorrow.
>
> The Enguego/Cege/PolicyScout matter is still going on. The Plaintiff, Hoy, filed a motion to compel more documents. Ill send a separate e-mail with details. He is unhappy with the declaration- surprise.

Thanks!

Jacob A. Gillick, Esq.

**PHG Law Group**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel. (619) 826-8060

Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Shayne Cardwell <shayne@zeeto.io>
**Sent:** Monday, October 3, 2022 8:31 AM
**To:** Jacob Gillick <jgillick@phglawgroup.com>
**Subject:** Discovery Requests & Notice

Jake,

Just following up on a couple of areas so that I know where we stand.

Have we submitted our list of discovery requests to either (1) Powersource, (2) DMS, or (3) Lapin?  I want to apply pressure to get these to settle since the facts are on our side.

Did we serve formal notice to Enfuego/Cege/PolicyScout that they need to indemnify us?  I want to bill them ASAP.

Shayne



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**



Indemnity Ltr for
Cege.docx

From: **Shayne Cardwell** shayne@zeeto.io
Subject: Fwd: Discovery Requests & Notice
Date: October 25, 2022 at 7:24 AM
To: Ivana Ermitage ivana@zeetogroup.com, David Baka david@zeeto.io, Chris McKibbin chris.m@zeeto.io

SC

Here is the notice Jake sent to PolicyScout.



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

---------- Forwarded message ---------
From: **Jacob Gillick** <jgillick@phglawgroup.com>
Date: Wed, Oct 5, 2022 at 4:36 PM
Subject: RE: Discovery Requests & Notice
To: Shayne Cardwell <shayne@zeeto.io>

Same. See the attached for your review!

Thanks!

Jacob A. Gillick, Esq.

**PHG Law Group**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel. (619) 826-8060

Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Shayne Cardwell <shayne@zeeto.io>
**Sent:** Wednesday, October 5, 2022 11:35 AM
**To:** Jacob Gillick <jgillick@phglawgroup.com>
**Subject:** Re: Discovery Requests & Notice

Yep!  Looking forward to it.

**Shayne Cardwell**



Shayne Cardwell
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

On Wed, Oct 5, 2022 at 11:05 AM Jacob Gillick <jgillick@phglawgroup.com> wrote:

Thank you, sir. Finishing it right now. You still good for dinner tomorrow?

Jacob A. Gillick, Esq.

**PHG Law Group**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel. (619) 826-8060

Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Shayne Cardwell <shayne@zeeto.io>
**Sent:** Wednesday, October 5, 2022 10:02 AM
**To:** Jacob Gillick <jgillick@phglawgroup.com>
**Subject:** Re: Discovery Requests & Notice

Looking at December 2021 through August in both Morris and PHG invoices, I show $10,475 invoiced to date. Here is their agreement.



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

On Wed, Oct 5, 2022 at 8:32 AM Jacob Gillick <jgillick@phglawgroup.com> wrote:

Can you please send me the Policyscout agreement and confirm how much in legal fees has been spent on this matter?

Thank you!

Jacob A. Gillick, Esq.

**PHG Law Group**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel. (619) 826-8060

Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** Shayne Cardwell <shayne@zeeto.io>
**Sent:** Monday, October 3, 2022 1:06 PM
**To:** Jacob Gillick <jgillick@phglawgroup.com>
**Subject:** Re: Discovery Requests & Notice

I want to put PolicyScout on formal notice that they are required to indemnify us so I can invoice them for our legal costs on this to date. Can you draft that for me to review and then I'll have you send it to them. That should do the trick.



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

On Mon, Oct 3, 2022 at 12:04 PM Jacob Gillick <jgillick@phglawgroup.com> wrote:

Hey!

We have served discovery in Power Source. In DMS we have filed a motion for summary judgment—so that matter is in a bit of a stand still. We just responded to Lapin's discovery and I have been compiling a big dump of requests for him that is going out today or tomorrow.

The Enguego/Cege/PolicyScout matter is still going on. The Plaintiff, Hoy, filed a motion to compel more documents. Ill send a separate e-mail with details. He is unhappy with the declaration- surprise.

Thanks!

Jacob A. Gillick, Esq.

**PHG Law Group**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel. (619) 826-8060

Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** Shayne Cardwell <shayne@zeeto.io>
**Sent:** Monday, October 3, 2022 8:31 AM
**To:** Jacob Gillick <jgillick@phglawgroup.com>
**Subject:** Discovery Requests & Notice

Jake,

Just following up on a couple of areas so that I know where we stand.

Have we submitted our list of discovery requests to either (1) Powersource, (2) DMS, or (3) Lapin?  I want to apply pressure to get these to settle since the facts are on our side.

Did we serve formal notice to Enfuego/Cege/PolicyScout that they need to indemnify us?  I want to bill them ASAP.

Shayne



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**



Indemnity Ltr for
Cege.docx

ZET - 000788

From: **Shayne Cardwell** shayne@zeeto.io
Subject: Fwd: Discovery Requests & Notice
Date: October 25, 2022 at 7:24 AM
To: Ivana Ermitage ivana@zeetogroup.com, David Baka david@zeeto.io, Chris McKibbin chris.m@zeeto.io

SC

Here is the notice Jake sent to PolicyScout.



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

---------- Forwarded message ----------
From: **Jacob Gillick** <jgillick@phglawgroup.com>
Date: Wed, Oct 5, 2022 at 4:36 PM
Subject: RE: Discovery Requests & Notice
To: Shayne Cardwell <shayne@zeeto.io>

Same. See the attached for your review!

Thanks!

Jacob A. Gillick, Esq.

**PHG Law Group**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel. (619) 826-8060

Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Shayne Cardwell <shayne@zeeto.io>
**Sent:** Wednesday, October 5, 2022 11:35 AM
**To:** Jacob Gillick <jgillick@phglawgroup.com>
**Subject:** Re: Discovery Requests & Notice

Yep!  Looking forward to it.

**Shayne Cardwell**



Shayne Cardwell
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

On Wed, Oct 5, 2022 at 11:05 AM Jacob Gillick <jgillick@phglawgroup.com> wrote:

Thank you, sir. Finishing it right now. You still good for dinner tomorrow?

Jacob A. Gillick, Esq.

**PHG Law Group**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel. (619) 826-8060

Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Shayne Cardwell <shayne@zeeto.io>
**Sent:** Wednesday, October 5, 2022 10:02 AM
**To:** Jacob Gillick <jgillick@phglawgroup.com>
**Subject:** Re: Discovery Requests & Notice

Looking at December 2021 through August in both Morris and PHG invoices, I show $10,475 invoiced to date. Here is their agreement.



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

On Wed, Oct 5, 2022 at 8:32 AM Jacob Gillick <jgillick@phglawgroup.com> wrote:

Can you please send me the Policyscout agreement and confirm how much in legal fees has been spent on this matter?

Thank you!

Jacob A. Gillick, Esq.

**PHG Law Group**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel. (619) 826-8060

Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** Shayne Cardwell <shayne@zeeto.io>
**Sent:** Monday, October 3, 2022 1:06 PM
**To:** Jacob Gillick <jgillick@phglawgroup.com>
**Subject:** Re: Discovery Requests & Notice

I want to put PolicyScout on formal notice that they are required to indemnify us so I can invoice them for our legal costs on this to date. Can you draft that for me to review and then I'll have you send it to them. That should do the trick.



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**

On Mon, Oct 3, 2022 at 12:04 PM Jacob Gillick <jgillick@phglawgroup.com> wrote:

Hey!

We have served discovery in Power Source. In DMS we have filed a motion for summary judgment—so that matter is in a bit of a stand still. We just responded to Lapin's discovery and I have been compiling a big dump of requests for him that is going out today or tomorrow.

The Enguego/Cege/PolicyScout matter is still going on. The Plaintiff, Hoy, filed a motion to compel more documents. Ill send a separate e-mail with details. He is unhappy with the declaration- surprise.

Thanks!

Jacob A. Gillick, Esq.

**PHG Law Group**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel. (619) 826-8060

Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** Shayne Cardwell <shayne@zeeto.io>
**Sent:** Monday, October 3, 2022 8:31 AM
**To:** Jacob Gillick <jgillick@phglawgroup.com>
**Subject:** Discovery Requests & Notice

Jake,

Just following up on a couple of areas so that I know where we stand.

Have we submitted our list of discovery requests to either (1) Powersource, (2) DMS, or (3) Lapin?  I want to apply pressure to get these to settle since the facts are on our side.

Did we serve formal notice to Enfuego/Cege/PolicyScout that they need to indemnify us?  I want to bill them ASAP.

Shayne



**Shayne Cardwell**
Chief Revenue Officer
Phone: (561) 716-3100
Email: shayne@zeeto.io
**zeeto.io**

**Now hiring!** Click here for open positions: **https://zeeto.io/open-positions**



Indemnity Ltr for
Cege.docx