# EXHIBIT 3

| | |
|---|---|
| From: | Rosenthal, Paul A. |
| To: | Anthony Paronich; Jacob Gillick |
| Cc: | Jennifer Murray; Hartrum, Krista; Jodi Nuss |
| Subject: | RE: [External] [EXT] RE: Hoy - Consent for Mtn to Appear Remotely? |
| Date: | July 12, 2023 2:14:00 PM |

Jacob,

In addition to the below, Ms. Miller testified to the company having additional, relevant data concerning the leads ZeetoGroup/Tibrio sold to Enfuego Holdings relevant to this case that does not appear to have been produced in response to Health IQ's Subpoena and the Court's November 29, 2022 Order. Specifically, we request production of all data from the Snowflake database and/or available through the Looker Analytics Tool for each relevant lead that ZeetoGroup/Tibrio sold to Enfuego Holdings. That should include each consumer's page interactions, questions posed and responses from consumers. If not otherwise included, we also request documents sufficient to confirm the disclaimers that would have been presented to each of these consumers as they interacted with the relevant pages.

Paul

**Paul Rosenthal**
Partner

**Fox Rothschild LLP**
(973) 548-3388 - direct
PRosenthal@foxrothschild.com
www.foxrothschild.com

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Sent:** July 12, 2023 2:05 PM
**To:** Jacob Gillick <jgillick@phglawgroup.com>
**Cc:** Jennifer Murray <jmurray@terrellmarshall.com>; Rosenthal, Paul A. <PRosenthal@foxrothschild.com>; Hartrum, Krista <KHartrum@foxrothschild.com>; Jodi Nuss <jnuss@terrellmarshall.com>
**Subject:** Re: [External] [EXT] RE: Hoy - Consent for Mtn to Appear Remotely?

Jacob:

Following up on the deposition testimony today, please produce the 25 revisions and the entire history of the revisions from the GetitFree.us website Related Advertiser Page. Ms. Miller provided testimony that this report could identify all changes made to this page and the date of those changes.

I've attached Exhibit 3 for your reference.

Regards,

----
Anthony Paronich

Paronich Law, P.C.

350 Lincoln Street, Suite 2400

Hingham, MA 02043

[o] (617) 485-0018

[c] (508) 221-1510

[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

On Wed, Jun 28, 2023 at 6:26 PM Jacob Gillick <jgillick@phglawgroup.com> wrote:

> No objection to the attached. You have my permission to file with my electronic signature.
>
> **From:** Jennifer Murray <jmurray@terrellmarshall.com>
> **Date:** Wednesday, June 28, 2023 at 3:14 PM
> **To:** Rosenthal, Paul A. <PRosenthal@foxrothschild.com>, Anthony Paronich <anthony@paronichlaw.com>, Jacob Gillick <jgillick@phglawgroup.com>
> **Cc:** Hartrum, Krista <KHartrum@foxrothschild.com>, Jodi Nuss <jnuss@terrellmarshall.com>
> **Subject:** RE: [External] [EXT] RE: Hoy - Consent for Mtn to Appear Remotely?
>
> All:
>
> The Court already granted permission for counsel for Plaintiffs and Health IQ to attend remotely so I believe all we need is a notice. Let me know if you think the attached will do the trick. It is set up as a joint notice, but happy to revise.
>
> Jen
>
> **From:** Rosenthal, Paul A. <PRosenthal@foxrothschild.com>
> **Sent:** Wednesday, June 28, 2023 8:32 AM
> **To:** Anthony Paronich <anthony@paronichlaw.com>; Jacob Gillick <jgillick@phglawgroup.com>
> **Cc:** Hartrum, Krista <KHartrum@foxrothschild.com>; Jennifer Murray <jmurray@terrellmarshall.com>; Jodi Nuss <jnuss@terrellmarshall.com>
> **Subject:** RE: [External] [EXT] RE: Hoy - Consent for Mtn to Appear Remotely?

Jacob,

I am following up about your consent to the below Motion for Health IQ to Appear Remotely at the July 6 Hearing. Also, because I may have a conflict with a conference in the Northern District of California, we intend to file a motion for pro hac vice admission of my colleague Krista Hartrum. Thus, please let me know whether we can represent that your clients consent to that motion as well?

Thanks,
Paul

**Paul Rosenthal**
Partner
**Fox Rothschild LLP**
(973) 548-3388 - direct
[PRosenthal@foxrothschild.com](mailto:PRosenthal@foxrothschild.com)
[www.foxrothschild.com](http://www.foxrothschild.com)

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Sent:** June 27, 2023 9:46 AM
**To:** Rosenthal, Paul A. <PRosenthal@foxrothschild.com>; Jacob Gillick <jgillick@phglawgroup.com>
**Cc:** Hartrum, Krista <KHartrum@foxrothschild.com>; Jennifer Murray <jmurray@terrellmarshall.com>; Jodi Nuss <jnuss@terrellmarshall.com>
**Subject:** [EXT] RE: Hoy - Consent for Mtn to Appear Remotely?

Yes, and we are making the same request.

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

**From:** Rosenthal, Paul A. <PRosenthal@foxrothschild.com>
**Sent:** Tuesday, June 27, 2023 9:31 AM
**To:** Jacob Gillick <jgillick@phglawgroup.com>; Anthony Paronich <anthony@paronichlaw.com>
**Cc:** Hartrum, Krista <KHartrum@foxrothschild.com>
**Subject:** Hoy - Consent for Mtn to Appear Remotely?

Jacob and Anthony,

Consistent with the Court's June 20 Order, Health IQ intends to request leave to appear at the July 6 hearing remotely. Can you please confirm whether we can represent that motion is unopposed by your clients?

Thanks,
Paul

**Paul Rosenthal**
Partner
**Fox Rothschild LLP**
(973) 548-3388 - direct
PRosenthal@foxrothschild.com
www.foxrothschild.com

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to

report this email as spam.