Jacob A. Gillick, Esq. 312336
jgillick@PHGLawGroup.com
PHG Law Group
501 West Broadway, Suite 1480
San Diego, CA 92101
Telephone: (619) 826-8060
Facsimile: (619) 826-8065

Attorneys for Deponent Carley Miller

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOBY HOY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>HI.Q, INC. d/b/a HEALTH IQ,<br><br>　　　　　　Defendants. | Case No. 3:22-cv-01440-LL-DDL<br><br>**DEPONENT CARLEY MILLER'S FURTHER RESPONSE TO ORDER TO SHOW CAUSE** |

On June 20, 2023, this Court issued an Order, (1) granting a motion to compel of Hi Q, Inc., (2) denying a Motion for Protective Order and, (3) show cause why costs should not be imposed. A hearing on the issue was held on July 6, 2023, where this Court requested supplemental briefing from Jacob Gillick, on behalf of Carley Miller and ZeetoGroup, LLC as to 28 U.S.C. section 1927.

By way of confirmation, the deposition of Carley Miller took place on July 12, 2023. Before this, Mr. Gillick, on behalf of Ms. Miller as an employee of Zeeto, had attempted to save ZeetoGroup, Ms. Miller, and the litigating parties time and money by requesting a narrowed deposition and the opportunity to provide written responses. Counsel for the Moving Party seemed to agree with these requests (outside of the written responses) but would not put them in writing or re-issue a subpoena. Counsel for ZeetoGroup and Ms. Miller was trying to save all parties time and unnecessary expense by narrowing down the areas of examination and protecting an employee, not an executive, of ZeetoGroup.

Counsel for ZeetoGroup and Ms. Miller reviewed the Order dated June 20, 2023, very carefully and understands the Court's reasoning and concern. Mr. Gillick's attempts to save money and time had the opposite effect. Notably, Mr. Gillick's actions were not taken in bad faith. Rather, Mr. Gillick was making a good-faith effort to protect his client by meeting and conferring with counsel for the parties in an effort to limit the scope of involvement by ZeetoGroup, a third-party to the instant action. However, in the event this Court finds reimbursement of costs proper under 28 U.S.C. section 1927, PHG Law Group is prepared to personally satisfy any reasonable excess cost.

With regards to the Declaration of Costs filed with this Court [Dkt. 18], PHG Law Group objects to the hourly rate of Anthony Paronich and Adrienne McEntee at $550 per hour and $725 per hour, respectively. These rates and hours allegedly spent on the motion are unsupported by a declaration of the attorneys, time sheets, or facts establishing the reasonableness of the rates. Mr. Paronich is customarily on

contingency and has no facts to support his high rate.  It is also unclear who Ms. McEntee is and there is no information made available regarding her experience to justify her rate of $725 per hour.  "In determining the reasonably hourly rate, courts look to the prevailing market rates in the relevant community with close attention to the fees charged by lawyers of reasonably comparable skill, experience, and reputation." *Bellows v. NCO Fin.Sys.* 2009 U.S. Dist. LEXIS 297 at p. 9 (S.D. Cal. 2009).  In *Bellows,* the Court was provided with time sheets and a declaration regarding the time expended and an explanation as to how it was fair and reasonable. *Id.* at 13.  Nothing has been provided to substantiate the rates requested either through Lodestar or information regarding hourly rates of comparable attorneys.  Therefore, it is requested that these rates be found unreasonable, and they be reduced at the Court's discretion.

Finally, PHG Law Group objects to the reimbursement of costs for Ms. Miller's failure to attend her noticed deposition.  On April 18, 2023, days before Ms. Miller's noticed deposition for April 20, 2023, Mr. Gillick advised the parties that Ms. Miller would not be appearing based on objections made in response to the subpoena.  See attached Declaration of Jacob A. Gillick, Exhibit 1.  Moving Party, with that knowledge, still chose to incur $830 in costs despite the opportunity not to.  Therefore, given the fact that the fees could have been saved, PHG Law Group requests that it not be held responsible for the $830 in fees.

**PHG Law Group**

Dated:  July 14, 2023         *s/ Jacob A. Gillick*
Jacob A. Gillick, Esq.
jgillick@phglawgroup.com
Attorneys for Deponent Carley Miller