Jacob A. Gillick, Esq. 312336
jgillick@PHGLawGroup.com
PHG Law Group
501 West Broadway, Suite 1480
San Diego, CA 92101
Telephone: (619) 826-8060
Facsimile: (619) 826-8065

Attorneys for Deponent Carley Miller

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOBY HOY,<br><br>  Plaintiff,<br><br>  v.<br><br>HI.Q, INC. d/b/a HEALTH IQ,<br><br>  Defendants. | Case No. 3:22-cv-01440-LL-DDL<br><br>**DECLARATION OF JACOB A. GILLICK IN SUPPORT OF DEPONENT CARLEY MILLER'S FURTHER RESPONSE TO ORDER TO SHOW CAUSE** |

I, Jacob A. Gillick, declare as follows:

1. I am a partner with PHG Law Group and represent Deponent Carley Miller. I have personal knowledge of the facts contained in this declaration and, if called as a witness, could and would testify as such.

2. Upon receiving the subpoena for Ms. Miller, I worked with her employer to protect her and ZeetoGroup, LLC as best as possible and made attempts to narrow the scope of her testimony or provide alternative means of discovery through multiple meet-and-confer efforts. I always acknowledged that Ms. Miller's deposition was proper but wanted to protect my clients from undue burden or harm. Nothing was done in bad faith.

3. I have read the Order of this Court and understand how my attempts to protect and narrow has caused concern. Nonetheless, PHG Law Group is prepared to personally satisfy any reasonable excessive costs.

4. Attached hereto as Exhibit 1 is a true and correct copy of correspondence I had with the parties on April 18, 2023, where they were informed that Ms. Miller would not be attending the April 20, 2023, deposition.

I declare under penalty of perjury, under the laws of the United States and California that the foregoing is true and correct. Executed this 14th day of July, 2022, in San Diego, California.

s/ Jacob A. Gillick
Jacob A. Gillick

# EXHIBIT 1

**Jacob Gillick**

| | |
|---|---|
| From: | Jacob Gillick |
| Sent: | Tuesday, April 18, 2023 9:24 AM |
| To: | Pallares, William; Leanna Pierce; Anthony Paronich; jmurray@terrellmarshall.com; Rosenthal, Paul A.; Gardner, Quinn |
| Subject: | RE: Hoy v. Hi.Q, Inc., et al. |

Bill,

She will not be made available given the issue identified via objection.

Best,

Jacob A. Gillick, Esq.
**PHG Law Group**
501 West Broadway, Suite 1480
San Diego, CA 92101
Tel. (619) 826-8060
Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Pallares, William <William.Pallares@lewisbrisbois.com>
**Sent:** Monday, April 17, 2023 4:31 PM
**To:** Leanna Pierce <lpierce@phglawgroup.com>; Anthony Paronich <anthony@paronichlaw.com>; jmurray@terrellmarshall.com; Rosenthal, Paul A. <PRosenthal@foxrothschild.com>; Gardner, Quinn <Quinn.Gardner@lewisbrisbois.com>
**Cc:** Jacob Gillick <jgillick@phglawgroup.com>; Pallares, William <William.Pallares@lewisbrisbois.com>
**Subject:** RE: Hoy v. Hi.Q, Inc., et al.

Jacob,

Will you be producing Ms. Miller on the 20th?

Bill



**William E. Pallares**
**Partner**
William.Pallares@lewisbrisbois.com

**T: 213.580.6339 F: 213.250.7900**

633 W. 5th Street, Suite 4000, Los Angeles, CA 90071 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

1

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Leanna Pierce <lpierce@phglawgroup.com>
**Sent:** Monday, April 17, 2023 4:27 PM
**To:** Anthony Paronich <anthony@paronichlaw.com>; jmurray@terrellmarshall.com; Rosenthal, Paul A. <PRosenthal@foxrothschild.com>; Gardner, Quinn <Quinn.Gardner@lewisbrisbois.com>; Pallares, William <William.Pallares@lewisbrisbois.com>
**Subject:** [EXT] Hoy v. Hi.Q, Inc., et al.

Dear Counsel,

Please find attached the objections to the subpoena for Carley Miller.

Thank you.

*Leanna Pierce*

Legal Assistant

**PHG Law Group**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel: (619) 826-8060

Fax (619) 826-8065

lpierce@PHGLawGroup.com

https://www.PHGLawGroup.com

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.