| | |
|---|---|
| 1 | **FOX ROTHSCHILD LLP**<br>Paul A. Rosenthal (CA Bar 338994) |
| 2 | 49 Market Street<br>Morristown, New Jersey 07960-5122 |
| 3 | Telephone:  973.992.4800<br>Facsimile:   973.992.9125 |
| 4 | PRosenthal@foxrothschild.com |
| 5 | *Attorneys for Petitioner, Hi. Q, Inc. d/b/a Health IQ* |

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HI. Q, INC. D/B/A HEALTH IQ,<br><br>Petitioner,<br><br>v.<br><br>ZEETOGROUP LLC,<br><br>Respondent. | Case No. 3:22-cv-01440-LL-DDL<br><br>**PETITIONER'S MOTION FOR CLARIFICATION** |

Petitioner Hi. Q, Inc. d/b/a Health IQ ("Health IQ"), by and through its undersigned counsel hereby submits this Motion for Clarification regarding the Court's July 17, 2023 Order denying its Pro Hac Vice Application for Krista N. Hartrum, Esq. (Dkt. No. 34.) Health IQ seeks clarification as to the reason for the denial with the hope that the application can be remedied.

In support of this motion, Health IQ states as follows:

1. On September 26, 2022, Health IQ filed a Motion to Compel Compliance with an Out-of-District Subpoena against Non-Party ZeetoGroup LLC (Dkt. No. 1.)

2. Health IQ is represented by undersigned counsel, Paul Rosenthal, a member of the California bar and a member of the Bar of this Court.

3. Mr. Rosenthal is a partner at Fox Rothschild LLP, based in our Morristown, New Jersey Office. However, Fox Rothschild has two offices in the State of California: one in San Francisco and one in Los Angeles and Mr. Rosenthal regularly appears in the federal courts of California.

4. Mr. Rosenthal serves as the sponsoring attorney for other Visiting Attorneys appearing in the State of California, including in the underlying case in the Northern District of California from which this Action was born.

5. Local Civil Rule 83.3 requires the applicant for pro hac vice admission to state under penalty of perjury: "(1) the attorney's city and state of residence and office address, (2) by what court(s) the attorney has been admitted to practice and the date(s) of admission, (3) that the attorney is in good standing and eligible to practice in said court, [and] (4) that the attorney is not currently suspended or disbarred in any other court."

6. Civil L.R. 83.3 also requires the applicant to "designate a member of the bar of this court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers will be served."

7. On June 29, 2023, Health IQ filed its Pro Hac Vice Application for Krista N. Hartrum, Esq. (Dkt. No. 24.) On July 17, 2023, the Court denied that application. (Dkt. No. 34.)

8. Health IQ now seeks clarification concerning whether Health IQ's motion was denied because Ms. Hartrum did not satisfy the prerequisites of applying to appear Pro Hac Vice or how we can otherwise address the Court's concerns.

9. In the interests of judicial efficiency and clarifying the potential issues, Health IQ respectfully requests this clarification to evaluate the Court's holding before making a determination as to its next course of action.

Respectfully submitted,

Dated: July 18, 2023

**FOX ROTHSCHILD LLP**

*/s/ Paul A. Rosenthal*
Paul A. Rosenthal
*Attorneys for Petitioner,
Hi. Q, Inc. d/b/a Health IQ*