1  Kolin C. Tang (SBN 279834)
2  MILLER SHAH LLP
   19712 MacArthur Boulevard, Suite 222
3  Irvine, CA 92612
4  Telephone: (866) 540-5505
   Facsimile: (866) 300-7367
5  Email: kctang@millershah.com

6
   *Attorneys for Non-Parties*
7  *Toby Hoy and Constance Kennedy*

8

9          **IN THE UNITED STATES DISTRICT COURT**

10
           **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
11

12 HI. Q, INC. D/B/A HEALTH IQ,        )  Case No.  3:22-cv-01440-LL-DDL
                                       )
13          Plaintiff,                 )
                                       )
14     vs.                             )  **NOTICE OF APPEARANCE OF**
                                       )  **KOLIN C. TANG**
15                                     )
16 ZEETOGROUP LLC,                     )
                                       )
17          Defendants.                )
18 _____     )

19

20

21

22

23

24

25

26

27

28

---

1

NOTICE OF APPEARANCE OF KOLIN C. TANG

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Attorney Kolin C. Tang (SBN 279834) of the law firm Miller Shah LLP, hereby enters his appearance as counsel of record in this matter on behalf of Non-Parties Toby Hoy and Constance Kennedy, and requests that copies of all notices, motions, and other filings be directed as follows:

> Kolin C. Tang (SBN 279834)
> **MILLER SHAH LLP**
> 19712 MacArthur Boulevard, Suite 222
> Irvine, CA 92612
> Telephone: (866) 540-5505
> Facsimile: (866) 300-7367
> Email: kctang@millershah.com

Dated: July 20, 2023

**MILLER SHAH LLP**

*/s/ Kolin C. Tang*
Kolin C. Tang (SBN 279834)
19712 MacArthur Boulevard, Suite 222
Irvine, CA 92612
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: kctang@millershah.com

*Attorneys for Non-Parties*
*Toby Hoy and Constance Kennedy*

NOTICE OF APPEARANCE OF KOLIN C. TANG

# **CERTIFICATE OF SERVICE**

I, Kolin C. Tang hereby certify that on July 20, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Paul A. Rosenthal, CSB #338994
Email: prosenthal@foxrothschild.com
FOX ROTHSCHILD LLP
49 Market Street Morristown,
New Jersey 07960
Telephone: (973) 548-3388
*Attorneys for Petitioner Hi Q Inc.*

Jacob A. Gillick, CSB #312336
Email: jgillick@morrislawfirmapc.com
PHG LAW GROUP
501 West Broadway, Ste. 1480
San Diego, California 92101
Telephone: (619) 826-8060
*Attorneys for Respondent Zeetogroup, LLC*

DATED this 20th day of July 2023.

By: */s/ Kolin C. Tang (SBN 279834)*
Kolin C. Tang (SBN 279834)