Kolin C. Tang (SBN 279834)
MILLER SHAH LLP
19712 MacArthur Boulevard, Suite 222
Irvine, CA 92612
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: kctang@millershah.com

*Attorneys for Non-Parties*
*Toby Hoy and Constance Kennedy*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HI. Q, INC. D/B/A HEALTH IQ, | Case No. 3:22-cv-01440-LL-DDL |
| Plaintiff, | |
| vs. | **NOTICE OF WITHDRAWAL OF APPEARANCE OF CHIHARU G. SEKINO AS ATTORNEY OF RECORD** |
| ZEETOGROUP LLC, | |
| Defendants. | |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Attorney Chiharu G. Sekino (SBN 306589), is hereby withdrawn as counsel of record for Non-Parties, Toby Hoy and Constance Kennedy ("Non-Parties"), and should be removed from all service lists in this action. Non-Parties will continue to be represented in this action by attorneys from Miller Shah LLP and Terrell Marshall Law Group PLLC, who have previously entered their appearances as counsel.

Dated: July 20, 2023                             **MILLER SHAH LLP**

/s/ Kolin C. Tang
Kolin C. Tang (SBN 279834)
19712 MacArthur Boulevard, Suite 222
Irvine, CA 92612
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: kctang@millershah.com

Beth Ellen Terrell (CSB# 178181)
Jennifer Rust Murray (Admitted *Pro Hac Vice*)
Terrell Marshall Law Group PLLC
936 North 34th Street, Suite 300
Seattle, WA 98103
Telephone: 206-816-6603
Email: bterrell@terrellmarshall.com
Email: jmurray@terrellmarshall.com

*Attorneys for Non-Parties*
*Toby Hoy and Constance Kennedy*

# CERTIFICATE OF SERVICE

I, Kolin C. Tang hereby certify that on July 20, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Paul A. Rosenthal, CSB #338994
> Email: prosenthal@foxrothschild.com
> FOX ROTHSCHILD LLP
> 49 Market Street Morristown,
> New Jersey 07960
> Telephone: (973) 548-3388
> *Attorneys for Petitioner Hi Q Inc.*
>
> Jacob A. Gillick, CSB #312336
> Email: jgillick@morrislawfirmapc.com
> PHG LAW GROUP
> 501 West Broadway, Ste. 1480
> San Diego, California 92101
> Telephone: (619) 826-8060
> *Attorneys for Respondent Zeetogroup, LLC*

DATED this 20th day of July 2023.

By: */s/ Kolin C. Tang (SBN 279834)*
Kolin C. Tang (SBN 279834)