# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

HI. Q, INC. D/B/A HEALTH IQ

    Plaintiff,

v.

ZEETOGROUP, LLC

    Defendant.

Case No. 3:22-cv-01440-LL-DDL

## PRO HAC VICE APPLICATION

Hi. Q, Inc. d/b/a Health IQ
Party Represented

I, __Krista N. Hartrum__ (Applicant) hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

My firm name: **Fox Rothschild LLP**
Street address: **49 Market Street**
City, State, ZIP: **Morristown, New Jersey 07960**
Phone number: **973-548-3391**
Email: **khartrum@foxrothschild.com**

That on **December 6, 2022** (Date) I was admitted to practice before **Supreme Court of New Jersey** (Name of Court) and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I [✓] have) [ ] have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case **Hi. Q, Inc. v. ZeetoGroup, LLC**
Case Number **3:22-cv-01440-LL-DDL**        Date of Application **June 29, 2023 (Dkt. No. 24)**
Application: [ ] Granted  [✓] Denied   The Court denied the June 29, 2023 Pro Hac Vice application (Dkt. No. 24) for failure to designate counsel local to the district. After an explanation of designated counsel's local practice, the Court was satisfied that designated counsel may serve as local counsel for purposes of admitting counsel pro hac vice. (Dkt. No. 39).

I declare under penalty of perjury that the foregoing is true and correct.

_/s/ Krista N. Hartrum_
(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

**Paul A. Rosenthal (CA Bar No. 338994)**          **973-548-3388**
(Name)                                              (Telephone)

**Fox Rothschild LLP**
(Firm)

**49 Market Street**          **Morristown**          **07960**
(Street)                        (City)                  (Zip code)

_/s/ Krista N. Hartrum_
(Signature of Applicant)

I hereby consent to the above designation.

_/s/_
(Signature of Designee Attorney)