# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HI Q, INC. d/b/a HEALTH IQ,<br><br>                       Petitioner,<br><br>v.<br><br>ZEETOGROUP, LLC,<br><br>                       Respondent. | Case No.: 22-cv-1440-LL-DDL<br><br>**FILED ON PUBLIC DOCKET**<br><br>**NOTICE OF VIDEOCONFERENCE INFORMATION FOR AUGUST 2, 2023 DISCOVERY CONFERENCE** |

A Discovery Conference has been scheduled in this matter for **August 2, 2023** at **2:00 p.m.** *See* Dkt. No. 36. Counsel must use the videoconference link below to appear at the Discovery Conference and should log in at least five minutes before the scheduled start time.

David Leshner is inviting you to a scheduled ZoomGov meeting.

Topic: Discovery Conference | Hi Q v Zeetogroup, No. 22-cv-1440
Time: Aug 2, 2023 02:00 PM Pacific Time (US and Canada)

Join ZoomGov Meeting
https://casd-uscourts-gov.zoomgov.com/j/1600267828?pwd=M3ZLVCtYRzM5VDEzc1N4NUdRM2lsZz09

1

22-cv-1440-LL-DDL

Meeting ID: 160 026 7828
Passcode: 856213

---

One tap mobile
+16692545252,,1600267828# US (San Jose)
+14154494000,,1600267828# US (US Spanish Line)

---

Dial by your location
• +1 669 254 5252 US (San Jose)
• +1 415 449 4000 US (US Spanish Line)
• +1 669 216 1590 US (San Jose)
• +1 646 964 1167 US (US Spanish Line)
• +1 551 285 1373 US
• +1 646 828 7666 US (New York)

Meeting ID: 160 026 7828

Find your local number: https://casd-uscourts-gov.zoomgov.com/u/ac35Qdair6

---

Join by SIP
• 1600267828@sip.zoomgov.com

---

Join by H.323
• 161.199.138.10 (US West)
• 161.199.136.10 (US East)

Meeting ID: 160 026 7828
Passcode: 856213

The Discovery Conference is not a confidential proceeding and the Clerk of Court is respectfully requested to file this notice on the public docket. Any questions regarding the Discovery Conference may be directed to the Court's staff at (619) 837-6526.