UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HI Q, INC. d/b/a HEALTH IQ,<br><br>                    Petitioner,<br><br>v.<br><br>ZEETOGROUP, LLC,<br><br>                    Respondent. | Case No.: 22-cv-1440-LL-DDL<br><br>**ORDER REGARDING SANCTIONS** |

    This is an action to enforce a subpoena issued in litigation pending in the Northern District of California (the "underlying litigation"). On June 20, 2023, the undersigned granted the TCPA Plaintiffs' motion to compel and ordered nonparty Carley Miller and her counsel, Jacob Gillick (collectively, "Respondents"), to show cause why they should not jointly or severally be required to reimburse TCPA Plaintiffs for their reasonable expenses in bringing the motion to compel. Dkt. No. 22. Miller and Gillick appeared at the hearing on the Order to Show Cause on July 6, 2023, and, with the Court's leave, filed a further response on July 14, 2023. Dkt. Nos. 33.

/ / /

/ / /

1  Having reviewed the response, the Court determines that Respondents' objections to the TCPA Plaintiffs' subpoena and subsequent motion practice, although misguided, were not the result of bad faith.

Accordingly, the June 20, 2023 Order to Show Cause is hereby dissolved. The Court declines to impose sanctions on Respondents at this time.  All counsel are admonished to carefully review the Federal Rules of Civil Procedure before bringing a matter to this – or any other – Court to resolve.

This Order concludes the Court's involvement in the underlying litigation. The Clerk of the Court is respectfully requested to close this case.

**IT IS SO ORDERED.**

Dated: October 4, 2023

Hon. David D. Leshner
United States Magistrate Judge